UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

## MASTER SERVICE LIST AS OF NOVEMBER 26, 2024

Pursuant to the *Order Granting Complex Case Treatment* [Docket No. 14], the above-captioned debtors and debtors in possession (collectively, the "Debtors") file the attached consolidated Master Service List identifying the parties that must be served whenever a motion or other pleading requires notice as of November 26, 2024.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

**H-Food Holdings, LLC, *et al.***
Master Service List
Case No. 24-90586 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | AMCOR FLEXIBLES NORTH AMERICA INC | ATTN: PETER KONIECZNY, CHIEF EXECUTIVE OFFICER | 2200 BADGER AVE | | OSHKOSH | WI | 54904 | | 800-544-4672 | 224-313-7049 | PETER.KONIECZNY@AMCOR.COM |
| TOP 30 UNSECURED CREDITOR | APPLIED PRODUCTS, INC. | ATTN: JOHN FERIANCEK, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 12000 PRODUCT DRIVE | | MACHESNEY PARK | IL | 61115 | | 815-633-3825 | | JOHN.D.FERIANCEK@GMAIL.COM |
| TOP 30 UNSECURED CREDITOR | ARDENT MILLS | ATTN: SHERYL WALLACE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1875 LAWRENCE STREET | SUITE 1200 | DENVER | CO | 80202 | | 800-851-9618 | | SHERYL_WALLACE@CARGILL.COM |
| SECOND LIEN AGENT | ARES CAPITAL CORPORATION | ATTN: RAY WRIGHT | 245 PARK AVENUE, 44TH FLOOR | | NEW YORK | NY | 10167 | | 212-750-4915 | 212-750-1777 | AGENCY@ARESMGMT.COM |
| TOP 30 UNSECURED CREDITOR | BARRY CALLEBAUT U.S.A. LLC | ATTN: BEN DE SCHRYVER, PRESIDENT NORTH AMERICA | 600 WEST CHICAGO AVENUE | SUITE 860 | CHICAGO | IL | 60654 | | 1-312-496-7300 1-866-443-0460 | | BEN_DE_SCHRYVER@BARRY-CALLEBAUT.COM |
| TOP 30 UNSECURED CREDITOR | BUNGE NORTH AMERICA | ATTN: JOHN NEPPL, CHIEF FINANCIAL OFFICER | 1391 TIMBERLAKE MANOR PKWY | | CHESTERFIELD | MO | 63017 | | 1-314-292-2000 | | JOHN.NEPPL@BUNGE.COM |
| TOP 30 UNSECURED CREDITOR | CARGILL, INCORPORATED | ATTN: BRIAN SIKES, CHIEF EXECUTIVE OFFICER | 300 W 1ST ST N | | WICHITA | KS | 67202 | | 952-742-7575 | 952-404-6037 | BRIAN_SIKES@CARGILL.COM |
| TOP 30 UNSECURED CREDITOR | GENERAL MILLS, INC | ATTN: JEFF HARMENING, CHIEF EXECUTIVE OFFICER | NUMBER ONE GENERAL MILLS BOULEVARD | | MINNEAPOLIS | MN | 55426 | | 1-800-248-7310 | | JEFF.HARMENING@GENERALMILLS.COM |
| COUNSEL TO THE 1L AHG; AD HOC GROUP OF LENDERS TO H-FOOD HOLDINGS, LLC | GIBSON DUNN & CRUTCHER | ATTN: TOMMY SCHEFFER, MATTHEW J. WILLIAMS, SCOTT GREENBERG, JOSHUA BRODY, YIFAN (SUE) SU | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 212-351-4000 212-351-6339 212-351-2322 212-351-5298 212-351-3875 | 212-351-4035 | TSCHEFFER@GIBSONDUNN.COM MJWILLIAMS@GIBSONDUNN.COM SGREENBERG@GIBSONDUNN.COM JBRODY@GIBSONDUNN.COM SSU@GOBSONDUNN.COM |
| FIRST LIEN AGENT | GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: ANNA ASHUROV | 200 WEST STREET | | NEW YORK | NY | 10282 | | | | ANNA.ASHUROV@GS.COM GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM |
| TOP 30 UNSECURED CREDITOR | GRAPHIC PACKAGING INTERNATIONAL INC | ATTN: MICHAEL DOSS, CHIEF EXECUTIVE OFFICER | 1500 RIVEREDGE PARKWAY | SUITE 100 | ATLANTA | GA | 30328 | | 678-443-2990 | 847-741-8529 | DOSSM@GRAPHICPKG.COM |
| COUNSEL TO THE AD HOC GROUP OF SECOND LIEN CLAIMANTS | GRAY REED | ATTN: JASON S. BROOKNER | 1300 POST OAK BLVD, SUITE 2000 | | HOUSTON | TX | 77056 | | 713-986-7000 | 713-986-7100 | JBROOKNER@GRAYREED.COM |
| DEBTOR | HEARTHSIDE FOOD SOLUTIONS, LLC | ATTN: ROGER HARRIS, CHIEF LEGAL OFFICER | 3333 FINLEY ROAD | SUITE 800 | DOWNERS GROVE | IIL | 60515 | | | | RHARRIS@HEARTHSIDEFOODS.COM |
| COUNSEL TO THE AD HOC GROUP OF LENDERS TO H-FOOD HOLDINGS, LLC | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY, ERIC TERRY | TC ENERGY CENTER | 700 LOUISIANA ST., SUITE 4545 | HOUSTON | TX | 77002 | | 713-333-9125 | | TOM@HOWLEY-LAW.COM ERIC@HOWLEY-LAW.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20004-2541 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 30 UNSECURED CREDITOR | KERRY INGREDIENTS NA | ATTN: OLIVER KELLY, PRESIDENT AND CEO KERRY NORTH AMERICA | 3400 MILLINGTON RD | | BELOIT | WI | 53511-9554 | | 608-363-1200 | | OLIVER.KELLY@KERRY.COM |
| TOP 30 UNSECURED CREDITOR | KING MILLING COMPANY | ATTN: BRIAN DOYLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 222 WEST MAIN STREET | | LOWELL | MI | 49331 | | 616-897-9264 | | BDOYLE@KINGFLOUR.COM |
| COUNSEL TO THE SPONSOR | KIRKLAND & ELLIS | ATTN: PATRICIA LOUREIRO, SARAH MELANSON, BRIAN SCHARTZ, TREVOR ECK, HANNAH KUPSKY | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | | 212-446-4800 312-862-4289 212-341-7652 713-836-3755 212-341-7499 212-341-7677 | 212-446-4800 | PATRICIA.LOUREIRO@KIRKLAND.COM SARAH.MELANSON@KIRKLAND.COM BRIAN.SCHARTZ@KIRKLAND.COM TREVOR.ECK@KIRKLAND.COM HANNAH.KUPSKY@KIRKLAND.COM |
| COUNSEL TO CB METAFORA AGGREGATOR, LLC,AND HUDSON POST CREDIT OPPORTUNITIES AGGREGATOR, LLC (TOGETHER, THE "CHARLESBANK ENTITIES") | KIRKLAND & ELLIS LLP | ATTN: BRIAN SCHARTZ, P.C. | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | BRIAN.SCHARTZ@KIRKLAND.COM |
| COUNSEL TO CB METAFORA AGGREGATOR, LLC,AND HUDSON POST CREDIT OPPORTUNITIES AGGREGATOR, LLC (TOGETHER, THE "CHARLESBANK ENTITIES") | KIRKLAND & ELLIS LLP | ATTN: PATRICIA WALSH LOUREIRO | 333 WEST WOLF POINT PLAZA | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | PATRICIA.LOUREIRO@KIRKLAND.COM |
| TOP 30 UNSECURED CREDITOR | KRAFT HEINZ FOODS COMPANY | ATTN: ANDRE MACIEL, CHIEF FINANCIAL OFFICER | 200 E RANDOLPH ST | SUITE 7600 | CHICAGO | IL | 60601 | | 1-800-543-5335 | 847-646-7853 416-441-5328 | ANDRE.MACIEL@KRAFTHEINZCOMPANY.COM |

**H-Food Holdings, LLC,** *et al.*
Master Service List
Case No. 24-90586 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAIMS, NOTICING, AND SOLICITATION AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: OLEG BITMAN | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | | 212-257-5450 | 646-536-2810 | HFSTEAM@RA.KROLL.COM SERVICEQA@RA.KROLL.COM |
| TOP 30 UNSECURED CREDITOR | LACTALIS HERITAGE DAIRY, INC. | ATTN: PETER COTTER, CHIEF EXECUTIVE OFFICER | 540 WEST MADISON STREET | | CHICAGO | IL | 60661 | | 312-934-2480 | | DAMIAN@INCEPTIONSTRATEGIES.COM |
| TOP 30 UNSECURED CREDITOR | MANPOWER | ATTN: JONAS PRISING , CHIEF EXECUTIVE OFFICER | 100 MANPOWER PLACE | | MILWAUKEE | WI | 53212 | | 414-961-1000 | 414-272-8500 | JONAS.PRISING@MANPOWERGROUP.COM |
| TOP 30 UNSECURED CREDITOR | MICROSOFT CORPORATION | ATTN: SATYA NADELLA, CHIEF EXECUTIVE OFFICER | ONE MICROSOFT WAY | | REDMOND | WA | 98052 | | 888-725-1047 | 1-425-708-7177 | SATYA.NADELLA@MICROSOFT.COM |
| COUNSEL TO THE SPONSOR | MILBANK LLP | ATTN: MICHAEL PRICE, SMAUEL KHALIL, TOM ST. HENRY | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | | 212-530-5577 212-530-5015 | 212-822-5577 212-822-5015 | MPRICE@MILBANK.COM SKHALIL@MILBANK.COM CSTHENRY@MILBANK.COM |
| TOP 30 UNSECURED CREDITOR | MONDELEZ GLOBAL LLC | ATTN: ED MORRIN, DIRECTOR BUSINESS DEVELOPMENT | 905 WEST FULTON MARKET | SUITE 200 | CHICAGO | IL | 60607 | | 1-847-943-5454 | | ED.MORRIN@MDLZ.COM |
| TOP 30 UNSECURED CREDITOR | NATIONAL SUGAR MARKETING LLC | ATTN: CHRIS SIMONS, CHIEF EXECUTIVE OFFICER | 100 GALLERIA PKWY | SUITE 1400 | ATLANTA | GA | 30339 | | 678-741-8275 | | CSIMONS@NATSUGAR.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B. RUFF | 515 RUSK STREET, SUITE 3516 | | HOUSTON | TX | 77002 | | 713-718-4650 | 713-718-4670 | JAYSON.B.RUFF@USDOJ.GOV BRIAN.R.HENAULT@USDOJ.GOV |
| TOP 30 UNSECURED CREDITOR | PACKAGING CORP. OF AMERICA | ATTN: PAMELA BARNES, SENIOR VICE PRESIDENT, FINANCE AND CONTROLLER | 1 NORTH FIELD COURT | | LAKE FOREST | IL | 60045 | | 540-898-1500 | 847-482-4545 | PBARNES@FBURGSPCA.ORG |
| TOP 30 UNSECURED CREDITOR | PAPERWORKS INDUSTRIES, INC. | ATTN: BRIAN JANKI, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 40 MONUMENT ROAD | SUITE 200 | FORT WASHINGTON | PA | 19004-1735 | | 215-984-7018 | 215-984-7181 | BRIAN.JANKI@ONEPAPERWORKS.COM |
| COUNSEL TO THE AD HOC GROUP OF SENIOR UNSECURED NOTEHOLDERS | PAUL HASTINGS LLP | ATTN: CHARLES PERSONS | 2001 ROSS AVENUE, SUITE 2700 | | DALLAS | TX | 75201 | | 972-936-7500 | | CHARLESPERSONS@PAULHASTINGS.COM |
| COUNSEL TO THE AD HOC GROUP OF SENIOR UNSECURED NOTEHOLDERS | PAUL HASTINGS LLP | ATTN: JASON M. PIERCE | 4655 EXECUTIVE DRIVE, SUITE 350 | | SAN DIEGO | CA | 92121 | | 858-458-3020 | | JASONPIERCE@PAULHASTINGS.COM |
| COUNSEL TO THE AD HOC GROUP OF SENIOR UNSECURED NOTEHOLDERS | PAUL HASTINGS LLP | ATTN: JONATHAN D. CANFIELD | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 713-333-9125 | | JONCANFIELD@PAULHASTINGS.COM |
| COUNSEL TO THE NOTES AHG | PAUL HASTINGS, LLP | ATTN: JASON PIERCE, SAL PERROTTO, KRIS HANSEN, JON CANFIELD | 4655 EXECUTIVE DRIVE | SUITE 350 | SAN DIEGO | CA | 92121 | | 858-458-3020 212-318-6471 212-318-6400 212-318-6415 | 858-458-3120 212-752-2771 212-752-3310 212-752-3215 | JASONPIERCE@PAULHASTINGS.COM SALPERROTTO@PAULHASTINGS.COM KRISHANSEN@PAULHASTINGS.COM JONCANFIELD@PAULHASTINGS.COM |
| TOP 30 UNSECURED CREDITOR | PEPSICO | ATTN: STEVEN WILLIAMS, CHIEF EXECUTIVE OFFICER | 700 ANDERSON HILL ROAD | | PURCHASE | NY | 10577 | | 1-800-433-2652 | 914-253-3051 | STEVEN.WILLIAMS@PEPSICO.COM |
| PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION | PORTER HEDGES LLP | ATTN: JOHN F HIGGINS, M. SHANE JOHNSON, GRECIA V. SARDA | 1000 MAIN ST | 36TH FLOOR | HOUSTON | TX | 77002 | | 713-226-6000 | 713-228-1331 | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM GSARDA@PORTERHEDGES.COM |
| COUNSEL TO THE 2L AHG | PROSKAUER ROSE | ATTN: VINCENT INDELICATO, MATTHEW R. KOCH | ELEVEN TIMES SQUARE | EIGHTH AVENUE & 41ST STREET | NEW YORK | NY | 10036-8299 | | 212-969-3000 212-969-4409 212-969-4248 | | VINDELICATO@PROSKAUER.COM MKOCH@PROSKAUER.COM |
| COUNSEL TO THE AD HOC GROUP OF SECOND LIEN CLAIMANTS | PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, VINCENT INDELICATO, MATTHEW R. KOCH | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | DHILLMAN@PROSKAUER.COM VINDELICATO@PROSKAUER.COM MKOCH@PROSKAUER.COM |
| PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION | ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, MATTHEW M. ROOSE, NATASHA S. HWANGPO | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-596-9000 | 212-596-9090 | RYAN.DAHL@ROPESGRAY.COM MATTHEW.ROOSE@ROPESGRAY.COM NATASHA.HWANGPO@ROPESGRAY.COM |
| PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION | ROPES & GRAY LLP | ATTN: STEPHEN L. IACOVO | 191 NORTH WACKER DRIVE | 32ND FLOOR | CHICAGO | IL | 60606 | | 312-845-1200 | 312-845-5500 | STEPHEN.IACOVO@ROPESGRAY.COM |
| TOP 30 UNSECURED CREDITOR | SARA LEE FROZEN BAKERY LLC | ATTN: CRAIG BAHNER, CHIEF EXECUTIVE OFFICER | 1 TOWER LN | SUITE 600 | OAKBROOK TERRACE | IL | 60181 | | 1-800-323-7117 | | CBAHNER@SARALEEFB.COM |
| TOP 30 UNSECURED CREDITOR | SHORR PACKAGING CORPORATION | ATTN: ROB ONORATO, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 4000 FERRY ROAD | | AURORA | IL | 60502 | | 888-885-0055 | | ROBONORATO@SHORR.COM |
| COUNSEL TO FR MASSACHUSETTS 7, LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | 123 SOUTH BROAD STREET | SUITE 2100 | PHILADELPHIA | PA | 19109 | | 215-864-9700 | | DPLON@SIRLINLAW.COM |
| TOP 30 UNSECURED CREDITOR | SONOCO PRODUCTS COMPANY | ATTN: HOWARD COKER, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1 NORTH 2ND ST. | | HARTSVILLE | SC | 29550 | | 1-800-377-2692 | | HOWARD.COKER@SONOCO.COM |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |

**H-Food Holdings, LLC, *et al.***
Master Service List
Case No. 24-90586 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | INFO@ATG.IN.GOV |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | | 502 696-5300 | 502-564-2894 | |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST. P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | 651-296-3353 800-657-3787 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200 P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-532-8718 | 615-741-3334 | STEVE.BUTLER@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 300 W. 15TH STREET | | AUSTIN | TX | 78701 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | 801 538-9600 | 801-538-1121 | UAG@UTAH.GOV |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE VIRGINIA ATTORNEY | GENERAL FINANCIAL RECOVERY SECTION | PO BOX 610 | RICHMOND | VA | 23218-0610 | | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST P.O. BOX 7857 | MADISON | WI | 53707-7857 | | 608 266-1221 | 608-267-2223 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: PRESIDENT OR GENERAL COUNSEL | LYNDON B. JOHNSON STATE OFFICE BUILDING | 111 EAST 17TH STREET | AUSTIN | TX | 78774 | | | | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: PRESIDENT OR GENERAL COUNSEL | PO BOX 13528, CAPITOL STATION | | AUSTIN | TX | 78711 | | | | |
| TEXAS SECRETARY OF STATE | TEXAS SECRETARY OF STATE | ATTN: PRESIDENT OR GENERAL COUNSEL | PO BOX 12887 | | AUSTIN | TX | 78711 | | | | |
| TOP 30 UNSECURED CREDITOR | TYSON FOODS INC. | ATTN: CURT CALAWAY, CHIEF FINANCIAL OFFICER | 2200 W. DON TYSON PARKWAY | | SPRINGDALE | AR | 72762 | | 1-800-643-3410 479-290-4000 | | CURT.CALAWAY@TYSON.COM |
| SENIOR NOTES INDENTURE TRUSTEE, TOP 30 UNSECURED CREDITOR | U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST, WEST CORPORATION | RICK PROKOSCH, MOLLIE YETTER | WEST SIDE FLATS, 60 LIVINGSTON AVE, EP-MN-WS3C | SAINT PAUL | MN | 55107 | | | | RICK.PROKOSCH@USBANK.COM MOLLIE.YETTER@USBANK.COM |
| TOP 30 UNSECURED CREDITOR | UBER FREIGHT US LLC | ATTN: LEIGH ROBINSON, CHIEF PEOPLE OFFICER | 433 W VAN BUREN ST | | CHICAGO | IL | 60607 | | 844-822-8237 | | LEIGH.ROBINSON@UBERFREIGHT.COM |
| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS | UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS | UNITED STATES COURTHOUSE | 515 RUSK AVENUE | | HOUSTON | TX | 77002 | | 713-250-5500 | 713-718-4670 | |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |
| TOP 30 UNSECURED CREDITOR | US BANK NATIONAL ASSOCIATION | ATTN: JAMES L. CHOSY, GENERAL COUNSEL | 800 NICOLLET MALL | | MINNEAPOLIS | MN | 55402 | | 612-659-2000 | 877-903-6972 | JAMES.CHOSY@USBANK.COM |

**H-Food Holdings, LLC,** *et al.*
Master Service List
Case No. 24-90586 (ARP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE OFFICER SPECIAL COMMITTEE OF MATTERHORN BUYER, LLC (THE "SPECIAL COMMITTEE") | VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, LAUREN R. KANZER | 1114 AVENUE OF THE AMERICAS | 32ND FLOOR | NEW YORK | NY | 10036 | | 212-237-0000 | 212-237-0100 | DMEYER@VELAW.COM LKANZER@VELAW.COM |
| COUNSEL TO THE OFFICER SPECIAL COMMITTEE OF MATTERHORN BUYER, LLC (THE "SPECIAL COMMITTEE") | VINSON & ELKINS LLP | ATTN: MATTHEW W. MORAN, JEFFREY S. JOHNSTON, KIRAN VAKAMUDI, MICHAEL C. LEE | 845 TEXAS AVENUE | SUITE 4700 | HOUSTON | TX | 77002 | | 713-758-2222 | 713-758-2346 | MMORAN@VELAW.COM JJOHNSTON@VELAW.COM KVAKAMUDI@VELAW.COM MLEE@VELAW.COM |
| TOP 30 UNSECURED CREDITOR | W. W. GRAINGER, INC. | ATTN: DONALD G MACPHERSON, CHIEF EXECUTIVE OFFICER | 100 GRAINGER PARKWAY | | LAKE FOREST | IL | 60045 | | 800-677-6278 | | DMACPHERSON@GRAINGER.COM |
| TOP 30 UNSECURED CREDITOR | WESTROCK COMPANY | ATTN: DAVID SEWELL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1000 ABERNATHY ROAD NE | | ATLANTA | GA | 30328 | | 770-448-2193 | 678-291-7903 | DAVID.SEWELL@WESTROCK.COM |
| TOP 30 UNSECURED CREDITOR | WK KELLOGG CO | ATTN: DAVE MCKINSTRAY, CHIEF FINANCIAL OFFICER | ONE KELLOGG SQUARE | | BATTLE CREEK | MI | 49017 | | 1-269-401-3000 | | DAVE.MCKINSTRAY@WKKELLOGG.COM |
| TOP 30 UNSECURED CREDITOR | WSI - WORKFORCE STRATEGIES, INC | ATTN: JEFFREY O'BRIEN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1960 28TH ST SE | | GRAND RAPIDS | MI | 49508 | | 269-209-2099 | | JOBRIEN@WSITALENT.COM |
| TOP 30 UNSECURED CREDITOR | WYANDOT USA LLC | ATTN: CATHRYN CARTER, CHIEF FINANCIAL OFFICER | 135 WYANDOT AVE | | MARION | OH | 43302 | | 740-383-4031 | 740-382-0115 | CARTER_C@WMHCI.ORG |