## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND
## STATEMENTS OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

H-Food Holdings, LLC (together with its affiliates that are debtors in the above-captioned chapter 11 cases and its direct and indirect subsidiaries, "HFS") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Robert Caruso, Chief Restructuring Officer of each of the Debtors, and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Caruso has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Mr. Caruso has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve their right to amend the Schedules and Statements from time-to-time as may be necessary or appropriate; *provided*, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to

---

[2]     These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors prepared a Global Note with respect to any individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law.

## Global Notes and Overview of Methodology

1. **Description of the Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on November 22, 2024 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On November 22, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 12].  On December 4, 2024, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket Nos. 134 and 140]. (the "Committee").  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset and liability information provided herein, except as otherwise noted, is presented as of the close of business on the Petition Date.

2. **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Description**.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights,

counterclaims, and defenses to any claim reflected on its Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.

c.   **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.   **Classifications**.  The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority," or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.   **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.   **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The

Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, Secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at Law, in equity, or otherwise.  Causes of action also include:  (a) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (b) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including securities laws, negligence, and gross negligence; (c) the right to object to or otherwise contest claims or interests; (d) claims pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (e) such Claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (f) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.  **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.  **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider."   As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

## 4. __Methodology__

a. __Basis of Presentation__. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date. For the avoidance of doubt,

nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.  **Reporting Date**.  Unless otherwise noted, the liability information presented herein represents the liability data of the Debtors as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein). The asset information provided herein represents the asset information as of November 23, 2024, unless otherwise noted.

c.  **Confidentiality or Sensitive Information**.  The Debtors may be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[3]

d.  **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Debtors' Emergency Motion for Entry Of Interim And Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 24] (the "<u>Cash Management Motion</u>"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations (the "<u>Cash Management System</u>"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by 34 bank accounts, 20 of which are owned and controlled by the Debtors and 14 of which are owned by non-Debtor affiliates.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion of the Debtors regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "<u>Intercompany Transactions</u>") in the ordinary

---

[3]  Such as the *Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 30 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and (IV) Granting Related Relief* [Docket No.92].

course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and can account for all Intercompany Transactions.  Pursuant to the *Final Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Certain Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 198] (the "Cash Management Order"), the Court has granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business subject to certain limitations set forth therein.  Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F may not accurately reflect current positions.

In addition, certain of the Debtors act on behalf of other Debtors.  Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.   **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.   **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values as of the Petition Date are presented for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.     **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

h.     **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition:  (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders").  As such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.     **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.     **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, returns of and damages to customer products, and other matters.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for, and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

k.     **Accounts Receivable**.  The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and may be calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies and any applicable Court order.

l.     **Inventory**.  The Debtors' inventory is presented net of reserves.

m.  **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.

The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

n.  **Leases**.  In the ordinary course of their business, the Debtors may lease property from certain third-party lessors for use in the daily operation of their business.  Any such leases are set forth in Schedule G and any amount due under such leases that was outstanding as of the Petition Date is listed on Schedule E/F.  The property subject to any of such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors nor is such property reflected in the Debtors' Statements as property or assets of third parties within the control of the Debtors. Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

o.  **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  UCC liens as of the Petition Date, if any, are listed on Schedule D.

p.  **Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero are not included in the Schedules.  Excluded categories of assets and liabilities may include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, and right to use assets.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other order that may be entered by the Court.  Other immaterial assets and liabilities may have been excluded.

q.  **Undetermined Amounts**.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

r.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

s.    **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

t.    **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they have been included in the relevant Schedule H for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted.  The Debtors may identify additional Guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

u.    **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

v.    **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes

available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

w.      **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

x.      **Umbrella or Master Agreements**.  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.  The master service agreements or other ancillary documents have been listed in Schedule G, but do not reflect any decision by the Debtor as to whether or not such agreements are executory in nature.

## Specific Schedule Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## 1.  Schedule A/B

a.      **Part 1**.  HFS's Cash Management System is composed of 34 bank accounts, (each, a "Bank Account" and, collectively, the "Bank Accounts").   Of those Bank Accounts, 20 are owned and controlled by the Debtors (the "Debtor Bank Accounts"), 14 are owned and controlled by non-Debtor affiliates ("Non-Debtor Bank Accounts").  Further details with respect to the Cash Management System are provided in the Cash Management Motion.

b.      **Part 2**.  The Debtors maintain certain deposits in the ordinary course of their business operations.   These deposits are included in the Schedules for the appropriate legal entity.  Types of deposits include, among other things, security deposits, and utility deposits.  Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies.  The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

c.      **Part 3**.  The Debtors' accounts receivable information includes receivables from the Debtors' customers or third parties which may be calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or

other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables.

d.    **Part 4**.  Part 4 identifies only subsidiaries owned directly by the Debtor entity. Subsidiaries owned indirectly by the Debtor entity are not listed.  Ownership interests in subsidiaries, partnerships, and joint interests have been listed in Schedule A/B, Question 15 as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

e.    **Parts 7 and 8**.  Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

f.    **Part 9**.  Property leased by the Debtors is listed in Schedule G and is not listed in Part 9 of Schedule A/B, with the exception of any leasehold improvements or security deposits for such property, which is listed on Schedule A/B.  Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.  Due to the volume of leasehold improvements across various locations, it is not practicable nor feasible for the Debtors to list each individually.  As detailed in the *Declaration of Robert M. Caruso, Chief Restructuring Officer of The Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 30] (the "First Day Declaration"), the Debtors undertook a series of sale leaseback transactions prior to the Petition Date that have been accounted for as financing transactions with the purchaser of the leased properties in accordance with GAAP, and therefore the net book value of the Debtors' buildings and land included in Part 9 of Schedule A/B includes the net book value of these transferred buildings and land properties as they are still included as assets in the Debtors' books and records in order to comply with GAAP.

g.    **Part 10**.  Part 10 identifies the various trademarks, patents and website domains owned and maintained by the Debtors.  The Schedules may not list the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors use for its operations which are easily obtainable and hold minimal value are not included.

**Part 11**.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

2. **Schedule D**

    a.    The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date.

    b.    Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (b) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each debt, if any, contained on Schedule D are contained in the First Day Declaration.

    c.    Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

    d.    The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

3. **Schedule E/F**

    a.    **Part 1**. The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1.

        The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute

or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for taxes as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

b.   **Part 2**. The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made reasonable efforts to include all unsecured creditors on Part 2. The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

To the best of the Debtors' knowledge, all claims listed on Part 2 arose or were incurred before the Petition Date.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date. The Debtors have excluded workers' compensation claims from the Statements because the Debtors are fully insured for and continue to honor their workers' compensation obligations in the ordinary course in accordance with the *Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations, and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations; and (II) Granting Related Relief* [Docket No. 84] (the "Wages Order").

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 may not include reserves for liabilities that may have arisen under litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs or recoupments with respect to same.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**4. Schedule G**

a.      Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing and inadvertent errors, omissions, or over or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or

16

supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

**5. Schedule H**

    a.    The Debtors are party to various debt agreements which were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. To the extent these Global Notes include notes specific to Schedules D-G, such Global Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

**1. Statement 3**.   As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

    a.    The payments disclosed in Statement 3 are based on payments made by the Debtors within the 90 days before the Petition Date. Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

    b.    The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.

    c.    The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

**2. Statement 7**.   While the Debtors believe they were diligent in their efforts to list the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date, it is possible that certain suits and proceedings may have been inadvertently

excluded in the Debtors' response to Statement 7.  The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

3. **<u>Statement 11</u>**.    All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11.  Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  The Debtors have therefore included some payments related to non-bankruptcy-related services on Statement 11 out of an abundance of caution.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

   In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their lenders or other parties.

4. **<u>Statement 25</u>**.  The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owner within the six years immediately preceding the Petition Date.

5. **<u>Statement 26</u>**.    The Debtors provide certain parties such as banks, auditors, potential investors, vendors and financial advisors with financial statements that may not be part of a public filing.    The Debtors do not maintain detailed records tracking such disclosures.

6. **<u>Statement 30</u>**.  Refer to the Methodology section regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name        Hearthside Food Solutions, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known):      24-90587

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................................   $ _____124,239,029.80*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................   $ _____690,328,143.19*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................   $ _____814,567,172.99*

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................................   $ _____Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................   $ _____290,012.84

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................   **+** $ _____638,706,227.61*

4. **Total liabilities** ............................................................................................................   $ _____638,996,240.45*
   Lines 2 + 3a + 3b

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name   Hearthside Food Solutions, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known)   24-90587

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | _ _ _ _ | $ 209,728,541.36 |
| 3.2 | | _ _ _ _ | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $ 0.00 |
| 4.2 | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 209,728,541.36

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 See Attached Rider | $ 452,207.99 |
| 7.2 | $ |

Debtor   Hearthside Food Solutions, LLC                                    Case number (if known)   24-90586
_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | See Attached Rider | $ | 48,495,269.68 |
| 8.2 | | $ | |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $ | 48,947,477.67 |

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 132,456,032.22 <br> face amount | — | 2,288,919.03 <br> doubtful or uncollectible accounts | = ...... → | $ 130,135,156.58 |
| 11b. Over 90 days old: | 2,213,934.93 <br> face amount | — | 0.00 <br> doubtful or uncollectible accounts | = ...... → | $ 2,213,934.93 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $ | 132,349,091.51 |

### Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | None | | $ | 0.00 |
| 14.2 | | | $ | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

| 15.1 | See Attached Rider | % | | $ | Undetermined |
| 15.2 | | % | | $ | |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | None | | $ | 0.00 |
| 16.2 | | | $ | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $ | Undetermined |

*Plus Undetermined Amounts

Debtor   Hearthside Food Solutions, LLC                                    Case number (if known) 24-90586
        Name

<table>
<tr><td colspan="2"><strong>Part 5:</strong></td><td colspan="4"><strong>Inventory, excluding agriculture assets</strong></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS - INVENTORY | VARIOUS<br>MM / DD / YYYY | $ 38,744,760.58 | NET BOOK VALUE | $ 38,744,760.58 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | VARIOUS<br>MM / DD / YYYY | $ 9,476,386.26 | NET BOOK VALUE | $ 9,476,386.26 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | VARIOUS<br>MM / DD / YYYY | $ 18,379,475.81 | NET BOOK VALUE | $ 18,379,475.81 |
| **22. Other inventory or supplies** | | | | |
| See Attached Rider | MM / DD / YYYY | $ 14,949,110.49 | | $ 14,949,110.49 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 81,549,733.14

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $ ___Undetermined___ Valuation method _____ Current value $ ___Undetermined___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

<table>
<tr><td colspan="2"><strong>Part 6:</strong></td><td colspan="4"><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor    Hearthside Food Solutions, LLC                                Case number (if known)  24-90587
          Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| 40. **Office fixtures** | | | |
| None | $ _____ | _____ | $ _____ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 4,390,825.91 | _____ | $ 4,390,825.91 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | _____ | $ _____ 0.00 |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                    $ _____ 4,390,825.91

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☑ Yes

---

Debtor   Hearthside Food Solutions, LLC

Name

Case number (If known)   24-90587

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 VEHICLES | $              124,056.89 | NET BOOK VALUE | $              124,056.89 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $              0.00 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $              0.00 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| MACHINERY & EQUIPMENT | $   175,347,782.64 | NET BOOK VALUE | $   175,347,782.64 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$   175,471,839.53

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

Debtor   Hearthside Food Solutions, LLC                                     Case number (if known)   24-90587
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $   124,239,029.80* | | $   124,239,029.80* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   124,239,029.80*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 61. **Internet domain names and websites** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $   0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER CONTRACTS | $   Undetermined | | $   Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| 65. **Goodwill** | | | |
| GOODWILL | $   Undetermined | | $   Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   Undetermined

*Plus Undetermined Amounts

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    Page 6

Debtor   Hearthside Food Solutions, LLC                                                    Case number (if known) 24-90586
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None  _____ — _____ = → $ 0.00
                Total Face Amount   Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____ Tax Year _____ $ 0.00
_____ Tax Year _____ $ _____
_____ Tax Year _____ $ _____

73. **Interests in insurance policies or annuities**

See Attached Rider                                                     $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                                                   $ 0.00

Nature of Claim _____

Amount Requested $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                                   $ 0.00

Nature of Claim _____

Amount Requested $ _____

76. **Trusts, equitable or future interests in property**

None                                                                   $ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                                                     $ 37,890,634.07

                                                                       $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $ 37,890,634.07*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

*Plus Undetermined Amounts

---

| Debtor | Hearthside Food Solutions, LLC | Case number (If known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 209,728,541.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 48,947,477.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 132,349,091.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 81,549,733.14 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,390,825.91 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 175,471,839.53 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................→ | | $124,239,029.80* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 37,890,634.07* | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 690,328,143.19* | + 91b. $124,239,029.80* |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................................................... | | $ 814,567,172.99* |

*Plus Undetermined Amounts

Debtor Name:  Hearthside Food Solutions, LLC                              Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| J.P. MORGAN CHASE | RECEIVABLE ACCOUNT | 8655 | $200,520,705.79 |
| J.P. MORGAN CHASE | MAIN OPERATING ACCOUNT | 7681 | $33,561,975.14 |
| J.P. MORGAN CHASE | CASH COLLATERAL ACCOUNT | 6631 | $44,893.51 |
| J.P. MORGAN CHASE | CORPORATE PAYROLL ACCOUNT | 8671 | $0.00 |
| J.P. MORGAN CHASE | OTHER DISBURSEMENT ACCOUNT | 8663 | $0.00 |
| J.P. MORGAN CHASE | OTHER DISBURSEMENT ACCOUNT | 8721 | $0.00 |
| J.P. MORGAN CHASE* | MAIN DISBURSEMENT ACCOUNT | 8622 | $-24,399,033.08 |
| J.P. MORGAN CHASE | MONEY MARKET FUND | 4359 | $0.00 |
| | TOTAL | | **$209,728,541.36** |

*Account x8622 had a negative balance on the Petition Date as the funding sweep from Account x7681 did not occur until the next business day

Debtor Name:  Hearthside Food Solutions, LLC                                        Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| HAVI GLOBAL SOLUTIONS 3500 LACEY 2ND FLOOR DEPOSIT | $6,411.06 |
| KENTUCKY UTILTIES COMPANY | $134,362.00 |
| KIF PROPERTY TRUST - LUNT DISTRIBUTION CENTER | $299,999.93 |
| LONDON, KY UTILITY DEPOSIT FROM 1994 FROM JDE BOOK | $10,000.00 |
| VECTREN GAS DEPOSIT | $1,435.00 |
| **TOTAL** | **$452,207.99** |

Debtor Name:  Hearthside Food Solutions, LLC                                                    Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| PREPAID INSURANCE - GREAT AMERICAN INSURANCE | $683,341.85 |
| PREPAID INSURANCE - LEGACY GREENCORE POLICY | $189,231.10 |
| PREPAID INSURANCE - TRAVELERS | $7,676,355.46 |
| PREPAID INSURANCE - WILLIS | $2,200,096.18 |
| PREPAID INVENTORY | $9,744,841.01 |
| PREPAID LETTER OF CREDIT - LC #40000046- PROLOGIS-ILLINOIS LLC | $500,000.00 |
| PREPAID LETTER OF CREDIT - LC #40000059-HP/MEACHAM LAND LIMITED PARTNERSHIP | $124,993.63 |
| PREPAID LETTER OF CREDIT - LC #40000753-THE TRAVELERS INDEMNITY CO. | $4,900,000.00 |
| PREPAID LETTER OF CREDIT - LC #40001421-CHAMPION ENERGY MARKETING LLC | $1,100,000.00 |
| PREPAID LETTER OF CREDIT - LC #40001691-CONSTELLATION NEW ENERGY-GAS DIV | $456,000.00 |
| PREPAID LETTER OF CREDIT - LC#40001534-HP/MEACHAM LAND LIMITED PARTNERSHIP | $124,993.63 |
| PREPAID MISCELLANEOUS | $1,810,637.66 |
| PREPAID MISCELLANEOUS - KNG ENERGY | $32,728.59 |
| PREPAID MISCELLANEOUS - KNOWBE4 | $66,262.08 |
| PREPAID MISCELLANEOUS - REOLOGIE BROKER FEE ON LV RENEWAL | $23,076.78 |
| PREPAID PAYROLL | $11,584,711.48 |
| PREPAID RENT | $708,028.60 |
| PREPAID – WITHOLDING TO PARTNERS | $966,980.00 |
| PREPAID – STATE INCOME TAX | $5,602,991.63 |
| **TOTAL** | **$48,495,269.68** |

Debtor Name:  Hearthside Food Solutions, LLC                                                                    Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| HEARTHSIDE SUB, LLC | 100.00% | N/A | Undetermined |
| OAK STATE PRODUCTS, LLC | 100.00% | N/A | Undetermined |
| STANDARD FUNCTIONAL FOODS GROUP, LLC | 100.00% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Hearthside Food Solutions, LLC                                    Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 5, Question 22:** Other inventory or supplies

| Other inventory or supplies | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| INVENTORY - EZ PAK PARTS | VARIOUS | $144,877.68 | NET BOOK VALUE | $144,877.68 |
| INVENTORY - PACKAGING | VARIOUS | $14,804,232.81 | NET BOOK VALUE | $14,804,232.81 |
| | | | **TOTAL** | **$14,949,110.49** |

Debtor Name:  Hearthside Food Solutions, LLC                                              Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| Office equipment, including all computer equipment and communication systems equipment and software | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COMPUTER EQUIPMENT & HARDWARE | $3,419,687.16 | NET BOOK VALUE | $3,419,687.16 |
| OFFICE EQUIPMENT & FURNITURE | $184,518.84 | NET BOOK VALUE | $184,518.84 |
| SOFTWARE | $786,619.91 | NET BOOK VALUE | $786,619.91 |
| | | **TOTAL** | **$4,390,825.91** |

Debtor Name:  Hearthside Food Solutions, LLC

Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| BUILDING IMPROVEMENTS | REAL PROPERTY | $67,196,169.93 | NET BOOK VALUE | $67,196,169.93 |
| BUILDINGS | REAL PROPERTY | $20,671,764.00 | NET BOOK VALUE | $20,671,764.00 |
| CONSTRUCTION IN PROGRESS | REAL PROPERTY | $26,125,402.97 | NET BOOK VALUE | $26,125,402.97 |
| LAND | REAL PROPERTY | $9,669,681.73 | NET BOOK VALUE | $9,669,681.73 |
| LEASEHOLD IMPROVEMENTS | REAL PROPERTY | $576,011.17 | NET BOOK VALUE | $576,011.17 |
| LEASED PROPERTY: 1188 S LAUREL RD, LONDON, KY, 40744 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 21750 CEDAR AVE S, LAKEVILLE, MN, 55044 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2401 LUNT AVE, ELK GROVE VILLAGE, IL, 60007 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2455 OAK INDUSTRIAL DR NE, GRAND RAPIDS, MI, 49505 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 2975 RADCLIFF AVE SE, KENTWOOD, MI 49512 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3061 SHAFFER AVE SE, GRAND RAPIDS, MI, 49512 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 310 W 10TH ST, GIBSON CITY, IL, 60936 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 312 RADER RD, MCCOMB, OH, 45858 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3225 32ND ST SE, GRAND RAPIDS, MI, 49512 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 3333 FINLEY ROAD, DOWNERS GROVE, IL, 60515 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 4295 OHIO ST. MICHIGAN CITY, IN 46360 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 7031 S EISENMAN RD, BOISE, ID, 83716 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 715 MASSMAN DR, NASHVILLE, TN 37210 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 775 STATE ROUTE 251, WENONA, IL, 61377 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: 9445 E. US ROUTE 40, SEELYVILLE, IN 47803 | LEASED PROPERTY | Undetermined | N/A | Undetermined |
| LEASED PROPERTY: BYHALIA, MS | LEASED PROPERTY | Undetermined | N/A | Undetermined |

| | | **$124,239,029.80** |
| | | + Undetermined Amounts |

Debtor Name:  Hearthside Food Solutions, LLC                                          Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 2013/0142912 A1 DATED 01/28/2013 | Undetermined | | Undetermined |
| TRADEMARK APPLICATION NO. 98853066 DATED 11/14/2024 | Undetermined | | Undetermined |
| TRADEMARK NO. 2127929 DATED 01/13/2098 | Undetermined | | Undetermined |
| TRADEMARK NO. 2955799 DATED 05/24/2005 | Undetermined | | Undetermined |
| TRADEMARK NO. 2972792 DATED 07/19/2005 | Undetermined | | Undetermined |
| TRADEMARK NO. 3567160 DATED 01/27/2009 | Undetermined | | Undetermined |
| TRADEMARK NO. 3567161 DATED 01/27/2009 | Undetermined | | Undetermined |
| TRADEMARK NO. 6084816 DATED 06/23/2020 | Undetermined | | Undetermined |
| TRADEMARK NO. TMA466518 DATED 11/28/1996 | Undetermined | | Undetermined |
| TRADEMARK NO. TMA560055 DATED 04/09/2002 | Undetermined | | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name: Hearthside Food Solutions, LLC                                                      Case Number: 24-90587

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ABCBAKERS.COM | Undetermined | | Undetermined |
| ABCBAKERS.US | Undetermined | | Undetermined |
| ABCCOOKIE.COM | Undetermined | | Undetermined |
| ABCCOOKIES.COM | Undetermined | | Undetermined |
| ABCCOOKIES.US | Undetermined | | Undetermined |
| ABCCOOKIEVOLUNTEER.COM | Undetermined | | Undetermined |
| ABCSMARTCOOKIE.COM | Undetermined | | Undetermined |
| ABCSMARTCOOKIES.COM | Undetermined | | Undetermined |
| CBCBAKERY.COM | Undetermined | | Undetermined |
| CELEBRATEPEACE.COM | Undetermined | | Undetermined |
| COLONIALCOOKIES.CA | Undetermined | | Undetermined |
| COLONIALCOOKIES.COM | Undetermined | | Undetermined |
| CONFIDENTIALPOSTS.COM | Undetermined | | Undetermined |
| CONSOLIDATEDBISCUIT.COM | Undetermined | | Undetermined |
| CONSOLIDATEDBISCUIT.NET | Undetermined | | Undetermined |
| EATWELLBEWELL.BIZ | Undetermined | | Undetermined |
| EATWELLBEWELL.COM | Undetermined | | Undetermined |
| EATWELLBEWELL.NET | Undetermined | | Undetermined |
| FIRESIDEBAKING.COM | Undetermined | | Undetermined |
| GIRLSCOUTCOOKIESABC.COM | Undetermined | | Undetermined |
| GIRLSCOUTCOOKIESABC.US | Undetermined | | Undetermined |
| HEARTHSIDE-CAREERS.COM | Undetermined | | Undetermined |
| HEARTHSIDE-JOBS.COM | Undetermined | | Undetermined |
| HEARTHSIDEBAKING.COM | Undetermined | | Undetermined |

Debtor Name:  Hearthside Food Solutions, LLC                                         Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| HEARTHSIDECAREERS.COM | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.COM | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.INFO | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.NET | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.NL | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.ORG | Undetermined | | Undetermined |
| HEARTHSIDEFOODS.US | Undetermined | | Undetermined |
| HEARTHSIDEJOBS.COM | Undetermined | | Undetermined |
| IBFNET.US | Undetermined | | Undetermined |
| INTERBAKE.CA | Undetermined | | Undetermined |
| INTERBAKE.COM | Undetermined | | Undetermined |
| INTERBAKEFOODS.COM | Undetermined | | Undetermined |
| LENELL.COM | Undetermined | | Undetermined |
| MAURICELENELL.COM | Undetermined | | Undetermined |
| MAURICELENELLCOOKIE.COM | Undetermined | | Undetermined |
| MAURICELENELLCOOKIE.NET | Undetermined | | Undetermined |
| OAKSTATE.BIZ | Undetermined | | Undetermined |
| OAKSTATE.COM | Undetermined | | Undetermined |
| OAKSTATE.INFO | Undetermined | | Undetermined |
| OAKSTATEPRODUCTS.COM | Undetermined | | Undetermined |
| QUALITYBAKERY.NET | Undetermined | | Undetermined |
| RYTWAY.COM | Undetermined | | Undetermined |
| RYTWAY.XYZ | Undetermined | | Undetermined |
| RYTWAYFOODS.COM | Undetermined | | Undetermined |

Debtor Name:  Hearthside Food Solutions, LLC

Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SAILORBOYPILOTBREAD.CA | Undetermined | | Undetermined |
| SAILORBOYPILOTBREAD.COM | Undetermined | | Undetermined |
| SFFGI.BIZ | Undetermined | | Undetermined |
| SFFGI.COM | Undetermined | | Undetermined |
| SFFGI.INFO | Undetermined | | Undetermined |
| SFFGI.NET | Undetermined | | Undetermined |
| SFFGI.ORG | Undetermined | | Undetermined |
| SMARTCOOKIESDIRECTSHIP.COM | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODS.COM | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.BIZ | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.COM | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.INFO | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.NET | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.ORG | Undetermined | | Undetermined |
| STANDARDFUNCTIONALFOODSGROUP.XYZ | Undetermined | | Undetermined |
| TOLLPACKAGING.NET | Undetermined | | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Hearthside Food Solutions, LLC                                    Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ GLOBAL RISKSUS INSURANCE COMPANY | EXCESS LIABILITY | USL03066124 | Undetermined |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY | ENVIRONMENTAL LIABILITY | U5L00084122 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITYINSURANCE COMPANY | EXCESS LIABILITY | AEC 9960532-01 | Undetermined |
| ARCH CAPITAL GROUP | EXCESS PROPERTY | VARIOUS | Undetermined |
| ARCH REINSURANCE CO | EXCESS PROPERTY | VARIOUS | Undetermined |
| ASCOT INSURANCECOMPANY | DIRECTORS AND OFFICERS LIABILITY | MLXS2410001497-01 | Undetermined |
| AXA XL REINSURANCE LTD | EXCESS PROPERTY | VARIOUS | Undetermined |
| AXIS CAPITAL | EXCESS PROPERTY | VARIOUS | Undetermined |
| CAN INSURANCE | EXCESS PROPERTY | VARIOUS | Undetermined |
| COALITION | CYBER | C-4LPY-077047-CYBER-2024 | Undetermined |
| CORE SPEACIALTY INSURANCE HOLDINGS, INC. | EXCESS PROPERTY | VARIOUS | Undetermined |
| COVINGTON SPECIALTY INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITY | VEL-100025-00 | Undetermined |
| E&S INSURANCE LLC | EXCESS PROPERTY | VARIOUS | Undetermined |
| ENDURANCE AMERICANINSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITY | MPX30056815600 | Undetermined |
| EQ ONE INSURANCESERVICES | EARTHQUAKE COVERAGE | LLD42389-00 | Undetermined |
| EVEREST REINSURANCE CO | EXCESS PROPERTY | VARIOUS | Undetermined |
| FALCON RISK SERVICES | CYBER | FRS-S-X-CT- 00010056-01 | Undetermined |
| FEDERAL INSURANCE COMPANY | EXECUTIVE LIABILITY | 8264-2423 | Undetermined |
| FIDELIS CARE | EXCESS PROPERTY | VARIOUS | Undetermined |
| GREAT AMERICAN ASSURANCE COMPANY | EXCESS LIABILITY | EXC5610427 | Undetermined |
| HANNOVER RE | EXCESS PROPERTY | VARIOUS | Undetermined |
| HDI GLOBAL INSURANCE COMPANY (FALCON) | EXCESS D&O LAYER VI | FRS-G-X-ML- 00010067-01 | Undetermined |
| HOWDEN | CONTAMINATED PRODUCTS INSURANCE | B0180PN2408648 | Undetermined |
| INTACT INSURANCE SPECIALTY SOLUTIONS | EXCESS PROPERTY | VARIOUS | Undetermined |

Debtor Name:  Hearthside Food Solutions, LLC                                                                   Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| KINSALE INSURANCE | EXCESS PROPERTY | VARIOUS | Undetermined |
| LEXINGTON INSURANCE COMPANY | EXCESS PROPERTY | VARIOUS | Undetermined |
| LLOYDS OF LONDON | EXCESS PROPERTY | VARIOUS | Undetermined |
| LLOYDS OF LONDON | MARINE STOCKTHROUGHPUT INSURANCE | B174012515MC24 | Undetermined |
| MUNICH REINSURANCE AMERICA INC. | EXCESS PROPERTY | VARIOUS | Undetermined |
| NATIONAL INDEMNITY | EXCESS PROPERTY | VARIOUS | Undetermined |
| PARAGON INSURANCE HOLDINGS | EXCESS PROPERTY | VARIOUS | Undetermined |
| RLI INSURANCE COMPANY | CRIME PROTECTION POLICY | BND0103069 | Undetermined |
| RSUI GROUP | EXCESS PROPERTY | VARIOUS | Undetermined |
| RSUI INDEMNITY COMPANY | DIRECTORS AND OFFICERS LIABILITY | NHS709613 | Undetermined |
| SOMPO HOLDINGS | EXCESS PROPERTY | VARIOUS | Undetermined |
| STARR INSURANCE | EXCESS PROPERTY | VARIOUS | Undetermined |
| SWISS RE CORPORATE SOLUTIONS AMERICAINSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITY | PMX 1000287-00 | Undetermined |
| SWISS RE CORPORATESOLUTIONS AMERICA INSURANCE COMPANY | CONTAMINATED PRODUCTS INSURANCE | PRL 2000353-07 | Undetermined |
| SWISS RE GROUP | EXCESS PROPERTY | VARIOUS | Undetermined |
| THE TRAVELERS INDEMNITY COMPANYOF CONNECTICUT | WORKERS COMPENSATION AND EMPLOYERS LIABILITY | UB-1Y652288-24- 51-K | Undetermined |
| THE TRAVELERS INSURANCE COMPANY | PROPERTY | KTJ-CMB-3N38385- 0-24 | Undetermined |
| TRAVELERS | BUSINESS AUTO | TJ-CAP-9P531624- TIL-24 | Undetermined |
| TRAVELERS | EXCESS FOLLOW FORM AND UMBRELLA | CUP-0Y903268-24- NF | Undetermined |
| TRAVELERS | GENERAL LIABILITY | UXNAC90176 | Undetermined |
| TRAVELERS | PROPERTY | UXNPT60323 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OFAMERICA | WORKERS COMPENSATION AND EMPLOYERS LIABILITY | TWXJ-UB- 9P531665-24 | Undetermined |
| TRAVELERS PROPERTYCASUALTY COMPANY OF AMERICA | COMMERCIAL INSURANCE | TJ-EXGL-9P531636- TIL-24 | Undetermined |

Debtor Name:  Hearthside Food Solutions, LLC                                    Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| TRAVELERS PROPERTYCASUALTY COMPANY OF AMERICA | WORKERS COMPENSATION AND EMPLOYERS LIABILITY | UB-1Y649616-24- 51-R | Undetermined |
| WORLD RISK | FOREIGN COMMERICAL PACKAGE POLICY | WS11000812 | Undetermined |
| XL AMERICA, INC. | NON-OWNED AIRCRAFT LIABILITY | UA00019730AV24A | Undetermined |
| XL INSURANCE AMERICA, INC. | EQUIPMENT BREAKDOWN | US00100075PR24A | Undetermined |
| XL INSURANCE AMERICA, INC. | EXCESS LIABILITY | US00091106LI24A | Undetermined |
| ZURICH INSURANCE GROUP | EXCESS PROPERTY | VARIOUS | Undetermined |
|  |  | **TOTAL** | $0.00 |
|  |  |  | + Undetermined Amounts |

Debtor Name:  Hearthside Food Solutions, LLC                                              Case Number:  24-90587

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| INTERCOMPANY RECEIVABLE FROM: HEARTHSIDE USA – PRODUCE & FOODSERVICE, LLC | $5,289,494.27 |
| INTERCOMPANY RECEIVABLE FROM: H-FOOD HOLDINGS, LLC | $13,986,861.59 |
| INTERCOMPANY RECEIVABLE FROM: HFS SUB, LLC | $250,000.00 |
| INTERCOMPANY RECEIVABLE FROM: INTERBAKE CANADA, INC. | $18,364,278.21 |
| **TOTAL** | **$37,890,634.07** |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

| | |
|---|---|
| Debtor name | Hearthside Food Solutions, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (If known): | 24-90587 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | |
|---|---|
| **Column A**<br>Amount of Claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |

**2.1**

**Creditor's name**
ARES CAPITAL CORPORATION

**Creditor's mailing address**
245 PARK AVENUE
44TH FLOOR
ATTN: RAY WRIGHT
NEW YORK, NY 10167

**Creditor's email address, if known**
AGENCY@ARESMGMT.COM

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ Undetermined     $ Undetermined

**Describe the lien**
Guarantor of 2L Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
ASSOCIATED MATERIAL HANDLING INDUSTRIES INC.

**Creditor's mailing address**
4101 WINFILED ROAD
SUITE 300
WARRENVILLE, IL 60555

**Creditor's email address, if known**

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ Undetermined     $ Undetermined

**Describe the lien**
Delaware Lease Statement #20246605925

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

Debtor   Hearthside Food Solutions, LLC                                    Case number (If known): 24-90587
       Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Column A **Amount of Claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
C T CORPORATION SYSTEM

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
330 N BRAND BLVD
SUITE 700
GLENDALE, CA 91203

**Describe the lien**
Delaware Financing Statement #20230914662

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
388 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

**Describe the lien**
Delaware Financing Statement #20204230563

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Hearthside Food Solutions, LLC                                    Case number (If known):   24-90587
          Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
CITIBANK, N.A.

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
388 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

**Describe the lien**
Delaware Financing Statement #20208564405

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.6**

**Creditor's name**
CITIBANK, N.A., ITS BRANCHES, SUBSIDIARIES AND AFFILIATES

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
388 GREENWICH STREET
10TH FLOOR
NEW YORK, NY 10013

**Describe the lien**
Delaware Financing Statement #20213736205

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Hearthside Food Solutions, LLC
         Name                                                    Case number (If known):   24-90587

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

CROWN CREDIT COMPANY | As Provided in the UCC Financing Statement

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

44 S. WASHINGTON STREET
NEW BREMEN, OH 45869

**Describe the lien**

Delaware Financing Statement #20219620981

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name** | **Describe debtor's property that is subject to a lien**

GENERAL MILLS OPERATIONS, LLC | As Provided in the UCC Financing Statement

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

#1 GENERAL MILLS BOULEVARD
MINNEAPOLIS, MN 55426

**Describe the lien**

Delaware Lease Statement #20204853521

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Hearthside Food Solutions, LLC                                    Case number (If known):   24-90587
         Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

GOLDMAN SACHS LENDING PARTNERS, LLC

**Creditor's mailing address**

200 WEST STREET
ATTN: ANNA ASHUROV
NEW YORK, NY 10282

**Creditor's email address, if known**

GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

Guarantor of 1L Revolving Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

GOLDMAN SACHS LENDING PARTNERS, LLC

**Creditor's mailing address**

200 WEST STREET
ATTN: ANNA ASHUROV
NEW YORK, NY 10282

**Creditor's email address, if known**

GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Describe the lien**

Guarantor of 1L Term Loans

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Hearthside Food Solutions, LLC                                                   Case number (If known)   24-90587
_____
Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.** Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**

HYG FINANCIAL SERVICES, INC.

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ ____ Underdetermined   $ ____ Underdetermined

**Creditor's mailing address**

PO BOX 35701
BILLINGS, MT 59107

**Describe the lien**

Delaware Financing Statement #20202385393

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.12**

**Creditor's name**

KRAFT HEINZ FOODS COMPANY

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ ____ Underdetermined   $ ____ Underdetermined

**Creditor's mailing address**

200 E. RANDOLPH STREET
SUITE 7600
CHICAGO, IL 60601

**Describe the lien**

Delaware Financing Statement #20244301501

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Hearthside Food Solutions, LLC                                    Case number (If known)    24-90587
_____
        Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.13**  **Creditor's name**

ORBIAN FINANCIAL SERVICES III, LLC

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

200 CONNECTICUT AVENUE
NORWALK, CT 06854

**Describe the lien**

Delaware Financing Statement #20205144458

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.14**  **Creditor's name**

PROSEAL AMERICA, INC.

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

411 E. FRANKLIN ST
SUITE 600
RICHMOND, VA 23219

**Describe the lien**

Delaware Financing Statement #20223772225

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15**

**Creditor's name**

RAYMOND LEASING CORPORATION

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$　　Undetermined　$　　Undetermined

**Creditor's mailing address**

CORPORATE HEADQUARTERS
PO BOX 130
GREENE, NY 13778

**Describe the lien**

Delaware Lease Statement #20200819260

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.16**

**Creditor's name**

VFI KR SPE I LLC

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$　　Undetermined　$　　Undetermined

**Creditor's mailing address**

2800 EAST COTTONWOOD PARKWAY
2ND FLOOR
SALT LAKE CITY, UT 84121

**Describe the lien**

Delaware Financing Statement #20228696486

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**　　UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Hearthside Food Solutions, LLC                                    Case number (If known)   24-90587
         Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.17**  **Creditor's name**
WELLS FARGO BANK, N.A.

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**

800 WALNUT STREET
F0005-044
DES MOINES, IA 50309

**Describe the lien**
Delaware Financing Statement #20220713313

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.18**  **Creditor's name**
WELLS FARGO EQUIPMENT FINANCE, INC.

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**

600 SOUTH 4TH STREET
MAC N9300-100
MINNEAPOLIS, MN 55415

**Describe the lien**
Delaware Financing Statement #20194581281

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): | 24-90587 |
| | Name | | |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hearthside Food Solutions, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (if known) | 24-90587 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>ALLEN-BRANCH, DANETTA<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 8,504.44 | $ 8,504.44 |

**Basis for the claim:** Severance Claim - Priority: $8,504.44

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>BECKFORD, VERNON B<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,752.00 | $ 1,752.00 |

**Basis for the claim:** Severance Claim - Priority: $1,752.00

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address<br>BELL, HENRY GUY<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 959.60 | $ 959.60 |

**Basis for the claim:** Severance Claim - Priority: $959.60

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     Hearthside Food Solutions, LLC
           Name                                                    Case number (*If known*)  24-90587

| **Part 1:** | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** | **Priority creditor's name and mailing address** | | $ 8,870.19 | $ 8,870.19

BOONE, BRYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $8,870.19

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address** | | $ 9,388.20 | $ 9,388.20

BROOKS TYSON, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $9,388.20

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address** | | $ 9,180.66 | $ 9,180.66

CHISM, KIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $9,180.66

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7** | **Priority creditor's name and mailing address** | | $ 1,474.42 | $ 1,474.42

CLEMMONS, JAWAUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $1,474.42

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Hearthside Food Solutions, LLC
Name

Case number *(If known)*  24-90587

---

**Part 1:**   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| **2.8** | **Priority creditor's name and mailing address** | | $ 2,812.80 | $ 2,812.80 |
|---|---|---|---|---|

CRAWFORD, LAWANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $2,812.80

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.9** | **Priority creditor's name and mailing address** | | $ 7,906.48 | $ 7,906.48 |
|---|---|---|---|---|

DAVIS, NIKKI NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $7,906.48

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.10** | **Priority creditor's name and mailing address** | | $ 93,644.82 | $ 15,150.00 |
|---|---|---|---|---|

DE VALENCIA, NICOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $15,150.00 & Unsecured: $78,494.82

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.11** | **Priority creditor's name and mailing address** | | $ 4,080.38 | $ 4,080.38 |
|---|---|---|---|---|

DEIBERT, LORRAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $4,080.38

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Hearthside Food Solutions, LLC
         Name
                                                            Case number (If known)  24-90587

## Part 1:   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

DOWDY, TORIANO
ADDRESS ON FILE

$ 816.00    $ 816.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $816.00

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

ELROD, BRENDA LEE
ADDRESS ON FILE

$ 861.15    $ 861.15

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $861.15

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

FINNIE, RITA
ADDRESS ON FILE

$ 7,425.28    $ 7,425.28

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $7,425.28

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address

GIRARD, LAWRENCE
ADDRESS ON FILE

$ 1,993.99    $ 1,993.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $1,993.99

**Last 4 digits of account number**

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Hearthside Food Solutions, LLC

Name

Case number (*If known*)  24-90587

---

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

| 2.16 | Priority creditor's name and mailing address | | $ 6,011.54 | $ 6,011.54 |
|---|---|---|---|---|

GUY, DEVIN A.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $6,011.54

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | $ 2,982.69 | $ 2,982.69 |
|---|---|---|---|---|

HARPER, BRENDA SALMI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $2,982.69

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | $ 1,552.00 | $ 1,552.00 |
|---|---|---|---|---|

HARRIS, JOE AUTHUR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $1,552.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | | $ 1,632.00 | $ 1,632.00 |
|---|---|---|---|---|

HARRIS, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $1,632.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hearthside Food Solutions, LLC

Name                                                Case number *(If known)*  24-90587

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.20**  Priority creditor's name and mailing address

HINK, RONALD
ADDRESS ON FILE

$ 29,141.30        $ 15,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $15,150.00 & Unsecured: $13,991.30

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.21**  Priority creditor's name and mailing address

HOUSE, MARCO CORVELL
ADDRESS ON FILE

$ 2,998.80        $ 2,998.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $2,998.80

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.22**  Priority creditor's name and mailing address

JACKSON, KATHERIN MARIE
ADDRESS ON FILE

$ 7,040.00        $ 7,040.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $7,040.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.23**  Priority creditor's name and mailing address

LIGGINS, JAMES HERBERT
ADDRESS ON FILE

$ 1,552.00        $ 1,552.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $1,552.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | | Case number (If known) 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

LUKE, MATTHEW J
ADDRESS ON FILE

$ 1,552.00   $ 1,552.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $1,552.00

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

PAYNE, ANTOINETTE P
ADDRESS ON FILE

$ 8,757.68   $ 8,757.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $8,757.68

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address

PENDERGRASS, JASON
ADDRESS ON FILE

$ 9,230.76   $ 9,230.76

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $9,230.76

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** Priority creditor's name and mailing address

POST, NICHOLAS
ADDRESS ON FILE

$ 8,653.86   $ 8,653.86

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $8,653.86

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Hearthside Food Solutions, LLC
          Name                                              Case number (If known)  24-90587

| **Part 1:** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address

ROBERTS, ANTHONY
ADDRESS ON FILE

$ 816.00   $ 816.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $816.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

ROSSER, JERMAINE ANTON
ADDRESS ON FILE

$ 1,632.00   $ 1,632.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $1,632.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address

ROSSER, LAPORSHA LATRICE
ADDRESS ON FILE

$ 7,040.00   $ 7,040.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $7,040.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address

SHIPP, BARRY
ADDRESS ON FILE

$ 776.00   $ 776.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $776.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Hearthside Food Solutions, LLC _____   Case number (*If known*)  24-90587

_____
Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.32** | **Priority creditor's name and mailing address**
STANLEY, RINA ALTHEA
ADDRESS ON FILE

$ 1,126.33     $ 1,126.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $1,126.33

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.33** | **Priority creditor's name and mailing address**
THOMPSON, JANEISE GATEWOOD
ADDRESS ON FILE

$ 1,288.00     $ 1,288.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $1,288.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.34** | **Priority creditor's name and mailing address**
THORNILEY, DENISE
ADDRESS ON FILE

$ 4,756.15     $ 4,756.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $4,756.15

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.35** | **Priority creditor's name and mailing address**
WILLIAMS, DEVIN
ADDRESS ON FILE

$ 2,812.80     $ 2,812.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:** Severance Claim - Priority: $2,812.80

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hearthside Food Solutions, LLC

Name

Case number (*If known*)  24-90587

---

**Part 1:    Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

**2.36**  **Priority creditor's name and mailing address**

WILLIAMS, MIKETA
ADDRESS ON FILE

$  7,578.92    $  7,578.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $7,578.92

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37**  **Priority creditor's name and mailing address**

WINTON, SVETLANA R
ADDRESS ON FILE

$  4,646.44    $  4,646.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $4,646.44

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38**  **Priority creditor's name and mailing address**

WRIGHT, DEADERRICH D
ADDRESS ON FILE

$  1,875.20    $  1,875.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $1,875.20

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39**  **Priority creditor's name and mailing address**

ZANG, STEPHEN H
ADDRESS ON FILE

$  14,889.96    $  14,889.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
UNDETERMINED

**Basis for the claim:**  Severance Claim - Priority: $14,889.96

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) 24-90586 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>18 RABBITS, INC.<br>31 WATER STREET<br>SAN FRANCISCO, CA 94133 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 61,898.20 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>48FORTY SOLUTIONS LLC<br>PO BOX 849729<br>DALLAS, TX 75284-9729 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 62,630.07 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>4IMPRINT, INC.<br>25303 NETWORK PLACE<br>CHICAGO, IL 60673-1253 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 1,719.88 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>4SIGHT FOCUS LLC<br>729 FOX HUNT TRAIL<br>DEERFIELD, IL 60015 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 10,000.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>A & B INGREDIENTS<br>24 SPIELMAN ROAD<br>FAIRFIELD, NJ 07004 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 11,558.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>A.M. TODD<br>ARCHER DANIELS MIDLAND<br>4666 EAST FARIES PARKWAY<br>DECATUR, IL 62525 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Payable | $ 1,681.14 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (*if known*) | 24-90587 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** | **Nonpriority creditor's name and mailing address**

A+ PORTABLE RESTROOMS
1630 HAMPTON RD
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 342.40

---

**3.8** | **Nonpriority creditor's name and mailing address**

A-1 DRY CLEANING & SHIRT LAUNDRY, INC
565 WEST HWY 192
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 178.08

---

**3.9** | **Nonpriority creditor's name and mailing address**

AAK USA K1
PO BOX 640154
PITTSBURGH, PA 15264-0154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42,177.96

---

**3.10** | **Nonpriority creditor's name and mailing address**

AB MAURI FOODS INC.
4776 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,644.75

---

**3.11** | **Nonpriority creditor's name and mailing address**

ABB INC
PO BOX 88868
CHICAGO, IL 60695-1868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,180.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (*If known*) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

ABBIAMO PASTA COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.80

---

**3.13** | **Nonpriority creditor's name and mailing address**

ABBOTT PLASTICS & SUPPLY CO., INC.
3302 LONERGAN DR
ROCKFORD, IL 61109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,912.10

---

**3.14** | **Nonpriority creditor's name and mailing address**

ABC PACKAGING MACHINE CORP.
811 LIVE OAK ST.
TARPON SPRINGS, FL 34689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,635.59

---

**3.15** | **Nonpriority creditor's name and mailing address**

ABEC ELECTRIC COMPANY, INC
407 SPENCE LANE
NASHVILLE, TN 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113,929.57

---

**3.16** | **Nonpriority creditor's name and mailing address**

ABETECH
12560 FLETCHER LANE
ROGERS, MN 55374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,641.31

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

ABM EQUIPMENT COMPANY INC
13911 NW 3RD CT #100
VANCOUVER, WA 98685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  13,311.89

---

**3.18** | **Nonpriority creditor's name and mailing address**

ABM MARKING SERVICES LTD
2799 SOUTH BELT WEST
BELLEVILLE, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,658.36

---

**3.19** | **Nonpriority creditor's name and mailing address**

ABX INNOVATIVE PACKAGING SOLUTIONS
PO BOX 69339
BALTIMORE, MD 21264-9339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  184,212.74

---

**3.20** | **Nonpriority creditor's name and mailing address**

AC&T CO. INC.
P.O. BOX 4217
HAGERSTOWN, MD 21741-4217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  407.90

---

**3.21** | **Nonpriority creditor's name and mailing address**

ACC BUSINESS
POBOX 5077
CAROL STREAM, IL 60197-5077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  669.83

---

| Debtor | Hearthside Food Solutions, LLC | Case number (*If known*) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

ACCELERATED TOOLING
2909 BUCHANAN AVE SW
WYOMING, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.23** | **Nonpriority creditor's name and mailing address**

ACCESS ONE, INC
PO BOX 74008744
CHICAGO, IL 60674-8744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,590.89

---

**3.24** | **Nonpriority creditor's name and mailing address**

ACCURATE BOX COMPANY, INC.
86 FIFTH AVENUE
PATERSON, NJ 07524-1107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,299.13

---

**3.25** | **Nonpriority creditor's name and mailing address**

ACE HARDWARE & PAINT
POBOX 1281
LAKEVILLE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.84

---

**3.26** | **Nonpriority creditor's name and mailing address**

ACME HARDESTY
450 SENTRY PARKWAY
BLUE BELL, PA 19422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,164.40

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

ACME MILLS, LLC
GREAT LAKES FILTERS
33 BLOOMFIELD HILLS PARKWAY STE 120
BLOOMFIELD HILLS, MI 48304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,912.00

---

**3.28** | **Nonpriority creditor's name and mailing address**

ACTUS NUTRITION DBA MILK SPECIALTIES
PO BOX 854351
MINNEAPOLIS, MN 55485-4351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 161,424.93

---

**3.29** | **Nonpriority creditor's name and mailing address**

ADA COUNTY TREASURER
PO BOX 2868
BOISE, ID 83701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 376,390.02

---

**3.30** | **Nonpriority creditor's name and mailing address**

ADAMS VEGETABLE OILS INC.
P.O. BOX 956
ARBUCKLE, CA 95612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,441.04

---

**3.31** | **Nonpriority creditor's name and mailing address**

ADCO MANUFACTURING
2170 ACADEMY AVENUE
SANGER, CA 93657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,501.76

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

ADDIUM, INC.
1300 NE HENLEY CT
PULLMAN, WA 99163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,051.10

---

**3.33** **Nonpriority creditor's name and mailing address**

ADVANTAGE LABEL & PACKAGING
5575 EXECUTIVE PARKWAY
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,044.21

---

**3.34** **Nonpriority creditor's name and mailing address**

AED BRANDS, LLC
55 CHASTAIN RD
STE 112
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,451.99

---

**3.35** **Nonpriority creditor's name and mailing address**

AGROPUR INC.
POBOX 88259
MILWAUKEE, WI 53288-0259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             504,917.65

---

**3.36** **Nonpriority creditor's name and mailing address**

AHMED, SALMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  650.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                9,966.46 |
|---|---|---|---|
| | AIB INTERNATIONAL INC<br>P.O. BOX 955665<br>ST. LOUIS, MO 63195-5665 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              31,205.53 |
|---|---|---|---|
| | AIR COMPONENTS INC.<br>PO BOX 407<br>WAYLAND, MI 49348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              47,584.95 |
|---|---|---|---|
| | AIR HANDLING EQUIPMENT INC.<br>1389 RIVERSIDE DR.<br>SIDNEY, OH 45365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              12,854.90 |
|---|---|---|---|
| | AIRGAS USA, LLC<br>PO BOX 734445<br>CHICAGO, IL 60673-4445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                1,587.49 |
|---|---|---|---|
| | AIRHYDROPOWER<br>PO BOX 9001005 DEPT 200<br>LOUISVILLE, KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 204.79 |
|---|---|---|---|

AIT WORLDWIDE LOGISTICS
P.O. BOX 775379
CHICAGO, IL 60677-5379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,689.00 |
|---|---|---|---|

AJINOMOTO HEALTH & NUTRITION NORTH AMERICA, INC.
DEPT. CH 10983
PALATINE, IL 60055-0983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35,383.12 |
|---|---|---|---|

ALAR WATER TREATMENT LLC
9651 W. 196TH ST.
MOKENA, IL 60448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,232.45 |
|---|---|---|---|

ALL TEMP REFRIGERATION, INC.
3515 ELIDA ROAD
LIMA, OH 45807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,642.39 |
|---|---|---|---|

ALL VAC INDUSTRIES
7350 CENTRAL PARK AVENUE
SKOKIE, IL 60076-4003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (*If known*) | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.47 Nonpriority creditor's name and mailing address

ALLAN SULLIVAN INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,507.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.48 Nonpriority creditor's name and mailing address

ALLEGRA PRINT SIGN DESIGN
1026 NORTH MILL STREET
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 179.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.49 Nonpriority creditor's name and mailing address

ALLIANT INSURANCE SERVICES, INC
701 B STREET, 6TH FLOOR
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.50 Nonpriority creditor's name and mailing address

ALL-PHASE ELECTRIC SUPPLY
PO BOX 850645
MINNEAPOLIS, MN 55485-0645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,076.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

### 3.51 Nonpriority creditor's name and mailing address

ALLTECH SUPPLY, INC.
10216 WERCH DR.
WOODRIDGE, IL 60517-5101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,111.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

ALL-WAYS FASTENERS INC
1000 INDUSTRIAL DRIVE
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,094.58

---

**3.53** **Nonpriority creditor's name and mailing address**

ALPEZZI CHOCOLATE
PROLONGACION LOS ROBLES SUR 351
LOS ROBLES, 45134
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74,825.55

---

**3.54** **Nonpriority creditor's name and mailing address**

ALPINE PACIFIC NUT CO., INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,800.00

---

**3.55** **Nonpriority creditor's name and mailing address**

ALPINE POWER SYSTEMS, INC.
DEPT 77783
DETROIT, MI 48277-0783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,872.61

---

**3.56** **Nonpriority creditor's name and mailing address**

ALRO STEEL CORPORATION
24876 NETWORK PLACE
CHICAGO, IL 60673-1248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,661.65

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | ALSTON JR., PHILIP<br>C/O AMBER BOYD LAW<br>ATTN: STEPHEN ROLLINS<br>8510 EVERGREEN AVENUE<br>INDIANAPOLIS, IN 46240 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Litigation | | |

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 125,136.04 |
|---|---|---|---|---|
| | ALTA INDUSTRIAL EQUIPMENT MICHIGAN LLC<br>25538 NETWORK PLACE<br>CHICAGO, IL 60673-1255 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 92,602.36 |
|---|---|---|---|---|
| | AMAZON CAPITAL SERVICES<br>AC#A3B1G9CRW0F0EN<br>PO BOX 035184<br>SEATTLE, WA 98124-5184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 230.05 |
|---|---|---|---|---|
| | AMAZON WEB SERVICES, INC.<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 81,092.59 |
|---|---|---|---|---|
| | AMCOR FLEXIBLES NORTH AMERICA INC<br>24815 NETWORK PLACE<br>CHICAGO, IL 60673-1248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

AMEREN ILLINOIS
PO BOX 88034
CHICAGO, IL 60680-1034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,183.81

---

**3.63** | **Nonpriority creditor's name and mailing address**

AMERICAN CLEANING SERVICE
616 W FRONT STREET
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,084.00

---

**3.64** | **Nonpriority creditor's name and mailing address**

AMERICAN ELECTRIC POWER
PO BOX 371496
PITTSBURGH, PA 15250-7496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,036.72

---

**3.65** | **Nonpriority creditor's name and mailing address**

AMERICAN HONEY INC
1246 W ROSS RD
EL CENTRO, CA 92243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,870.51

---

**3.66** | **Nonpriority creditor's name and mailing address**

AMERICAN PACKAGING CORP.
PO BOX 62525
BALTIMORE, MD 21264-2525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333,887.30

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.00 |
|---|---|---|---|
| | AMERICAN STEEL TREATING<br>29200 GLENWOOD RD.<br>PERRYSBURG, OH 43551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,924.66 |
|---|---|---|---|
| | AMERICAN WELDING & GAS<br>PO BOX 779009<br>CHICAGO, IL 60677-9009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 123,005.41 |
|---|---|---|---|
| | AMERICAN YEAST SALES<br>75 REMITTANCE DR<br>SUITE 1047<br>CHICAGO, IL 60675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,433.51 |
|---|---|---|---|
| | AMF AUTOMATION TECHNOLOGIES<br>POBOX 502992<br>ST. LOUIS, MO 63150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,849.21 |
|---|---|---|---|
| | AMP'D ELECTRIC, LLC<br>5330 S RILEY LANE<br>MURRAY, UT 84107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**

ANALYTICAL LABORATORIES, INC
1804 NORTH 33RD STREET
BOISE, ID 83703-5814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,906.00

---

**3.73** | **Nonpriority creditor's name and mailing address**

ANDERSON ADVANCED INGREDIENTS
2030 MAIN ST.
STE 430
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              604,052.00

---

**3.74** | **Nonpriority creditor's name and mailing address**

ANDERSON LOCK CO., LTD.
PO BOX 2294
DES PLAINES, IL 60017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   173.73

---

**3.75** | **Nonpriority creditor's name and mailing address**

ANDERSON PROCESS
PO BOX 7862
CAROL STREAM, IL 60197-7862

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,133.65

---

**3.76** | **Nonpriority creditor's name and mailing address**

ANNIE'S (GENERAL MILLS)
1610 5TH ST
BERKELEY, CA 94710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Rebate

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$              Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,970.54 |
|---|---|---|---|

ANRITSU INFIVIS, INC.
PO BOX 775126
CHICAGO, IL 60677-5126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,801.94 |
|---|---|---|---|

ANTIBUS SCALES & SYSTEMS
1919 RESEARCH DRIVE
FORT WAYNE, IN 46808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 301.40 |
|---|---|---|---|

ANVER CORPORATION
36 PARMENTER ROAD
HUDSON, MA 01749

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,597.40 |
|---|---|---|---|

APEX INTEGRATED SECURITY SOLUTIONS
187 E 50TH ST.
BOISE, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50,860.00 |
|---|---|---|---|

APEX MANUFACTURING SOLUTIONS, LLC
P.O. BOX 1367
GREER, SC 29652

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

APPLIED AUTOMATION
330 CUMBERLAND ROAD
SOUTH ORANGE, NJ 07079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 544.00

---

**3.83** **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIES
22510 NETWORK PLACE
CHICAGO, IL 60673-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 313,880.14

---

**3.84** **Nonpriority creditor's name and mailing address**

APPLIED PRODUCTS, INC.
PO BOX 776265
CHICAGO, IL 60677-6265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 616,089.58

---

**3.85** **Nonpriority creditor's name and mailing address**

APTEAN, INC.
POBOX 743722
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,850.70

---

**3.86** **Nonpriority creditor's name and mailing address**

AQUALICIOUS
CURLY WATER INC.
1726 N. BLOOMINGTON ST.
STREATOR, IL 61364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 272.50

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**

**Nonpriority creditor's name and mailing address**

AQUALITY SOLUTIONS, LLC.
102 NORTH 1ST AVE.
HOOPESTON, IL 60942

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 571.07

---

**3.88**

**Nonpriority creditor's name and mailing address**

ARBON EQUIPMENT CORPORATION
25464 NETWORK PLACE
CHICAGO, IL 60673-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,662.36

---

**3.89**

**Nonpriority creditor's name and mailing address**

ARCHBOLD CONTAINER CORPORATION
POBOX 10
ARCHBOLD, OH 43502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,642.63

---

**3.90**

**Nonpriority creditor's name and mailing address**

ARCHER DANIELS MIDLAND CO.
POBOX 92572
CHICAGO, IL 60675-2572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 223,526.32

---

**3.91**

**Nonpriority creditor's name and mailing address**

ARDENT MILLS
33250 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 566,693.20

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.92**    **Nonpriority creditor's name and mailing address**

ARMROSE ELECTRICAL CONTRACTING
14212 COUNTY HWY 97
UPPER SANDUSKY, OH 43351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 112,255.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93**    **Nonpriority creditor's name and mailing address**

ARROW CONTAINER LLC
6550 E 30TH ST
STE 130
INDIANAPOLIS, IN 46219-1145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 45,269.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**

ARROWHEAD CONVEYOR CORPORATION
PO BOX 681029
CHICAGO, IL 60695-2029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 262.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**

ART'S REFRIGERATION INC.
3774 28TH ST SW
GRANDVILLE, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,401.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96**    **Nonpriority creditor's name and mailing address**

ASSOCIATED MATERIAL HANDLING INDUSTRIES INC.
7954 SOLUTION CENTER
CHICAGO, IL 60677-7009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 88,647.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

ASTBURY WATER TECHNOLOGY, INC.
5940 W RAYMOND ST.
INDIANAPOLIS, IN 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,778.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,365.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

AT&T U-VERSE
PO BOX 5014
CAROL STREAM, IL 60197-5014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 382.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

ATLAS COPCO COMPRESSORS
DEPT CH 19511
PALATINE, IL 60055-9511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,359.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

ATLAS COPCO NORTH AMERICA, INC
DEPT CH 17251
PALATINE, IL 60055-7251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,445.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

ATLAS FIRST ACCESS, LLC
27302 NETWORK PLACE
CHICAGO, IL 60673-1273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,612.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

ATLAS PALLET COMPANY
131 N. KINGS RD.
NAMPA, ID 83687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 51,255.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

ATLAS STAFFING INC
189 7TH PLACE EAST
ST. PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 150,095.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**

ATLAS TOYOTA MATERIAL HANDLING
27294 NETWORK PLACE
CHICAGO, IL 60673-1272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,024.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

ATS ENGINEERING INC.
104 HEDGEDALE ROAD
BRAMPTON, ON L6T 5L2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,594.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | AUGER FABRICATION, INC<br>4102 EDGES MILL ROAD<br>DOWNINGTOWN, PA 19335 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | | **Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

$ 791.55

| | | |
|---|---|---|
| **3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | AUSTRADE, INC.<br>777 N. US HIGHWAY 1<br>TEQUESTA, FL 33469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | | **Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

$ 14,434.50

| | | |
|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | AUTODESK INC.<br>PO BOX 2188<br>CAROL STREAM, IL 60132-2188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | | **Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

$ 2,132.33

| | | |
|---|---|---|
| **3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | AUTOMATION, INC.<br>4830 AZELIA AVENUE NORTH<br>MINNEAPOLIS, MN 55429 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | | **Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

$ 1,501.40

| | | |
|---|---|---|
| **3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | AUTOMATIONDIRECT.COM INC.<br>POBOX 402417<br>ATLANTA, GA 30384-2417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | | **Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes |

$ 3,154.60

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
|        | Name                          |                          |          |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.112**

**Nonpriority creditor's name and mailing address**

AVANA ELECTROTEK
PO BOX 644
ELK GROVE, IL 60009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,293.50

---

**3.113**

**Nonpriority creditor's name and mailing address**

AVID PALLET RECYCLING LLC
PO BOX 1327
BELOIT, WI 53512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   18,895.90

---

**3.114**

**Nonpriority creditor's name and mailing address**

AXON LLC
PO BOX 73211
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,813.94

---

**3.115**

**Nonpriority creditor's name and mailing address**

BAKER PERKINS INC.
3223 KRAFT AVENUE SE
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   8,409.57

---

**3.116**

**Nonpriority creditor's name and mailing address**

BAKERY EQUIPMENT & CONTROLS
4205 NIGHTHAWK RD.
BILLINGS, MT 59106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   461,088.88

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.117** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$             Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$             Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$             Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$             Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$             Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|--------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.122** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127**

**Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.128**

**Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**

BAKERY, CONFECTIONERY, TOBACCO WORKERS AND GRAIN
MILLERS INTERNATIONAL UNION
10401 CONNECTICUT AVENUE, FLOOR 4
KENSINGTON, MD 20895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**

BANSEVICIUS, GINTARAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 308.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**

BARRY CALLEBAUT U.S.A. LLC
28543 NETWORK PLACE
CHICAGO, IL 60673-1285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,842,407.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

BASTIAN SOLUTIONS
ACCOUNTS RECEIVABLE
10585 N MERIDIAN ST. 2ND FLOOR
CARMEL, IN 46290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                12,288.46

---

**3.133** **Nonpriority creditor's name and mailing address**

BATEAST, MONECA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  EEOC Agency Charge

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.134** **Nonpriority creditor's name and mailing address**

BATES SECURITY, LLC
POBOX 747049
ATLANTA, GA 30374-7049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                4,928.29

---

**3.135** **Nonpriority creditor's name and mailing address**

BAUER II, ALAN T
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  EEOC Agency Charge

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.136** **Nonpriority creditor's name and mailing address**

BAY CORRUGATED CONTAINER, INC.
P.O. BOX 637820
CINCINNATI, OH 45263-7820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,680.16

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

BAY STATE MILLING COMPANY
PO BOX 200646
DALLAS, TX 75320-0646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,504.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.138** **Nonpriority creditor's name and mailing address**

BAY VALLEY FOODS
21077 NETWORK PLACE
CHICAGO, IL 60673-1210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,676.94

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.139** **Nonpriority creditor's name and mailing address**

BCFOODS, INC.
1330 N. DUTTON AVE
SUITE 100
SANTA ROSA, CA 95401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70,603.82

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.140** **Nonpriority creditor's name and mailing address**

BCN TELECOM INC TBS
P.O. BOX 830259
PHILADELPHIA, PA 19182-0259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 230.08

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.141** **Nonpriority creditor's name and mailing address**

BEARCOM
PO BOX 670354
DALLAS, TX 75267-0354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35.60

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.142** Nonpriority creditor's name and mailing address

BEARING DISTRIBUTORS INC.
P.O. BOX 74493
CLEVELAND, OH 44194-0002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 10,906.77

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address

BECKER PUMPS CORP
PO BOX 72294
CLEVELAND, OH 44192

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,173.54

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

BELMARK INC.
PO BOX 8814
CAROL STREAM, IL 60197-8814

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 15,574.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address

BELT POWER, LLC
PO BOX 306103
NASHVILLE, TN 37230-6103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 13,931.11

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

BEN NELSON GOLF & OUTDOOR
2085 COVINGTON PIKE
MEMPHIS, TN 38128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 802.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.147** | **Nonpriority creditor's name and mailing address**

BENCHMARK AUTOMATION, LLC
PO BOX 932813
SUITE 608
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,276.08

---

**3.148** | **Nonpriority creditor's name and mailing address**

BERG, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 390.35

---

**3.149** | **Nonpriority creditor's name and mailing address**

BERRY GLOBAL, INC.
P O BOX 633485
CINCINNATI, OH 45263-3485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 252,190.86

---

**3.150** | **Nonpriority creditor's name and mailing address**

BERRY PALLET INC
1501 4TH ST. SW
WASECA, MN 56093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,884.00

---

**3.151** | **Nonpriority creditor's name and mailing address**

BESCO WATER TREATMENT
P.O. BOX 1310
BATTLE CREEK, MI 49016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,709.07

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.152**

**Nonpriority creditor's name and mailing address**

BEST PACKAGING SYSTEMS INC.
8699 ESCARPMENT WAY
MILTON, ON L9T 0J5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.72

---

**3.153**

**Nonpriority creditor's name and mailing address**

BEUSCHEL SALES INC.
2835 14 MILE RD NW
SPARTA, MI 49345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,961.91

---

**3.154**

**Nonpriority creditor's name and mailing address**

BIFF'S, INC
6430 COUNTRY ROAD 101 E
SHAKOPEE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205.45

---

**3.155**

**Nonpriority creditor's name and mailing address**

BIG PICTURE DATA IMAGING, LLC
700 S. 3RD ST.
TERRE HAUTE, IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 133.75

---

**3.156**

**Nonpriority creditor's name and mailing address**

BIRKEMEYER, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,593.75

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

B-K TOOL & DESIGN INC.
480 W. MAIN ST.
SUITE 100
KALIDA, OH 45853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

BLUE DIAMOND
BANK OF AMERICA - CH LOCKBOX
POBOX 96269
CHICAGO, IL 60693-6269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 610,824.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

BLUEPRINT AUTOMATION INC
POBOX 829951
PHILADELPHIA, PA 19182-9951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

BLUEWATER HAYES INC.
P.O. BOX 501
ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 42,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**

BOISE CITY UTILITY BILLING
PO BOX 2600
BOISE, ID 83701-2600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,656.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (If known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

BORGIA DIE & ENGINEERING
POBOX 65
MARNE, MI 49435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,528.40

---

**3.163** **Nonpriority creditor's name and mailing address**

BORREGAARD AS
P.O. BOX 162
SARPSBORG, 1701
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,065.01

---

**3.164** **Nonpriority creditor's name and mailing address**

BOYD STATION FOODS, LLC.
557 ELYSBURG RD
DANVILLE, PA 17821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,818.00

---

**3.165** **Nonpriority creditor's name and mailing address**

BRADMAN LAKE INC.
LOCKBOX #601833
CHARLOTTE, NC 28260-1833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,487.50

---

**3.166** **Nonpriority creditor's name and mailing address**

BRANDED WELDING
8699 FLAT CREEK DR, UNIT 4C
ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,966.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (*if known*) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,389.00 |
|---|---|---|
| BRANSON ULTRASONICS CORPORATION<br>P.O. BOX 73174<br>SUITE C<br>CHICAGO, IL 60673-7174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.168**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,421.00 |
|---|---|---|
| BRAVO ENTERPRISE<br>15821 PERKINS ROAD<br>BATON ROUGE, LA 70810 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.169**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,357.43 |
|---|---|---|
| BREAKTIME VENDING SOUTHEAST, LLC<br>POBOX 1490<br>CORBIN, KY 40702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.170**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,796.00 |
|---|---|---|
| BRECHBUHLER SCALES, INC.<br>1424 SCALE ST. S.W.<br>SUITE 316<br>CANTON, OH 44706-3096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.171**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,223.34 |
|---|---|---|
| BRECOFLEX CO. LLC<br>222 INDUSTRIAL WAY WEST<br>EATONTOWN, NJ 07724 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
|        | Name                          |                          |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

BRENNAN EQUIPMENT SERVICES
6940 HALL STREET
HOLLAND, OH 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,838.02

---

**3.173** **Nonpriority creditor's name and mailing address**

BRENNTAG GREAT LAKES LLC
PO BOX 7410731
CHICAGO, IL 60674-0731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,454.00

---

**3.174** **Nonpriority creditor's name and mailing address**

BRIESS INDUSTRIES
PO BOX 88679
MILWAUKEE, WI 53288-8679

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,191.37

---

**3.175** **Nonpriority creditor's name and mailing address**

BROADMOOR PRODUCTS INC.
4201 BROCKTON DRIVE SE
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,023.56

---

**3.176** **Nonpriority creditor's name and mailing address**

BROCK'S LANDSCAPING
200 HODGE LANE
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,247.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
|        | Name |  |  |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

BROOKSIDE FLAVORS & INGREDIENTS
1210 N SWIFT RD
ADDISON, IL 60101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,574.00

---

**3.178** **Nonpriority creditor's name and mailing address**

BRUSKE PRODUCTS
PO BOX 669
TINLEY PARK, IL 60477-0669

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 457.02

---

**3.179** **Nonpriority creditor's name and mailing address**

BRYAN CAVE LEIGHTON PAISNER LLP
POBOX 503089
ST. LOUIS, MO 63150-3089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 264.50

---

**3.180** **Nonpriority creditor's name and mailing address**

BRYCE CORP.
23375 NETWORK PLACE
CHICAGO, IL 60673-1233

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 60,856.81

---

**3.181** **Nonpriority creditor's name and mailing address**

BUCKEYE BUSINESS PRODUCTS, INC.
PO BOX 392340
CLEVELAND, OH 44193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,404.09

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

BUHLER INC.
28064 NETWORK PLACE
CHICAGO, IL 60673-1280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,451.72

---

**3.183** | **Nonpriority creditor's name and mailing address**

BULKMATIC SOLUTIONS, LLC
PO BOX 854756
#774756
MINNEAPOLIS, MN 55485-4756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,540.87

---

**3.184** | **Nonpriority creditor's name and mailing address**

BUNGE NORTH AMERICA
2612 SOLUTION CENTER
CHICAGO, IL 60677-2006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120,764.24

---

**3.185** | **Nonpriority creditor's name and mailing address**

BUNZL PROCESSOR DIVISION
12240 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 373.65

---

**3.186** | **Nonpriority creditor's name and mailing address**

BURT LEWIS INGREDIENTS LLC
875 N MICHIGAN AVE
SUITE 2720
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 455,382.17

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

BUSCH BROTHERS MACHINING, INC.
600 6TH ST NW
NEW PRAGUE, MN 56071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,092.72

---

**3.188** **Nonpriority creditor's name and mailing address**

BUSINESS IT SOURCE, INC.
850 ASBURY DR., UNIT B
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106,090.56

---

**3.189** **Nonpriority creditor's name and mailing address**

BW FLEXIBLE SYSTEMS
25242 NETWORK PLACE
CHICAGO, IL 60673-1252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,355.40

---

**3.190** **Nonpriority creditor's name and mailing address**

BW PACKAGING SYSTEMS
25244 NETWORK PLACE
CHICAGO, IL 60673-1252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,258.74

---

**3.191** **Nonpriority creditor's name and mailing address**

C & T DESIGN AND EQUIPMENT CO., INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,319.91

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** Nonpriority creditor's name and mailing address

CAIN FOOD INDUSTRIES
8401 SOVEREIGN ROW
DALLAS, TX 75247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                          1,778.46

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.193** Nonpriority creditor's name and mailing address

CALCO, LTD.
960 MUIRFIELD DR.
HANOVER PARK, IL 60133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                             323.84

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.194** Nonpriority creditor's name and mailing address

CALDIC USA INC
4811 S. EASTERN AVE
BELL, CA 90201-6405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                        16,015.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.195** Nonpriority creditor's name and mailing address

CALDWELL III, THOMAS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  EEOC Agency Charge

$                        Undetermined

Date or dates debt was incurred           UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.196** Nonpriority creditor's name and mailing address

CALIFORNIA DAIRIES, INC
2000 N PLAZA DR
VISALIA, CA 93291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                       181,242.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** | **Nonpriority creditor's name and mailing address**

CALIFORNIA NUTRITIONAL PRODUCTS
64-405 LINCOLN ST.
MECCA, CA 92254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,588.00

---

**3.198** | **Nonpriority creditor's name and mailing address**

CAMBRIDGE CHAIN INC.
POBOX 74754
CHICAGO, IL 60694-4754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,549.00

---

**3.199** | **Nonpriority creditor's name and mailing address**

CAMCODE
PO BOX 73702-N
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 316.50

---

**3.200** | **Nonpriority creditor's name and mailing address**

CAMFIL USA, INC.
3302 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,508.32

---

**3.201** | **Nonpriority creditor's name and mailing address**

CAMPBELL WRAPPER
1415 FORTUNE AVE
DE PERE, WI 54115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 331.59

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

CANON SOLUTIONS AMERICA, INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 887.35

---

**3.203** | **Nonpriority creditor's name and mailing address**

CAPITOL FOOD COMPANY
PO BOX 6629
PASADENA, CA 91109-6572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,046.40

---

**3.204** | **Nonpriority creditor's name and mailing address**

CARLIN AUTOMATION INC.
PO BOX 632109
CINCINNATI, OH 45263-2109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,041.71

---

**3.205** | **Nonpriority creditor's name and mailing address**

CARL'S TRUCK & TRAILER REPAIR, INC.
148 E. US HWY 20
SUITE 325
CHESTERTON, IN 46304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,209.20

---

**3.206** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.207** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.208** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.209** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.210** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.211** | **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.212** **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$  Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

CASA DUPAGE WORKERS CENTER
311 S NAPERVILLE
SUITE C
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  NLRB Agency Charge

$  Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

CASCADE COLUMBIA DISTRIBUTION
6900 FOX AVE S
SEATTLE, WA 98108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  2,900.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

CASTERDEPOT
POBOX 30516
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  85.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

CATANIA-SPAGNA CORPORATION
P.O. BOX 414439
BOSTON, MA 02241-4439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  8,293.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | | Case number *(if known)* | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

CCH
PO BOX 4307
CAROL STREAM, IL 60197-4307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,077.83

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.218** **Nonpriority creditor's name and mailing address**

CCP INDUSTRIES
PO BOX 6500
CLEVELAND, OH 44143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 76,205.08

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.219** **Nonpriority creditor's name and mailing address**

CED
PO BOX 936350
SUITE 105
ATLANTA, GA 31193-6350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,796.68

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.220** **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY INDIANA NORTH
POBOX 4671
HOUSTON, TX 77210-4671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,667.63

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.221** **Nonpriority creditor's name and mailing address**

CENTIMARK CORPORATION
POBOX 536254
PITTSBURGH, PA 15253-5904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 558,399.22

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.222** | **Nonpriority creditor's name and mailing address**

CENTRAL MICHIGAN
BUILDING SERVICES
985 EAST MAIN ST
IONIA, MI 48846

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 221,338.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address**

CENTRAL SECURITY & COMMUNICATIONS
11201 USA PARKWAY
STE 100
FISHERS, IN 46037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 204,248.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address**

CENTRAL STATES DIST SVC.
3401 LYNCH CREEK DR.
DANVILLE, IL 61834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 58,940.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address**

CENTRAL STATES INDUSTRIAL EQUIPMENT & SERVICE, INC.
2700 N PARTNERSHIP BLVD
SPRINGFIELD, MO 65803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,703.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**

CENTRAL STATES WIRE PRODUCTS INC
871 EDGERTON STREET
ST PAUL, MN 55130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,769.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** 

**Nonpriority creditor's name and mailing address**

CENTRAL STEEL & WIRE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 679.82

---

**3.228**

**Nonpriority creditor's name and mailing address**

CERTASITE, LLC
PO BOX 772443
DETROIT, MI 48277-2443

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,253.90

---

**3.229**

**Nonpriority creditor's name and mailing address**

CERTIFIED LABORATORIES OF THE MIDWEST
ATTN: ACCOUNTING
65 MARCUS DRIVE DEPT. CMW
MELVILLE, NY 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 106,938.15

---

**3.230**

**Nonpriority creditor's name and mailing address**

CHABAD HOUSE
2615 MICHIGAN N.E.
GRAND RAPIDS, MI 49506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 700.00

---

**3.231**

**Nonpriority creditor's name and mailing address**

CHAMPION ENERGY SERVICES, LLC
PO BOX 787626
#774749
PHILADELPHIA, PA 19178-7626

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 80,658.05

---

Debtor   Hearthside Food Solutions, LLC
         Name

Case number (if known)   24-90587

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
PO BOX 6030
CAROL STREAM, IL 60197-0630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    727.42

---

**3.233** **Nonpriority creditor's name and mailing address**

CHEMSTATION INTERNATIONAL
P.O. BOX 931097
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 32,783.84

---

**3.234** **Nonpriority creditor's name and mailing address**

CHEMSTATION INTERNATIONAL
P.O. BOX 931097
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  3,866.35

---

**3.235** **Nonpriority creditor's name and mailing address**

CHEMTREAT
15045 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,794.77

---

**3.236** **Nonpriority creditor's name and mailing address**

CHEP PALLET MGT. SYSTEMS
15226 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                186,815.05

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237 Nonpriority creditor's name and mailing address**
CHESAPEAKE SPICE COMPANY, LLC
P.O. BOX 6129
HERMITAGE, PA 16148-0922

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 390.44

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.238 Nonpriority creditor's name and mailing address**
CHICAGO CODING SYSTEMS
P.O. BOX 3730
ST CHARLES, IL 60174

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 30,483.68

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.239 Nonpriority creditor's name and mailing address**
CHROUCH COMMUNICATION INC
7860 MORRISON LAKE ROAD
SARANAC, MI 48881

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 852.66

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.240 Nonpriority creditor's name and mailing address**
CHURCH & DWIGHT CO. INC.
POBOX 95055
CHICAGO, IL 60694

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 33,330.01

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.241 Nonpriority creditor's name and mailing address**
CINTAS CORP
P.O. BOX 630921
CINCINNATI, OH 45263-0921

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 108,847.35

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.242** | **Nonpriority creditor's name and mailing address**

CISCO INC.
PO BOX 1803
GRAND RAPIDS, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,500.80

---

**3.243** | **Nonpriority creditor's name and mailing address**

CITADEL
1287 NAPERVILLE DR.
STE A
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 802.34

---

**3.244** | **Nonpriority creditor's name and mailing address**

CITADEL FIRE SPRINKLER, INC.
133 BELCHER DR.
PELHAM, AL 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,856.25

---

**3.245** | **Nonpriority creditor's name and mailing address**

CITY APPAREL
116 E. MAIN CROSS ST.
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,638.29

---

**3.246** | **Nonpriority creditor's name and mailing address**

CITY OF BOISE
SEWER FUND
BOISE, ID 83701-0500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,531.74

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.247** | **Nonpriority creditor's name and mailing address**

CITY OF DES PLAINES
PO BOX 734160
CHICAGO, IL 60673-4160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                15,023.32

---

**3.248** | **Nonpriority creditor's name and mailing address**

CITY OF GIBSON
101 EAST EIGHTH STREET PO BOX 545
GIBSON CITY, IL 60936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   836.46

---

**3.249** | **Nonpriority creditor's name and mailing address**

CITY OF GRAND RAPIDS TREASURY
RM 220 CITY HALL -WATER/SEWER
300 MONROE AVENUE NW
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                16,820.02

---

**3.250** | **Nonpriority creditor's name and mailing address**

CITY OF KENTWOOD
4900 BRETON AVE SE
KENTWOOD, MI 49518-8848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               176,147.27

---

**3.251** | **Nonpriority creditor's name and mailing address**

CITY OF TERRE HAUTE
17 HARDING AVE
TERRE AHUTE, IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   502.08

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252 Nonpriority creditor's name and mailing address**

CITY OF WENONA
226 S CHESTNUT ST.
WENONA, IL 61377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,094.36

---

**3.253 Nonpriority creditor's name and mailing address**

CITY SUPPLY, INC.
4301 OHIO ST
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 782.43

---

**3.254 Nonpriority creditor's name and mailing address**

CITY WIDE MAINTENANCE OF MN
11979 COUNTY RD. 11
SUITE 250
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,059.28

---

**3.255 Nonpriority creditor's name and mailing address**

CL&D GRAPHICS, INC.
PO BOX 933511
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 187,559.14

---

**3.256 Nonpriority creditor's name and mailing address**

CLARENCE BRUNS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** | **Nonpriority creditor's name and mailing address**

CLASEN QUALITY CHOCOLATE
5126 W. TERRACE DR.
MADISON, WI 53718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 652,671.50

---

**3.258** | **Nonpriority creditor's name and mailing address**

CLASSIC TRANSPORTATION & WAREHOUSING
4729 DIVISION AVENUE
WAYLAND, MI 49348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,243.00

---

**3.259** | **Nonpriority creditor's name and mailing address**

CLM SYSTEMS
14350 10TH STREET
DADE CITY, FL 33523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,800.34

---

**3.260** | **Nonpriority creditor's name and mailing address**

CLOVERLEAF CHEMICAL COMPANY
1000 ESSINGTON RD
STE C
JOLIET, IL 60435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,787.69

---

**3.261** | **Nonpriority creditor's name and mailing address**

CMMS DATA GROUP, INC.
123 W. MADISON STREET
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,080.28

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

COBBLESTONE SYSTEMS CORP
428 S. WHITE HORSE PIKE
LINDENWOLD, NJ 08021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140.00

---

**3.263** **Nonpriority creditor's name and mailing address**

COCHRANE SUPPLY & ENG.
30303 STEPHENSON HIGHWAY
MADISON HEIGHTS, MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,832.98

---

**3.264** **Nonpriority creditor's name and mailing address**

COFESSCO FIRE PROTECTION
411 OTTAWA STREET
MUSKEGON, MI 49442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.95

---

**3.265** **Nonpriority creditor's name and mailing address**

COGNEX CORPORATION
POBOX 27623
NEW YORK, NY 10087-7623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 175,073.00

---

**3.266** **Nonpriority creditor's name and mailing address**

COLDWELL & CO. INC.
POBOX 10098
TERRE HAUTE, IN 47801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,691.86

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

COLE-PARMER INSTRUMENT CO.
13927 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,070.25

---

**3.268** **Nonpriority creditor's name and mailing address**

COLLINS PALLET
1584 BLAINE STREET
GARY, IN 46406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                60,120.00

---

**3.269** **Nonpriority creditor's name and mailing address**

COLOR CARD ADMINISTRATOR
7898 OSTROW STREET
SUITE E
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                67.26

---

**3.270** **Nonpriority creditor's name and mailing address**

COLORMASTERS
DEPT #5829
P.O. BOX 11407
BIRMINGHAM, AL 35246-5829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                77,727.35

---

**3.271** **Nonpriority creditor's name and mailing address**

COLUMBIA CORRUGATED BOX
12777 SW TUALATIN-SHERWOOD RD
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                19,648.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

COLUMBIA ELECTRIC SUPPLY
PO BOX 888855
LOS ANGELES, CA 90088-8855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,348.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273** **Nonpriority creditor's name and mailing address**

COLUMBIAN DISTRIBUTION SERVICE
2900 DIXIE AVENUE
GRAND RAPIDS, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 132,555.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**

COLUMBUS VEGETABLE OILS
4990 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 115.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** **Nonpriority creditor's name and mailing address**

COMBINED FLUID PRODUCTS
805 OAKWOOD RD
SUITE F
LAKE ZURICH, IL 60047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 984.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**

COMCAST
POBOX 71211
CHARLOTTE, NC 28272-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,154.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

COMED
PO BOX 6112
CAROL STREAM, IL 60197-6112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 48,925.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA
5051 COMMERCE CROSSINGS DRIVE
LOUISVILLE, KY 40229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 25,855.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279** **Nonpriority creditor's name and mailing address**

COMMERCIAL CREAMERY COMPANY
159 S CEDAR ST
SPOKANE, WA 99201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 36,018.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.280** **Nonpriority creditor's name and mailing address**

COMMERCIAL QUALITY & FOOD SAFTEY SOLUTIONS/IHCBP INFINITY
350 PETERS ST. SW UNIT 18
ATLANTA, GA 30313

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 45,971.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.281** **Nonpriority creditor's name and mailing address**

COMMONWEALTH BUSINESS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 762.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** **Nonpriority creditor's name and mailing address**

COMPASS INDUSTRIAL GROUP LLC
PO BOX 772
BOGART, GA 30622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,719.40

---

**3.283** **Nonpriority creditor's name and mailing address**

COMPASS SALES AND MARKETING, L.L.C.
1582 HARVEST COVE DRIVE
MIDDLEBURG, FL 32068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56.49

---

**3.284** **Nonpriority creditor's name and mailing address**

CONCENTRIC, LLC
POBOX 953262
ST. LOUIS, MO 63195-3262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,466.10

---

**3.285** **Nonpriority creditor's name and mailing address**

CONFOCO USA, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 698.68

---

**3.286** **Nonpriority creditor's name and mailing address**

CONSTELLATION NEW ENERGY GAS DIV
BANK OF AMERICA LOCKBOX SERVICES
P O BOX 5473
CAROL STREAM, IL 60197-4640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 144,623.67

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

CONSUMERS ENERGY
POBOX 740309
CINCINNATI, OH 45274-0309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 270,230.15

---

**3.288** **Nonpriority creditor's name and mailing address**

CONTINENTAL CAFE LLC
DBA CUYAHOGA FRANKLIN GROUP
PO BOX 713315
CHICAGO, IL 60677-1347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.289** **Nonpriority creditor's name and mailing address**

CONTINENTAL CARBONIC PRODUCTS, INC
POBOX 123833 DEPT 3833
DALLAS, TX 75312-3833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134.52

---

**3.290** **Nonpriority creditor's name and mailing address**

COPENHAVER, JOHN ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 605.53

---

**3.291** **Nonpriority creditor's name and mailing address**

COPERION K-TRON SALINA, INC.
POBOX 536180
PITTSBURGH, PA 15253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,246.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,855.09 |
|---|---|---|---|
| | COPERION PROCESS SOLUTION LLC PO BOX 19747 PALATINE, IL 60055-9747 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 92,295.65 |
|---|---|---|---|
| | COPESAN SERVICES INC POBOX 8442 CAROL STREAM, IL 60197-8442 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,237.02 |
|---|---|---|---|
| | CORBIN FLOWER SHOP PO BOX 500 CORBIN, KY 40702 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,435.77 |
|---|---|---|---|
| | CORNERSTONE COPY CENTER 20776 HOLYOKE AVE PO BOX 1403 LAKEVILLE, MN 55044 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,566.74 |
|---|---|---|---|
| | CORNERSTONE INDUSTRIES CORP. 8781 MOTORSPORTS WAY BROWNSBURG, IN 46112 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

CP FLEXIBLE PACKAGING
PO BOX 62858
BALTIMORE, MD 21264-2858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,640.99

---

**3.298** | **Nonpriority creditor's name and mailing address**

CRANE 1 SERVICES, INC.
PO BOX 952045
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,968.93

---

**3.299** | **Nonpriority creditor's name and mailing address**

CRATERS AND FREIGHTERS
PO BOX 1360
LA VERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,755.53

---

**3.300** | **Nonpriority creditor's name and mailing address**

CREATIVE FOOD INGREDIENTS
1 LINCOLN AVENUE
PERRY, NY 14530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70,998.00

---

**3.301** | **Nonpriority creditor's name and mailing address**

CRESCENT ELECTRIC SUPPLY CO.
PO BOX 500
EAST DUBUQUE, IL 61025-4420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 177.01

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

CROSSPOINT COMMUNICATIONS LLC
7433 GLENVISTA PLACE
FISHERS, IN 46038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,269.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264-1173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 26,928.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

CS PALLET, INC
13901 WOODLAWN HILLS DRIVE
CEDAR SPRINGS, MI 49319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,280.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**

CULLIGAN LIMA
3900 WILMINGTON PIKE
KETTERING, OH 45429-5053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,152.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**

CULLIGAN OF MICHIANA
56861 FERRETTIE CT
MISHAWAKA, IN 46545-7480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 183.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.307** Nonpriority creditor's name and mailing address

CUMMINS SALES AND SERVICE
PO BOX 772639
#774494
DETROIT, MI 48277-2639

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                1,064.59

---

**3.308** Nonpriority creditor's name and mailing address

CUYAHOGA FRANKLIN GROUP
P.O. 933514
CLEVELAND, OH 44193-3514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                3,929.99

---

**3.309** Nonpriority creditor's name and mailing address

CV TECHNOLOGY INC.
15852 MERECANTILE CT.
JUPITER, FL 33478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                9,900.00

---

**3.310** Nonpriority creditor's name and mailing address

D.A. DODD, INC.
P.O. BOX 430
ROLLING PRAIRIE, IN 46371

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                440.00

---

**3.311** Nonpriority creditor's name and mailing address

D.D. WILLIAMSON & CO., INC.
23454 NETWORK PLACE
CHICAGO, IL 60673-1234

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                8,136.20

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.312 Nonpriority creditor's name and mailing address**

D.L. NEU & ASSOCIATES, INC.
5805 WELLER CT. SE
SUITE A
WYOMING, MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,964.07

---

**3.313 Nonpriority creditor's name and mailing address**

DAABON ORGANIC USA, INC.
1110 BRICKELL AVENUE
STE 212
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,284.60

---

**3.314 Nonpriority creditor's name and mailing address**

DAIRY FARMERS OF AMERICA
2637 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,671.55

---

**3.315 Nonpriority creditor's name and mailing address**

DAKOTA GROWERS PASTA CO INC
27242 NETWORK PLACE
CHICAGO, IL 60673-1272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 178,207.58

---

**3.316 Nonpriority creditor's name and mailing address**

DAKOTA SPECIALTY MILLING, INC.
PO BOX 46
FARGO, ND 58107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93,765.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

DANISCO USA, INC
P. O. BOX 32020
NEW YORK, NY 10087-2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 297,465.81

---

**3.318** | **Nonpriority creditor's name and mailing address**

DBS ENTERPRISES, LLC
439 MOREN ROAD
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,268.40

---

**3.319** | **Nonpriority creditor's name and mailing address**

DD WILLIAMSON
23454 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 754.80

---

**3.320** | **Nonpriority creditor's name and mailing address**

DDN INDUSTRIES INC
2155 STONINGTON
SUITE 221
HOFFMAN ESTATES, IL 60169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,402.50

---

**3.321** | **Nonpriority creditor's name and mailing address**

DEAN BOILER, INC.
1824 3 MILE RD NW
GRAND RAPIDS, MI 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 840.20

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,628.00 |
|---|---|---|---|

DEBAUN'S LAWN CARE LLC
9788 N. PRIVATE RD 310 W.
BRAZIL, IN 47834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 112,058.45 |
|---|---|---|---|

DEEM
11201 USA PARKWAY
SUITE 200
FISHERS, IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,942.40 |
|---|---|---|---|

DEIBEL LABORATORIES OF ILLINOIS, INC
7120 NORTH RIDGEWAY
LINCOLNWOOD, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 255.00 |
|---|---|---|---|

DELPHOS RESTAURANT EQUIPMENT & DELPHOS MEDICAL VENDING
101 SOUTH MAIN ST
DELPHOS, OH 45833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 207.53 |
|---|---|---|---|

DELTA NATURAL GAS COMPANY, INC.
PO BOX 747108
PITTSBURGH, PA 15274-7108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.327** | **Nonpriority creditor's name and mailing address**

DEPARTMENT OF WATER WORKS SANITARY DISTRICT
P.O. BOX 888
MICHIGAN CITY, IN 46361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,258.37

---

**3.328** | **Nonpriority creditor's name and mailing address**

DES PLAINES PLANT 3010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 165.00

---

**3.329** | **Nonpriority creditor's name and mailing address**

DESHLER MUNICIPAL UTILITIES
935 W MAIN ST
DESHLER, OH 43516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 234.15

---

**3.330** | **Nonpriority creditor's name and mailing address**

DETECTAMET INC
5111 GLEN ALDEN DRIVE
RICHMOND, VA 23231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,572.05

---

**3.331** | **Nonpriority creditor's name and mailing address**

DETROIT FORMING INC.
C/O MI BANK
3707 W. MAPLE RD.
BLOOMFIELD HILLS, MI 48301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 129,186.59

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332 Nonpriority creditor's name and mailing address**

DEWALL, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 210.00

---

**3.333 Nonpriority creditor's name and mailing address**

DIAGRAPH MARKING AND CODING GROUP
75 REMITTANCE DRIVE
SUITE 1234
CHICAGO, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,365.16

---

**3.334 Nonpriority creditor's name and mailing address**

DIAMOND FOODS LLC
PO BOX 669206
DALLAS, TX 75266-9206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,080.80

---

**3.335 Nonpriority creditor's name and mailing address**

DIAMOND RENTALS INC
892 W CHAMPAIGN AVE.
RANTOUL, IL 61866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,230.00

---

**3.336 Nonpriority creditor's name and mailing address**

DICK JONES SALES, INC.
258 BALTIMORE STREET
HANOVER, PA 17331-0141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,566.90

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** Nonpriority creditor's name and mailing address

DICKS SANITATION SERVICE, INC.
A WASTE CONNECTIONS COMPANY
PO BOX 679859
DALLAS, TX 75267-9859

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,243.16

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address

DIE SAND MANUFACTURING INC.
500 WOLVERINE NE
ROCKFORD, MI 49341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 26,380.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address

DIGI-KEY CORPORATION
701 BROOKS AVE. S.
THIEF RIVER FALLS, MN 56701-0677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,060.79

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address

DIRECT ELECTRONICS PLUS, INC.
7203 LIMERICK LN. SW
BYRON CENTER, MI 49315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 53,244.79

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.341** Nonpriority creditor's name and mailing address

DISH NETWORK
P.O. BOX 94063
PALATINE, IL 60094-4063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 103.89

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** **Nonpriority creditor's name and mailing address**

Distinctive Catering

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    4,518.14

---

**3.343** **Nonpriority creditor's name and mailing address**

DISTRIBUTOR'S TERMINAL
PO BOX 3287
TERRE HAUTE, IN 47803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   28,608.83

---

**3.344** **Nonpriority creditor's name and mailing address**

DIVERSIFIED WASTE SOLUTIONS
321 STEVENS ST
SUITE A
GENEVA, IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   11,882.47

---

**3.345** **Nonpriority creditor's name and mailing address**

DK SECURITY
PO BOX 888843
GRAND RAPIDS, MI 49588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   26,247.43

---

**3.346** **Nonpriority creditor's name and mailing address**

DNV CERTIFICATION INC.
POBOX 74008806
CHICAGO, IL 60674-8806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   19,406.39

---

Debtor   Hearthside Food Solutions, LLC _____   Case number (if known)   24-90587
              Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347**

**Nonpriority creditor's name and mailing address**
DOMINGUEZ, RAUL ORTIZ
C/O KARAYANNIS LAW OFFICES
ATTN: NICHOLAS M. KARAYANNIS
21 N. 4TH STREET
GENEVA, IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.348**

**Nonpriority creditor's name and mailing address**
DOMINION PACKAGING INC.
5700 AUDUBON DRIVE
SANDSTON, VA 23150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   379,076.33

---

**3.349**

**Nonpriority creditor's name and mailing address**
DOMINO FOODS, INC.
PO BOX 751945
CHARLOTTE, NC 28275-1945

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   26,192.38

---

**3.350**

**Nonpriority creditor's name and mailing address**
DONNELLEY FINANCIAL LLC
PO BOX 842282
BOSTON, MA 02284-2282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   383.35

---

**3.351**

**Nonpriority creditor's name and mailing address**
DOT FOODS, INC.
1 DOT WAY
PO BOX 192
MT STERLING, IL 62353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   352.77

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DOUGLAS MACHINE
NW8957
MINNEAPOLIS, MN 55485-8957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,325.03

---

3.353 **Nonpriority creditor's name and mailing address**
DRIVES & CONVEYORS INC
3865 CUMBERLAND FALLS HWY
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.98

---

3.354 **Nonpriority creditor's name and mailing address**
DSM FOOD SPECIALTIES USA, INC.
BANK OF AMERICA
4135 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,626.26

---

3.355 **Nonpriority creditor's name and mailing address**
DTE ENERGY
PO BOX 630795
H5
CINCINNATI, OH 45263-0795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,915.17

---

3.356 **Nonpriority creditor's name and mailing address**
DUGGERS SEPTIC SERVICE INC.
49 SPINDLE TOP LANE
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357**

**Nonpriority creditor's name and mailing address**

DUKE ENERGY
CINERGY CORP.
POBOX 1326
CHAROLETTE, NC 28201-1326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75,433.53

---

**3.358**

**Nonpriority creditor's name and mailing address**

DUTCH GOLD HONEY
2220 DUTCH GOLD DRIVE
LANCASTER, PA 17601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,054.00

---

**3.359**

**Nonpriority creditor's name and mailing address**

DXP ENTERPRISES, INC.
PO BOX 840511
DALLAS, TX 75284-0511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,458.54

---

**3.360**

**Nonpriority creditor's name and mailing address**

DYKMAN ELECTRICAL INC
2323 FEDERAL WAY
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,054.60

---

**3.361**

**Nonpriority creditor's name and mailing address**

DYNATECT MANUFACTURING INC.
POBOX 88709
MILWAUKEE, WI 53288-0709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.55

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.362** **Nonpriority creditor's name and mailing address**

E.T. OAKES CORP
686 OLD WILLETS PATH
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 936.00

---

**3.363** **Nonpriority creditor's name and mailing address**

EAGLE MARK 4 EQUIPMENT
POBOX 946
MANSFIELD, OH 44901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,761.50

---

**3.364** **Nonpriority creditor's name and mailing address**

EAN SERVICES, LLC
PO BOX 402383
ATLANTA, GA 30384-2383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,380.23

---

**3.365** **Nonpriority creditor's name and mailing address**

EAST COAST TRANSISTOR PARTS, INC.
2 MARLBOROUGH ROAD
WEST HEMPSTEAD, NY 11552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 283.80

---

**3.366** **Nonpriority creditor's name and mailing address**

ECOLAB INC.
PO BOX: 32027
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 106,482.59

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,144.72

---

**3.368** **Nonpriority creditor's name and mailing address**

ECO-TECH USA, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,688.63

---

**3.369** **Nonpriority creditor's name and mailing address**

EDA, INC.
POBOX 5173
TERRE HAUTE, IN 47805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,720.00

---

**3.370** **Nonpriority creditor's name and mailing address**

EDICT SYSTEMS, INC.
L-3115
COLUMBUS, OH 43260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.43

---

**3.371** **Nonpriority creditor's name and mailing address**

EIDSVOLD OVERHEAD DOOR LLC
6677 400TH ST.
DENNISON, MN 55018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,750.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

ELK GROVE VILLAGE
29814 NETWORK PLACE
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,034.20

---

**3.373** **Nonpriority creditor's name and mailing address**

EMD MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 251.86

---

**3.374** **Nonpriority creditor's name and mailing address**

EMT INTERNATIONAL
780 CENTERLINE DRIVE
HOBART, WI 54155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,575.50

---

**3.375** **Nonpriority creditor's name and mailing address**

ENCORE TRAVEL AMERICAS INC.
2915 OGLETOWN ROAD
NEWARK, DE 19713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,115.06

---

**3.376** **Nonpriority creditor's name and mailing address**

ENDURATRED INDUSTRIAL TIRE
PO BOX 602
ELMHURST, IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 840.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377** **Nonpriority creditor's name and mailing address**

ENERGY SPECIALISTS COMPANY, INC.
224 N. MAIN STREET
TOLUCA, IL 61369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,624.23

---

**3.378** **Nonpriority creditor's name and mailing address**

ENFORCE LLC
1700 PACIFIC AVE
SUITE 4300
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,400.00

---

**3.379** **Nonpriority creditor's name and mailing address**

ENSIGHT SOLUTIONS
PO BOX 7410664
CHICAGO, IL 60674-0664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,353.86

---

**3.380** **Nonpriority creditor's name and mailing address**

ENSONO, LP
32801 COLLECTION CENTER DR.
CHICAGO, IL 60693-0328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,477.01

---

**3.381** **Nonpriority creditor's name and mailing address**

ENTHERM INC
500 EAST TRAVELERS TRAIL
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,346.78

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.382** Nonpriority creditor's name and mailing address

ENVIRONMENTAL LEVERAGE, INC.
812 DOGWOOD DRIVE
NORTH AURORA, IL 60542

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,699.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address

ENVIRONMENTAL SAFETY PRODUCTS
700 WEST 6TH ST.
MICHIGAN CITY, IN 46360

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,711.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address

ENVIRONMENTAL SOLUTIONS
12427 FIRE ISLAND DR.
LOVES PARK, IL 61111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,295.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.385** Nonpriority creditor's name and mailing address

ePac Holdings, LLC
5475 DANIELS ST
CHINO, CA 91710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 196,637.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.386** Nonpriority creditor's name and mailing address

EQUIP LLC
330 WEST COLFAX APT. 313
SOUTH BEND, IN 46601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,400.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** Nonpriority creditor's name and mailing address

E-QUIP MFG CO., INC.
230 INDUSTRY AVENUE
FRANKFORT, IL 60423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 520.25

---

**3.388** Nonpriority creditor's name and mailing address

ESCAPE FIRE PROTECTION
3000 CENTERVILLE ROAD
LITTLE CANADA, MN 55117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,125.00

---

**3.389** Nonpriority creditor's name and mailing address

ESM PRODUCTS LLC
0N043 PLEASANT HILL RD.
WHEATON, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106,081.19

---

**3.390** Nonpriority creditor's name and mailing address

ESPINOZA, LESLIE QUINONEZ
C/O JUSTICIA LABORAL, LLC
ATTN: DANIEL I. SCHLADE
6232 N. PULASKI, #300
CHICAGO, IL 60645

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.391** Nonpriority creditor's name and mailing address

ESTES EXPRESS LINES
3901 WEST BROAD STREET
RICHMOND, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,322.18

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392** Nonpriority creditor's name and mailing address

EUROFINS FOOD CHEMISTRY
TESTING US INC.
PO BOX 1482
CAROL STREAM, IL 60132-1482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,298.27

---

**3.393** Nonpriority creditor's name and mailing address

EUSTATHIA PANOUSIS
496 N WALNUT STREET
ELMHURST, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,941.67

---

**3.394** Nonpriority creditor's name and mailing address

EXAMINETICS, INC.
PO BOX 7410675
CHICAGO, IL 60674-0675

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 45,116.50

---

**3.395** Nonpriority creditor's name and mailing address

EXIGES INSTRUMENT SYSTEMS, LLC
POBOX 322
NEW PALESTINE, IN 46163

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 23,645.41

---

**3.396** Nonpriority creditor's name and mailing address

EXIT 76 CORPORATION
2696 CHICAGO DRIVE
WYOMING, MI 49519

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 329.50

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** | **Nonpriority creditor's name and mailing address**

EXOTIC AUTOMATION & SUPPLY
53500 GRAND RIVER AVE
NEW HUDSON, MI 48165

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,562.98

---

**3.398** | **Nonpriority creditor's name and mailing address**

F & S ENGRAVING, INC.
1620 W. CENTRAL RD.
MOUNT PROSPECT, IL 60056-2269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,497.00

---

**3.399** | **Nonpriority creditor's name and mailing address**

FACTORY FIX
PO BOX 207714
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,590.00

---

**3.400** | **Nonpriority creditor's name and mailing address**

FAMILY FEATURES EDITORIAL SYNDICATE
5825 DEARBORN ST
MISSION, KS 66202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,971.55

---

**3.401** | **Nonpriority creditor's name and mailing address**

FARMERS' RICE COOPERATIVE
PO BOX 15223
SACRAMENTO, CA 95851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42,850.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.402** **Nonpriority creditor's name and mailing address**

FARRINGTON PROPERTIES, LLC
933 S 5TH ST. APT. 3
TERRE HAUTE, IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 985.00

---

**3.403** **Nonpriority creditor's name and mailing address**

FASTEC SERVICES
750 CIRCLE DRIVE
TRAVELERS REST, SC 29690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 182.00

---

**3.404** **Nonpriority creditor's name and mailing address**

FASTECHNOLOGY GROUP, LLC
19 KETTLE RIVER DR.
GLEN CARBON, IL 62034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 329.38

---

**3.405** **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55987-1289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 520,257.01

---

**3.406** **Nonpriority creditor's name and mailing address**

FASTSIGNS
3582 29TH ST.
STE 101
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82.19

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

FAUSKE & ASSOCIATES, LLC
16W070 83RD ST
BURR RIDGE, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** **Nonpriority creditor's name and mailing address**

FAVORITE BROKERS INC -300QB
508 NORTH AVENUE
NEW ROCHELLE, NY 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 723.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409** **Nonpriority creditor's name and mailing address**

FEDERATED FOODSERVICE GROUP
ATTN: ACCOUNTS RECEIVABLE
PO BOX 7094
CAROL STREAM, IL 60197-7091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,629.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

FERGUSON ENGINEERING CO.
8765 OLD CRAFT ROAD
OLIVE BRANCH, MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,155.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | | | Case number *(if known)* | 24-90587 |
|---|---|---|---|---|---|
| | Name | | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.412** **Nonpriority creditor's name and mailing address**

FERGUSON FACILITIES #3400
HP PRODUCTS CORPORATION
PO BOX 802817
CHICAGO, IL 60680-2817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 356,580.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413** **Nonpriority creditor's name and mailing address**

FESTO CORPORATION
POBOX 1355
BUFFALO, NY 14240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 852.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**

FIKE CORPORATION
704 SW 10TH ST.
BLUE SPRINGS, MO 64015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,516.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**

FILTER SERVICES ILLINOIS
25 HOWARD AVE
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,803.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**

FINZER ROLLER OF ILLINOIS
PO BOX 5763
CAROL STREAM, IL 60197-5763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,879.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.417** **Nonpriority creditor's name and mailing address**

FIRMENICH
POBOX 7247-8502
PHILADELPHIA, PA 19170-8502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 627,388.83

---

**3.418** **Nonpriority creditor's name and mailing address**

FIRST ADVANTAGE FORM I9 COMPLIANCE LLC
P.O. BOX 748700
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200.00

---

**3.419** **Nonpriority creditor's name and mailing address**

FIRST COMMUNICATIONS LLC
POBOX 772069
DETROIT, MI 48277-2069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,061.00

---

**3.420** **Nonpriority creditor's name and mailing address**

FIRST DISTRICT ASSOCIATION
101 S. SWIFT AVE
LITCHFIELD, MN 55355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,154.00

---

**3.421** **Nonpriority creditor's name and mailing address**

FIRST FILTER
142 F STREET
PERRYSBURG, OH 43551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
13551 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,683.77

---

**3.423** **Nonpriority creditor's name and mailing address**

FITZGERALD EQUIPMENT CO.
4650 BOEING DRIVE
ROCKFORD, IL 61109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,519.94

---

**3.424** **Nonpriority creditor's name and mailing address**

FLAVOR PRODUCERS
PO BOX 95622
CHICAGO, IL 60694-5622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73,716.51

---

**3.425** **Nonpriority creditor's name and mailing address**

FLAVORCHEM
POBOX 735783
DALLAS, TX 75373-5783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 503.31

---

**3.426** **Nonpriority creditor's name and mailing address**

FLEXXRAY, LLC
3751 NEW YORK AVE #130
ARLINGTON, TX 76014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,499.50

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.427** **Nonpriority creditor's name and mailing address**

FLODYNE-HYDRADYNE, INC.
1000 MUIRFIELD DR.
HANOVER PARK, IL 60103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,931.09

---

**3.428** **Nonpriority creditor's name and mailing address**

FLORES, FERNANDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** IDHR Agency Charge

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.429** **Nonpriority creditor's name and mailing address**

FLOWERS BAKERY OF LONDON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,325.00

---

**3.430** **Nonpriority creditor's name and mailing address**

FLUID CONNECTIONS
3720 HAGEN DRIVE S.E.
GRAND RAPIDS, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,067.86

---

**3.431** **Nonpriority creditor's name and mailing address**

FLUKE ELECTRONICS
7272 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 332.90

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** **Nonpriority creditor's name and mailing address**

FLYNN BURNER CORPORATION
225 MOORESVILLE BLVD
MOORESVILLE, NC 28115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.433** **Nonpriority creditor's name and mailing address**

FONA INTL. INC.
POBOX 71333
CHICAGO, IL 60694-1333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,911.26

---

**3.434** **Nonpriority creditor's name and mailing address**

FOOD INGREDIENTS, INC.
2100 AIRPORT ROAD
WAUKESHA, WI 53188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,648.92

---

**3.435** **Nonpriority creditor's name and mailing address**

FOOD MARKETPLACE INC
2345 CRYSTAL DRIVE
SUITE 800
ARLINGTON, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,634.55

---

**3.436** **Nonpriority creditor's name and mailing address**

FOOD SAFETY NET SERVICES
POBOX 116438
CARROLLTON, TX 75011-6438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,139.70

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

FOODLINKS, INC.
20867 W. 108TH STREET
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,166.72

---

**3.438** **Nonpriority creditor's name and mailing address**

FORBO SIEGLING, LLC
DEPT CH 14531
PALATINE, IL 60055-4531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 123,244.55

---

**3.439** **Nonpriority creditor's name and mailing address**

FOREMOST INDUSTRIAL TECHNOLOGIES
6518 W. PLANK ROAD
PEORIA, IL 61604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163.25

---

**3.440** **Nonpriority creditor's name and mailing address**

Formost Fuji Corporation
PO BOX 4009
EVERETT, WA 98204-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,846.07

---

**3.441** **Nonpriority creditor's name and mailing address**

FORMOST FUJI CORPORATION
PO BOX 4009
EVERETT, WA 98204-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,040.04

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,010.00 |
|---|---|---|---|

FORTRESS TECHNOLOGY INC.
PO BOX 33092
DETROIT, MI 48232-5092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 752.85 |
|---|---|---|---|

FOSS NORTH AMERICA, INC.
DEPT CH 10956
PALATINE, IL 60055-0956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 210.00 |
|---|---|---|---|

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,338.73 |
|---|---|---|---|

FPE AUTOMATION, INC.
110 GORDON STREET
ELK GROVE VILLAGE, IL 60007-1120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35,638.26 |
|---|---|---|---|

FR ENVIRONMENTAL LLC
POBOX 56
FINCHVILLE, KY 40022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 495.92 |
|---|---|---|---|

FREDRIKSEN FIRE EQUIPMENT CO.
POBOX 714
BEDFORD PARK, IL 60499-0714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,421.02 |
|---|---|---|---|

FRESH ENCOUNTER, INC.
317 W. MAIN CROSS ST.
FINDLAY, OH 45839

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 99,680.00 |
|---|---|---|---|

FRIESLANDCAMPINA INGREDIENTS N.A.,
DEPT 3343
CAROL STREAM, IL 60132-3343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,609.67 |
|---|---|---|---|

FRISCH'S BIG BOY OF LONDON
P.O. BOX 1299
LONDON, KY 40743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,108.30 |
|---|---|---|---|

FRONTIER
P.O. BOX 470407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.452**

**Nonpriority creditor's name and mailing address**

FRONTIER BAG, INC.
PO BOX 803336
KANSAS CITY, MO 64180-3336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,836.62

---

**3.453**

**Nonpriority creditor's name and mailing address**

FROSTY ACRES BRANDS, INC.
1225 OLD ALPHARETTA RD
STE 235
ALPHARETTA, GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 599.81

---

**3.454**

**Nonpriority creditor's name and mailing address**

FUCHS NORTH AMERICA
P O BOX 419289
BOSTON, MA 02241-9289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97,204.30

---

**3.455**

**Nonpriority creditor's name and mailing address**

FUEL ME
150 HARVESTER DR.
SUITE 140
BURR RIDGE, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,541.37

---

**3.456**

**Nonpriority creditor's name and mailing address**

FULL CIRCLE INDUSTRIAL
INDUSTRIAL PUMP & REDUCER REPAIR
31 MARQUETTE AVE
OGLESBY, IL 61348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,475.54

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457** **Nonpriority creditor's name and mailing address**

FUSION MECHANICAL LLC
2140 ELDRIDGE AVE
TWIN FALLS, ID 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,038.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.458** **Nonpriority creditor's name and mailing address**

G & B ENVIRONMENTAL, INC.
P.O. BOX 595
LAKEVILLE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,128.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.459** **Nonpriority creditor's name and mailing address**

G.A.W. INC.
6850 MIDDLEBELT RD
ROMULUS, MI 48174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 208.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.460** **Nonpriority creditor's name and mailing address**

GALCO INDUSTRIAL ELECTRONICS
L-4061
COLUMBUS, OH 43260-4061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 364.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.461** **Nonpriority creditor's name and mailing address**

GALEANA VALLEY PECAN
8001-E N MESA ST #138
EL PASO, TX 79932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,680.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462**

**Nonpriority creditor's name and mailing address**

GALLAGHER UNIFORM
151 MCQUISTON DRIVE
BATTLE CREEK, MI 49037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,681.51

---

**3.463**

**Nonpriority creditor's name and mailing address**

GALLO EQUIPMENT CO.
11835 SOUTH AVENUE O
CHICAGO, IL 60617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,765.12

---

**3.464**

**Nonpriority creditor's name and mailing address**

GALLOUP COMPANY
PO BOX 671121
DETROIT, MI 48267-1121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,254.17

---

**3.465**

**Nonpriority creditor's name and mailing address**

GARCIA, ELIDA JAIMES
C/O BD&J, PC
11175 SANTA MONICA BOULEVARD
LOS ANGELES, CA 96025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.466**

**Nonpriority creditor's name and mailing address**

GEM, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,847.81

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.467** **Nonpriority creditor's name and mailing address**

GEN DIGITAL INC.
POBOX 743560
LOS ANGELES, CA 90074-3560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,919.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.468** **Nonpriority creditor's name and mailing address**

GENERAL MILLS INC.
1 GENERAL MILLS BLVD
MINNEAPOLIS, MN 55426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.469** **Nonpriority creditor's name and mailing address**

GENERAL OIL EQUIPMENT, CO., INC.
60 JOHN GLENN DRIVE
AMHERST, NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 861.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.470** **Nonpriority creditor's name and mailing address**

GENERAL RUBBER & PLASTICS
PO BOX 12737
LEXINGTON, KY 40583-2737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,397.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.471** **Nonpriority creditor's name and mailing address**

GENESIS ENERGY INTERNATIONAL
4249 HOLT ROAD
SYLVANIA, OH 43560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,279.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.472** **Nonpriority creditor's name and mailing address**

GENEVA COMPACTION
321 STEVENS STREET
SUITE A
GENEVA, IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,277.41

---

**3.473** **Nonpriority creditor's name and mailing address**

GENEVA WAREHOUSING & DISTRIBUTION LLC
3 TIMBER COURT
BOLINGBROOK, IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,552.00

---

**3.474** **Nonpriority creditor's name and mailing address**

GETZ FIRE EQUIPMENT CO.
1615 S.W. ADAMS STREET PO BOX 419
PEORIA, IL 61651-0419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,535.92

---

**3.475** **Nonpriority creditor's name and mailing address**

GEXPRO
P.O. BOX 742833
ATLANTA, GA 30374-2833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,365.42

---

**3.476** **Nonpriority creditor's name and mailing address**

GFL ENVIRONMENTAL
PO BOX 555193
DETROIT, MI 48255-5193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,722.77

---

Debtor  Hearthside Food Solutions, LLC

Name

Case number (if known)  24-90587

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** Nonpriority creditor's name and mailing address

GIANGARLO SCIENTIFIC COMPANY
1550 OBEY ST.
SUITE 201
PITTSBURGH, PA 15205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 641.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.478** Nonpriority creditor's name and mailing address

GILSON COMPANY INC
PO BOX 337
POWELL, OH 43065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 81.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.479** Nonpriority creditor's name and mailing address

GIUSEPPE'S INCORPORATED
554 E. ALGONQUIN RD
DES PLAINES, IL 60018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 104.20

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.480** Nonpriority creditor's name and mailing address

GIVAUDAN FLAVORS CORP
DEPT. 2578
CAROL STREAM, IL 60132-2578

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 245,910.22

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.481** Nonpriority creditor's name and mailing address

GLANBIA / THINK THIN PRODUCT
227 W MONROE ST
STE 5100
CHICAGO, IL 60606

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Rebate

$ Undetermined

Date or dates debt was incurred  UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

GLANBIA NUTRITIONAL INGREDIENT TECH
C/O GLANBIA BUSINESS SERVICES, INC.
DEPT. 3331
CAROL STREAM, IL 60132-3331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,006.46

---

**3.483** **Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT CO., INC
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,542.63

---

**3.484** **Nonpriority creditor's name and mailing address**

GLOBAL ORGANICS, LTD
68 MOULTON STREET
CAMBRIDGE, MA 02138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,482.00

---

**3.485** **Nonpriority creditor's name and mailing address**

GLOBAL PACKAGING MACHINERY CO.,INC.
206 N FRANKLIN TPKE
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,140.99

---

**3.486** **Nonpriority creditor's name and mailing address**

GLOBALGIG
PO BOX 227372
DALLAS, TX 75222-7372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85.41

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.487** | **Nonpriority creditor's name and mailing address**

GLORY BEE
PO BOX 743761
LOS ANGELES, CA 90074-3761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                25,668.00

---

**3.488** | **Nonpriority creditor's name and mailing address**

GLUTEN INTOLERANCE GROUP
31214 124TH AVE SE
AUBURN, WA 98092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,152.35

---

**3.489** | **Nonpriority creditor's name and mailing address**

GOFF'S ENTERPRISES, INC.
700 HICKORY STREET
PEWAUKEE, WI 53072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,480.70

---

**3.490** | **Nonpriority creditor's name and mailing address**

GOLBON
PO BOX 823242
PHILADELPHIA, PA 19182-3242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   171.59

---

**3.491** | **Nonpriority creditor's name and mailing address**

GOLDEN GRAIN COMPANY
7701 LEGACY DRIVE
PLANO, TX 75024-4099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   275.88

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** Nonpriority creditor's name and mailing address

GOLDEN PEANUT COMPANY, LLC
P O BOX 92572
CHICAGO, IL 60675-2572

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 114,651.18

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.493** Nonpriority creditor's name and mailing address

GOODWAY TECHNOLOGIES
DEPT. 106040
HARTFORD, CT 06115-0413

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 337.77

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.494** Nonpriority creditor's name and mailing address

GORDON FOOD SERVICE, INC.
P.O. BOX 88029
CHICAGO, IL 60680-1029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,793.97

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.495** Nonpriority creditor's name and mailing address

GP CORRUGATED LLC
GEORGIA-PACIFIC FINANCIAL MGMT
POBOX 93350
CHICAGO, IL 60673-3350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 46,889.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.496** Nonpriority creditor's name and mailing address

GR CENTRAL IRON & STEEL
1730 ALPINE AVE NW
GRAND RAPDIDS, MI 49504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,224.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,860.50 |
|---|---|---|---|

GRACELAND FRUIT INC
LOCKBOX 645688 500 1ST AVE.
PITTSBURGH, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,077.50 |
|---|---|---|---|

GRAIN CRAFT
P O BOX 742104
LOS ANGELES, CA 90074-2104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 130,173.26 |
|---|---|---|---|

GRAIN MILLERS CANADA CORP
P.O. BOX 912202
DENVER, CO 80291-2022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 380,936.30 |
|---|---|---|---|

GRAIN MILLERS, INC
NW 8932
MINNEAPOLIS, MN 55485-8932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,465.00 |
|---|---|---|---|

GRAIN PROCESSING
25560 NETWORK PLACE
CHICAGO, IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Hearthside Food Solutions, LLC                                    Case number (if known)   24-90587
         Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.502** Nonpriority creditor's name and mailing address

GRAINCO FS, INC.
3107 N. STATE ROUTE 23
OTTAWA, IL 61350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,128.40

---

**3.503** Nonpriority creditor's name and mailing address

GRAINGER
DEPT 883172025
PALATINE, IL 60038-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 270,307.34

---

**3.504** Nonpriority creditor's name and mailing address

GRAND EAGLE INSULATION INC
15 N. PARK STREET
GRAND RAPIDS, MI 49544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,800.00

---

**3.505** Nonpriority creditor's name and mailing address

GRAND RAPIDS METROLOGY
4215 STAFFORD SW
GRAND RAPIDS, MI 49508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,476.80

---

**3.506** Nonpriority creditor's name and mailing address

GRAND RAPIDS RUBBER
4181 ROGER B. CHAFFEE ME DR. SE
GRAND RAPIDS, MI 49548

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,865.61

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,508,332.74 |
|---|---|---|---|

GRAPHIC PACKAGING INTERNATIONAL INC
PO BOX 404170
ATLANTA, GA 30384-4170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,432.00 |
|---|---|---|---|

GRAPHIC SOLID INKS
5790 SHILOH RD
STE 100
ALPHARETTA, GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 289.15 |
|---|---|---|---|

GRAYBAR ELECTRIC COMPANY, INC.
12431 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-2431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,124.72 |
|---|---|---|---|

GREAT LAKES AUTOMATION SUPPLY
PO BOX 671121
DETROIT, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,671.42 |
|---|---|---|---|

GREAT LAKES CLEANING SYSTEMS
77 S. ILLINOIS AVE
MANSFIELD, OH 44905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512** | **Nonpriority creditor's name and mailing address**

GREAT SCOT SUPERMARKETS
301 W MAIN CROSS ST
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  217.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address**

GREAT WESTERN MANUFACTURING
2017 S. 4TH STREET
LEAVENWORTH, KS 66048-0149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  6,668.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**

GREEN BAY PACKAGAING INC
BIN NO 53139
MILWAUKEE, WI 53288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  10,718.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**

GREEN BOY GROUP
POBOX 102343
PASADENA, CA 91189-2343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  16,765.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**

GREENER CORP.
4 HELMLY STREET
BAYVILLE, NJ 08721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  4,606.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517** | **Nonpriority creditor's name and mailing address**

GRIBBINS INSULATION COMPANY INC.
1400 E COLUMBIA ST
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,209.50

---

**3.518** | **Nonpriority creditor's name and mailing address**

GRIFFITH FOODS INC
PO BOX 205915
DALLAS, TX 75320-5915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,344.56

---

**3.519** | **Nonpriority creditor's name and mailing address**

GROUP O PACKAGING SOLUTIONS
P.O. BOX 860144
MINNEAPOLIS, MN 55486-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,303.58

---

**3.520** | **Nonpriority creditor's name and mailing address**

GRUBB CONSTRUCTION INC.
896 OH-613
MCCOMB, OH 45858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,360.00

---

**3.521** | **Nonpriority creditor's name and mailing address**

H.H. BARNUM COMPANY
PO BOX 632050
CINCINNATI, OH 45263-2050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,372.12

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** | **Nonpriority creditor's name and mailing address**

H.T. WAREHOUSING & COLD STORAGE,LLC
PO BOX 1773
LONDON, KY 40743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

---

**3.523** | **Nonpriority creditor's name and mailing address**

HACH COMPANY
2207 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,023.57

---

**3.524** | **Nonpriority creditor's name and mailing address**

HALL ENVIRONMENTAL CONSULTANTS, LLC
1376 DANVILLE ROAD
NICHOLASVILLE, KY 40356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 754.40

---

**3.525** | **Nonpriority creditor's name and mailing address**

HAMMER PACKAGING
200 LUCIUS GORDON DR.
ROCHESTER, NY 14692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 168,630.19

---

**3.526** | **Nonpriority creditor's name and mailing address**

HAPMAN CONVEYOR
PO BOX 2321
KALAMAZOO, MI 49003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,542.13

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527** **Nonpriority creditor's name and mailing address**

HARBOR STEEL & SUPPLY
1115 EAST BROADWAY
MUSKEGON, MI 49444

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,834.00

---

**3.528** **Nonpriority creditor's name and mailing address**

HARCROS CHEMICAL
POBOX 74583
CHICAGO, IL 60696

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 549.03

---

**3.529** **Nonpriority creditor's name and mailing address**

HARRIS & FORD LLC
PO BOX 855511
MINNEAPOLIS, MN 55485-5511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 225,685.56

---

**3.530** **Nonpriority creditor's name and mailing address**

HARRIS ROCHESTER, INC.
8251 SOLUTIONS CENTER
CHICAGO, IL 60677-8002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 34,068.34

---

**3.531** **Nonpriority creditor's name and mailing address**

HARRIS ST PAUL, INC
8233 SOLUTIONS CENTER
CHICAGO, IL 60677-8002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,927.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532**

**Nonpriority creditor's name and mailing address**

HARTFIEL AUTOMATION INC
NW 6091
MINNEAPOLIS, MN 55485-6091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,181.22

---

**3.533**

**Nonpriority creditor's name and mailing address**

HAVILAND
421 ANN STREET N.W.
GRAND RAPIDS, MI 49504-2075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,967.84

---

**3.534**

**Nonpriority creditor's name and mailing address**

HEALTHY FOOD INGREDIENTS LLC
4666 AMBER VALLEY PARKWAY S
FARGO, ND 58104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,150.00

---

**3.535**

**Nonpriority creditor's name and mailing address**

HEARTHSIDE USA – CPG PARTNERS, LLC
3333 FINLEY RD.
SUITE 800
DOWNER'S GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 335,333,387.42

---

**3.536**

**Nonpriority creditor's name and mailing address**

HEARTHSIDE USA, LLC
3333 FINLEY RD.
SUITE 800
DOWNER'S GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 156,985,095.76

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** **Nonpriority creditor's name and mailing address**

HEAT AND CONTROL INC.
21121 CABOT BLVD.
HAYWARD, CA 94545-1132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,618.59

---

**3.538** **Nonpriority creditor's name and mailing address**

HENSON ROBINSON COMPANY
P.O. BOX 13137
SPRINGFIELD, IL 62791-3137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 705.32

---

**3.539** **Nonpriority creditor's name and mailing address**

HERC RENTALS INC
PO BOX 936257
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 994.13

---

**3.540** **Nonpriority creditor's name and mailing address**

HERITAGE CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,815.00

---

**3.541** **Nonpriority creditor's name and mailing address**

HERZIG ENGINEERING
8201 NW 97TH TERRACE
KANSAS CITY, MO 64153-1822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,462.20

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8.00 |
|---|---|---|---|

HFS One time use vendor

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No  ☐ Yes |

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,050.00 |
|---|---|---|---|

HI PRO EQUIPMENT, INC.
3030 S. 9TH STREET
SUITE 3C
KALAMAZOO, MI 49009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No  ☐ Yes |

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,310.32 |
|---|---|---|---|

HICKSGAS - ROBERTS
PO BOX 4280
LISLE, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No  ☐ Yes |

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 518.92 |
|---|---|---|---|

HIGH TEK USA, INC.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No  ☐ Yes |

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,465.18 |
|---|---|---|---|

HIGHBRIDGE SPRING WATER CO., INC
P.O. BOX 100
WILMORE, KY 40390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No  ☐ Yes |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 119 of 275 |
|---|---|---|

| Debtor | Hearthside Food Solutions, LLC | | Case number *(if known)* | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** **Nonpriority creditor's name and mailing address**

HIGHLIGHT INDUSTRIES, INC.
2694 PRAIRIE ST SW
GRAND RAPIDS, MI 49519

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,026.90

---

**3.548** **Nonpriority creditor's name and mailing address**

HILMAR INGREDIENTS
P.O. BOX 95194
CHICAGO, IL 60694-5194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 324,773.82

---

**3.549** **Nonpriority creditor's name and mailing address**

HMC PRODUCTS INC.
7165 GREENLEE DRIVE
MACHESNEY PARK, IL 61011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,087.22

---

**3.550** **Nonpriority creditor's name and mailing address**

HOBBS OVERHEAD DOORS, INC.
11700 S. CICERO AVENUE
ALSIP, IL 60803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,186.41

---

**3.551** **Nonpriority creditor's name and mailing address**

HOGENTOGLER & CO., INC.
PO BOX 2219
COLUMBIA, MD 21045-1219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 723.36

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552** **Nonpriority creditor's name and mailing address**

HOH WATER TECHNOLOGY, INC.
500 S VERMONT ST
PALATINE, IL 60067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 563.17

---

**3.553** **Nonpriority creditor's name and mailing address**

HOLIDAY INN EXPRESS & SUITES
CHICAGO O'HARE
3001 SOUTH MANNHEIM RD
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.76

---

**3.554** **Nonpriority creditor's name and mailing address**

HOLLAND & HART LLP
P.O. BOX 17283
DENVER, CO 80217-0283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,751.50

---

**3.555** **Nonpriority creditor's name and mailing address**

HOLTGREVEN SCALE & ELECTRONICS
420 E. LINCOLN ST.
FINDLAY, OH 45840-4988

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,748.00

---

**3.556** **Nonpriority creditor's name and mailing address**

HOME 2 SUITES
2625 LUCY JANE LANE
TERRE HAUTE, IN 47803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,025.00

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

HOMETOWN FILTER
FWSBF, LLC
POBOX 1218
GRANGER, IN 46530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,089.21

---

**3.558** | **Nonpriority creditor's name and mailing address**

HOPE NETWORK INDUSTRIES
POBOX 775570
CHICAGO, IL 60677-5570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,003.72

---

**3.559** | **Nonpriority creditor's name and mailing address**

HORIZON EQUIPMENT LLC
1960 SENECA ROAD
EAGAN, MN 55122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.01

---

**3.560** | **Nonpriority creditor's name and mailing address**

HOUDIJK HOLLAND
TRAWLERWEG 4
VLAARDINGEN, 3133 KS
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,062.61

---

**3.561** | **Nonpriority creditor's name and mailing address**

HOUSE OIL CO., INC.
P.O. BOX 668
LONDON, KY 40743-0668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,848.43

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
|        | Name |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562** **Nonpriority creditor's name and mailing address**

HOWE CORPORATION
1650 NORTH ELSTON AVENUE
CHICAGO, IL 60642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 145.63

---

**3.563** **Nonpriority creditor's name and mailing address**

HRG TIME STAFFING LLC
POBOX 1068
MARTIN, TN 38237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,195.33

---

**3.564** **Nonpriority creditor's name and mailing address**

HYGENIC CORPORATION
29263 NETWORK PL
CHICAGO, IL 60673-1292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,171.55

---

**3.565** **Nonpriority creditor's name and mailing address**

HYGIENA LLC
941 AVENIDA ACASO
CAMARILLO, CA 93012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487.82

---

**3.566** **Nonpriority creditor's name and mailing address**

HYGIENA LLC
FILE 2007
PASADENA, CA 91199-2007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 637.42

---

| Debtor | Hearthside Food Solutions, LLC | | Case number *(if known)* | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

ID LABEL, INC.
425 PARK AVENUE 100
LAKE VILLA, IL 60046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 598.00

---

**3.568** | **Nonpriority creditor's name and mailing address**

ID TECHNOLOGY, LLC
PO BOX 73419
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,292.79

---

**3.569** | **Nonpriority creditor's name and mailing address**

IDAHO POWER
PROCESSING CENTER
POBOX 5381
CAROL STREAM, IL 60197-5381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,865.72

---

**3.570** | **Nonpriority creditor's name and mailing address**

IDEXX DISTRIBUTION, INC.
PO BOX 101327
ATLANTA, GA 30392-1327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,218.46

---

**3.571** | **Nonpriority creditor's name and mailing address**

IFM EFECTOR, INC
PO BOX 8538-307
PHILADELPHIA, PA 19171-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,621.46

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** **Nonpriority creditor's name and mailing address**

IGPS LOGISTICS LLC
DEPT CH 17022
PALATINE, IL 60055-7022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91.20

---

**3.573** **Nonpriority creditor's name and mailing address**

ILLINI STATE TRUCKING CO
POBOX 7047 GROUP 30008
INDIANAPOLIS, IN 46207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,031.95

---

**3.574** **Nonpriority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
POBOX 19025
SPRINGFIELD, IL 62794-9025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131.00

---

**3.575** **Nonpriority creditor's name and mailing address**

IMCD US FOOD INC.
DEPT CH 19514
PALATINE, IL 60055-9514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,816.73

---

**3.576** **Nonpriority creditor's name and mailing address**

IMPACT PRODUCTS, LLC
104 E 600 S
SUITE 560
HERBER CITY, UT 84032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134,080.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,517.41 |
|---|---|---|---|
| | IMPERIALDADE<br>2647 MOMENTUM PLACE<br>CHICAGO, IL 60689-5326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,468.51 |
|---|---|---|---|
| | INDEED INC.<br>POBOX 660367<br>MAIL CODE 5160<br>DALLAS, TX 75266-0367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,050.00 |
|---|---|---|---|
| | INDEMAX INC.<br>ONE INDUSTRIAL DRIVE<br>VERNON, NJ 07462 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 267.68 |
|---|---|---|---|
| | INDEPENDENT MARKETING ALLIANCE<br>ATTN: ACCOUNTING DEPT.<br>16000 MEMORIAL DR., STE #200<br>HOUSTON, TX 77079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,088.50 |
|---|---|---|---|
| | INDIAN MOUNTAIN MACHINE SHOP, INC.<br>POBOX 967<br>JELLICO, TN 37762 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** **Nonpriority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
PO BOX 6077
INDIANAPOLIS, IN 46207-7226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,694.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583** **Nonpriority creditor's name and mailing address**

INDUSTRIAL LIFT MAINTENANCE, LLC
819 ENGLE RIDGE RD
LILY, KY 40740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,390.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

INDUSTRIAL REPAIR SERVICE, INC
2650 BUSINESS DRIVE
CUMMING, GA 30028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,165.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.585** **Nonpriority creditor's name and mailing address**

INDUSTRIAL RUBBER AND SUPPLY
17138 LINCOLN ST NE
HAM LAKE, MN 55304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,381.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

INDUSTRIAL THERMO PRODUCTS INC
1051 ROHLWING RD, UNITS C&D
ROLLING MEADOWS, IL 60008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 327.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** **Nonpriority creditor's name and mailing address**

INGREDION CANADA INC
C/O 914990
1100 GREEN VALLEY RD
LONDON, ON N6N 1E3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.588** **Nonpriority creditor's name and mailing address**

INNOPHOS
PO BOX 23337
NEW YORK, NY 10087-3337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58,468.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.589** **Nonpriority creditor's name and mailing address**

INNOTEC OF WISCONSIN INC.
4145 COURTNEY RD.
FRANKSVILLE, WI 53126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 266.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590** **Nonpriority creditor's name and mailing address**

INTEGRITY BUSINESS SOLUTIONS
4740 TALON CT SE
SUITE 8
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,413.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.591** **Nonpriority creditor's name and mailing address**

INTELLIFEED, INC.
15223 BOULDER TRAIL
ROSEMOUNT, MN 55068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,580.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.592** | **Nonpriority creditor's name and mailing address**

INTELLIGRATED SYSTEMS, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,029.37

---

**3.593** | **Nonpriority creditor's name and mailing address**

INTEPLAST BAGS & FILMS CORP
P.O. BOX 91256
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,526.54

---

**3.594** | **Nonpriority creditor's name and mailing address**

INTER-AMERICAN PRODUCTS
3508 SOLUTIONS CENTER
CHICAGO, IL 60677-3005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,578.00

---

**3.595** | **Nonpriority creditor's name and mailing address**

INTERBAKE FOODS, LLC
3333 FINLEY RD.
SUITE 800
DOWNER'S GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 72,867,176.92

---

**3.596** | **Nonpriority creditor's name and mailing address**

INTERMOUNTAIN GAS COMPANY
PO BOX 5600
BISMARK, ND 58506-5600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,306.30

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597** **Nonpriority creditor's name and mailing address**

INTERNATIONAL FLAVORS & FRAGRANCES INC.
P.O. BOX 28187
NEW YORK, NY 10087-8187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85,937.76

---

**3.598** **Nonpriority creditor's name and mailing address**

INTERNATIONAL IMAGING & MATERIALS, INC.
3198 MOMENTUM PLACE
CHICAGO, IL 60689-5331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,042.71

---

**3.599** **Nonpriority creditor's name and mailing address**

INTERNATIONAL MATERIAL CONTROL
510 E. 40TH STREET
HOLLAND, MI 49423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.600** **Nonpriority creditor's name and mailing address**

INTERNATIONAL PAPER
1689 SOLUTIONS CENTER
CHICAGO, IL 60677-1006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 724.08

---

**3.601** **Nonpriority creditor's name and mailing address**

INTERPRESS TECHNOLOGIES
1120 DEL PASO ROAD
SACRAMENTO, CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,377.68

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.602** Nonpriority creditor's name and mailing address

INTERSTATE AC SERVICE, LLC
1877 AIR LANE DR
NASHVILLE, TN 37210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,206.50

---

**3.603** Nonpriority creditor's name and mailing address

INTERSTATE PLASTICS
DON-GALEN ENTERPRISES
POBOX 888094
LOS ANGELES, CA 90088-8094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,635.00

---

**3.604** Nonpriority creditor's name and mailing address

INTL FLAVORS & FRAGRANCES, INC.
C/O JP MORGAN CHASE
PO BOX 28187
NEW YORK, NY 10087-8187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 139,502.10

---

**3.605** Nonpriority creditor's name and mailing address

INTRALOX, LLC
PO BOX 730367
DALLAS, TX 75373-0367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 52,692.40

---

**3.606** Nonpriority creditor's name and mailing address

IPL DAYTON, INC
1765 WEST COUNTY LINE ROAD
URBANA, OH 43078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 21,299.99

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607** **Nonpriority creditor's name and mailing address**

IRCA GROUP USA LLC
1775 BRECKINRIDGE PKWY
SUITE 600
DULUTH, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 98,366.32

---

**3.608** **Nonpriority creditor's name and mailing address**

ISC COMPANIES INC.
12905 HIGHWAY 55
MINNEAPOLIS, MN 55441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 807.58

---

**3.609** **Nonpriority creditor's name and mailing address**

ISI WATER CHEMISTRIES

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,606.00

---

**3.610** **Nonpriority creditor's name and mailing address**

ISUSTAIN INC.
POBOX 700
SODDY DAISY, TN 37384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,874.57

---

**3.611** **Nonpriority creditor's name and mailing address**

J & J ENGINEERING & MACHINE
3265 68TH ST.
CALEDONIA, MI 49316

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,812.60

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

J & W INSTRUMENTS INC
PO BOX 95508
GRAPEVINE, TX 75099-9702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 361.21

---

**3.613** **Nonpriority creditor's name and mailing address**

J RETTENMAIER USA LP
16369 US 131 HWY
SCHOOLCRAFT, MI 49087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,958.41

---

**3.614** **Nonpriority creditor's name and mailing address**

J.A. EMILIUS' SONS, INC.
537 WOODLAND AVE
CHELTENHAM, PA 19012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 35,365.57

---

**3.615** **Nonpriority creditor's name and mailing address**

J.J. KELLER & ASSOCIATES
PO BOX 6609
CAROL STREAM, IL 60197-6609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 56.74

---

**3.616** **Nonpriority creditor's name and mailing address**

J.W. OUTFITTERS
3102 OAKCLIFF INDUSTRIAL STREET
ATLANTA, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,328.24

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

JA INVESTMENTS, INC.
136 N. HURON STREET
TOLEDO, OH 43604-1139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,751.93

---

**3.618** **Nonpriority creditor's name and mailing address**

JACKSON LEWIS P.C.
POBOX 416019
BOSTON, MA 02241-6019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,880.50

---

**3.619** **Nonpriority creditor's name and mailing address**

JAMES ELECTRONICS
1355 SHOREWAY ROAD
BELMONT, CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61.68

---

**3.620** **Nonpriority creditor's name and mailing address**

JANTEC
1777 NORTHERN STAR DRIVE
TRAVERSE CITY, MI 49686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,272.16

---

**3.621** **Nonpriority creditor's name and mailing address**

JASON MCINTIRE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 184.68

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** **Nonpriority creditor's name and mailing address**

JC HEATING AND COOLING
304 EAST 1ST STREET
GIBSON CITY, IL 60936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 207.26

---

**3.623** **Nonpriority creditor's name and mailing address**

JEDCO, INC
PO BOX 72448
CLEVELAND, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,500.00

---

**3.624** **Nonpriority creditor's name and mailing address**

JM HUBER
PO BOX 7247-6031
PHILADELPHIA, PA 19170-6031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,948.00

---

**3.625** **Nonpriority creditor's name and mailing address**

JM SWANK
PO BOX 7410909
CHICAGO, IL 60674-0909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,760.00

---

**3.626** **Nonpriority creditor's name and mailing address**

JOHN B. SANFILIPPO AND SONS, INC.
4290 SOLUTIONS CENTER
CHICAGO, IL 60677-4002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,703.90

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,699.70 |
|---|---|---|---|

JOHN BOUCHARD & SONS COMPANY
MSC 30305
NASHVILLE, TN 37241-5000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,839.04 |
|---|---|---|---|

JOHN HENRY FOSTER MINNESOTA
PO BOX 860625
MINNEAPOLIS, MN 55486

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,796.09 |
|---|---|---|---|

JOHNSON BRYCE INC
PO BOX 771289
MEMPHIS, TN 38177-1289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35,838.65 |
|---|---|---|---|

JOHNSON CONTROLS
P.O. BOX 730068
DALLAS, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,776.78 |
|---|---|---|---|

JOHNSON CONTROLS SECURITY SOLUTIONS, LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|--------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632** **Nonpriority creditor's name and mailing address**

JOHNSON EQUIPMENT COMPANY
POBOX 802009
DALLAS, TX 75380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 482.45

---

**3.633** **Nonpriority creditor's name and mailing address**

JOLLY SECURITY LLC
PO BOX 4034
GARY, IN 46404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,300.00

---

**3.634** **Nonpriority creditor's name and mailing address**

JUAREZ, MARIA GUADALUPE
C/O JUSTICIA LABORAL, LLC
ATTN: DANIEL I. SCHLADE
6232 N. PULASKI, #300
CHICAGO, IL 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.635** **Nonpriority creditor's name and mailing address**

K & L SHEET METAL LLC
131 GRAND TRUNK AVE
BATTLE CREEK, MI 49037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,540.00

---

**3.636** **Nonpriority creditor's name and mailing address**

KABELIN ACE HARDWARE
432 ST. JOHN'S ROAD
MICHIGAN CITY, IN 46360-7336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 461.19

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**

KALSEC INC
3713 WEST MAIN ST
KALAMAZOO, MI 49006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,833.12

---

**3.638** **Nonpriority creditor's name and mailing address**

KB FABRICATION
16587 STATE ROUTE 12
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,365.46

---

**3.639** **Nonpriority creditor's name and mailing address**

KELLANOVA
412 M. WELLS STREET
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.640** **Nonpriority creditor's name and mailing address**

KELLOGG COMPANY
CONTRACT MANUFACTURING PROCUREMENT
POBOX 8881011
GRAND RAPDIDS, MI 49588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,933.19

---

**3.641** **Nonpriority creditor's name and mailing address**

KELLOGG SALES COMPANY
25714 NETWORK PLACE
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 870.10

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,774.86 |
|---|---|---|---|
| | KELRON WIRE SERVICES, LLC<br>POBOX 15741<br>CINCINNATI, OH 45215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,513.27 |
|---|---|---|---|
| | KEMIN FOOD TECHNOLOGIES<br>3531 PAYSHPERE CIRCLE<br>CHICAGO, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,674.31 |
|---|---|---|---|
| | KEMP'S OFFICE CITY<br>812 LINCOLNWAY<br>LAPORTE, IN 46350 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 82,376.30 |
|---|---|---|---|
| | KENDALL ELECTRIC, INC.<br>PO BOX 671121<br>DETROIT, MI 48267-1121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 9,517.94 |
|---|---|---|---|
| | KEN'S CUSTOM TEES<br>83 DUAL MAC DRIVE<br>LONDON, KY 40744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647 Nonpriority creditor's name and mailing address**

KENTUCKY STATE TREASURER
KENTUCKY DEPT OF REVENUE
FRANKFORT, KY 40619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,105.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.648 Nonpriority creditor's name and mailing address**

KENTUCKY UTILITIES
PO BOX 25212
LEHIGH VALLEY, PA 18002-5212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 85,650.63

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.649 Nonpriority creditor's name and mailing address**

KENTWOOD OFFICE FURNITURE
3063 BRETON RD
GRAND RAPIDS, MI 49512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 10,762.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.650 Nonpriority creditor's name and mailing address**

KERKSTRA PORTABLE RESTROOM SERVICE, INC.
PO BOX 284
HUDSONVILLE, MI 49426

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 680.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.651 Nonpriority creditor's name and mailing address**

KERKSTRA SEPTIC TANK CLEANING INC
P.O. BOX 426
ALLENDALE, MI 49401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 31,775.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.652** Nonpriority creditor's name and mailing address

KERRY INGREDIENTS NA
PO BOX 98489
CHICAGO, IL 60693-8489

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,178,294.09

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.653** Nonpriority creditor's name and mailing address

KEYENCE CORP. OF AMERICA
DEPT. CH 17128
PALATINE, IL 60055-7128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 32,195.23

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.654** Nonpriority creditor's name and mailing address

KEYSTONE AUTOMATION, INC.
2055 WHITE BEAR AVE
SUITE 130
MAPLEWOOD, MN 55109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,093.93

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.655** Nonpriority creditor's name and mailing address

KEYSTONE COOPERATIVE, INC
6435 HOWARD AVE
HAMMOND, IN 46320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 6,084.98

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.656** Nonpriority creditor's name and mailing address

KIND, LLC
PO BOX 705
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 15,028.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** | **Nonpriority creditor's name and mailing address**

KING MILLING COMPANY
222 W. MAIN ST.
LOWELL, MI 49331-1667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 752,237.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address**

KIRBY RISK CORPORATION
27561 NETWORK PLACE
CHICAGO, IL 60673-1275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,732.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address**

KLEINFELDER
P.O. BOX 51958
LOS ANGELES, CA 90051-6258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,622.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address**

KNG ENERGY, INC.
1700 WESTFIELD DRIVE
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,467.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address**

KNOWBE4, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 103,714.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** **Nonpriority creditor's name and mailing address**

KNOX COUNTY TRUSTEE
P.O. BOX 70
KNOXVILLE, TN 37901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 177.00

---

**3.663** **Nonpriority creditor's name and mailing address**

KOENIG SCALE COMPANY, INC.
4779 E MARGARET DR.
TERRE HAUTE, IN 47803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,490.00

---

**3.664** **Nonpriority creditor's name and mailing address**

KONA ICE MUSIC CITY
PO BOX 406
PEGRAM, TN 37143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,344.44

---

**3.665** **Nonpriority creditor's name and mailing address**

KONECRANES
PO BOX 644994
PITTSBURGH, PA 15264-4994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 897.98

---

**3.666** **Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS SOLUTIONS U
DEPT. CH 19188
PALATINE, IL 60055-9188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,409.88

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 909.15 |
|---|---|---|---|

KONRADY PLASTICS, INC.
1780 COPPES COURT
PORTAGE, IN 46368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,708.78 |
|---|---|---|---|

KORE 3500 LACEY OWNER LLC
POBOX 776958
CHICAGO, IL 60677-6958

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,282.88 |
|---|---|---|---|

KORPACK, INC.
290 MADSEN DRIVE
BLOOMINGDALE, IL 60108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,782.43 |
|---|---|---|---|

KOSS INDUSTRIAL, INC.
1943 COMMERCIAL WAY
GREEN BAY, WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 580.10 |
|---|---|---|---|

KP ASSOCIATES INC.
34 MIAMI LAKE DR.
MILFORD, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** Nonpriority creditor's name and mailing address

KPM ANALYTICS
8 TECHNOLOGY DRIVE
WESTBOROUGH, MA 01581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,070.46

---

**3.673** Nonpriority creditor's name and mailing address

KRAFT HEINZ FOODS COMPANY
22600 NETWORK PLACE
CHICAGO, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 365,564.52

---

**3.674** Nonpriority creditor's name and mailing address

KRAMER ENTERPRISES
1800 WESTFIELD DRIVE
FINDLAY, OH 45840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 599.11

---

**3.675** Nonpriority creditor's name and mailing address

KRISCHEL, KIMBERLY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 240.00

---

**3.676** Nonpriority creditor's name and mailing address

KROFF CHEMICAL COMPANY
ONE NORTH SHORE
SUITE 450
PITTSBURGH, PA 15212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,913.09

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** | **Nonpriority creditor's name and mailing address**

KVA ENGINEERING, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67.36

---

**3.678** | **Nonpriority creditor's name and mailing address**

LA CROSSE MILLING COMPANY
25580 NETWORK PLACE
CHICAGO, IL 60673-1255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,024.00

---

**3.679** | **Nonpriority creditor's name and mailing address**

LACTALIS HERITAGE DAIRY, INC.
P.O. BOX 18352
PALATINE, IL 60055-8352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,457,810.40

---

**3.680** | **Nonpriority creditor's name and mailing address**

LAIBE ELECTRIC CO.
26440 SOUTHPOINT ROAD
PERRYSBURG, OH 43551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,969.06

---

**3.681** | **Nonpriority creditor's name and mailing address**

LAKELAND ELECTRIC MOTOR SERVICES, INC.
3810 MILLCREEK N.E.
COMSTOCK PARK, MI 49321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,048.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.682** | **Nonpriority creditor's name and mailing address**

LAKESHORE MECHANICAL
PO BOX 8829
MICHIGAN CITY, IN 46361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,711.26

---

**3.683** | **Nonpriority creditor's name and mailing address**

LAKESHORE SCALE INC.
131 COOLIDGE AVE.
SUITE 4
HOLLAND, MI 49423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,350.00

---

**3.684** | **Nonpriority creditor's name and mailing address**

LAKO TOOL
PO BOX 425 7400 PONDEROSA ROAD
PERRYSBURG, OH 43552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43,497.45

---

**3.685** | **Nonpriority creditor's name and mailing address**

LAND OLAKES INC.
PO BOX 96314
CHICAGO, IL 60693-6314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,966.31

---

**3.686** | **Nonpriority creditor's name and mailing address**

LANDMARK SPRINKLER INC
2317 FRANKFORT COURT
LEXINGTON, KY 40510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 795.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.687** **Nonpriority creditor's name and mailing address**

LANDSCAPE SERVICES GROUP, LLC
395 MANN DR.
COLLIERVILLE, TN 38017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                4,831.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688** **Nonpriority creditor's name and mailing address**

LANTECH.COM
DEPARTMENT 8001
CAROL STREAM, IL 60122-8001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                8,995.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.689** **Nonpriority creditor's name and mailing address**

LAPORTE COUNTY TAX ASSESSOR
555 MICHIGAN AVENUE, SUITE 103
LA PORTE, IN 46350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Personal Property Audit

$                                Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.690** **Nonpriority creditor's name and mailing address**

LAQUECIA HARRIS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                98.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.691** **Nonpriority creditor's name and mailing address**

LASER MECHANISMS, INC.
25225 REGENCY DRIVE
NOVI, MI 48375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                236.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** **Nonpriority creditor's name and mailing address**

LAUREL COUNTY WATER DISTRICT 2
POBOX 2598
LONDON, KY 40743-2598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41.26

---

**3.693** **Nonpriority creditor's name and mailing address**

LAUREL GROCERY COMPANY, LLC
PO BOX 4100
LONDON, KY 40743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,774.10

---

**3.694** **Nonpriority creditor's name and mailing address**

LAWSON TOOL COMPANY, INC.
7791 S. HWY. 25
WILLIAMSBURG, KY 40769-9778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.00

---

**3.695** **Nonpriority creditor's name and mailing address**

LED SMART LIGHTS
PO BOX 263
TELLICO PLAINS, TN 37385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,985.30

---

**3.696** **Nonpriority creditor's name and mailing address**

LEE INDUSTRIES, INC.
PO BOX 687
PHILIPSBURG, PA 16866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 892.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.697** **Nonpriority creditor's name and mailing address**

LEGACY FARMERS COOPERATIVE
6566 C.R. 236
SUITE 600
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                16,657.70

---

**3.698** **Nonpriority creditor's name and mailing address**

LEGALINC CORPORATE SERVICES INC
10601 CLARENCE DR.
SUITE 250
FRISCO, TX 75033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     25.00

---

**3.699** **Nonpriority creditor's name and mailing address**

LESMAN INSTRUMENT COMPANY
PO BOX 7640
CAROL STREAM, IL 60197-7640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,772.84

---

**3.700** **Nonpriority creditor's name and mailing address**

LEWIS BROS./MURFREEBORO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      0.58

---

**3.701** **Nonpriority creditor's name and mailing address**

LIBERTY PACKAGING
MILLER CONTAINER CORPORATION
POBOX 855659
MINNEAPOLIS, MN 55485-5659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 14,482.08

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

LINDE GAS & EQUIPMENT INC
DEPT CH 10660
PALANTINE, IL 60055-0660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,681.28

---

**3.703** **Nonpriority creditor's name and mailing address**

LINDE INC.
P O BOX 91385
CHICAGO, IL 60693-1385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,384.55

---

**3.704** **Nonpriority creditor's name and mailing address**

LINKEDIN
62228 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,003.13

---

**3.705** **Nonpriority creditor's name and mailing address**

LITHOTYPE COMPANY INC.
333 PT. SAN BRUNO BLVD
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,280.92

---

**3.706** **Nonpriority creditor's name and mailing address**

LMC LANDSCAPING & CONSTRUCTION
1366 BROWN STREET
DES PLAINES, IL 60016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.707** | **Nonpriority creditor's name and mailing address**

LOCK DOWN SECURITY LLC
47 CAZASSA CREEK
RED BANK, MS 38661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,838.50

---

**3.708** | **Nonpriority creditor's name and mailing address**

LOGISTICK INC
19880 STATE LINE RD
SOUTH BEND, IN 46637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,847.56

---

**3.709** | **Nonpriority creditor's name and mailing address**

LOMA INTERNATIONAL
39425 TREASURY CENTER
CHICAGO, IL 60694-9400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,974.89

---

**3.710** | **Nonpriority creditor's name and mailing address**

LONDON UTILITY COMMISSION
P.O. BOX 918
LONDON, KY 40743-0918

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,083.79

---

**3.711** | **Nonpriority creditor's name and mailing address**

LONG BINH BRANCH OF OLAM VIETNAM
LOT E05
BIEN HOA, 81000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,023.82

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.712** **Nonpriority creditor's name and mailing address**

LONG LINES BROADBAND
504 4TH ST
SERGEANT BLUFF, IA 51054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 443.00

---

**3.713** **Nonpriority creditor's name and mailing address**

LORENZ CONVEYING PRODUCTS CORP
PO BOX 1002
COBOURG, ON K9A 4W4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,470.52

---

**3.714** **Nonpriority creditor's name and mailing address**

LOUISVILLE SWITCHING
PO BOX 854469
MINNEAPOLIS, MN 55485-4469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,942.33

---

**3.715** **Nonpriority creditor's name and mailing address**

LOVESHAW CORPORATION
2206 EASTON TURNPIKE
SOUTH CANAAN, PA 18459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,276.53

---

**3.716** **Nonpriority creditor's name and mailing address**

LOWES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,490.35

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 153 of 275 |
|---|---|---|

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.717** Nonpriority creditor's name and mailing address

LOWE'S BUSINESS ACCOUNT

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,123.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.718** Nonpriority creditor's name and mailing address

LYDEN OIL COMPANY
30692 TRACY ROAD
WALBRIDGE, OH 43465

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,551.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.719** Nonpriority creditor's name and mailing address

M C AUTO SUPPLY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 178.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.720** Nonpriority creditor's name and mailing address

M H EQUIPMENT COMPANY
POBOX 854469
MINNEAPOLIS, MN 55485-4469

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,171.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.721** Nonpriority creditor's name and mailing address

M.G. NEWELL CORP.
PO BOX 60140
CHARLOTTE, NC 28260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,062.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.722** Nonpriority creditor's name and mailing address

MACALLISTER MACHINERY
PO BOX 78000
DETROIT, MI 48278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,045.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.723** Nonpriority creditor's name and mailing address

MACHINE BUILDERS & DESIGN INC.
806 N. POST RD.
SHELBY, NC 28150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,986.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.724** Nonpriority creditor's name and mailing address

MACHINERY MAINTENANCE, INC.
P.O. BOX 1127
LASALLE, IL 61301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 7,381.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.725** Nonpriority creditor's name and mailing address

MAIN LINE SUPPLY CO, INC
300 N FINDLAY ST
DAYTON, OH 45403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 86.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.726** Nonpriority creditor's name and mailing address

MAISONNEUVE, RUDY
C/O MYERS & WALLACE, LLP
ATTN: CHRISTOPHER C. MYERS
809 S. CALHOUN STREET, #400
FORT WAYNE, IN 46802

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** | **Nonpriority creditor's name and mailing address**

MALLET & COMPANY INC
563 NAPRO BLVD
STE 195
PITTSBURGH, PA 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,653.52

---

**3.728** | **Nonpriority creditor's name and mailing address**

MALNOVE INCORPORATED OF NEBRASKA
13434 F STREET
OMAHA, NE 68137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,185.21

---

**3.729** | **Nonpriority creditor's name and mailing address**

MANE INC.
DEPT CH 16555
PALATINE, IL 60055-6555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,032.87

---

**3.730** | **Nonpriority creditor's name and mailing address**

MANN CONSULTANT SERVICES, INC
P.O. BOX 1238
ELIZABETHTOWN, KY 42701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.731** | **Nonpriority creditor's name and mailing address**

MANPOWER
21271 NETWORK PLACE
CHICAGO, IL 60673-1212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148,557.52

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.732** Nonpriority creditor's name and mailing address

MANUFACTURERS EDGE, INC.
5044 INDUSTRIAL ROAD
SUITE C
FARMINGDALE, NJ 07727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,995.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.733** Nonpriority creditor's name and mailing address

MARIANI PACKING COMPANY
PO BOX 883077
LOS ANGELES, CA 90088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 9,941.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.734** Nonpriority creditor's name and mailing address

MARK K INC.
908 WEST MAIN CROSS STREET
FINDLAY, OH 45839

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 244.35

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.735** Nonpriority creditor's name and mailing address

MARKEM-IMAJE CORPORATION
PO BOX 3542
BOSTON, MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 219,956.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.736** Nonpriority creditor's name and mailing address

MARS PETCARE US, INC.
2013 OVATION PARKWAY
FRANKLIN, TN 37067

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Rebate

$ Undetermined

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (If known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** | **Nonpriority creditor's name and mailing address**

MARSH LABEL TECHNOLOGIES LLC
100 SUN VALLEY CIRCLE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,591.02

---

**3.738** | **Nonpriority creditor's name and mailing address**

MARTIN BAUER INC.
LOCKBOX 83271
WOBURN, MA 01813-3271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,628.23

---

**3.739** | **Nonpriority creditor's name and mailing address**

MARYGROVE OHIO LLC
TOLEDO TARP SERVICE
12700 MERRIMAN RD
LIVONIA, MI 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,729.35

---

**3.740** | **Nonpriority creditor's name and mailing address**

MASERGY COMMUNICATIONS
POBOX 733938
DALLAS, TX 75373-3938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,950.70

---

**3.741** | **Nonpriority creditor's name and mailing address**

MASSIE JET VAC SERVICE
310 N BLOOMINGTON ST.
STREATOR, IL 61364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,628.00

---

Debtor    Hearthside Food Solutions, LLC                                        Case number (if known)    24-90587
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.742** Nonpriority creditor's name and mailing address

MASSMAN COMPANIES INC
1010 E LAKE STREET
VILLARD, MN 56385

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,353.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.743** Nonpriority creditor's name and mailing address

MASTER ELECTRIC CO., INC.
8555 123RD STREET
SAVAGE, MN 55378

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 843.27

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.744** Nonpriority creditor's name and mailing address

MASTER ROOTER PLUMBING
P.O. BOX 208
MERIDIAN, ID 83680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,359.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.745** Nonpriority creditor's name and mailing address

MATERIAL TRANSFER & STORAGE
PO BOX 218
ALLEGAN, MI 49010-0218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,622.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.746** Nonpriority creditor's name and mailing address

MATHES, BENJAMIN
C/O SOMMERS SCHWARTZ, P.C.
ATTN: JESSE L. YOUNG
1 TOWNE SQUARE, #1700
SOUTHFIELD, MI 48076

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** Nonpriority creditor's name and mailing address

MATRIX PACKAGING MACHINERY
PO BOX 932182
CLEVELAND, OH 44193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 8,495.23

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.748** Nonpriority creditor's name and mailing address

MATTHEWS INTERNATIONAL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 21,991.20

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.749** Nonpriority creditor's name and mailing address

MAVERICK MACHINE & TOOL
PO BOX 647
MARSHALL, MI 49068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 2,416.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.750** Nonpriority creditor's name and mailing address

MAYS CHEMICAL CO INC
PO BOX 844598
BOSTON, MA 02284-4598

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 21,753.88

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.751** Nonpriority creditor's name and mailing address

MCC NETWORK SERVICES LLC
POBOX 555
SULLIVAN, IL 61951

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 2,410.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,032.17 |
|---|---|---|---|

MCCALL INDUSTRIAL SUPPLY
PO BOX 15427
BOISE, ID 83715-5427

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,744.00 |
|---|---|---|---|

MCCLOUD SERVICES
PO BOX 95261
CHICAGO, IL 60694-5261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 215,142.68 |
|---|---|---|---|

MCCORMICK & COMPANY, INC.
2408 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,663.00 |
|---|---|---|---|

MCCORMICK EQUIPMENT
112 NORTHEAST DRIVE
LOVELAND, OH 45140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,730.00 |
|---|---|---|---|

MCKEAN PALLET COMPANY
1046 STATE ROUTE 26
LACON, IL 61540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.757** **Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO, IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,770.22

---

**3.758** **Nonpriority creditor's name and mailing address**

MCNAUGHTON-MCKAY ELECTRIC CO
DEPT 14801
DETROIT, MI 48267-0148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,376.26

---

**3.759** **Nonpriority creditor's name and mailing address**

MED-1 BRETON
PO BOX 3319
GRAND RAPIDS, MI 49501-3319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112.00

---

**3.760** **Nonpriority creditor's name and mailing address**

MED-1 LEONARD
PO BOX 3320
GRAND RAPIDS, MI 49501-3320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 128.00

---

**3.761** **Nonpriority creditor's name and mailing address**

MEGGITT (ERLANGER) LLC
1400 JAMIKE AVENUE
ERLANGER, KY 41018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 736.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** | **Nonpriority creditor's name and mailing address**

MENASHA PACKAGING COMPANY LLC
PO BOX 856449
MINNEAPOLIS, MN 55485-6449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 219,723.99

---

**3.763** | **Nonpriority creditor's name and mailing address**

MERIDIAN ROLLER COMPANY, INC.
4260 CENTERVILLE ROAD
ST. PAUL, MN 55127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,865.48

---

**3.764** | **Nonpriority creditor's name and mailing address**

MESSER LLC
88718 EXPEDITE WAY
CHICAGO, IL 60695-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,804.84

---

**3.765** | **Nonpriority creditor's name and mailing address**

METRO WATER SERVICES
P.O. BOX 305225
NASHVILLE, TN 37230-5225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,608.45

---

**3.766** | **Nonpriority creditor's name and mailing address**

METROHM USA INC
PO BOX 405562
ATLANTA, GA 30384-5562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,375.04

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.767** **Nonpriority creditor's name and mailing address**

METROPOLITAN TRUSTEE
REAL PROPERTY TAX DEPT.
POBOX 305012
NASHVILLE, TN 37230-5012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 340,312.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.768** **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO
22677 NETWORK PLACE
CHICAGO, IL 60673-1226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,026.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.769** **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO
22670 NETWORK PLACE
CHICAGO, IL 60673-1226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,613.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.770** **Nonpriority creditor's name and mailing address**

MICHEM ANALYTICAL LAB I
2147 RULON WHITE BLVD
OGDEN, UT 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 78.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.771** **Nonpriority creditor's name and mailing address**

MICHIGAN BATTERY EQUIPMENT
PO BOX 310407
FLINT, MI 48531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

MICHIGAN DEPARTMENT OF TREASURY
P.O. BOX 30324
LANSING, MI 48909-7824

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Sales & Use Audit

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 35,595.93 |
|---|---|---|---|---|

MICHIGAN SPECIALTY COATINGS, INC.
5407 GRATIOT AVENUE
ST. CLAIR, MI 48074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 76,398.00 |
|---|---|---|---|---|

MICHIGAN SUGAR
PO BOX 673089
DETROIT, MI 48267-3089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 550.00 |
|---|---|---|---|---|

MID SOUTH LAWN INC.
1312 HADLEY AVE
OLD HICKORY, TN 37138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,083.43 |
|---|---|---|---|---|

MID SOUTH ROLLER
PO BOX 130
CLARKSVILLE, AR 72830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,023.44 |
|---|---|---|---|

MIDWEST AIR FILTER, INC
PO BOX 524
ADA, MI 49301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 321.39 |
|---|---|---|---|

MIDWEST AIR PARTS INC
PO BOX 776
MUSKEGO, WI 53150-0776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 281.65 |
|---|---|---|---|

MIDWEST FIBER INC
1902 N. WATER STREET
DECATUR, IL 62526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300,457.29 |
|---|---|---|---|

MIDWEST INDUSTRIAL RUBBER, INC.
P.O. BOX 772866
DETROIT, MI 48277-2866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 422.60 |
|---|---|---|---|

MIDWEST SAFETY PRODUCTS
4929 EAST PARIS SE.
KENTWOOD, MI 49512-5351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.782** **Nonpriority creditor's name and mailing address**

MIDWEST VENDING SERVICES, INC.
11750 MILLPOND AVE
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,302.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.783** **Nonpriority creditor's name and mailing address**

MIERAS INDUSTRIAL SHOES
841 LEONARD ST. NW
GRAND RAPIDS, MI 49504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,733.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.784** **Nonpriority creditor's name and mailing address**

MIHLFELD & ASSOCIATES
P.O. BOX 11047
SPRINGFIELD, MO 65808-1047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 0.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.785** **Nonpriority creditor's name and mailing address**

MIL AMORES LLC
406 W FIFTH ST
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,590.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.786** **Nonpriority creditor's name and mailing address**

MILLENNIUM PACKAGING, INC.
313 S. ROHLWING RD
ADDISON, IL 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 540.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.787** Nonpriority creditor's name and mailing address

MILLSTREAM-KENNEDY INC.
1631 BROAD AVE.
FINDLAY, OH 45840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 802.69

---

**3.788** Nonpriority creditor's name and mailing address

MINNESOTA ELEVATOR INC.
MEI - TOTAL ELEVATOR SOLUTIONS
PO BOX 64069
ST PAUL, MN 55164-0069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 415.47

---

**3.789** Nonpriority creditor's name and mailing address

MINNESOTA ENERGY RESOURCES CORP.
PO BOX 6040
CAROL STREAM, IL 60197-6040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,982.52

---

**3.790** Nonpriority creditor's name and mailing address

MINNESOTA REVENUE
MAIL STATION 4110
ST. PAUL, MN 55146-4110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,177.00

---

**3.791** Nonpriority creditor's name and mailing address

MINONK AUTO PARTS
1450 N INDUSTRIAL DR
MINONK, IL 61760

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 477.31

---

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.792** **Nonpriority creditor's name and mailing address**

MINUTEMAN PRESS
101 SOUTH PLAZA
LONDON, KY 40743-3349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43.16

---

**3.793** **Nonpriority creditor's name and mailing address**

MIRA PLASTICS CO., INC.
123 FREDON SPRINGDALE RD
NEWTON, NJ 07860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,314.68

---

**3.794** **Nonpriority creditor's name and mailing address**

MISSISSIPPI STATE TREASURY
POBOX 23191
JACKSON, MS 39225-3191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,724.00

---

**3.795** **Nonpriority creditor's name and mailing address**

MIST CHEMICAL & SUPPLY CO
5 RIVER OAKS CIRCLE EAST
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,732.40

---

**3.796** **Nonpriority creditor's name and mailing address**

MOBILE AIR, INC.
PO BOX 734443
CHICAGO, IL 60673-4443

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,611.81

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797 Nonpriority creditor's name and mailing address**

MOBILE RADIO ENGINEERING
745 BOONE AVE N.
GOLDEN VALLEY, MN 55427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,368.08

---

**3.798 Nonpriority creditor's name and mailing address**

MOL BELTING
PO BOX 141095
GRAND RAPIDS, MI 49514-1095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,217.40

---

**3.799 Nonpriority creditor's name and mailing address**

MONDELEZ GLOBAL LLC
TOLEDO FLOUR MILL
2221 FRONT ST.
TOLEDO, OH 43605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,840,548.33

---

**3.800 Nonpriority creditor's name and mailing address**

MONDELEZ GLOBAL LLC
25988 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,374,995.28

---

**3.801 Nonpriority creditor's name and mailing address**

MONDELĒZ INTERNATIONAL
100 DEFOREST AVE.
EAST HANOVER, NJ 07936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802**

**Nonpriority creditor's name and mailing address**

MONK FRUIT CORPORATION
1228 AMERICAN WAY
LIBERTYVILLE, IL 60048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,023.20

---

**3.803**

**Nonpriority creditor's name and mailing address**

MOODY COWS LLC
420 N HILL ST
LONDON, KY 40741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,296.16

---

**3.804**

**Nonpriority creditor's name and mailing address**

MOORE PROD. TOOL SPECIALTIES
37531 GRAND RIVER CUTOFF
FARMINGTON HILLS, MI 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,144.05

---

**3.805**

**Nonpriority creditor's name and mailing address**

MOR ELECTRIC HEATING ASSOC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,821.30

---

**3.806**

**Nonpriority creditor's name and mailing address**

MORTON SALT, INC.
DEPT CH 19973
PALATINE, IL 60055-9973

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,395.54

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.807** | **Nonpriority creditor's name and mailing address**

MOTION AI
7350 GOLDEN TRIANGLE DRIVE
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 230.31

---

**3.808** | **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES
POBOX 745932
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,829.27

---

**3.809** | **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES, INC.
BOX 98412
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73,893.99

---

**3.810** | **Nonpriority creditor's name and mailing address**

MPAC LANGEN INC.
6500 KITIMAT ROAD, UNIT 1
MISSISSAUGA, ON L5N 2B8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 764.40

---

**3.811** | **Nonpriority creditor's name and mailing address**

MR. ROOTER OF NORTHWEST INDIANA
3602 EVANS AVE SUITE A
SUITE A
VALPARAISO, IN 46383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,550.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.812** **Nonpriority creditor's name and mailing address**

MRG TOOL AND DIE CORP.
1100 CANNON CIRCLE
FARIBAULT, MN 55021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,130.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.813** **Nonpriority creditor's name and mailing address**

MRO MARKETING
204 WEST ACADEMY ST SW
GAINESVILLE, GA 30501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,170.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.814** **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
POBOX 953635
ST LOUIS, MO 63195-3635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,506.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.815** **Nonpriority creditor's name and mailing address**

NACARATO TRUCK CENTERS
519 NEW PAUL ROAD
LAVERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,458.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.816** **Nonpriority creditor's name and mailing address**

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE, TN 37230-5099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 27,826.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

NATIONAL RAISIN COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,885.00

---

**3.818** **Nonpriority creditor's name and mailing address**

NATIONAL SUGAR MARKETING LLC
PO BOX 83257
CHICAGO, IL 60691-0257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130,308.16

---

**3.819** **Nonpriority creditor's name and mailing address**

NATIONAL XPRESS LOGISTICS
2301-B COMPUTER AVENUE
WILLOW GROVE, PA 19090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,190.00

---

**3.820** **Nonpriority creditor's name and mailing address**

NBS CALIBRATIONS
9150 ISANTI STREET NE
BLAINE, MN 55449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 594.00

---

**3.821** **Nonpriority creditor's name and mailing address**

NEFF AUTOMATION
DEPARTMENT 6081
CAROL STREAM, IL 60122-6081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,382.99

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

NEIGHBORHOOD ACE HARDWARE
119 N SANGAMON AVE
GIBSON CITY, IL 60936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 157.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** **Nonpriority creditor's name and mailing address**

NELLSON NUTRACEUTICAL LLC
5801 AYALA AVE
IRWINDALE, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,877.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** **Nonpriority creditor's name and mailing address**

NELSON-JAMESON
3200 S CENTRAL AVE
MARSHFIELD, WI 54449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,127.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** **Nonpriority creditor's name and mailing address**

NEOGEN CORPORATION
PO BOX 74008750
CHICAGO, IL 60674-8750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 40,834.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** **Nonpriority creditor's name and mailing address**

NEW YORK BLOWER CO
PO BOX 88744
CAROL STREAM, IL 60188-0744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,734.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.827** **Nonpriority creditor's name and mailing address**

NEWARK ELEMENT14
33190 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,253.82

---

**3.828** **Nonpriority creditor's name and mailing address**

NEWLY WEDS FOODS, INC.
29565 NETWORK PLACE
CHICAGO, IL 60673-1295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,883.42

---

**3.829** **Nonpriority creditor's name and mailing address**

NEWPORT INGREDIENTS
5850 W 3RD STREET
STE 142
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650,840.01

---

**3.830** **Nonpriority creditor's name and mailing address**

NEXIRA, INC
COLLOIDES NATURELS
15 SOMERSET STREET
SOMERVILLE, NJ 08876

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,463.66

---

**3.831** **Nonpriority creditor's name and mailing address**

NEXTHERMAL CORP.
P.O. BOX 2404
BATTLE CREEK, MI 49015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,619.75

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.832** | **Nonpriority creditor's name and mailing address**

NICOR GAS

$ 128.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address**

NIGHTLINE EXPRESS INC.
12250 WEBER HILL RD.
STE 105
ST. LOUIS, MO 63127

$ 46,080.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address**

NIKKEN FOODS USA, INC.
4984 MANCHESTER AVE.
ST. LOUIS, MO 63110

$ 18,158.27

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address**

NINTEX USA, INC.
DEPT CH 17280
PALATINE, IL 60055

$ 34,177.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address**

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

$ 94,122.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** | **Nonpriority creditor's name and mailing address**

NORAMAR CO., LTD
P.O. BOX 771
CHAGRIN FALLS, OH 44022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118.14

---

**3.838** | **Nonpriority creditor's name and mailing address**

NORCO INC.
PO BOX 35144
LB413124
SEATTLE, WA 98124-5144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112.38

---

**3.839** | **Nonpriority creditor's name and mailing address**

NORDSON CORP.
PO BOX 802586
CHICAGO, IL 60680-2586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 440.00

---

**3.840** | **Nonpriority creditor's name and mailing address**

NORTHERN GOLD FOOD LTD.
1725 COAST MERIDIAN ROAD
PORT COQUITLAM, BC V3C 3T7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,735.00

---

**3.841** | **Nonpriority creditor's name and mailing address**

NORTHERN GOLD FOODS, USA
29323 MEADOWVIEW RD
JUNCTION CITY, OR 97448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,346.48

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.842** **Nonpriority creditor's name and mailing address**

NORTHFIELD HOSPITAL
2000 NORTH AVENUE
NORTHFIELD, MN 55057-1697

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 142.00

---

**3.843** **Nonpriority creditor's name and mailing address**

NORTHWEST STATE COMMUNITY COLLEGE
22600 STATE ROUTE 34
ARCHBOLD, OH 43502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,000.00

---

**3.844** **Nonpriority creditor's name and mailing address**

NORTHWESTERN MASONRY SERVICE
4400 NORTH MAIN STREET
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,505.02

---

**3.845** **Nonpriority creditor's name and mailing address**

NORTHWESTERN WATER AND SEWER DISTRICT
PO BOX 348
BOWLING GREEN, OH 43402-0348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,761.79

---

**3.846** **Nonpriority creditor's name and mailing address**

NOTT COMPANY
4480 ROUND LAKE ROAD WEST
ARDEN HILLS, MN 55112-1961

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,118.54

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.847** Nonpriority creditor's name and mailing address

NOVOZYMES NORTH AMERICA, INC.
POBOX 638
FRANKLINTON, NC 27525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 53,570.91

**3.848** Nonpriority creditor's name and mailing address

NPI, LLC
PO BOX 96488
CHARLOTTE, NC 28296-0488

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,800.00

**3.849** Nonpriority creditor's name and mailing address

NSF INTERNATIONAL
DEPT LOCKBOX # 771380
DETROIT, MI 48277-1380

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,030.00

**3.850** Nonpriority creditor's name and mailing address

NU-TEK FOOD SCIENCE, LLC
600 HWY 169 SOUTH
STE 885
ST. LOUIS PARK, MN 55426-1232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,152.58

**3.851** Nonpriority creditor's name and mailing address

NUTRA FOOD INGREDIENTS, LLC
4683 50TH ST SE
KENTWOOD, MI 49512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,921.80

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|--------|-------------------------------|--|------------------------|----------|
| | Name | | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** | **Nonpriority creditor's name and mailing address**

NUTRIN CORPORATION
PO BOX 65048
WASHINGTON, DC 20035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,225.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.853** | **Nonpriority creditor's name and mailing address**

NUWAY DISPOSAL
PO BOX 9
MOKENA, IL 60448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,852.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address**

NVENIA LLC
POBOX 71948
CHICAGO, IL 60694-1948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,026.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address**

O.E. BROKERAGE COMPANY INC.
1734 RUDDER INDUSTRIAL PARK DR
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 136.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address**

OC FLAVOR INC.
P.O. BOX 103539
PASADENA, CA 91189-3539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,356.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.857** **Nonpriority creditor's name and mailing address**

OCEAN SPRAY CHICAGO
PO BOX 223049
PITTSBURGH, PA 15251-2049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    13,662.00

---

**3.858** **Nonpriority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
P.O. BOX 181140
COLUMBUS, OH 43216-6560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Sales & Use Audit

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.859** **Nonpriority creditor's name and mailing address**

OHIO LOGISTICS
TALL TIMBERS DISTRIBUTION CENTER
POBOX 952
FINDLAY, OH 45839-0952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    400.00

---

**3.860** **Nonpriority creditor's name and mailing address**

OHIO TRANSMISSION CO.
P.O. BOX 73278
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,441.86

---

**3.861** **Nonpriority creditor's name and mailing address**

OLAM AMERICAS, INC.
535 PLAINFIELD ROAD
SUITE E
WILLOWBROOK, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    8,387.83

---

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** 

**Nonpriority creditor's name and mailing address**

OLAM SPICES AND VEGETABLES, INC.
OLAM WEST COAST
LOCKBOX #731254
DALLAS, TX 75373-1254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,825.88

---

**3.863**

**Nonpriority creditor's name and mailing address**

OLD DOMINION FREIGHT LINE
14933 COLLECTION CENTER DR
CHICAGO, IL 60693-4933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,274.45

---

**3.864**

**Nonpriority creditor's name and mailing address**

ON SITE REPAIR SERVICES, INC.
P.O. BOX 1486
LASALLE, IL 61301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,792.47

---

**3.865**

**Nonpriority creditor's name and mailing address**

ON TRACK FARMING INC.
1195 S. SANGAMON AVE.
GIBSON CITY, IL 60936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 142,500.11

---

**3.866**

**Nonpriority creditor's name and mailing address**

ONCE AGAIN NUT BUTTER COLLECTIVE INC.
POBOX 429 12 S. STATE ST.
NUNDA, NY 14517-0429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 249,259.00

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.867** | **Nonpriority creditor's name and mailing address**

ONSTAFF USA, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,503.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address**

OPEN TEXT, INC.
C/O JP MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL 60673-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,273.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address**

OREGON POTATO COMPANY
POBOX 3110
PASCO, WA 99302-3110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,111.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address**

OREGON TILTH
POBOX 368
CORVALLIS, OR 97339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address**

OR-TEC, INC
5445 DUNHAM ROAD
MAPLE HEIGHTS, OH 44137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,369.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872** | **Nonpriority creditor's name and mailing address**

ORTHODOX UNION
11 BROADWAY
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,114.23

---

**3.873** | **Nonpriority creditor's name and mailing address**

OSCO, INCORPORATED
PO BOX 698
MINOOKA, IL 60447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,298.52

---

**3.874** | **Nonpriority creditor's name and mailing address**

OSF FLAVORS
40 BAKER HOLLOW ROAD
WINDSOR, CT 06095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,345.00

---

**3.875** | **Nonpriority creditor's name and mailing address**

OTP INDUSTRIAL SOLUTIONS
PO BOX 73278
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.08

---

**3.876** | **Nonpriority creditor's name and mailing address**

OTTAWA TIRE & SERVICE CENTER
P.O.BOX 346
OTTAWA, OH 45875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 908.66

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR CO. OF CORBIN
3718 CUMBERLAND FALLS HWY
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 413.60

---

**3.878** **Nonpriority creditor's name and mailing address**

OVERHEAD DOOR COMPANY OF SW IDAHO
621 ALLUMBAUGH LN
BOISE, ID 83704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,380.00

---

**3.879** **Nonpriority creditor's name and mailing address**

OVERWATCH TN SECURITY COMPANY INC.
4165 LITTLE BLUE CREEK RD.
MCEWEN, TN 37101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,328.00

---

**3.880** **Nonpriority creditor's name and mailing address**

PACCOR PACKAGING NA INC
DEPT CH #10980
PALATINE, IL 60055-0980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,112.66

---

**3.881** **Nonpriority creditor's name and mailing address**

PACIFIC FARMS
5301 LONGLEY LANE
SUITE # D-159
RENO, NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 801.50

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.882** **Nonpriority creditor's name and mailing address**

PACIFIC STEEL & RECYCLING
PO BOX 530
NAMPA, ID 83653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 377.27

---

**3.883** **Nonpriority creditor's name and mailing address**

PACKAGING CORP. OF AMERICA
36596 TREASURY CENTER
CHICAGO, IL 60694-6500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,914.90

---

**3.884** **Nonpriority creditor's name and mailing address**

PACKAGING CORP. OF AMERICA
936 SHELDON RD.
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,882.88

---

**3.885** **Nonpriority creditor's name and mailing address**

PACMOORE PROCESS TECHNOLOGIES, LLC
1844 SUMMER STREET
HAMMOND, IN 46320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,845.00

---

**3.886** **Nonpriority creditor's name and mailing address**

PACTIV LLC
29935 NETWORK PLACE
CHICAGO, IL 60673-1299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,615.32

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 345.60 |
|---|---|---|---|

PADNOS
P.O. BOX 638748
CINCINNATI, OH 45263-8748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 14,048.91 |
|---|---|---|---|

PAK WEST PAPER & PACKAGING
4042 W GARRY AVENUE
SANTA ANA, CA 92704-6300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 61,265.50 |
|---|---|---|---|

PALLET WORLD, INC.
8292 FREMONT PIKE (RT.20)
PERRYSBURG, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 9,062.26 |
|---|---|---|---|

PAMCO LABEL COMPANY, INC.
PO BOX 735669
CHICAGO, IL 60673-5669

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 3,550.00 |
|---|---|---|---|

PAPER MACHINERY CORPORATION
28868 NETWORK PLACE
CHICAGO, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** | **Nonpriority creditor's name and mailing address**

PAPPAS, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 178.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address**

PARAGON LABELING SYSTEMS
LOWRY HOLDING COMPANY
9420 MALTBY ROAD
BRIGHTON, MI 48116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 716.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address**

PARAMOUNT SUPPLY COMPANY
PO BOX 5628
BOISE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,949.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address**

PARTNERS GROUP US INVESTMENT SERVICES LLC
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 288,888.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address**

PARTSPAK INC
1050 BETHLEHEM PIKE
NORTH WALES, PA 19454-1515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** **Nonpriority creditor's name and mailing address**

PATCO PRODUCTS LLC
DEPT CH 18423
PALATINE, IL 60055-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,108.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.898** **Nonpriority creditor's name and mailing address**

PATLIN INC
PO BOX 699
CARPENTERSVILLE, IL 60110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,268.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.899** **Nonpriority creditor's name and mailing address**

PAUL VOIGT & ASSOC., INC.
28610 STANDLEY RD
DEFIANCE, OH 43512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 694.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.900** **Nonpriority creditor's name and mailing address**

PAUL'S MACHINE & WELDING CORP
650 N. SYCAMORE
VILLA GROVE, IL 61956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 795.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.901** **Nonpriority creditor's name and mailing address**

PEAK SALES
10839 NW 14TH STREET
CORAL SPRINGS, FL 33071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
|        | Name                          |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.902** Nonpriority creditor's name and mailing address

PEANUT IMPORT & DISTRIBUTION
1627 CONNECTICUT AVE, NW
STE 3
WASHINGTON, DC 20009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 11,088.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.903** Nonpriority creditor's name and mailing address

PEARL TECHNOLOGIES
POBOX 776833
CHICAGO, IL 60677-6833

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,910.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.904** Nonpriority creditor's name and mailing address

PEERLESS FOOD EQUIPMENT
SUITE 1422 75 REMITTANCE DRIVE
SUITE 1422
CHICAGO, IL 60675-1422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 13,982.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.905** Nonpriority creditor's name and mailing address

PEKRON CONSULTING
1404 - 119TH STREET
WHITING, IN 46394

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,468.73

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.906** Nonpriority creditor's name and mailing address

PENSKE TRUCK LEASING CO., L.P.
P.O. BOX 532658
ATLANTA, GA 30353-2658

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,489.68

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.907** | **Nonpriority creditor's name and mailing address**

PEPSI LOGISTICS COMPANY, INC.
75 REMITTANCE DRIVE
SUITE #1884
CHICAGO, IL 60675-1884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 295,365.74

---

**3.908** | **Nonpriority creditor's name and mailing address**

PEPSICO
QUAKER SALES AND DISTRIBUTION
PO BOX 644943
PITTSBURGH, PA 15264-4926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,812,960.04

---

**3.909** | **Nonpriority creditor's name and mailing address**

PERFORMANCE FOOD GROUP INC.
POBOX 930623
ATLANTA, GA 31193-0623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 586.19

---

**3.910** | **Nonpriority creditor's name and mailing address**

PETERS & MARSKE
311 IN-212
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,375.00

---

**3.911** | **Nonpriority creditor's name and mailing address**

PETERSON BROS. ROOFING & CONTRUCTIO
481 BURGESS ST.
ST PAUL, MN 55117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,156.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.912** **Nonpriority creditor's name and mailing address**

PGP INTERNATIONAL
PO BOX 742146
LOS ANGELES, CA 90074-2146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           235,880.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.913** **Nonpriority creditor's name and mailing address**

PHALEN STEEL CONSTRUCTION COMPANY
P.O. BOX 707
MENDOTA, IL 61342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                6,055.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.914** **Nonpriority creditor's name and mailing address**

PHILADELPHIA MACARONI COMPANY
760 SOUTH 11TH STREET
PHILADELPHIA, PA 19147-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           105,175.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.915** **Nonpriority creditor's name and mailing address**

PHILDESCO INC
78 GROVE ST.
SOMERVILLE, NJ 08876

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           101,832.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.916** **Nonpriority creditor's name and mailing address**

PIC DESIGN
9211 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                   941.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
| | Name | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,090.47 |
| | PIEDMONT NATURAL GAS<br>PO BOX 1246<br>CHARLOTTE, NC 28201-1246 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 366.41 |
| | PIPE VALVES, INC.<br>1200 E. 5TH AVE.<br>COLUMBUS, OH 43219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32.00 |
| | PITNEY BOWES BANK INC<br>PURCHASE POWER<br>PO BOX 981026<br>BOSTON, MA 02298-1026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 776.48 |
| | PMI CARTONING, INC.<br>850 PRATT BLVD.<br>ELK GROVE, IL 60007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,118.36 |
| | POLAR TECH INDUSTRIES<br>PAYMENT PROCESSING<br>P.O. BOX 1326<br>BLOOMINGTON, IL 61702-1326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.922** Nonpriority creditor's name and mailing address

POLYPACK, INC.
3301 GATEWAY CENTRE BLVD.
PINELLAS PARK, FL 33782

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 19,043.09

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.923** Nonpriority creditor's name and mailing address

POMPY, TIMOTHY
C/O WOLCOTT LAW FIRM, LLC
ATTN: CHRISTOPHER S. WOLCOTT
450 E. 96TH STREET
INDIANAPOLIS, IN 46240

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation

$ Undetermined

Date or dates debt was incurred      UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.924** Nonpriority creditor's name and mailing address

POSEIDON ENGINEERING, LLC
6525 BEELER RD.
KNOXVILLE, TN 37918

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 7,697.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.925** Nonpriority creditor's name and mailing address

POST CONSUMER BRANDS
NW 5925
MINNEAPOLIS, MN 55485-5925

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 149,533.68

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.926** Nonpriority creditor's name and mailing address

POWER SUPPLY OF ILLINOIS
POBOX 776816
CHICAGO, IL 60677-6816

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,124.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.927 Nonpriority creditor's name and mailing address**

POWER SYSTEMS WEST
PO BOX 35146 #41022
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 841.39

---

**3.928 Nonpriority creditor's name and mailing address**

POWER/MATION DIVISION INC
PO BOX 860314
MINNEAPOLIS, MN 55486-0314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,544.15

---

**3.929 Nonpriority creditor's name and mailing address**

POWERED COMPRESSORS & SUPPLIES
POBOX 5307
TERRE HAUTE, IN 47805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,940.57

---

**3.930 Nonpriority creditor's name and mailing address**

PPC FLEXIBLE PACKAGING, LLC
29476 NETWORK PLACE
CHICAGO, IL 60673-1294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 481.96

---

**3.931 Nonpriority creditor's name and mailing address**

PPC INDUSTRIES
PO BOX 71178
CHICAGO, IL 60694-1178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,101.82

---

Debtor   Hearthside Food Solutions, LLC
Name

Case number *(if known)*   24-90587

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.932** **Nonpriority creditor's name and mailing address**

PPI TECHNOLOGIES
1712 NORTHGATE BOULEVARD
SARASOTA, FL 34234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   5,728.28

---

**3.933** **Nonpriority creditor's name and mailing address**

PRECISION BRUSH CO.
6700 PARKLAND BLVD
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,337.22

---

**3.934** **Nonpriority creditor's name and mailing address**

PRECISION BUSINESS SOLUTIONS
DIVISION OF KENAKORE SOLUTIONS
668 1ST ST
PERRYSBURG, OH 43551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   5,346.94

---

**3.935** **Nonpriority creditor's name and mailing address**

PRECISION TOOL
216 S. GREENLAWN AVE.
ELIDA, OH 45807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   313.47

---

**3.936** **Nonpriority creditor's name and mailing address**

PREMIER SECURITY SOLUTIONS CO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,407.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** **Nonpriority creditor's name and mailing address**

PREMIER TRAILERS, LLC
PO BOX 206553
DALLAS, TX 75320-6553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,963.13

---

**3.938** **Nonpriority creditor's name and mailing address**

PREMISTAR-NORTH, FORMERLY GENERAL
18 CONGRESS CIRCLE WEST
ROSELLE, IL 60172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,154.34

---

**3.939** **Nonpriority creditor's name and mailing address**

PRESIDIO NETWORKED SOLUTIONS GROUP LLC
POBOX 677638
DALLAS, TX 75267-7638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,911.20

---

**3.940** **Nonpriority creditor's name and mailing address**

PRIMAL ESSENCE
1351 MAULHARDT AVE.
OXNARD, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 885.80

---

**3.941** **Nonpriority creditor's name and mailing address**

PRIMARY PRODUCTS INGREDIENTS
AMERICAS, LLC
5190 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70,348.82

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942**  **Nonpriority creditor's name and mailing address**

PRINTPACK INC.
P.O. BOX 102430
ATLANTA, GA 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    355,075.48

---

**3.943**  **Nonpriority creditor's name and mailing address**

PROAMPAC
25366 NETWORK PLACE
CHICAGO, IL 60673-1253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,926.14

---

**3.944**  **Nonpriority creditor's name and mailing address**

PROCESS & POWER, INC.
POBOX 18675
MEMPHIS, TN 38181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,755.23

---

**3.945**  **Nonpriority creditor's name and mailing address**

PROCESS ENG & EQUIP
1705 NORTHRIDGE DR NW
GRAND RAPIDS, MI 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    7,923.00

---

**3.946**  **Nonpriority creditor's name and mailing address**

PROCESS HEAT & CONTROL
P.O. BOX 727
WEST MEMPHIS, AR 72303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,397.42

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 199 of 275

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

PRODUCTION AUTOMATION CORP.
6200 BURY DRIVE
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,448.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.948** **Nonpriority creditor's name and mailing address**

PRODUCTION TECHNIQUES LTD
PO BOX 58-874
BOTANY, 9999
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,245.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.949** **Nonpriority creditor's name and mailing address**

PROFESSIONAL PLASTICS
POBOX 392209
PITTSBURG, PA 15251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,721.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.950** **Nonpriority creditor's name and mailing address**

PROFESSIONAL TURF INC
7780 WEST 215TH STREET
LAKEVILLE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,271.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.951** **Nonpriority creditor's name and mailing address**

PROPACK PROCESSING AND PACKAGING SYSTEMS, LLC
4902 UNION RD
BEAMSVILLE, ON L3J 0V8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,478.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.952** **Nonpriority creditor's name and mailing address**

PROPANE INCORPORATED
P.O. BOX 81
NORTH BALTIMORE, OH 45872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,746.06

---

**3.953** **Nonpriority creditor's name and mailing address**

PROTECTION CONTROLS, INC.
P.O. BOX 287
SKOKIE, IL 60076-0287

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 235.60

---

**3.954** **Nonpriority creditor's name and mailing address**

PROTEIN PLUS, LLC
POBOX 100
FITZGERALD, GA 31750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 144,900.00

---

**3.955** **Nonpriority creditor's name and mailing address**

PRO-TYPE PRINTING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 393.13

---

**3.956** **Nonpriority creditor's name and mailing address**

PURIS PROTEINS, LLC
811 GLENWOOD AVE
STE 100
MINNEAPOLIS, MN 55405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,026.55

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** | **Nonpriority creditor's name and mailing address**

PURITY CYLINDER GASES INC.
PO BOX 9390
GRAND RAPIDS, MI 49509-0390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 43,445.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address**

PUTNAM COUNTY EDUCATIONAL SERVICE CENTER
124 PUTNAM PARKWAY
OTTAWA, OH 45875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 819.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address**

PVC STRIP.COM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,977.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address**

QLC, INC.
537 PROGRESS DRIVE
PO BOX 116
HARTLAND, WI 53029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,286.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address**

QUAD/GRAPHICS INC
PO BOX 644840
PITTSBURGH, PA 15264-4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 635.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.962** | **Nonpriority creditor's name and mailing address**

QUADRA CHEMICALS, INC.
PO BOX 675037
DALLAS, TX 75267-5037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,687.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address**

QUAKER (BRIDGEVIEW)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,760.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address**

QUAKER OATS
433 W. VAN BUREN ST.
STE 3N
CHICAGO, IL 60607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address**

QUALITY COMPONENTS, LLC
DBA NORTHERN MOLD
7463 AMY SCHOOL RD
HOWARD CITY, MI 49329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,036.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address**

QUALITY ELECTRIC, INC.
5272 W IRVING ST.
BOISE, ID 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,260.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

QUANTIX SCS, LLC
PO BOX 736174
CHICAGO, IL 60673-6174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                 1,800.00

---

**3.968** **Nonpriority creditor's name and mailing address**

QUANTUM DESIGN INC.
7550 QUANTUM COURT
CALEDONIA, IL 61011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                 2,884.29

---

**3.969** **Nonpriority creditor's name and mailing address**

QUENCH USA, INC.
PO BOX 735777
DALLAS, TX 75373-5777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                    534.84

---

**3.970** **Nonpriority creditor's name and mailing address**

QUEST NUTRITION, LLC
777 S. AVIATION BLVD
SUITE 100
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               30,294.74

---

**3.971** **Nonpriority creditor's name and mailing address**

QUILL.COM
PO BOX 37600
PHILADELPHIA, PA 19101-0600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               16,428.05

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(If known)* | 24-90587 |
|--------|-------------------------------|---------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,725.00

QUINCY FARM PRODUCTS
PO BOX 3545
QUINCY, IL 62305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.973** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 54,530.00

QUINCY RECYCLE
526 SOUTH 6TH ST
QUINCY, IL 62301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,466.98

R.A. JONES
PO BOX 71209
MAIL CODE 5638
CHARLOTTE, NC 28272-1209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,463.76

R.S. QUALITY PRODUCTS, INC.
P.O. BOX 90130
ALLENTOWN, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.976** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,841.33

RABINE DOOR & DOCKS LLC
61 GARLISCH DRIVE
ELK GROVE VILLAGE, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.977** **Nonpriority creditor's name and mailing address**

RADIO FREQUENCY CO.
150 DOVER ROAD, P.O. BOX 158
MILLIS, MA 02054-0158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,894.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.978** **Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL
PO BOX 419343
BOSTON, MA 02241-9343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,129.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.979** **Nonpriority creditor's name and mailing address**

RALSTON FOODS INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50,660.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.980** **Nonpriority creditor's name and mailing address**

RAMBOW INC.
1000 RAMBOW PARKWAY
NEW LONDON, MN 56273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,799.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.981** **Nonpriority creditor's name and mailing address**

RANDSTAD NORTH AMERICA, INC.
POBOX 2084
CAROL STREAM, IL 60132-2084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,025.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.982** Nonpriority creditor's name and mailing address

RAYMOND HANDLING CONCEPTS CORPORATION
POBOX 7678
SAN FRANCISCO, CA 94120-7678

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,164.78

---

**3.983** Nonpriority creditor's name and mailing address

R-BIOPHARM, INC.
870 WOSSBRINK DR.
WASHINGTON, MO 63090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,656.00

---

**3.984** Nonpriority creditor's name and mailing address

R-CAP PROCESS EQUIPMENT, INC.
318 W. NORTHWEST HIGHWAY
BARRINGTON, IL 60010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,911.81

---

**3.985** Nonpriority creditor's name and mailing address

READING BAKERY SYSTEMS
380 OLD WEST PENN AVENUE
ROBESONIA, PA 19551

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 128,855.43

---

**3.986** Nonpriority creditor's name and mailing address

RED V FOODS CORP.
1665 HERAEUS BLVD.
BUFORD, GA 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 30,984.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** Nonpriority creditor's name and mailing address

RED WING BUSINESS ADVANTAGE ACCOUNT
PO BOX 844329
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 227.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** Nonpriority creditor's name and mailing address

REDWOOD MULTIMODAL
29858 NETWORK PLACE
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 265.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** Nonpriority creditor's name and mailing address

REGAL PACKAGING SERVICES
211 W SPANGLER AVE
ELMHURST, IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 251.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.990** Nonpriority creditor's name and mailing address

RELIABLE DRUG & ALCOHOL, INC.
7851 METRO PARKWAY
STE 115
BLOOMINGTON, MN 55425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,136.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.991** Nonpriority creditor's name and mailing address

RELIATECH CALIBRATION SERVICES
6570 GOWANDA STATE RD.
HAMBURG, NY 14075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 158.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** Nonpriority creditor's name and mailing address

REPUBLIC PNEUMATICS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 9,885.56

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.993** Nonpriority creditor's name and mailing address

REPUBLIC SERVICES #388
PO BOX 9001099
LOUISVILLE, KY 40290-1099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 54,406.65

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.994** Nonpriority creditor's name and mailing address

REVERE ELECTRIC SUPPLY CO
8218 SOLUTIONS CENTER
CHICAGO, IL 60677-8002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,139.01

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.995** Nonpriority creditor's name and mailing address

REVOLUTION COMMERCIAL SOLUTIONS
PO BOX 660367
DALLAS, TX 75266-0367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,251.20

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.996** Nonpriority creditor's name and mailing address

REYNOLDS & CO.
1916 SOUTH 25TH STREET
TERRE HAUTE, IN 47802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 33,499.82

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.997** **Nonpriority creditor's name and mailing address**

REYNOLDS, NATHANIEL
C/O SULAIMAN LAW GROUP, LTD.
ATTN: MOHAMMED OMAR BADWAN
2500 S. HIGHLAND AVENUE, SUITE 200
LOMBARED, IL 60148-7103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.998** **Nonpriority creditor's name and mailing address**

RICE EQUIPMENT COMPANY
12895 PENNRIDGE
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,005.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.999** **Nonpriority creditor's name and mailing address**

RICHARDS & RICHARDS
PO BOX 293180
NASHVILLE, TN 37229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1000** **Nonpriority creditor's name and mailing address**

RICHARDSON MILLING LIMITED
P.O. BOX 932664
ATLANTA, GA 31193-2664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,669.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1001** **Nonpriority creditor's name and mailing address**

RICHARDSON OILSEED LIMITED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,784.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

RICO, VICTOR
C/O MOON LAW GROUP
ATTN: KANE MOON & S. PHILLIP SONG
725 S. FIGUEROA STREET
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

RICOH USA INC.
P.O. BOX 827577
PHILADELPHIA, PA 19182-7577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,981.68

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

RISE BROADBAND
PO BOX 844580
BOSTON, MA 02284-4580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 123.00

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

RITE-WAY PLUMBING & HEATING
2083 WALKER COURT, NW
GRAND RAPIDS, MI 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 849,112.41

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

ROBBINS' LOCK SHOP INC.
2004 S. DIVISION AVE.
GRAND RAPIDS, MI 49507-3029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 237.83

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,684.26 |
|---|---|---|---|
| | ROBERT DIETRICK CO., INC. P.O. BOX 6457 INDIANAPOLIS, IN 46206-6457 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 563.04 |
|---|---|---|---|
| | ROBERTSON HEATING SUPPLY COMPANY OF OHIO PO BOX 2448 ALLIANCE, OH 44601 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,183.34 |
|---|---|---|---|
| | RODEM INC 10001 MARTINS WAY HARRISON, OH 45030 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 777.48 |
|---|---|---|---|
| | RONI, INC 8001 TOWER POINT DR CHARLOTTE, NC 28227 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,453.47 |
|---|---|---|---|
| | ROPP'S FLOWER FACTORY 218 SOUTH MELVIN PO BOX 428 GIBSON CITY, IL 60936 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (*if known*) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**

ROSE ACRE FARMS
36229 TREASURY CENTER
CHICAGO, IL 60694-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          79,595.50

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

ROSKAM BAKING COMPANY- S1
P.O. BOX 202
GRAND RAPIDS, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          1,210.50

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

ROSNETT ENTERPRISES, INC
5052 N 13 STREET
TERRE HAUTE, IN 47805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          505.58

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

ROVEMA NORTH AMERICA, INC.
4366 SHACKLEFORD ROAD
SUITE A
NORCROSS, GA 30093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          77,030.34

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

RR DONNELLEY
7810 SOLUTION CENTER
CHICAGO, IL 60677-7008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          1,337.93

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 7** **Nonpriority creditor's name and mailing address**

RS AMERICAS
ATTN: ACCTS RECEIVABLE DEPT
PO BOX 841811
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,272.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 8** **Nonpriority creditor's name and mailing address**

RSS MOBILE TRAILER REPAIR LLC
PO BOX 1048
TRAVERSE CITY, MI 49685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,651.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 9** **Nonpriority creditor's name and mailing address**

RUGGED RACE PRODUCTS, INC.
509 TRAFFIC WAY
ARROYO GRANDE, CA 93420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,578.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 0** **Nonpriority creditor's name and mailing address**

RUTTCO PALLET

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,791.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 1** **Nonpriority creditor's name and mailing address**

RYAN FIREPROTECTION, INC.
9740 E 148TH ST.
NOBLESVILLE, IN 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,269.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

RYAN TRANSPORTATION SERVICE, INC.
PO BOX 841220
DALLAS, TX 75284-1220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,199.54

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

RYSON INTERNATIONAL, INC.
300 NEWSOME DR.
YORKTOWN, VA 23692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 695.50

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

S.A. COMUNALE CO INC
2900 NEWPARK DRIVE
BARBERTON, OH 44203-1050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,375.00

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

S.J. SMITH CO., INC.
3707 W. RIVER DRIVE
DAVENPORT, IA 52802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 549.50

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

SABATER SPICES NORTH AMERICA
80 SW 8TH ST. STE. 200
STE 200
MIAMI, FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 460.02

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 7**

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN SYSTEMS, INC.
PO BOX 975201
DALLAS, TX 75397-5201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,643.10

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

SALTWORKS, INC.
16240 WOOD-RED RD NE
WOODINVILLE, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,270.16

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

SAME DAY DELIVERY
3378 THREE MILE ROAD, NW
GRAND RAPIDS, MI 49534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,415.70

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

SAN JOAQUIN FIGS, INC.
P.O. BOX 9547
FRESNO, CA 93793-9547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 208,240.00

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

SANCHEZ, DALILA HERNANDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** NLRB Agency Charge

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.103 2 | **Nonpriority creditor's name and mailing address** <br><br> SANCHEZ, GERMAN <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $                6,250.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.103 3 | **Nonpriority creditor's name and mailing address** <br><br> SAPPHIRE FLAVORS & FRAGRANCES <br> PO BOX 200665 <br> PITTSBURGH, PA 15251-0665 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $              12,933.75 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.103 4 | **Nonpriority creditor's name and mailing address** <br><br> SCAPES LANDSCAPE MAINTENANCE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $                   590.63 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.103 5 | **Nonpriority creditor's name and mailing address** <br><br> SCHAEFFER MFG CO <br> PO BOX 790100 <br> ST. LOUIS, MO 63179-0100 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $                2,852.36 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.103 6 | **Nonpriority creditor's name and mailing address** <br><br> SCHEPERS LAWN SPRINKLING, INC <br> 6634 ROGER DRIVE <br> JENISON, MI 49428 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Payable | $                   250.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

SCHNEIDER'S LOCK & SECURITY
P.O. BOX 325
MICHIGAN CITY, IN 46361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,795.99

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

SCICO SUPPLY
PO BOX 736407
DALLAS, TX 75373-6407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,082.30

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

SCOTT OIL INC.
POBOX 385
CLINTON, IN 47842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,063.52

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

SCREENERKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 291.02

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

SD HEAD USA, LLC
125 MICHAEL DRIVE
SUITE 105-12
SYOSSET, NY 11791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 435.76

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.104 2**

**Nonpriority creditor's name and mailing address**

SD MYERS LLC
180 SOUTH AVE
TALLMADGE, OH 44278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,225.00

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

SECURE LOGISTICS LLC
700 WEST RANDALL ST.
COOPERSVILLE, MI 49404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,050.00

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

SECURITAS ELECTRONIC SECURITY INC.
POBOX 643731
PITTSBURG, PA 15264-5253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      137.56

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

SECURITY 101 - CHICAGO
(NORTH SHORE)
P.O. BOX 525
ST. CHARLES, IL 60175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  12,261.55

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES
POBOX 204036
DALLAS, TX 75320-4036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  14,350.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 7** | **Nonpriority creditor's name and mailing address**

SEELYVILLE WATER & SEWAGE
POBOX 249
SEELYVILLE, IN 47878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,601.60

---

**3.104 8** | **Nonpriority creditor's name and mailing address**

SEGHBROECK, JILLIAN VAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.104 9** | **Nonpriority creditor's name and mailing address**

SELECT METALS
PO BOX 1245
ELMHURST, IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,060.00

---

**3.105 0** | **Nonpriority creditor's name and mailing address**

SEMLER INDUSTRIES, INC.
3800 N. CARNATION STREET
FRANKLIN PARK, IL 60131-1202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,263.79

---

**3.105 1** | **Nonpriority creditor's name and mailing address**

SENSIENT COLORS LLC
62453 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,819.94

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 2**

**Nonpriority creditor's name and mailing address**

SENSIENT DEHYDRATED FLAVORS LLC
PO BOX 7410463
#774015
CHICAGO, IL 60674-0463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,085.78

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

SENSIENT FLAVORS LLC
PO BOX 7410461
CHICAGO, IL 60674-0461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,194.82

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

SENSORYEFFECTS INC.
BALCHEM INGREDIENT SOLUTIONS
POBOX 21815
NEW YORK, NY 10087-1815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130,680.00

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

SENSUS AMERICA, INC.
PRINCETON PIKE CORP. CENTER
997 LENOX DRIVE, STE 115
LAWRENCEVILLE, NJ 08648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85,827.74

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

SERPA PACKAGING SOLUTIONS
P.O. BOX 933460
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,835.62

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7**

**Nonpriority creditor's name and mailing address**

SET ENVIRONMENTAL, INC.
450 SUMAC RD.
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,841.60

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

SETHNESS PRODUCTS COMPANY
P.O. BOX 735983
CHICAGO, IL 60673-5983

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,001.08

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

SFI SYSTEMS FORMS INC.
P.O. BOX 219
MOUNT PROSPECT, IL 60056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86.10

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

SHALTZ AUTOMATION
5190 EXCHANGE DRIVE
FLINT, MI 48507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,792.26

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

SHANNON SYSTEMS LLC
POBOX 781147
PHILADELPHIA, PA 19178-1147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 265.66

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2**

**Nonpriority creditor's name and mailing address**

SHAW MATERIAL HANDLING SYSTEMS, LLC
POBOX 872700
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 43,632.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

SHELLEY BRADY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 70.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS
273 E IRVING PARK RD UNIT A
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,380.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

SHICK SOLUTIONS
P.O. BOX 719042
CHICAGO, IL 60677-7042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 53,100.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

SHICK TUBE-VEYOR CORP.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 431.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,793.88 |
|---|---|---|---|
| | SHIELDS O'DONNELL MACKILLOP LLP | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,044.98 |
|---|---|---|---|
| | SHOES FOR CREWS, INC.<br>POBOX 734176<br>CHICAGO, IL 60673-4176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,361.29 |
|---|---|---|---|
| | SHOP SUPPLY<br>300 EAST CRAWFORD ST<br>FINDLAY, OH 45840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.107 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,554.00 |
|---|---|---|---|
| | SHORELINE POWER SERVICES, INC.<br>6724 EAST RAILWAY COMMONS<br>WILLIAMSBURG, MI 49690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.107 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 937,678.23 |
|---|---|---|---|
| | SHORR PACKAGING CORPORATION<br>PO BOX 773252<br>CHICAGO, IL 60677-3252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2** Nonpriority creditor's name and mailing address

SHRADER TIRE & OIL INC
2045 SYLVANIA AVE
TOLEDO, OH 43613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 782.49

---

**3.107 3** Nonpriority creditor's name and mailing address

SHRED RIGHT
6301 W OLD SHAKOPEE ROAD
BLOOMINGTON, MN 55438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 357.50

---

**3.107 4** Nonpriority creditor's name and mailing address

SI ELECTRICAL LLC
5292 N NORTHWEST HWY
CHICAGO, IL 60630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,400.00

---

**3.107 5** Nonpriority creditor's name and mailing address

SIEMER MILLING COMPANY
111 W. MAIN
TEUTOPOLIS, IL 62467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,617.25

---

**3.107 6** Nonpriority creditor's name and mailing address

SIERRA VALLEY ALMONDS LLC
850 COMMERCE DRIVE
MADERA, CA 93637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,360.43

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7** 

**Nonpriority creditor's name and mailing address**

SILLIKER, INC.
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114,362.31

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

SILVA INTERNATIONAL, INC.
PO BOX 6684
CAROL STREAM, IL 60197-6684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,541.23

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

SIMMON'S FOOD SALES
3118 GULF TO BAY BLVD.
CLEARWATER, FL 33759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 977.20

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

SIMPLE MILLS
435 N. LASALLE DRIVE, 2ND FLOOR
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 759.00

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

SIMPLIFIED LOGISTICS, LLC
PO BOX 40088
BAY VILLAGE, OH 44140-0088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 392.36

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|--------------------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

SKIDMORE SALES & DISTRIBUT.
3767 SOLUTIONS CENTER
CHICAGO, IL 60677-3007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,816.70

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

SKYLINE SALES INC.
1240 IROQUOIS AVENUE
SUITE 406
NAPERVILLE, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,134.00

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

SM INGREDIENTS, INC.
31878 DEL OBISPO STREET
SAN JUAN CAPISTRANO, CA 92675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78,150.00

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

SMASH MY TRASH - BOISE LLC
PO BOX 368
EAGLE, ID 83616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

SMG SECURITY HOLDINGS
120 KING STREET
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 418.77

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 7**

**Nonpriority creditor's name and mailing address**

SMIRKS LTD
17601 US HYW 34
FORT MORGAN, CO 80701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 75.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

SNACKWERKS OF MICHIGAN LLC
JPG RESOURCES FOOD MANUFACTURING
180 E GOODALE AVE
BATTLE CREEK, MI 49037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 33,110.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

SNOW WHITE SERVICES, INC.
3304 W 250 N
WEST LAFAYETTE, IN 47906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,336.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

SOLAE, LLC
P.O. BOX 733249
DALLAS, TX 75373-3249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 20,015.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

SOLVAY FINANCE (AMERICA), LLC
NAFTA FACTORING
504 CARNEGIE CENTER
PRINCETON, NJ 08540-6241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 17,240.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

SONOCO CANADA CORPORATION
91218 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                58,341.60

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

SONOCO PRODUCTS COMPANY
7720 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,537.50

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

SPACK INTERNATIONAL INC.
4 RESEARCH DR.
SUITE 402
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,264.04

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

SPARKS BELTING COMPANY
PO BOX 772218
DETROIT, MI 48277-2218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,882.65

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

SPEED TECH EQUIPMENT
3364 QUINCY ST
HUDSONVILLE, MI 49426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,787.31

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1097**

**Nonpriority creditor's name and mailing address**

SPEE-DEE PACKAGING
1360 GRANDVIEW PKWY.
STURTEVANT, WI 53177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 272.65

---

**3.1098**

**Nonpriority creditor's name and mailing address**

SPEEDRACK MIDWEST
7899 VENTURE AVENUE
SPARTA, MI 49345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,516.71

---

**3.1099**

**Nonpriority creditor's name and mailing address**

SPRINTER SERVICES INC.
2900 DIXIE AVE
GRANDVILLE, MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 308,921.03

---

**3.1100**

**Nonpriority creditor's name and mailing address**

SPS COMMERCE, INC
P.O. BOX 205782
DALLAS, TX 75320-5782

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 258.00

---

**3.1101**

**Nonpriority creditor's name and mailing address**

STAFF MANAGEMENT SOLUTIONS, LLC
32487 COLLECTION DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,826.78

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|-------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.110 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,000.00 |
|---|---|---|
| STAFFINDERS, INC.<br>4807 ROCKSIDE ROAD<br>SUITE 370<br>INDEPENDENCE, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.110 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,996.59 |
|---|---|---|
| STAPLES INC<br>PO BOX 660409<br>DALLAS, TX 75266-0409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.110 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| STAPLES, RASHION<br>C/O THE FRIEDMANN FIRM, LLC<br>ATTN: RACHEL SABO FRIEDMANN<br>3740 RIDGE MILL DRIVE<br>HILLIARD, OH 43026 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Litigation | |
| **Date or dates debt was incurred**   UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**3.110 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,019.64 |
|---|---|---|
| STAR CRANE & HOIST SERVICE, INC.<br>P.O. BOX 69621<br>BALTIMORE, MD 21264-9621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.110 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 378.00 |
|---|---|---|
| STAR LEASING COMPANY, LLC<br>POBOX 76100<br>CLEVELAND, OH 44101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 7** Nonpriority creditor's name and mailing address

STAR OF THE WEST MILLING
PO BOX 146
FRANKENMUTH, MI 48734

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 86,278.02

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 8** Nonpriority creditor's name and mailing address

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: HONORABLE KWAME RAOUL
115 S. LASALLE STREET
CHICAGO, IL 60603

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Settlement Claim

$ 4,500,000.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 9** Nonpriority creditor's name and mailing address

STATE OF NEW JERSEY
3 JOHN FITCH WAY 1ST FLOOR
TRENTON, NJ 08695

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,136.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 0** Nonpriority creditor's name and mailing address

STATE OF OHIO TREASURY
30 EAST BROAD STREET 9TH FLOOR
COLUMBUS, OH 43215-3461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,959.09

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 1** Nonpriority creditor's name and mailing address

STEALTH ELECTRIC COMPANY, LLC
3121 BARTLETT CORP. DR.
STE 105
BARTLETT, TN 38133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,550.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2** | **Nonpriority creditor's name and mailing address**

STEEL SALES CORPORATION
2809 WINTER ST. N.E.
MINNEAPOLIS, MN 55413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 505.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 3** | **Nonpriority creditor's name and mailing address**

STEINER ELECTRIC CO.
2665 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,578.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 4** | **Nonpriority creditor's name and mailing address**

STELTER & BRINCK, LTD
201 SALES AVE
HARRISON, OH 45030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,120.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 5** | **Nonpriority creditor's name and mailing address**

STEPAN SPECIALTY PRODUCTS LLC
PO BOX 93007
CHICAGO, IL 60673-1930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,720.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 6** | **Nonpriority creditor's name and mailing address**

STERICYCLE INC.
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,395.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 7** — **Nonpriority creditor's name and mailing address**

STERLING PRODUCTS INC.
DEPARTMENT 4511
CAROL STREAM, IL 60122-4511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,404.12

---

**3.111 8** — **Nonpriority creditor's name and mailing address**

STEWART SYSTEMS
PO BOX 679385
DALLAS, TX 75267-9385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218,521.00

---

**3.111 9** — **Nonpriority creditor's name and mailing address**

STIKEMAN ELLIOTT LLP
5300 COMMERCE CT. W 199 BAY ST.
TORONTO, ON M5L 1B9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,096.96

---

**3.112 0** — **Nonpriority creditor's name and mailing address**

STOLLER TRUCKING
ACCOUNTS RECEIVABLE
102 SOUTH FORD ST., P.O. BOX 309
GRIDLEY, IL 61744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,550.00

---

**3.112 1** — **Nonpriority creditor's name and mailing address**

STONEX FINANCIAL INC.
1251 NW BRIARCLIFF PKWY
STE 800
KANSAS CITY, MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,164.30

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**

STORM SECURITY, LTD.
POBOX 927
LONDON, KY 40743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,924.36

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

STRATAS FOODS
PO BOX 66903
ST LOUIS, MO 63166-6903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,337.86

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

STUMPS FIRE PROTECTION
501 E BIGELOW AVE.
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 806.39

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE
P.O. BOX 290
WHIPPANY, NJ 07981-0290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 918.40

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

SUBWAY
1100 PLEASANT VIEW RD
LONDON, KY 40744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.58

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 7** **Nonpriority creditor's name and mailing address**

SUEZ WATER IDAHO
PO BOX 371804
PITTSBURGH, PA 15250-7804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,646.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 8** **Nonpriority creditor's name and mailing address**

SULLIVAN COMPLETE SEWER AND SEPTIC
5651 OLD PARIS ROAD
WEST TERRE HAUTE, IN 47885

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,325.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 9** **Nonpriority creditor's name and mailing address**

SUMMIT FIRE PROTECTION
PO BOX 851675
MINNEAPOLIS, MN 55485-1675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 525.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 0** **Nonpriority creditor's name and mailing address**

SUMMIT LABORATORY, LLC
900 GODFREY AVE. SW
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44,341.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 1** **Nonpriority creditor's name and mailing address**

SUMMITVILLE TILES, INC
PO BOX 73
SUMMITVILLE, OH 43962

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 135.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.113 2 | **Nonpriority creditor's name and mailing address**<br><br>SUNBELT RENTALS, INC.<br>PO BOX 409211<br>ATLANTA, GA 30384-9211 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 9,807.47 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.113 3 | **Nonpriority creditor's name and mailing address**<br><br>SUNRISE FOODS INTERNATIONAL, INC. | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 86,173.78 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.113 4 | **Nonpriority creditor's name and mailing address**<br><br>SUNSHINE LANDSCAPE, INC<br>PO BOX 724<br>MERIDIAN, ID 83680 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,700.61 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.113 5 | **Nonpriority creditor's name and mailing address**<br><br>SUNSOURCE<br>STS OPERATING, INC.<br>P.O. BOX 74007453<br>CHICAGO, IL 60674-7453 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 5,933.60 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.113 6 | **Nonpriority creditor's name and mailing address**<br><br>SUPERIOR INDUSTRIAL REFRIGERATION<br>841 HOWARD LANE<br>FRUITLAND, ID 83619 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,171.14 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (*if known*) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**

SUZANNE'S SPECIALITIES, INC.
421 JERSEY AVENUE
NEW BRUNSWICK, NJ 08901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                42,490.00

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

SWEET ADDITIONS INGREDIENTS PROCESSORS, LLC
612 S. 8THST PO BOX 549
CAMERON, WI 54822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$               135,350.80

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

SWEET HARVEST FOODS
NATURAL AMERICAN FOODS, INC.
POBOX 95073
CHICAGO, IL 60694-5073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                10,712.00

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

SWEETENERS SUPPLY CORP
POBOX 6778
CAROL STREAM, IL 60197-6778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                28,425.14

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

SYCAMORE ENGINEERING, INC.
P.O. BOX 1056
TERRE HAUTE, IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                32,428.24

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 238 of 275 |
|---|---|---|

| Debtor | Hearthside Food Solutions, LLC | Case number *(If known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2** Nonpriority creditor's name and mailing address

SYMRISE INC
PO BOX 5801
CAROL STREAM, IL 60197-5801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 192,659.38

---

**3.114 3** Nonpriority creditor's name and mailing address

SYNERGY FLAVORS INC.
DEPT 4543
CAROL STREAM, IL 60122-4543

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,576.35

---

**3.114 4** Nonpriority creditor's name and mailing address

SYNOVA, LLC
PO BOX 150
URBANA, OH 43045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,579.64

---

**3.114 5** Nonpriority creditor's name and mailing address

SYNTEGON TECHNOGY SERVICES, LLC
36809 TREASURY CENTER
CHICAGO, IL 60694-6800

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 67,798.40

---

**3.114 6** Nonpriority creditor's name and mailing address

SYNTHETIC SPECIALTIES COMPANY
P.O. BOX 901
FARMINGDALE, NJ 07727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,888.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|--------|--------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7** Nonpriority creditor's name and mailing address

SYNTRON MATERIAL HANDLING, LLC
PO BOX 96138
CHICAGO, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                23,215.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114 8** Nonpriority creditor's name and mailing address

SYSTEMATICS
PO BOX 333
BRISTOL, WI 53104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                19,019.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114 9** Nonpriority creditor's name and mailing address

T. HASEGAWA USA INC.
14017 EAST 183RD STREET
CERRITOS, CA 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                35,454.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115 0** Nonpriority creditor's name and mailing address

TABCO BUSINESS FORMS, INC.
1100 S SR 46, POBOX 3400
TERRE HAUTE, IN 47803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    495.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115 1** Nonpriority creditor's name and mailing address

TAGHLEEF INDUSTRIES INC
PO BOX 21212
NEW YORK, NY 10087-1212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                21,123.18

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 757.58 |
|---|---|---|---|

TAPES & TECH SOLUTIONS
4773 HIGHWAY 31 W.
COTTONTOWN, TN 37048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,344.09 |
|---|---|---|---|

TASTEPOINT NORTH
POBOX 21711
NEW YORK, NY 10087-1711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 122,650.18 |
|---|---|---|---|

TATE & LYLE
5190 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 118,446.79 |
|---|---|---|---|

TAURA NATURAL INGREDIENTS INC.
110 S INDIAN ALLEY
WINCHESTER, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 727.46 |
|---|---|---|---|

TAYLOR MATERIAL HANDLING & CONVEYOR
2910 GLANZMAN RD.
TOLEDO, OH 43614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Hearthside Food Solutions, LLC
        Name

Case number (if known)   24-90587

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.115 7** | **Nonpriority creditor's name and mailing address**

TE PRICE, INC
9758 REYNOLDS RD
WAYNE, OH 43466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,774.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 8** | **Nonpriority creditor's name and mailing address**

TEAM JOHNSON LIMOUSINE
UNLIMITED RECOVERY SOLUTIONS LLC
4840 US 20A
DELTA, OH 43151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,998.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 9** | **Nonpriority creditor's name and mailing address**

TEASDALE FOODS INC
P.O. BOX 775508
CHICAGO, IL 60677-5508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 765.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 0** | **Nonpriority creditor's name and mailing address**

TEDFORD TELLICO, INC
P.O. BOX 306064
NASHVILLE, TN 37230-6064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 63,476.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 1** | **Nonpriority creditor's name and mailing address**

TENDER LAWN CARE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,320.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.116 2** | **Nonpriority creditor's name and mailing address** <br> TENNANT COMPANY <br> POBOX 71414 <br> CHICAGO, IL 60694-1414 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> <br> **Basis for the claim:**  Trade Payable | **$                11,259.33** |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.116 3** | **Nonpriority creditor's name and mailing address** <br> TENNESSEE FRESH <br> P.O. BOX 1199 <br> SPRING HILL, TN 37174 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> <br> **Basis for the claim:**  Trade Payable | **$                      87.80** |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.116 4** | **Nonpriority creditor's name and mailing address** <br> TERPCO INC. <br> 99 16TH STREET S.W. <br> BARBERTON, OH 44203 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> <br> **Basis for the claim:**  Trade Payable | **$                44,059.69** |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.116 5** | **Nonpriority creditor's name and mailing address** <br> TERRE HAUTE CHAMBER OF COMMERCE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> <br> **Basis for the claim:**  Trade Payable | **$                  2,600.00** |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.116 6** | **Nonpriority creditor's name and mailing address** <br> TETRA TECH, INC <br> PO BOX 911674 <br> DENVER, CO 80291-1674 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> <br> **Basis for the claim:**  Trade Payable | **$                17,611.86** |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

TF CONCRETE & MASONRY
25771 XERXES AVE
ELKO, MN 55020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,225.00

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

TFORCE FREIGHT
PO BOX 7410804
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 182.83

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

TGW INTERNATIONAL, INC.
PO BOX 776832
CHICAGO, IL 60677-6832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45,392.30

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

THE BLUFFTON STONE COMPANY
POBOX 26
BLUFFTON, OH 45817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 569.53

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

THE BRYCE COMPANY, LLC
23375 NETWORK PLACE
CHICAGO, IL 60673-1233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 407,742.80

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.117 2

**Nonpriority creditor's name and mailing address**

THE COURIER
POBOX 3367
CHARLESTON, WV 25333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 220.00

### 3.117 3

**Nonpriority creditor's name and mailing address**

THE HOME DEPOT PRO
PO BOX 844727
DALLAS, TX 75284-4727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 714.99

### 3.117 4

**Nonpriority creditor's name and mailing address**

THE MACOMB GROUP, INC
PO BOX 671664
DETROIT, MI 48267-1664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,204.87

### 3.117 5

**Nonpriority creditor's name and mailing address**

THE MENNEL MILLING COMPANY
PO BOX 802294
KANSAS CITY, MO 64180-2294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,827.22

### 3.117 6

**Nonpriority creditor's name and mailing address**

THE NORAMAR COMPANY
PO BOX 771
CHAGRIN FALLS, OH 44022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 846.64

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7**

**Nonpriority creditor's name and mailing address**

THE ORGANIC SUGAR & MOLASSES CO
4440 PGA BLVD.
SUITE 600
PALM BEACH GARDENS, FL 33410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,521.12

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

THE RETROFIT COMPANIES
1010 HOFFMAN DRIVE
STE A
OWATONNA, MN 55060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 682.23

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

THRIVE FOODS
1836 LAPHAM DR
MODESTO, CA 95354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,140.00

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

TIRLAN LIMITED
ABBEY QUARTER
KILKENNY, R95 DXR1
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,084.83

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

TITAN TRANSFER LOGISTICS, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,193.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

TMI COMPRESSED AIR SYSTEMS, INC.
6724 PINE RIDGE CT
JENISON, MI 49428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,267.84

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

TNA NORTH AMERICA, INC
680 S ROYAL LANE
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,080.00

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

TNT FIRE EQUIPMENT, INC.
1819 S. BASSWOOD TRAIL
LAPORTE, IN 46350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,378.04

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

TORK PRODUCTS OF LIMA
2777 N WEST ST.
LIMA, OH 45801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,177.03

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

TOTAL FIRE & SAFETY
PO BOX 1939
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 460.00

---

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**

TOTAL FIRE PROTECTION INC
5385 PATTERSON AVE, SE
STE C
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                230.00

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

TOTAL PLASTICS RESOURCES, LLC
PO BOX 788866
PHILADELPHIA, PA 19178-8866

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,221.00

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

TOTAL SCALE SERVICES INC.
PO BOX 5156
BOSIE, ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              6,720.28

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

TOTALCOMP (SCALES & COMPONENTS)
13-01 POLLITT DR. EXT
FAIR LAWN, NJ 07410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                642.20

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

TOYOTA INDUSTRIES COMMERCIAL
FINANCE, INC.
POBOX 660926
DALLAS, TX 75266-0926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                315.96

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(If known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

**Nonpriority creditor's name and mailing address**

TPC TRAINING SYSTEMS
PO BOX 4989
STE. 250
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,730.00

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

TRACE 3 LLC
PO BOX 847467
LOCKBBOX SERVICES (603915)
LOS ANGELES, CA 90084-7467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 269,029.18

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

TRACE ANALYTICAL
PO BOX 775169
CHICAGO, IL 60677-5169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,969.75

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

TRACE ANALYTICS LLC
15768 HAMILTON POOL RD
AUSTIN, TX 78738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,458.00

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

TRANSCONTINENTAL MULTIFILM
1700 BIG TIMBER RD
ELGIN, IL 60123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,804.53

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 7**

**Nonpriority creditor's name and mailing address**

TREASURE VALLEY COFFEE, INC
DBA RAIN WATER REFRESHED
11875 W PRESIDENT DR
BOISE, ID 83713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,097.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

TRI STATE SCALE SYSTEMS,
191 ONTARIO STREET
FRANKFORT, IL 60423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,019.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

TRIANGLE PACKAGE MACHINERY COMPANY
6655 W DIVERSEY AVE
CHICAGO, IL 60707-2293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,938.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

TRIANGLE WAREHOUSE, INC.
PO BOX 581669
MINNEAPOLIS, MN 55458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 23,682.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

TRILLIUM DRIVERS
PO BOX 671854
DETROIT, MI 48267-1854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,786.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 2**

**Nonpriority creditor's name and mailing address**

TRIPLE/S DYNAMICS
P O BOX 151027
DALLAS, TX 75315-1027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,473.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

TRIPPER, INC.
PO BOX 51440
OXNARD, CA 93031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17,560.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

TRI-STAR ENERGY, LLC
P.O. BOX 282249
NASHVILLE, TN 37228-8513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 449.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

TRI-STATE ELECTRICAL
3320 WABASH ST
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 961.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

TRU BRANDS INC.
3921 ALTON RD
STE 295
MIAMI BEACH, FL 33140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

$ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | | Case number (if known) | 24-90587 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 7**    **Nonpriority creditor's name and mailing address**

TUFF WRAP INSTALLATIONS, INC
2080 DETWILER RD
HARLEYSVILLE, PA 19438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,389.00

---

**3.120 8**    **Nonpriority creditor's name and mailing address**

TUNGSTEN NETWORK INC
15211 LAGUNA CANYON ROAD
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,924.84

---

**3.120 9**    **Nonpriority creditor's name and mailing address**

TYDENBROOKS
PO BOX 778954
CHICAGO, IL 60677-8954

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 743.90

---

**3.121 0**    **Nonpriority creditor's name and mailing address**

TYNAN EQUIPMENT COMPANY
YALE INDUSTRIAL TRUCKS
5926 STOCKBERGER PLACE
INDIANAPOLIS, IN 46241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,856.90

---

**3.121 1**    **Nonpriority creditor's name and mailing address**

U.S. BANK NATIONAL ASSOCIATION
333 COMMERCE ST.
SUITE 900
ATTN: DEFAULT GROUP OF U.S. BANK GLOBAL CORPORATE TRUST
NASHVILLE, TN 37075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 2026 Senior Unsecured Notes Indenture

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

U.S. SPICE MILLS, INC
198 N BRANDON DRIVE
GLENDALE HEIGHTS, IL 60139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,933.00

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

UBER FREIGHT US LLC
FORMERLY TRANSPLACE
PO BOX 90405
CHICAGO, IL 60696-0405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,961,927.03

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

UESCO INDUSTRIES INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 414.18

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

UL LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 532.00

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70,097.41

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

UNILEVER
700 SYLVAN AVE
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

UNION HOSPTIAL ER SCREENING
PO BOX 866
INDIANAPOLIS, IN 46206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136.00

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

UNION JACK TOOLS, LLC
5448 APEX PEAKWAY #223
APEX, NC 27502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 988.80

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

UNIPRO FOODSERVICE, INC.
PO BOX 405762
ATLANTA, GA 30384-5762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,798.74

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

UNIQUE INGREDIENTS
6460 S. MOUNTAINSIDE DR.
GOLD CANYON, AZ 85118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,005.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2** | **Nonpriority creditor's name and mailing address**

UNITED BARCODE SYSTEMS NORTH AMERICA, LLC
2067 WINERIDGE PLACE
STE C
ESCONDIDO, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,018.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 3** | **Nonpriority creditor's name and mailing address**

UNITED COCOA PROCESSOR, INC.
P.O. BOX # 21064
NEW YORK, NY 10087-1064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 92,851.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 4** | **Nonpriority creditor's name and mailing address**

UNITED RADIO COMMUNICATIONS, INC.
9200 S. OKETO AVE
BRIDGEVIEW, IL 60455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,878.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 5** | **Nonpriority creditor's name and mailing address**

UNITED RENTALS
PO BOX 840514
DALLAS, TX 75284-0514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,435.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 6** | **Nonpriority creditor's name and mailing address**

UNITED STATES PLASTIC CORP.
1390 NEUBRECHT RD.
LIMA, OH 45801-3196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 399.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 7** **Nonpriority creditor's name and mailing address**

UNIVAR SOLUTIONS USA INC.
62190 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,870.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 8** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF NEBRASKA
PO BOX 886205
LINCOLN, NE 68588-6205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 960.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122 9** **Nonpriority creditor's name and mailing address**

UNIVERSITY OF NEBRASKA-LINCOLN
ATTN: NIC BUSINESS CENTER
PO BOX 886205
LINCOLN, NE 68588-6205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 0** **Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,121.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 1** **Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

URSCHEL LABORATORIES INC
75 REMITTANCE DRIVE
CHICAGO, IL 60675-1657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,720.30

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

US SAFETYGEAR, INC
POBOX 309
LEAVITTSBURG, OH 44430-0309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,283.87

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

USA BLUEBOOK
PO BOX 9004
GURNEE, IL 60031-9004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 444.15

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

USA CAB LLC
604 TIFFIN AVENUE STE. B
STE B
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44.00

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

USDA - FOOD SAFETY & INSPECTION SVC
PO BOX 979001
ST LOUIS, MO 63197-9001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 392.64

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 7** **Nonpriority creditor's name and mailing address**

VAC-U-MAX
69 WILLIAM STREET
BELLEVILLE, NJ 07109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 591.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 8** **Nonpriority creditor's name and mailing address**

VAN AMERONGEN & SON INC
14 BOSWELL ST.
SIMCOE, ON N3Y 4K2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,342.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123 9** **Nonpriority creditor's name and mailing address**

VAN DRUNEN FARMS
PO BOX 7215
CAROL STREAM, IL 60197-7215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 232,702.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 0** **Nonpriority creditor's name and mailing address**

VAN MANEN OIL COMPANY
0-305 LAKE MICHIGAN DRIVE NW
GRAND RAPIDS, MI 49534-3355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 985.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 1** **Nonpriority creditor's name and mailing address**

VAN METER INC
ACCOUNTS RECEIVABLE
PO BOX 801077
KANSAS CITY, MO 64180-1077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,228.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

VANGESSEL, CHRISTOPHER
C/O AVANTI LAW GROUP
ATTN: ROBERT ANTHONY ALVAREZ
600 28TH STREET, SW
WYOMING, MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

VANTAGE SPECIALTIES
PO BOX 775940
CHICAGO, IL 60677-5940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   81,967.37

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

VECTOR SECURITY, INC
P.O. BOX 531687
ATLANTA, GA 30353-1687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   3,568.11

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

VERIFIED FIRST
P.O. BOX 246
SPOKANE, WA 99210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   22,941.30

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY
7472 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   958.81

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 7** 

**Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY
PO BOX 849089
DALLAS, TX 75284-9089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,129.18

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

VERIZON
POBOX 15043
ALBANY, NY 12212-5043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.52

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

VERIZON--N.J.
POBOX 16810
NEWARK, NJ 07101-6810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,491.03

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

VESTIS SERVICES, LLC
25259 NETWORK PLACE
CHICAGO, IL 60673-1252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,069.38

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

VI-CAS MANUFACTURING CO
PO BOX 36310
CINCINNATI, OH 45236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,390.35

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

VI-CAS MANUFACTURING CO., INC.
8407 MONROE AVE.
CINCINNATI, OH 45236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,574.47

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

VIDEOJET TECHNOLOGIES
12113 COLLECTION CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106,360.47

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

VIKING PLASTIC PACKAGING
2418 ENTERPRISE DR
MENDOTA HEIGHTS, MN 55120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,716.40

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

VILLAGE DO IT BEST HARDWARE
855 WEST MAIN STREET
LEIPSIC, OH 45856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,364.78

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

VILLAGE OF MCCOMB
210 E. MAIN STREET
MCCOMB, OH 45858-0340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,342.40

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

VIOBIN USA
730 17TH STREET
SUITE 600
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,179.69

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

VISUAL WORKPLACE INC
7381 ARDITH CT
BYRON CENTER, MI 49315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.65

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

VITERRA INC
ATTN: FUNDS MANAGEMENT
2625 VICTORIA AVE.
REGINA, SK S4T 7T9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 367.08

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

VITUSA PRODUCTS
343 SNYDER AVE
BERKLEY HEIGHTS, NJ 07922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,825.93

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

VOSS BELTING & SPECIALTY COMPANY
75 REMITTANCE DR. DEPT. 1510
CHICAGO, IL 60675-1510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,506.03

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**

VOYA/BENEFITS STRATEGIES-COBRA
PO BOX 24082
NEW YORK, NY 10087-4082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,877.40

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL
POBOX 640169
PITTSBURGH, PA 15264-0169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 346.88

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

W. SOULE & COMPANY
PO BOX 2169
KALAMAZOO, MI 49003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 278,239.50

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

W.E. CARLSON CORP
1128 PAGNI DRIVE
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,153.68

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

WABASH VALLEY LOCK & KEY LLC
1635 S. 7TH ST
TERRE HAUTE, IN 47802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 460.65

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7**

**Nonpriority creditor's name and mailing address**

WABASH VALLEY PRODUCE, INC
DEPT 78858, PO BOX 78000
DETROIT, MI 48278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,480.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

WALKER-J-WALKER, INC.
POBOX 971264
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,011.16

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

WALMAN OPTICAL SDS 12-1084
PO BOX 86
MINNEAPOLIS, MN 55486-1084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,156.00

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

WALZ SCALE CO.
656 HIGH POINT LN.
EAST PEORIA, IL 61611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,932.03

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

WARREN PRINTING OFFICE PRODUCTS, IN
250 EAST MAIN ST
OTTAWA, OH 45875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,274.18

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 2**

**Nonpriority creditor's name and mailing address**

WASTE CONNECTIONS OF KENTUCKY, INC
PO BOX 535233
PITTSBURGH, PA 15253-5233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,173.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

WASTE RECOVERY SYSTEMS INC
4750 CLYDE PARK AVE SW
WYOMING, MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,039.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

WC MEDIA, INC.
1824 S. MACARTHUR BLVD.
SPRINGFIELD, IL 62704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

WCP SOLUTIONS
P.O. BOX 84145
SEATTLE, WA 98124-5445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,980.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

WEAVER POPCORN CO.
POBOX 75124
CHICAGO, IL 60675-5124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,824.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Hearthside Food Solutions, LLC
Name

Case number (if known)  24-90587

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**

WEBB PALLET SERVICE CORPORATION
16640 JORDAN AVE.
JORDAN, MN 55352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  12,855.00

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

WEBER PACKAGING SOLUTIONS, INC
DEPT 20-8048
CAROL STREAM, IL 60197-5988

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  28,816.65

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

WEIDENMILLER COMPANY
POBOX 603979
CHARLOTTE, NC 28260-3979

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  5,734.00

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

WEL CHEESE LLC
POBOX 5610 1625 S. BROADWAY
DE PERE, WI 54115-5610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  102,787.07

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

WELCH EQUIPMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  4,102.66

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

WELL AT WORK
ATTN: PATIENT FINANCIAL SERVICES
1900 SOUTH MAIN STREET
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 258.00

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR
FINANCIAL SERVICES, LLC
PO BOX 650016
DALLAS, TX 75265-0016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,559.93

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

WESTERN FOODS LLC
PO BOX 744820
LOS ANGELES, CA 90074-4820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 268,706.25

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

WEST-PAK EQUIPMENT CO
254 W 36TH STREET
BOISE, ID 83714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,054.70

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

WESTROCK
14079 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,579,362.83

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 7** **Nonpriority creditor's name and mailing address**

WESTROCK CP, LLC
14079 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,009.60

---

**3.128 8** **Nonpriority creditor's name and mailing address**

WEXXAR CORPORATION
PO BOX 73135
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,647.91

---

**3.128 9** **Nonpriority creditor's name and mailing address**

WIESE USA
PO BOX 60106
ST LOUIS, MO 63160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,262.62

---

**3.129 0** **Nonpriority creditor's name and mailing address**

WILCOX SALES & SERVICE
77 SOUTH ILLINOIS
MANSFIELD, OH 44905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,224.54

---

**3.129 1** **Nonpriority creditor's name and mailing address**

WILD FLAVORS, INC.
75 REMITTANCE DRIVE
SUITE # 1046
CHICAGO, IL 60675-1046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,599.74

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

WILLIAM B. RUDOW, INC.
P.O. BOX 2300
SARASOTA, FL 34230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 69.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

WINDSTREAM
4001 RODNEY PARHAM RD.
LITTLE ROCK, AR 72212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 157.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

WIRTZ ELECTRIC & COMMUNICATIONS
1675 S. SHERIDAN
MUSKEGON, MI 49442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

WISCONSIN WHEY PROTEIN, INC
PO BOX 778803
CHICAGO, IL 60677-8803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 81,391.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

WK KELLOGG CO
1 KELLOGG SQUARE
BATTLE CREEK, MI 49017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Rebate

$ Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1297**

**Nonpriority creditor's name and mailing address**

WM CORPORATE SERVICES, INC.
AR PAYMENT AGENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,598.80

---

**3.1298**

**Nonpriority creditor's name and mailing address**

WOLFE INDUSTRIAL
1512 J P HENNESSY DR
LA VERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,124.00

---

**3.1299**

**Nonpriority creditor's name and mailing address**

WOODLAND FOODS LTD
P.O. BOX 71852
CHICAGO, IL 60694-1852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,429.51

---

**3.1300**

**Nonpriority creditor's name and mailing address**

WOODY ASSOCIATES INC
895 W BROADWAY
RED LION, PA 17356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,899.66

---

**3.1301**

**Nonpriority creditor's name and mailing address**

WORKING WELL
35332 EAGLEWAY
CHICAGO, IL 60678-1353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 2**

**Nonpriority creditor's name and mailing address**

WORLD BIOPRODUCTS LLC
P.O. BOX 35142
SEATTLE, WA 98124-5142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    5,286.51

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

WRIGHT NUTRITION, INC.
201 ENERGY PARKWAY
SUITE 400
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,242.49

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

WRIGHT'S FLOWERS
5424 N. JOHNSON RD.
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    234.25

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

WSI - GRAND RAPIDS
P.O. BOX 503
OSHTEMO, MI 49077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    807,171.56

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55484-9477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    93,376.32

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known) | 24-90587 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

XTRA LEASE
PO BOX 219562
KANSAS CITY, MO 64121-9562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                50,848.10

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

YALE MECHANICAL LLC
220 W 81ST ST.
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                17,128.62

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

YAMATO CORP-DATAWEIGH DIVISION
PO BOX 206185
DALLAS, TX 75320-6185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                7,099.53

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

YELLOW CAB
PO BOX 1321
GRAND RAPIDS, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                55.00

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

YOUNGBLOOD AUTOMATION
300 36TH ST SE
GRAND RAPIDS, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                778.72

---

| Debtor | Hearthside Food Solutions, LLC | Case number *(if known)* | 24-90587 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2** | **Nonpriority creditor's name and mailing address**

YOUNGS ENVIRONMENTAL
G-5305 NORTH DORT HWY
FLINT, MI 48505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,118.60

---

**3.131 3** | **Nonpriority creditor's name and mailing address**

ZIP PAK
33853 TREASURY CENTER
CHICAGO, IL 60694-3800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69,517.79

---

**3.131 4** | **Nonpriority creditor's name and mailing address**

ZORO TOOLS, INC
PO BOX 5233
JANESVILLE, WI 53547-5233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,357.81

---

**3.131 5** | **Nonpriority creditor's name and mailing address**

ZUMBIEL PACKAGING
2100 GATEWAY BLVD
HEBRON, KY 41048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,444.55

---

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): 24-90587 |
|--------|-------------------------------|----------------------------------|
|        | Name                           |                                  |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|-------------|-------------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Line<br>☐ Not listed. Explain | |
| 4.2 | Line<br>☐ Not listed. Explain | |
| 4.3 | Line<br>☐ Not listed. Explain | |
| 4.4 | Line<br>☐ Not listed. Explain | |
| 4.5 | Line<br>☐ Not listed. Explain | |
| 4.6 | Line<br>☐ Not listed. Explain | |
| 4.7 | Line<br>☐ Not listed. Explain | |
| 4.8 | Line<br>☐ Not listed. Explain | |
| 4.9 | Line<br>☐ Not listed. Explain | |

Debtor   Hearthside Food Solutions, LLC                                      Case number (if known)   24-90587
         Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 290,012.84 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 638,706,227.61 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 638,996,240.45 |
|  |  |  | + Undetermined Amounts |

---

**Fill in this information to identify the case:**

Debtor name        Hearthside Food Solutions, LLC

United States Bankruptcy Court for the:    Southern District of Texas, Houston Division

Case number (If known):    24-90587

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DATED: 03/06/2017 | 18 RABBITS, INC<br>31 WATER STREET<br>SAN FRANCISCO, CA 94133 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE DATED: 04/10/2019 | 3500 LACEY ROAD LLC<br>C/O BENTALL KENNEDY (U.S.) LP<br>ATTN: DIRECTOR - ASSET MANAGEMENT<br>1201 THIRD AVENUE, SUITE 3000<br>SEATTLE, WA 98101 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSENT TO SUBLEASE DATED: 07/26/2017 | 3500 LACEY ROAD LLC<br>C/O BENTALL KENNEDY (U.S.) LP<br>ATTN: DIRECTOR - ASSET MANAGEMENT<br>1201 THIRD AVENUE, SUITE 3000<br>SEATTLE, WA 98101 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NATIONAL ACCOUNT ENGAGEMENT AGREEMENT DATED: 04/01/2022 | 3M COMPANY<br>SAFETY AND INDUSTRIAL BUSINESS GROUP<br>3M CENTER BUILDING 223-3S-33<br>ST. PAUL, MN 55144 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK | 4SIGHT FOCUS LLC<br>8 MAYHEW AVE<br>LARCHMONT, NY 10538 |

Debtor    Hearthside Food Solutions, LLC
          Name                                                    Case number (If known):   24-90587

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPRIETARY PRODUCT PURCHASE AND DISTRIBUTION AGREEMENT DATED: 12/17/2019 | 7 ELEVEN, INC<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMISSARY AGREEMENT DATED: 09/16/2019 | 7 ELEVEN, INC<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPRIETARY PRODUCT PURCHASE AND DISTRIBUTION AGREEMENT DATED: 01/01/2020 | 7 ELEVEN, INC<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMISARY AGREEMENT DATED: 09/16/2019 | 7-ELEVEN INC<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPRIETARY PRODUCT PURCHASE AND DISTRIBUTION AGREEMENT AS AMENDED DATED: 12/01/2023 | 7-ELEVEN INC<br>3200 HACKBERRY ROAD<br>IRVING, TX 75063 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ONGOING AGREEMENT AS AMENDED DATED: 10/01/2020 | ADHEZION, INC<br>ADHESIVE & EQUIPMENT<br>7730 CHILDSDALE AVE NE<br>ROCKFORD, MI 49341 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ONGOING AGREEMENT AMENDMENT DATED: 10/01/2020 | ADHEZION, INC<br>7730 CHILDSDALE AVE NE<br>ROCKFORD, MI 49341 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUPPORT AGREEMENT DATED: 01/17/2023 | ADVANCED SOFTWARE DESIGNS, INC 16150 MAIN CIRCLE DRIVE SUITE 200 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 01/17/2023 | ADVANCED SOFTWARE DESIGNS, INC 16150 MAIN CIRCLE DRIVE SUITE 200 CHESTERFIELD, MO 63017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE AND SERVICES AGREEMENT DATED: 04/07/2023 | ADVANTIVE, LLC 4221 W. BOY SCOUT BLVD. SUITE 390 TAMPA, FL 33607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE AND SERVICES AGREEMENT DATED: 04/13/2023 | ADVANTIVE, LLC 4221 W. BOY SCOUT BLVD. SUITE 390 TAMPA, FL 33607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR DRUG TESTING SERVICES DATED: 10/31/2018 | AEROTEK, INC. P.O. BOX 198531 ATLANTA, GA 30384-8531 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 10/02/2017 | AHOLD U.S.A., INC. 1149 HARRISBURG PIKE CARLISLE, PA 17013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT SUPPLY AGREEMENT AMENDMENT DATED: 02/20/2023 | AIR PRODUCTS AND CHEMICALS, INC 7201 HAMILTON BOULEVARD ALLENTOWN, PA 18195-1501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 05/19/2017 | ALDI INC 1200 NORTH KIRK ROAD BALAVIA, IL 60510-1477 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING CONTRACT DATED: 12/19/2023 | ALDI INC 1200 NORTH KIRK ROAD BALAVIA, IL 60510-1477 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING CONTRACT DATED: 10/16/2009 | ALDI INC 1200 NORTH KIRK ROAD BALAVIA, IL 60510-1477 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | TESTING SERVICES CONTRACT DATED: 01/01/2022 | ALL AMERICAN FIRE SYSTEMS INC 34122 ZINNIA CT LAKE ELSINORE, CA 92532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | HEARTHSIDE CONTRACT ALLGOLD COCONUT 2024 DATED: 01/01/2024 | ALL GOLD IMPORTS 3333 FINLEY RD. SUITE 800 DOWNERS GROVE, IL 60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT DATED: 03/01/2023 | ALLIANT INSURANCE SERVICES, INC 18100 VON KARMAN AVE 10TH FLOOR IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL RELEASE OF ALL CLAIMS DATED: 01/00/1900 | AMERI FREIGHT SYSTEMS LLC 1200 N Ellis St Bensenville, IL 60106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
        Name                                             Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT DATED: 01/01/2023 | AMERICAN EAGLE PACKAGING CORP 1645 TODD FARM DRIVE ELGIN, IL 60123 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | AMF AUTOMATION TECHNOLOGIES, LLC AS AMENDED DATED: 06/27/2024 | AMF AUTOMATION TECHNOLOGIES POBOX 502992 ST. LOUIS, MO 63150 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING AGREEMENT DATED: 01/09/2014 | ANNIE'S HOMEGROWN, INC 1610 FIFTH STREET BERKELEY, CA 94710 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT FOR MAINTENANCE REPAIR AND OPERATING SUPPLIES DATED: 01/01/2022 | APPLIED INDUSTRIAL TECHNOLOGIES 22510 NETWORK PLACE CHICAGO, IL 60673-1225 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/04/2019 | ARAMARK 2400 Market St Philadelphia, PA 19103 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED: 01/01/2024 | ARCHER DANIELS MIDLAND COMPANY 1530 47TH STREET NORTH FARGO, ND 58102 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED: 01/01/2023 | ARCHER DANIELS MIDLAND COMPANY 1530 47TH STREET NORTH FARGO, ND 58102 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC                                    Case number (If known):   24-90587
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CONFIRMATION DATED: 02/03/2023<br><br>ARDENT MILLS, LLC<br>1875 LAWRENCE ST.<br>#1400<br>DENVER, CO 80202 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CONFIRMATION DATED: 02/03/2023<br><br>ARDENT MILLS, LLC<br>1875 LAWRENCE ST.<br>#1400<br>DENVER, CO 80202 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CONFIRMATION DATED: 02/03/2023<br><br>ARDENT MILLS, LLC<br>1875 LAWRENCE ST.<br>#1400<br>DENVER, CO 80202 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CONFIRMATION DATED: 02/03/2023<br><br>ARDENT MILLS, LLC<br>1875 LAWRENCE ST.<br>#1400<br>DENVER, CO 80202 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT CONFIRMATION DATED: 02/03/2023<br><br>ARDENT MILLS, LLC<br>1875 LAWRENCE ST.<br>#1400<br>DENVER, CO 80202 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED: 02/03/2023<br><br>ASCENTIUM CAPITAL LLC<br>239TOHWY59N<br>KINGWOOD, TX 77339-1535 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED: 10/13/2021<br><br>ASSETPOINT LLC<br>P.O. BOX 743722<br>ATLANTA, 30374-3722 |

Debtor   Hearthside Food Solutions, LLC                          Case number (if known): 24-90587
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 12/05/2016 | ASSOCIATED WHOLESALE GROCERS (AWG) 5000 KANSAS AVE KANSAS CITY, KS 66106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT DATED: 07/22/2002 | ATKINS NUTRITIONALS, INC 2002 ORVILLE DRIVE NORTH SUITE A RONKONKOMA, NY 11779 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AUTHORIZATION: ATKINS SLITTER AND CARTONER CHANGE PARTS DATED: 04/10/2012 | ATKINS NUTRITIONALS, INC 2002 ORVILLE DRIVE NORTH SUITE A RONKONKOMA, NY 11779 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO STAFFING SERVICES AGREEMENT DATED: 09/16/2019 | ATLAS STAFFING INC 189 7TH PLACE EAST ST. PAUL, MN 55101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT DATED: 09/16/2019 | ATLAS STAFFING INC 189 7TH PLACE EAST ST. PAUL, MN 55101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT AS AMENDED DATED: 10/17/2021 | ATLAS STAFFING, INC 189 7TH PLACE EAST ST. PAUL, MN 55101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING PROJECT AGREEMENT AS AMENDED DATED: 10/26/2019 | BACK TO NATURE ATTN: MARY BETH HIGGINS 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DATED: 08/21/2017<br><br>BAIN & COMPANY, INC.<br>131 DARTMOUTH STREET<br>BOSTON, MA 02116 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT DATED: 06/01/2018<br><br>BAKERY FEEDS<br>5601 N MACARTHUR BLVD<br>IRVING, TX 75038 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COLLECTIVE BARGAINING AGREEMENT DATED: 12/21/2018<br><br>Bakery, Confectionery, Tobacco Workers and Grain Millers Local No. 70<br>158 36TH ST S E<br>GRAND RAPIDS, MI 49548 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL RELEASE DATED: 12/22/2011<br><br>BARBARA'S BAKERY, INC.<br>176 Susquehanna Blvd<br>West Hazleton, PA 18202 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STRICTLY PRIVATE AND CONFIDENTIAL DATED: 01/00/1900<br><br>BARTONI LTD<br>1ST FLOOR HARMONY COURT HARMONY ROW DUBLIN 2,<br>IRELAND |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POST PEBBLES BAR PROJECT DATED: 06/22/2010<br><br>BASIC AMERICAN, INC.<br>415 W COLLINS ROAD<br>BLACKFOOT, ID 83221-5642 |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKER AGREEMENT DATED: 02/01/2023<br><br>BAY FOOD BROKERAGE, INC<br>5111 Memorial Highway<br>Tampa, FL 33634 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SUBJECT: CONTINGENCY PLAN -ASSURED SUPPLY DATED: 01/00/1900 | BEST CROUTONS 4031 S. RACINE STREET CHICAGO, IL 60609 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 03/20/2018 | BETTER LIVING BRANDS LLC./SAFEWAY INC./LUCERNE FOODS INC. P.O BOX 99 PLEASANTON, CA 94566-0009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 03/22/2018 | BETTER LIVING BRANDS LLC./SAFEWAY INC./LUCERNE FOODS INC. P.O BOX 99 PLEASANTON, CA 94566-0009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AGREEMENT DATED: 04/23/2021 | BIO-NUTRITIONAL RESEARCH GROUP, INC 6 Morgan Ste 100 Irvine, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED: 08/19/2022 | BLUE YONDER, INC 15059 N. SCOTTSDALE RD. SUITE 400 SCOTTSDALE, AZ 85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 04/24/2017 | BRANDLESS INC. 37 GRAHAM ST SUITE 250 SAN FRANCISCO, CA 94129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/04/2017 | BRANDLESS, INC ATTN RACHAEL 37 GRAHAM STREET SUITE 250 SAN FRANCISCO, CA 94129 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         Name                                                    Case number (if known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL RELEASE AND SETTLEMENT DATED: 07/01/2024 | BRIGHT FARMS INC 50 S BUCKHOUT ST STE 202 IRVINGTON, NY 10533 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE CONTRACT DATED: 01/28/2019 | BRILLIANT MARKETING 1370 ROUTE 28A SUITE 6 CATAUMET, MA 02534 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFICATION AND PRICING AGREEMENT DATED: 08/01/2023 | BUD ANTLE, INC. DOLE FRESH VEGETABLES P.O. BOX 2018 MONTEREY, CA 93942-201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES AGREEMENT DATED: 10/20/2022 | BUGBEE & CONKLE PNC BANK BUILDING 405 MADISON AVENUE SUITE 1900 TOLEDO, OH 43604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION DATED: 05/17/2023 | BURLEY FOODS, LLC, INC. 7125 AMUNDSON AVE S EDINA, MN 55439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | HFS BROKER AGREEMENT DATED: 01/01/2011 | BURLEY FOODS, LLC, INC. 7125 AMUNDSON AVE S EDINA, MN 55439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL DATED: 07/16/2020 | BUTCHER WRAP SANDWICHES/TYSON FOODS 400 SOUTH JEFFERSON CHICAGO, IL 60607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
Name
Case number (If known): 24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 05/19/2014 | CAMPBELL SOUP SUPPLY COMPANY<br>8457 A. SOUTH EASTERN AVENUE<br>BELL GARDENS, CA 90807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 05/19/2014 | CAMPBELL SOUP SUPPLY COMPANY<br>CAMPBELL PLACE CAMDEN PLACE<br>CAMDEN, NJ 08103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION FOR CHANGE 1>ART PURCHASE DATED: 08/08/2016 | CAMPBELL SOUP SUPPLY COMPANY<br>8457 A. SOUTH EASTERN AVENUE<br>BELL GARDENS, CA 90807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION SOUP TOPPERS CAPITAL DATED: 11/13/2017 | CAMPBELL SOUP SUPPLY COMPANY<br>8457 A. SOUTH EASTERN AVENUE<br>BELL GARDENS, CA 90807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 08/10/2020 | CAMPBELL SOUP SUPPLY COMPANY<br>VICE PRESIDENT, SUPPLY CHAIN<br>ATTN: ALAN BLAKE<br>ONE CAMPBELL PLACE<br>CAMDEN, NJ 08103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT LIST AND PRICING DATED: 05/28/2014 | CAMPBELL SOUP SUPPLY COMPANY<br>8457 A. SOUTH EASTERN AVENUE<br>BELL GARDENS, CA 90807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING GROUP SERVICES AGREEMENT DATED: 01/01/2023 | CAREMARKPCS HEALTH, LLC<br>ATTN: PBM LEGAL NOTICES<br>2100 LAKE COOK ROAD<br>5TH FLOOR<br>BUFFALO GROVE, IL 60089 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         Name                                          Case number (If known):   24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES CONTRACT DATED: 01/04/2023 | CARGILL<br>5301 MARYLAND<br>WAYJ.BFENTWPOD, TN 37027 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | CARGILL CONTACT AGREEMENT RENEWAL DATED: 09/28/2016 | CARGILL<br>15407 MCGINTY RD<br>WAYZATA, MN 55391 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | CARGILL CONTACT AGREEMENT RENEWAL DATED: 09/25/2017 | CARGILL<br>15407 MCGINTY RD<br>WAYZATA, MN 55391 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | LETTER AGREEMENT DATED: 06/02/2022 | CARGILL - LOUISIANA SUGAR REFINING, LLC<br>1230 5TH AVE<br>GRAMERCY, LA 70052 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT TO TOLL AGREEMENT FOR PACKAGING TABLETOP DATED: 03/01/2010 | CARGILL, INCORPORATED<br>1938 S. WOLF ROAD<br>DES PLAINES, IL 60018 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | STAFFING SERVICES AGREEMENT DATED: 05/13/2022 | CARLISLE STAFF MG CONSULTANTS CORP<br>707 SOUTH GRADY WAY<br>SUITE 600<br>RENTON, WA 98057 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | COMMERCIAL-INDUSTRIAL EXCLUSIVE LISTING AGREEMENT SUBLEASE DATED: 05/16/2018 | CERRON COMMERCIAL PROPERTIES, LLC<br>21476 Grenada Avenue<br>Lakeville, MN 55044 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHASE PECANS 2024 DATED: 01/01/2024 | CHASE PECAN LP / LAKEVIEW COMMODITIES<br>3333 FINLEY RD. SUITE 800 DOWNERS GROVE, IL 60515<br>SAN SABA, TX 76877 |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXECUTED SERVICE AGREEMENT DATED: 08/26/2021 | CHEMSTATION<br>3400 ENCRETE LANE<br>DAYTON, OH 45439 |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT DATED: 11/09/2022 | CHEP USA<br>897 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT BY AND BETWEEN CHEP USA DATED: 10/19/2022 | CHEP USA<br>15 TIDEMORE AVENUE<br>ETOBICOKE, ON M9W 7E9<br>CANADA |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT DATED: 10/18/2004 | CHEP USA<br>8517 SOUTH PARK CIRCLE<br>SUITE 400<br>ORLANDO, FL 32819 |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION AND RELEASE AGREEMENT DATED: 12/31/2009 | CINNABON, INC.<br>5620 Glenridge Dr NE<br>Atlanta, GA 30342 |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAFETY CENTER SERVICE AGREEMENT DATED: 05/27/2021 | CINTAS<br>6800 CINTAS BLVD.<br>CINCINATTI, OH 45262 |

Debtor  Hearthside Food Solutions, LLC
        Name                                                    Case number (If known):   24-90587

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT DATED: 02/26/2021<br><br>CINTAS CORPORATION NO. 2<br>6800 CINTAS BLVD.<br>CINCINATTI, OH 45262 |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-PACKING AGREEMENT DATED: 03/01/2020<br><br>CLIF BAR & COMPANY<br>VICE PRESIDENT SUPPLY CHAIN<br>ONE CAMPBELL PLACE<br>CAMDEN, NJ 08103-1799 |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO THE CO-PACKING AGREEMENT DATED: 06/27/2021<br><br>CLIF BAR & COMPANY<br>1451 66TH STREET<br>EMERYVILLE, CA 94608-1004 |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO MASTER SERVICES AGREEMENT DATED: 06/12/2023<br><br>CLIF BAR & COMPANY<br>1451 66TH STREET<br>EMERYVILLE, CA 94608-1004 |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLIF WHEY PROTEIN PRODUCT EXHIBIT EXTENSION NOTICE DATED: 01/01/2021<br><br>CLIF BAR & COMPANY<br>150 N. MARTINGALE ROAD<br>SCHAUMBURG, IL 60173-2076 |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINICAL PRODUCTS MANUFACTURING AGREEMENT DATED: 06/30/2006<br><br>CLINICAL PRODUCTS<br>2200 WESTPORT PLAZA DRIVE<br>SUITE 316<br>ST. LOUIS, MO 63146 |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DATED: 05/16/2023<br><br>COATS, DAN<br>3333 FINLEY ROAD, SUITE 800<br>DOWNERS GROVE, IL 60515 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATA EXTRACTION AND IMPORT SERVICES AS AMENDED DATED: 04/26/2023 | COBBLESTONE SYSTEMS<br>428 S WHITE HOREE PIKE<br>LINDENWOLD, NJ 08021 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT DATED: 04/16/2012 | COCA-COLA REFRESHMENTS USA, INC<br>ONE COCA-COLA PLAZA<br>ATLANTA, GA 30313 |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSPORTATION SERVICES AGREEMENT DATED: 07/12/2024 | COLUMBIAN LOGISTICS NETWORK SPRINTER SERVICES, INC.<br>2900 DIXIE AVE SW<br>GRANDVILLE, MI 49418 |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSING SERVICES AGREEMENT DATED: 07/12/2024 | COLUMBIAN LOGISTICS NETWORK SPRINTER SERVICES, INC.<br>2900 DIXIE AVE SW<br>GRANDVILLE, MI 49418 |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYROLL CARD SERVICE AGREEMENT DATED: 11/13/2018 | COMDATA TN, INC<br>5301 MARYLAND<br>WAYJ.BFENTWPOD, TN 37027 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO VENDING, UNATTENDED VENDING, AND COFFEE SERVICES AGREEMENT DATED: 01/30/2023 | COMPASS GROUP USA, INC.<br>1582 HARVEST COVE DRIVE<br>MIDDLEBURG, FL 32068 |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKERAGE CONTRACT DATED: 04/01/2010 | COMPASS SALES AND MARKETING, LLC<br>1582 HARVEST COVE DRIVE<br>MIDDLEBURG, FL 32068 |

Debtor     Hearthside Food Solutions, LLC                                    Case number (If known):   24-90587

         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> BROKERAGE CONTRACT DATED: 04/01/2010 | COMPASS SALES AND MARKETING, LLC <br> 1582 HARVEST COVE DRIVE <br> MIDDLEBURG, FL 32068 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> CLIENT SERVICE AGREEMENT DATED: 01/01/2023 | COMPCOREPRO, LLC <br> 2625 W. HARRISON AVE. <br> BELLWOOD, IL 60104 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 04/24/2024 | CONAGRA FOODS PACKAGED FOODS, LLC <br> ATTN: JEREMIAH JARECKE <br> CONAGRA FOODS PACKAGED FOODS, LLC <br> 9 CONAGRA DRIVE <br> OMAHA, NE 68102 |
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> MASTER SUPPLY AGREEMENT - CAPITAL DATED: 06/20/2012 | CONAGRA FOODS, INC <br> ATTN: JEREMIAH JARECKE <br> CONAGRA FOODS PACKAGED FOODS, LLC <br> 9 CONAGRA DRIVE <br> OMAHA, NE 68102 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> MASTER SERVICES AGREEMENT DATED: 12/01/2023 | CONTAX <br> 311 W. SUPERIOR STREET <br> SUITE 313 <br> CHICAGO, IL 60654 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> CONTRACT MANUFACTURING AND PACKAGING AGREEMENT DATED: 09/01/2010 | CONTINENTAL MILLS, INC. <br> 18125 ANDOVER PARK WEST <br> TUKWILA, WA 98188 |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> AMENDMENT NO. 1 TO CONTRACT MANUFACTURING DATED: 07/20/2023 | CONTINENTAL MILLS, INC. <br> 18125 ANDOVER PARK WEST <br> TUKWILA, WA 98188 |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PEST MANAGEMENT AGREEMENT DATED: 11/01/2021 | COPESAN SERVICES, INC ATTN: LEGAL DEPARTMENT W175N5711 TECHNOLOGY DR. MENOMONEE FALLS, WI 53051 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT AS AMENDED DATED: 04/24/2024 | CORE RESOURCES ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | COSTCO WHOLESALE PRIVATE LABEL AGREEMENT CANADIAN ADDENDUM DATED: 02/06/2017 | COSTCO WHOLESALE 312 RADER RD MCCOMB, OH 45858 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 08/11/2016 | COSTCO WHOLESALE 999 LAKE DR ISSAQUAH, WA 98027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | COSTCO WHOLESALE PRIVATE LABEL STANDARD TERMS DATED: 01/19/2017 | COSTCO WHOLESALE 312 RADER RD MCCOMB, OH 45858 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUING COMMODITY GUARANTY AND INDEMNITY AGREEMENT DATED: 08/01/2011 | CPS INC., DIVISION OF SAFEWAY 5918 STONERIDGE MALL RD PLEASANTON, CA 94588 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 09/01/2016 | CUMBERLAND PACKING CORP 2 CUMBERLAND STREET BROOKLYN, NY 11205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC      Case number (If known):  24-90587

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.118**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/05/2016 | CUMBERLAND PACKING CORP 2 CUMBERLAND STREET BROOKLYN, NY 11205 |
| **2.119**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/05/2016 | CUMBERLAND PACKING CORP. 20 CUMBERLAND ST BROOKLYN, NY 11205 |
| **2.120**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | FOOD SERVICE AGREEMENT DATED: 05/16/2013 | CUYAHOGA VENDING SERVICES, INC 14250 S. INDUSTRIAL AVE. SUITE 104 MAPLE HEIGHTS, OH 44137 |
| **2.121**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 05/22/2017 | CVS 1 CVS DR WOONSOCKET, RI 02895 |
| **2.122**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LETTER OF INTENT DATED: 06/25/2020 | DAILY HARVEST, INC 99 HUDSON STREET 9TH FLOOR NEW YORK, NY 10013 |
| **2.123**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 3 TO MANUFACTURING AGREEMENT (02.26.24) DATED: 01/01/2024 | DAILY HARVEST, INC 99 HUDSON STREET 9TH FLOOR NEW YORK, NY 10013 |
| **2.124**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MANUFACTURING AGREEMENT AS AMENDED DATED: 01/01/2024 | DAILY HARVEST, INC. 99 HUDSON STREET NEW YORK, NY 10013 |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT DATED: 08/21/2014 | DALE & THOMAS POPCORN, LLC/ POPCORN, INDIANA, LLC ONE CEDAR LANE ENGLEWOOD, NJ 07631 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | REFERENCE : REPRESENTATION LETTER ID - 10457 DATED: 08/17/2009 | DAYMON WORLDWIDE INC. 700 FAIRFIELD AVENUE STAMFORD, CT 06902 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE CONTRACT DATED: 09/03/2013 | DAYMON WORLDWIDE INC. 125 EAST COURT STREET SUITE 500 CINCINNATI, OH 45202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM # 3 AS AMENDED DATED: 06/15/2017 | DAYMON WORLDWIDE INC. 25 NORTHWEST POINT BOULEVARD SUITE #450 ELK GROVE VILLAGE, IL 60007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE CONTRACT DATED: 06/15/2017 | DAYMON WORLDWIDE INC. 25 NORTHWEST POINT BOULEVARD SUITE #450 ELK GROVE VILLAGE, IL 60007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 01/01/2019 | DEL MONTE FOODS, INC. 3003 OAK ROAD WALNUT CREEK, CA 94597 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | INFORMATION ON ORDERING AND PAYMENT DATED: 01/00/1900 | DELICATESSEN SUPPORT SERVICES, INC 180 Boulder Industrial Dr Bridgeton, MO 63044-1241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES CONTRACT DATED: 01/01/2024 | DELTA DENTAL OF ILLINOIS<br>ATTN: JOHN MAPLES, PRESIDENT AND CEO<br>DELTA DENTAL OF ILLINOIS<br>111 SHUMAN BOULEVARD<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED: 05/13/2018 | DIVERSIFIED WASTE SOLUTIONS<br>321 STEVENS ST SUITE A<br>GENEVA, IL 60134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASING AGREEMENT DNV BUSINESS ASSURANCE DATED: 02/01/2023 | DNV BUSINESS ASSURANCE USA, INC.<br>1400 RAVELLO DRIVE<br>KATY, TX 77449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL TERMS SUMMARY DATED: 12/21/2022 | DOLE<br>200 S Tryon St<br>Ste 600<br>Charlotte, NC 28202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | SPECIFICATION AND PRICING COMMITMENT DATED: 12/21/2022 | DOLE FRESH VEGETABLES, INC.<br>P.O. BOX 2018<br>MONTEREY, CA 93942-2018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/01/2008 | DOLE FRESH VEGETABLES, INC.<br>2959 MONTEREY-SALINAS HIGHWAY<br>MONTEREY, CA 93940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/01/2019 | DOLE FRESH VEGETABLES, INC.<br>2959 MONTEREY-SALINAS HIGHWAY<br>MONTEREY, CA 93940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC
          _____    Case number (If known):   24-90587
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING AGREEMENT DATED: 01/01/2016 | DOLE FRESH VEGETABLES, INC.<br>2959 MONTEREY SALINAS HIGHWAY<br>MONTEREY, CA 93940 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER FOOD INGREDIENT PURCHASE AGREEMENT DATED: 12/21/2022 | DOLE FRESH VEGETABLES, INC.<br>2959 MONTEREY-SALINAS HIGHWAY<br>MONTEREY, CA 93940 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT DATED: 06/02/2022 | DOMINO FOODS, INC.<br>PO BOX 751945<br>CHARLOTTE, NC 28275-1945 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT A TO MERCHANDISE LICENSE AGREEMENT DATED: 12/01/2015 | DREAMWORKS ANIMATION LICENSING, LLC<br>1000 Flower St<br>Glendale, CA 91201-3007 |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REBATE AGREEMENT DATED: 10/01/2019 | DUBAK ELECTRICAL GROUP<br>10 BEACH AVENUE<br>LAGRANGE, IL 60526 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRELIMINARY TERM SHEET DATED: 04/09/2018 | DYMATIZE ENTERPRISES, LLC.<br>3200 COMMANDER DR<br>STE 110<br>CARROLLTON, TX 75006 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL CORPORATE SERVICES AGREEMENT DATED: 02/01/2020 | EAN SERVICES, LLC<br>ATTN BUSINESS RENTAL SALES DEPARTMENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |

Debtor  Hearthside Food Solutions, LLC
Name

Case number (If known):  24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 10/03/2018<br><br>EARTH FARE INC.<br>11 BROADWAY<br>NEW YORK, NY 10004 |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTINGENCY FEE AGREEMENT DATED: 09/01/2023<br><br>ELITE EXECUTIVE PARTNERS LLC<br>1119 4TH ST<br>SUITE 109<br>SIOUX CITY, IA 51101 |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL STAFFING AGREEMENT DATED: 09/01/2022<br><br>ELITE EXECUTIVE PARTNERS LLC<br>1119 4TH ST<br>SUITE 109<br>SIOUX CITY, IA 51101 |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GUARANTY DATED: 06/02/2014<br><br>EMIGRANT CAPITAL CORP.<br>6 EAST 43RD STREET<br>20TH FLOOR<br>OFFICER, NY 10017 |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED: 10/08/2019<br><br>EMPIRE MARKETING STRATEGIES, INC.<br>11243 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKERAGE CONTRACT DATED: 06/01/2012<br><br>ENDMARK SALES AND MARKETING, LLC.<br>6335 WEST HONEYSUCKLE DRIVE<br>PHOENIX, AZ 85083 |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES STATEMENT OF WORK DATED: 05/09/2024<br><br>ENFORCE LLC<br>1700 PACIFIC AVE, SUITE 4300<br>DALLAS, TX 75201 |

Debtor   Hearthside Food Solutions, LLC

Name                                         Case number (If known):   24-90587

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICES STATEMENT OF WORK DATED: 08/14/2024 | ENFORCE LLC <br> 1700 PACIFIC AVE, SUITE 4300 <br> DALLAS, TX 75201 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED: 07/22/2024 | ENFORCE LLC <br> 1700 PACIFIC AVE, SUITE 4300 <br> DALLAS, TX 75201 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUPPLY AGREEMENT DATED: 05/04/2022 | ESM PRODUCTS <br> 1151 ATLANTIC DRIVE <br> UNIT 1 <br> WEST CHICAGO, IL 60185 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER CONTACT UPDATE DATED: 08/02/2011 | FAMILY DOLLAR <br> PO BOX 2706 <br> ATLANTA, GA 30374-2706 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER AGREEMENT DATED: 08/01/2011 | FAMILY DOLLAR <br> PO BOX 2706 <br> ATLANTA, GA 30374-2706 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUPPLIER FINANCIAL UPDATE DATED: 07/29/2011 | FAMILY DOLLAR <br> PO BOX 2706 <br> ATLANTA, GA 30374-2706 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SELLER AFFILIATION AGREEMENT DATED: 10/01/2021 | FASTENAL COMPANY <br> P.O. BOX 1286 <br> WINONA, MN 55987-1289 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMTN DATED: 10/08/2022 | FEDERAL EXPRESS CORPORATION 1000 FEDEX DRIVE CORAOPOLIS, PA 15108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMTN DATED: 10/08/2022 | FEDEX FREIGHT, INC. 1000 FEDEX DRIVE CORAOPOLIS, PA 15108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION SERVICES AGREEMTN DATED: 10/08/2022 | FEDEX GROUND PACKAGE SYSTEM, INC. 1000 FEDEX DRIVE CORAOPOLIS, PA 15108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED: 08/01/2021 | FERGUSON ENTEPRISES, LLC 12500 JEFFERSON AVENUE NEWPORT NEWS, VA 23602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT DATED: 08/01/2021 | FERGUSON ENTERPRISES, LLC 12500 JEFFERSON AVENUE NEWPORT NEWS, VA 23602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING PRODUCT AGREEMENT (LITTLE BROWNIE BAKERS GIRL SCOUT COOKIES) DATED: 06/01/2023 | FERRERO U.S.A., INC. 7 SYLVAN WAY PARSIPPANY, NJ 07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBJECT: LETTER OF INTENT DATED: 07/07/2022 | FERRERO U.S.A., INC. 7 SYLVAN WAY PARSIPPANY, NJ 07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Hearthside Food Solutions, LLC

Case number (If known): 24-90587

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTRACT MANUFACTURING AGREEMENT DATED: 08/22/2022<br><br>FERRERO U.S.A., INC.<br>7 SYLVAN WAY<br>PARSIPPANY, NJ 07054 |
| **2.168** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 07/26/2022<br><br>FLOUR POWER (ID) LLC<br>ATTN: LEGAL TRANSACTIONS DEPARTMENT<br>W. P. CAREY INC.<br>ONE MANHATTAN WEST<br>395 9TH AVENUE, 58TH FLOOR<br>NEW YORK, 10001 |
| **2.169** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 07/26/2022<br><br>FLOUR POWER (IL) LLC<br>ATTN: LEGAL TRANSACTIONS DEPARTMENT<br>W. P. CAREY INC.<br>ONE MANHATTAN WEST<br>395 9TH AVENUE, 58TH FLOOR<br>NEW YORK, 10001 |
| **2.170** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 07/26/2022<br><br>FLOUR POWER (MULTI) LLC<br>ATTN: LEGAL TRANSACTIONS DEPARTMENT<br>W. P. CAREY INC.<br>ONE MANHATTAN WEST<br>395 9TH AVENUE, 58TH FLOOR<br>NEW YORK, 10001 |
| **2.171** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LEASE AGREEMENT DATED: 07/26/2022<br><br>FLOUR POWER (UT) LLC<br>ATTN: LEGAL TRANSACTIONS DEPARTMENT<br>W. P. CAREY INC.<br>ONE MANHATTAN WEST<br>395 9TH AVENUE, 58TH FLOOR<br>NEW YORK, 10001 |
| **2.172** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | REBATE LETTER AGREEMENT DATED: 04/30/2023<br><br>FLYNN BURNER CORPORATION<br>225 MOORESVILLE BLVD, NC 28115<br>MOORESVILLE, NC 28115 |
| **2.173** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CLIENT SERVICE AGREEMENT DATED: 07/08/2022<br><br>FOCUS WORKFORCE MANAGMENT INC.<br>PO BOX # 790379<br>ST. LOUIS, MO 63179 |

Debtor    Hearthside Food Solutions, LLC
          Name                                          Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT ADMINISTRATION INTAKE FORM DATED: 05/25/2024 | FOOD BANK OF SIOUXLAND, IA<br>1313 11TH ST #1<br>SIOUX CITY, IA 51105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | FULLY EXECUTED CONTRACT DATED: 10/01/2022 | FOOD SAFETY NET SERVICES, LTD.<br>199 W. RHAPSODY<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 10/02/2022 | FOOD SAFETY NET SERVICES, LTD.<br>199 W. RHAPSODY<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | TEMPORARY STAFFING SERVICES AGREEMENT DATED: 09/13/2009 | FORGE INDUSTRIAL STAFFING, INC<br>5011 28TH ST. SE<br>GRAND RAPIDS, MI 49512 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | NON-SOLICIT/NON-HIRE AGREEMENT DATED: 09/19/2017 | FORGE INDUSTRIAL STAFFING, INC<br>5011 28TH ST. SE<br>GRAND RAPIDS, MI 49512 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY DATED: 04/14/2014 | FORWARD FOODS, LLC<br>2310 S. CARSON STREET<br>SUITE 6<br>CARSON CITY, NV 89701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY DATED: 06/02/2014 | FORWARD FOODS, LLC<br>2310 S. CARSON STREET<br>SUITE 6<br>CARSON CITY, NV 89701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE PROCEDURE DATED: 08/23/2018<br><br>FRANK BRUNCKHORST CO., LLC.<br>1819 Main St<br>Ste 800<br>Sarasota, FL 34236 |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HEARTHSIDE 2023 SIGNED FRANKLIN BAKER DATED: 01/01/2024<br><br>FRANKLIN BAKER, INC.<br>3333 FINLEY RD.<br>SUITE 800<br>DOWNERS GROVE, IL 60515 |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT DATED: 01/01/2023<br><br>FRANKLIN BAKER, INC.<br>8275 TOURNAMENT DRIVE<br>SUITE 305<br>MEMPHIS, TN 38125 |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR'S HOLD HARMLESS AND INDEMNITY AGREEMENT DATED: 12/20/2013<br><br>FRED'S, INC<br>4300 NEW GET WELL ROAD<br>MEMPHIS, TN 38118 |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT DATED: 02/01/2013<br><br>FRESH EXPRESS INCORPORATED<br>607 BRUNKEN AVENUE<br>SALINAS, CA 93901 |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 05/11/2016<br><br>FRESH THYME FARMERS MARKET<br>2650 WARRENVILLE ROAD<br>DOWNERS GROVE, IL 60515 |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018<br><br>FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |

Debtor  Hearthside Food Solutions, LLC
        Name                                                    Case number (If known):  24-90587

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.188** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.189** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.190** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| **2.191** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/19/2018 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| **2.192** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.193** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION OF TERM DATED: 11/15/2018 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.194** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT MANUFACTURING AGREEMENT DATED: 07/28/2015 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH AMENDMENTTOCONTRACT MANUFACTURING AGREEMENT DATED: 11/30/2018 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018 | FRITO- LAY, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT MANUFACTURING AGREEMENT DATED: 07/29/2015 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING EXHIBIT A-1: PROJECT LUIGI DATED: 07/03/2023 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 10/04/2017 | FRITO- LAY, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION OF TERM DATED: 08/31/2018 | FRITO- LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |

Debtor   Hearthside Food Solutions, LLC

Name                                                          Case number (If known):   24-90587

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 01/09/2018 | FRITO- LAY, INC. 7701 LEGACY DRIVE PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | CO-PACK SALES AGREEMENT DATED: 04/10/2009 | FRITO-LAY CANADA 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 05/15/2020 | FRITO-LAY, INC. 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | FRITO-LAY, INC. 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT REGARDING ""TESTING AND PRODUCT DEVELOPMENT"" DATED: 11/07/2013 | FRITO-LAY, INC. ATTN IMAGING TECHNOLOGY-PEPSICO FSS P.O. BOX 660740 DALLAS, TX 75266-0740 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED: 01/01/2005 | FRITO-LAY, INC. 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A-5 TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 08/15/2014 | FRITO-LAY, INC. FRITO LAY R&D DOCK S 7701 LEGACY DRIVE PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC                                Case number (If known): 24-90587

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT DATED: 02/01/2018<br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREMENT DATED: 09/25/2008<br><br>FRITO-LAY, INC.<br>55 STANDISH COURT.<br>7A FLOOR<br>MISSISSAUGA, ON L5R 4B2<br>CANADA |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 11/07/2013<br><br>FRITO-LAY, INC.<br>ATTN IMAGING TECHNOLOGY PEPSICO FSS<br>P.O. BOX 660740<br>DALLAS, TX 75266-0740 |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 05/02/2017<br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-PACK SALES AGREEMENT DATED: 04/10/2009<br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH AMENDMENT DATED: 11/30/2018<br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CO-PACK SALES AGREEMENT DATED: 09/11/2013<br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |

Debtor   Hearthside Food Solutions, LLC
   Name

Case number (If known):   24-90587

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DATED: 10/24/2005<br><br><br>FRITO-LAY, INC.<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AND SUPPLY AGREEMENT DATED: 09/01/2008<br><br>FULLBAR LLC<br>7315 E. ORCHARD ROAD<br>SUITE 100<br>GREENWOOD VILLAGE, CO 80111 |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROJECTS MIAMI AND TAMPA DATED: 04/15/2021<br><br>GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 04/25/2016<br><br>GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RELEASE AND SETTLEMENT AGREEMENT DATED: 05/16/2013<br><br>GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNOLOGY LICENSE AGREEMENT DATED: 01/18/2017<br><br>GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TECHNOLOGY LICENSE AGREEMENT DATED: 10/31/2022<br><br>GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

Debtor  Hearthside Food Solutions, LLC
Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT A-GENERAL-MILLS PURCHASE ORDER TERMS AND CONDITIONS DATED: 01/00/1900 | GENERAL MILLS INC.<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROTOTYPE DEVELOPMENT AGREEMENT TERMS SHEET DATED: 09/12/2007 | GENERAL MILLS OPERATION, INC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDMENT TO EXHIBITS A-1, A-2 AND A-4 TO SCHEDULE 34 DATED: 07/01/2017 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT DATED: 06/01/2012 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SCHEDULE 49 DATED: 03/01/2017 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 03/05/2018 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HSF PROJECT COST ESTIMATE DATED: 03/21/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.230** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT DATED: 06/01/2013 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.231** | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO SCHEDULE VIII DATED: 08/17/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.232** | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIALS OVERUSE DATED: 01/01/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.233** | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO SCHEDULE 26 DATED: 10/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.234** | **State what the contract or lease is for and the nature of the debtor's interest** | REIMBURSMENT DATED: 08/29/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.235** | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 59 TO THE CONTRACT PACKAGING.AGREEMENT DATED: 02/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.236** | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 33 TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 06/01/2014 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known):   24-90587

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.237** | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO EXHIBIT A-3 TO SCHEDULE 36 DATED: 12/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.238** | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO SCHEDULE 44 DATED: 06/01/2021 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.239** | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO SCHEDULE 2 DATED: 06/01/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.240** | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO EXHIBIT A-3 TO SCHEDULE 36 DATED: 05/10/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.241** | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO SCHEDULE 28 DATED: 02/01/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.242** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER DATED: 01/09/2019 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.243** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT RO SCHEDULE 11 DATED: 10/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE 61 DATED: 12/06/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING AGREEMENT DATED APRIL 1, 2007 (THE ""AGREEMENT""). DATED: 04/25/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 04/11/2013 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | FIRSTAMENDMENT TO SCHEDULE49 DATED: 04/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO CONTRACT PACKAGING AGREEMENT DATED: 01/10/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A PROJECT AGREEMENT DATED: 04/11/2013 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE 70 DATED: 12/03/2021 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC

Name                                                                        Case number (If known):    24-90587

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE AGREEMENT DATED: 06/01/2016 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.252** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE AGREEMENT DATED: 06/01/2012 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.253** **State what the contract or lease is for and the nature of the debtor's interest** SCHEDULE 62 TO THE CONTRACT PACKAGING AGREEMENT DATED: 06/01/2018 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.254** **State what the contract or lease is for and the nature of the debtor's interest** SCHEDULE 48 TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 06/01/2015 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.255** **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF INTENT DATED: 08/27/2010 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.256** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT PACKAGING AGREEMENT DATED: 03/01/2014 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.257** **State what the contract or lease is for and the nature of the debtor's interest** SCHEDULE 60 TO THE CONTRACT PACKAGING.AGREEMENT DATED: 03/01/2017 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 58 TO THE CONTRACT PACKAGING AGREEMENT DATED: 06/01/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 66TO THE CONTRACT PACKAGING AGREEMENT DATED: 04/01/2018 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SCHEDULE 28 DATED: 06/01/2014 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 03/16/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE61TO THE CONTRACT PACKAGING AGREEMENT DATED: 03/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 2 TOLL REDUCTION CALCULATION DATED: 06/29/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE DATED: 11/11/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC
          Name

          Case number (If known):   24-90587

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | COLUMBIAN WAREHOUSE DATED: 05/24/2019 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | DRAFT 01/22/15 FIRST AMENDMENT TO SCHEDULE 3 DATED: 01/22/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE TRANSACTION DATED: 11/14/2011 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 65 TO THE CONTRACT PACKAGING AGREEMENT DATED: 06/01/2007 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE52TO THE CONTRACT PACKAGING AGREEMENT DATED: 11/11/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 12/01/2013 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SERVICE LEVEL AGREEMENT DATED: 02/02/2023 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.272** **State what the contract or lease is for and the nature of the debtor's interest** LETTER DATED: 05/11/2018 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.273** **State what the contract or lease is for and the nature of the debtor's interest** 1ST AMENDMENT DATED: 06/01/2012 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.274** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE LEVEL AGREEMENT (SALTY) DATED: 06/01/2023 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.275** **State what the contract or lease is for and the nature of the debtor's interest** EXTERNAL SUPPLY CHAIN PURCHASE AGREEMENT DATED: 05/01/2017 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.276** **State what the contract or lease is for and the nature of the debtor's interest** SCHEDULE 67TO THE CONTRACT PACKAGING AGREEMENT DATED: 06/01/2019 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.277** **State what the contract or lease is for and the nature of the debtor's interest** SCHEDULE49 TO THE CONTRACT PACKAGING AGREEMENT DATED: 08/01/2015 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.278** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT PACKAGING AGREEMENT DATED: 04/01/2017 **State the term remaining** **List the contract number of any government contract** | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |

Debtor   Hearthside Food Solutions, LLC
    Name

Case number (If known):   24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SCHEDULE 64TO THE CONTRACT PACKAGING AGREEMENT DATED: 05/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties |
|---|---|---|
| **2.279** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE 64TO THE CONTRACT PACKAGING AGREEMENT DATED: 05/01/2017 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.280** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE 39 TO THE CONTRACT PACKAGING AGREEMENTDATED: 06/01/2013 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.281** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OFLNTENT -GRAND RAPIDS WAREHOUSE PROJECT TEMPE DATED: 12/31/2017 |
| | | GENERAL MILLS OPERATIONS LLC 1 GENERAL MILLS BLVD MINNEAPOLIS, MN 55426-1347 |
| **2.282** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE 34TO THE CONTRACT PACKAGING AGREEMENT DATED: 10/01/2014 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.283** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT TO SCHEDULE 26 DATED: 10/01/2016 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.284** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE 2 TOLL REDUCTION CALCULATION DATED: 06/29/2015 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.285** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT DATED: 04/09/2009 |
| | | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #8 DATED: 09/01/2014 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO EXHIBJTS A-1, A-2 AND A-4 TO SCHEDULE 34 DATED: 12/13/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | MATERIALS OVERUSE DATED: 01/01/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE 60 DATED: 02/01/2018 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO EXHIBIT A TO SCHEDULE 34 DATED: 05/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE 36 DATED: 11/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 60 CONTRACT PACKING AGREEMENT DATED: 08/01/2016 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 12 TO CONTRACT PACKAGING AGREEMENT DATED: 10/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SCHEDULE 46 DATED: 03/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO EXHIBIT A-3 TO SCHEDULE 36 DATED: 08/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 05/31/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 59 TO THE CONTRACT PACKAGING AGREEMENT DATED: 02/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE34EXHIBIT A-4EXHIBIT A-4 AS AMENDED DATED: 01/01/2015 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EIGHTH AMENDMENT TO EXHIBITS A-1, A-2 AND A-4 TO SCHEDULE 34 DATED: 09/01/2017 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known):   24-90587
_____

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER DATED: 05/31/2017 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER DATED: 08/29/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SCHEDULE 45 DATED: 12/14/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT DATED: 03/01/2012 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF INTENT -GRAND RAPIDS WAREHOUSE PROJECT TEMPE DATED: 03/22/2017 | GENERAL MILLS OPERATIONS LLC<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS, MN 55426-1347 |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE 36 EXHIBIT A-6 AS AMENDED DATED: 07/01/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF INTENT -GRAND RAPIDS WAREHOUSE PROJECT TEMPE DATED: 03/22/2017 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 37 TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 06/01/2014 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTINUING GUARANTY DATED: 08/17/2010 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AGREEMENT DATED: 06/01/2011 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO EXHIBIT A-3 TO SCHEDULE 36 DATED: 10/01/2017 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SCHEDULE 63 DATED: 01/01/2018 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #2 TO SCHEDULE VIII DATED: 06/01/2014 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO EXHIBIT A TO SCHEDULE 34 DATED: 11/21/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

Debtor   Hearthside Food Solutions, LLC
         Name                                            Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO SCHEDULE 49 DATED: 06/01/2019<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SCHEDULE 62 DATED: 06/01/2018<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO SCHEDULE 44 DATED: 09/01/2017<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SCHEDULE 7 DATED: 06/01/2017<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT PACKAGING AGREEMENT DATED: 04/01/2007<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 07/19/2016<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| **2.320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT PACKAGING AGREEMENT DATED: 06/01/2007<br><br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SUMMARY OF CONTRACT PACKAGING AGREEMENT DATED: 06/01/2008 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING AGREEMENT DATED: 06/01/2008 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO SCHEDULE 44 DATED: 06/01/2021 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SCHEDULE 36 DATED: 02/25/2021 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 41 TO THE CONTRACT PACKAGING AGREEMENT DATED: 06/01/2014 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFIED/RETURN RECEIPT AS AMENDED DATED: 09/17/2010 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | CAPITAL REIMBURSEMENT AGREEMENT (HFS/CEREAL/DUST HOOD) DATED: 01/31/2023 | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
Name
Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.328** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SCHEDULE 58 DATED: 05/01/2018 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.329** State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO CONTRACT PACKAGING AGREEMENT DATED: 06/01/2018 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.330** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1TO SCHEDULE 26 DATED: 03/01/2015 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.331** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AND MUTUAL RELEASE DATED: 02/16/2012 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.332** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT DATED: 03/20/2012 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.333** State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 10/10/2016 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |
| **2.334** State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 12/01/2016 |
| State the term remaining | GENERAL MILLS OPERATIONS LLC NUMBER ONE GENERAL MILLS BOULEVARD MINNEAPOLIS, MN 55426 |
| List the contract number of any government contract | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 10 TO CONTRACT PACKAGING AGREEMENT DATED: 11/01/2016 | GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 50 TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 07/01/2015 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 45 TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 03/01/2015 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE II TO THE CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 06/01/2010 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT PACKAGING AGREEMENT DATED: 06/01/2019 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY CHAIN PURCHASE AGREEMENT AS AMENDED DATED: 05/31/2024 | GENERAL MILLS OPERATIONS, LLC<br>ATTENTION: ESC DIRECTOR<br>GENERAL MILLS OPERATIONS, LLC<br>ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT PACKAGING AGREEMENT DATED: 06/01/2016 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (if known): 24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT PACKAGING AGREEMENT DATED: 06/01/2017 | GENERAL MILLS OPERATIONS, LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE 12 TO CONTRACT PACKAGING AGREEMENT AS AMENDED DATED: 10/01/2017 | GENERAL MILLS OPERATIONS, LLC ("GMOL")<br>GENERAL MILLS OPERATIONS LLC<br>NUMBER ONE GENERAL MILLS BOULEVARD<br>MINNEAPOLIS, MN 55426 |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 10/01/2018 | GERBER PRODUCTS COMPANY<br>12 VREELAND ROAD<br>2ND FLOOR<br>BOX 697<br>FLORHAM PARK, NJ 07932 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 10/01/2013 | GERBER PRODUCTS COMPANY<br>12 VREELAND ROAD<br>2ND FLOOR<br>BOX 697<br>FLORHAM PARK, NJ 07932 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CA. GS HEART OF CENTRAL CALIFORNIA 2025-2028 DATED: 10/15/2023 | GIRL SCOUTS HEART OF CENTRAL CALIFORNIA<br>6601 ELVAS AVE<br>SACRAMENTO, CA 95819 |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PA. GS HEART OF PENNSYLVANIA 2023-2026 DATED: 01/31/2022 | GIRL SCOUTS HEART OF PENNSYLVANIA<br>4640 TRINDLE RD<br>CAMP HILL, PA 17011 |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PA. GS HEART OF PENNSYLVANIA 2025-2026-PRICE ADJUSTMENT DATED: 01/14/2022 | GIRL SCOUTS HEART OF PENNSYLVANIA<br>4640 TRINDLE RD<br>CAMP HILL, PA 17011 |

Debtor   Hearthside Food Solutions, LLC

Name

Case number (If known): 24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.349** State what the contract or lease is for and the nature of the debtor's interest | LA. GS OF LOUISANA EAST 2022-2025_ DATED: 05/21/2024 | GIRL SCOUTS LOUISIANA EAST 310 W EASTBANK EXT STE 4 GONZALES, LA 70737 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest | NE GIRL SCOUTS SPIRIT OF NEBRASKA 2025-2028 DATED: 10/15/2023 | GIRL SCOUTS MICHIGAN SHORE TO SHORE 3275 WALKER AVE NW GRAND RAPIDS, MI 49544 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest | MI GS OF MICHIGAN SHORE TO SHORE 2025-2028 DATED: 10/15/2023 | GIRL SCOUTS MICHIGAN SHORE TO SHORE 3275 WALKER AVE NW GRAND RAPIDS, MI 49544 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest | NC. GS OF NORTH CAROLINA COASTAL PINES 2025 -2029 DATED: 06/01/2024 | GIRL SCOUTS NORTH CAROLINA COASTAL PINE 6901 PINECREST RD RALEIGH, NC 27613 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest | IN. GS OF NORTHERN INDIANA-MICHIANA 2025-2028 DATED: 10/15/2023 | GIRL SCOUTS NORTHERN INDIANA-MICHIANA 10008 DUPONT CIR DR E FORT WAYNE, IN 46825 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest | CA. GS OF CENTRAL CALIFORNIA SOUTH 2025-2028 DATED: 10/15/2023 | GIRL SCOUTS OF CENTRAL CALIFORNIA SOUTH 1377 W SHAW AVE FRESNO, CA 93711 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest | IL GS OF CENTRAL IL 2025-2028 DATED: 11/27/2023 | GIRL SCOUTS OF CENTRAL ILLINOIS 3020 BAKER DR SPRINGFIELD, IL 62703 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC _____    Case number (If known): 24-90587 _____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TX. GS OF CENTRAL TEXAS 2025-2028 DATED: 06/01/2024 | GIRL SCOUTS OF CENTRAL TEXAS<br>12012 PARK THIRTY FIVE CIR<br>AUSTIN, TX 78753 |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MA. GS OF EASTERN MASSACHUSETTS - 2023-2025_ DATED: 05/20/2022 | GIRL SCOUTS OF EASTERN MASSACHUSETTS<br>265 BEAVER STREET<br>WALTHAM, MA 02452 |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | PA GS OF EASTERN PENNSYLVANIA 2025-2028 DATED: 06/01/2024 | GIRL SCOUTS OF EASTERN PENNSYLVANIA<br>330 MANOR RD<br>MIQUON (LAFAYETTE HILL), PA 19444 |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | IA GS OF GREATER IOWA 2025-2027 DATED: 11/03/2023 | GIRL SCOUTS OF GREATER IOWA<br>10715 HICKMAN RD<br>DES MOINES, IA 50322 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | CA. GS OF NORTHERN CALIFORNIA 2025-2028 DATED: 01/29/2024 | GIRL SCOUTS OF NORTHERN CALIFORNIA<br>ATTN BRI SEOANE CEO<br>1301 MARINA VILLAGE PARKWAY<br>SUITE 200<br>ALAMEDA, CA 94501 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | WI. GS OF THE NORTHWESTERN GREAT LAKES 2025-2028_ DATED: 10/15/2023 | GIRL SCOUTS OF NORTHWESTERN GREAT LAKES<br>4693 N LYNNDALE DR<br>APPLETON, WI 54913 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | CA. GS OF ORANGE COUNTY 2025-2028 DATED: 06/01/2024 | GIRL SCOUTS OF ORANGE COUNTY<br>9500 TOLEDO WAY<br>STE 100<br>IRVINE, CA 92618 |

Debtor  Hearthside Food Solutions, LLC
Name

Case number (If known): 24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NV. GS OF SOUTHERN NEVADA 2025-2027 DATED: 12/15/2023 | GIRL SCOUTS OF SOUTHERN NEVADA<br>2941 E Harris Ave<br>Las Vegas, NV 89101 |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OR GS OF OREGON AND SOUTHWEST WASHINGTON 2025-2028 DATED: 06/10/2024 | GIRL SCOUTS OF SOUTHWEST INDIANA<br>5000 E VIRGINIA ST<br>STE 2<br>EVANSVILLE, IN 47715 |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TX. GS OF TEXAS OKLAHOMA PLAINS 2025-2028 DATED: 10/20/2023 | GIRL SCOUTS OF TEXAS OKLAHOMA PLAINS<br>4901 BRIARHAVEN RD<br>FORT WORTH, TX 76109 |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VA. GS OF THE COMMONWEALTH OF VIRGINIA 2025-2028 DATED: 10/20/2023 | Girl Scouts of the Commonwealth of Virginia<br>4900 Augusta Ave<br>Ste 200<br>Richmond, VA 23230 |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NV. GS OF THE SIERRA NV 2024-2027 DATED: 12/31/2022 | GIRL SCOUTS OF THE SIERRA NEVADA<br>605 WASHINGTON ST<br>RENO, NV 89503 |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UT. GS OF UTAH 2024-2027 DATED: 04/28/2023 | Girl Scouts of Utah<br>445 E 4500 S<br>Salt Lake City, UT 84107 |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NY. GS OF WESTERN NEW YORK 2024-2027_ DATED: 03/01/2023 | GIRL SCOUTS OF WESTERN NEW YORK<br>4433 GENESEE STREET<br>SUITE 101<br>BUFFALO, NY 14225 |

Debtor   Hearthside Food Solutions, LLC
         Name                                                    Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | WI. GS OF BADGERLAND COUNCIL 2024-2027 DATED: 12/31/2022 | GIRL SCOUTS OF WISCONSIN BADGERLAND 4801 S BILTMORE LANE MADISON, WI 53718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | CA. GS OF SAN DIEGO 2025-2028 DATED: 06/05/2024 | Girl Scouts San Diego 1231 Upas St San Diego, CA 92103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | ID GS OF SILVER SAGE 2023-2026 DATED: 07/08/2022 | GIRL SCOUTS SILVER SAGE COUNCIL 1410 N EHERIDGE LN BOISE, ID 83704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 06/01/2008 | GLOBAL NEW BEGINNINGS, INC. 804 CEDAR PARKWAY SCHERERVILLE, IN 46375 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED: 02/01/2018 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING EXHIBIT A-1: PROJECT LUIGI DATED: 07/03/2023 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
_____
Name

Case number (If known):  24-90587

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.377** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.378** State what the contract or lease is for and the nature of the debtor's interest | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 05/02/2017 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.379** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.380** State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.381** State what the contract or lease is for and the nature of the debtor's interest | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.382** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 07/28/2015 | GOLDEN GRAIN COMPANY 555 WEST MONROE STREET CHICAGO, IL 60661 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.383** State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF TERM DATED: 11/15/2018 | GOLDEN GRAIN COMPANY 555 WEST MONROE STREET CHICAGO, IL 60661 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known):   24-90587
_____

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.384** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIXTH AMENDMENTTOCONTRACT MANUFACTURING AGREEMENT DATED: 11/30/2018 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.385** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT MANUFACTURING AGREEMENT DATED: 07/29/2015 | GOLDEN GRAIN COMPANY<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.386** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| **2.387** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION OF TERM DATED: 08/31/2018 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.388** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIXTH AMENDMENT DATED: 11/30/2018 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.389** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIFTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/19/2018 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |
| **2.390** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 05/15/2020 | GOLDEN GRAIN COMPANY<br>7701 LEGACY DRIVE<br>PLANO, TX 75024-4099 |

Debtor   Hearthside Food Solutions, LLC
         Name
                                                    Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 10/04/2017 **State the term remaining** **List the contract number of any government contract** | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| **2.392** **State what the contract or lease is for and the nature of the debtor's interest** PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 **State the term remaining** **List the contract number of any government contract** | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| **2.393** **State what the contract or lease is for and the nature of the debtor's interest** TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 01/09/2018 **State the term remaining** **List the contract number of any government contract** | GOLDEN GRAIN COMPANY 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| **2.394** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 04/01/2012 **State the term remaining** **List the contract number of any government contract** | GRAIN MILLERS INC. 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 |
| **2.395** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT PACKING SERVICES AND SUPPY AGREEMENT AS AMENDED DATED: 07/01/2014 **State the term remaining** **List the contract number of any government contract** | GRAIN MILLERS, INC 10400 VIKING DRIVE SUITE 301 EDEN PRAIRE, MN 55344 |
| **2.396** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 07/01/2014 **State the term remaining** **List the contract number of any government contract** | GRAIN MILLERS, INC. 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 |
| **2.397** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 04/01/2012 **State the term remaining** **List the contract number of any government contract** | GRAIN MILLERS, INC. 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 |

Debtor    Hearthside Food Solutions, LLC

Name

Case number (if known):    24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GREENBOY GROUP LETTER OF INTENT/AGREEMENT DATED: 01/01/2024 | GREEN BOY GROUP<br>719 LOS ANGELES ST., SUITE 818<br>LOS ANGELES, CA 90014 |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM NO. 2 TO TEMPORARY STAFFING AGREEMENT AS AMENDED DATED: 12/16/2021 | GREENCORE USA, LLC<br>3333 Finley Rd<br>Ste 800<br>Downers Grove, IL 60515-1298 |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAL ESTATE LEASE EXTENSION DATED: 09/01/2023 | GROUP OF 4 INVESTORS, LLC<br>ATTN: CHARLES FARMER<br>1 BRICKYARD DRIVE<br>BLOOMINGTON, IL 61701 |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AR. GS DIAMONDS OF ARKANSAS OKLAHOMA AND TEXAS - 2024-2026 DATED: 05/19/2023 | GS DIAMONDS OF ARKANSAS,OKLAHOMA &<br>1719 MERRILL DRIVE<br>LITTLE ROCK, AR 72212 |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT DATED: 12/28/2020 | HANCHETT PAPER COMPANY<br>4000 FERRY ROAD<br>AURORA, IL 60502 |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HFS BROKER AGREEMENT DATED: 06/29/2010 | HAROLD W. YOUNG, INC<br>1 TECH CIRCLE, NATICK, MA 01760<br>NATICK, MA 1760 |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR'S ACKNOWLEDGEMENT DATED: 06/29/2012 | HARRIS TEETER QUALITY ASSURANCE<br>701 CRESTDALE ROAD MATTHEWS, NC 28105<br>MATTHEWS, NC 28106 |

Debtor  Hearthside Food Solutions, LLC
        Name
        Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 03/21/2017<br><br>HARRIS TEETER. INC<br>701 CRESTDALE DRIVE<br>MATTHEWS, NC 28105 |
| **2.406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR'S ACKNOWLEDGEMENT DATED: 06/29/2012<br><br>HARRIS TEETER. INC<br>701 CRESTDALE DRIVE MATTHEWS, NORTH CAROLINA 28105<br>MATTHEWS, NC 28105 |
| **2.407** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DATED: 06/01/2023<br><br>HARRIS, ROGER<br>ADDRESS ON FILE |
| **2.408** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GUARANTY DATED: 01/01/2015<br><br>HARVEST WEST FOODS<br>1000 Bay Marina Dr<br>National City, CA 91950 |
| **2.409** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDUSTRIAL REAL ESTATE LEASE AS AMENDED DATED: 02/29/2012<br><br>HASSE INVESTMENTS, LLP<br>21750 CEDAR AVENUE<br>LAKEVILLE, MN 55044 |
| **2.410** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDUSTRIAL REAL ESTATE LEASE AS AMENDED DATED: 03/23/2018<br><br>HASSE REAL PROPERTIES, LLC<br>21750 CEDAR AVENUE SOUTH<br>LAKEVILLE, MN 55044 |
| **2.411** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW VENDOR SET UP DATED: 06/28/2012<br><br>Heinen's<br>4540 Richmond Rd<br>Cleveland, OH 44128 |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known): 24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PROLONGATION AGREEMENT AS AMENDED DATED: 03/05/2018 | HENKEL AG & CO. KGAA HENKELSTRABE 67,40589 DUSSELDORF, GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DATED: 02/15/2024 | HEWITT, NICK 3333 FINLEY ROAD, SUITE 800 DOWNERS GROVE, IL 60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITED BILL RATE DATED: 06/28/2022 | HIRE UP STAFF 1226 4TH AVENUE EAST #150 SHAKOPEE, MN 55379 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | BROKER AGREEMENT DATED: 06/09/2016 | HOPE DELONG AND ASSOCIATES, LLC. 707 PRESIDENTIAL DRIVE BOYNTON BEACH, FL 33435 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AGREEMENT DATED: 06/01/2023 | HORMEL FOODS CORPORATION 1 HORMEL PLACE AUSTIN, MN 55912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CUSTOM MANUFACTURING AGREEMENT DATED: 01/01/2020 | HORMEL FOODS CORPORATION 1 HORMEL PLACE AUSTIN, MN 55912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AND SUPPLY TERMS DATED: 11/01/2022 | HORMEL FOODS CORPORATION 1 HORMEL PLACE AUSTIN, MN 55912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MUTUAL CONFIDENTIAL DISCLOSURE AGREEMENT DATED: 03/20/2019 | HORMEL FOODS CORPORATION<br>1 HORMEL PLACE<br>AUSTIN, MN 55912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT DATED: 09/07/2022 | HRG TIME STAFFING, LLC<br>1100 CROY DRIVE<br>FINDLAY, OH 45840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 08/08/2013 | IBAKEFOODS LLC<br>ATTN:BOB IMBORDINO<br>115 ENGINEERS ROAD<br>HAUPPAUGE, NY 11788 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 01/00/1900 | IBAKEFOODS LLC<br>ATTN:BOB IMBORDINO<br>115 ENGINEERS ROAD<br>HAUPPAUGE, NY 11788 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN SERVICES AGREEMENT DATED: 07/31/2023 | ID COMMERCE & LOGISTICS, LLC<br>1150 115TH STREET<br>BOLINGBROOK, IL 60440 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/01/2015 | IDAHOAN FOODS, LLC<br>357 CONSTITUTION WAY<br>IDAHO FALLS, ID 83402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | MASTER STAFFING AGREEMENT DATED: 01/01/2014 | IMPACT EMPLOYMENT SOLUTIONS, INC<br>136 HURON ST.<br>TOLEDO, OH 43604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.426** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO MASTER STAFFING AGREEMENT DATED: 01/01/2023 | IMPACT EMPLOYMENT SOLUTIONS, INC <br> 136 HURON ST. <br> TOLEDO, OH 43604 |
| **2.427** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER STAFFING AGREEMENT DATED: 01/01/2020 | IMPACT EMPLOYMENT SOLUTIONS, INC <br> 136 HURON ST. <br> TOLEDO, OH 43604 |
| **2.428** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER AGREEMENT DATED: 04/26/2022 | INDIANA SUGARS, INC <br> 1145 101ST STREET <br> LEMONT, IL 60439 |
| **2.429** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO ASSIGNMENT AND RELEASE AGREEMENT AS AMENDED DATED: 01/12/2005 | ISS RESEARCH, LLC <br> 5400 W Wt Harris Blvd <br> Ste L <br> Charlotte, NC 28269 |
| **2.430** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT | JA INVESTMENTS, INC. <br> 136 N. HURON STREET <br> TOLEDO, OH 43604-1139 |
| **2.431** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEDIFAST GENERAL PRODUCT SPECIFICATION DATED: 10/02/2009 | JASON PHARMACEUTICALS INC. <br> 11445 CRONHILL DRIVE <br> OWNINGS MILLS, MD 21117 |
| **2.432** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MANUFACTURING AND SUPPLY AGREEMENT DATED: 10/01/2014 | JASON PHARMACEUTICALS INC. <br> 11445 CRONHILL DRIVE <br> OWNINGS MILLS, MD 21117 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (if known):  24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANUFACTURING AND SUPPLY AGREEMENT DATED: 05/05/2006 | JASON PHARMACEUTICALS INC.<br>11445 CRONHILL DRIVE<br>OWNINGS MILLS, MD 21117 |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKERAGE CONTRACT DATED: 01/01/2016 | JIM EFFINGER AND ASSOCIATES<br>ATTN:DEAN EFFINGER. C.E.O.<br>7984 OIDE EIGHT RD.<br>NORTHFIELD, OH 44067 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKERAGE CONTRACT DATED: 05/11/2015 | JIM EFFINGER AND ASSOCIATES<br>ATTN:DEAN EFFINGER. C.E.O.<br>7984 OIDE EIGHT RD.<br>NORTHFIELD, OH 44067 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKERAGE CONTRACT DATED: 04/24/2017 | Jim Thomas<br>ADDRESS ON FILE |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HFS BROKER AGREEMENT DATED: 01/01/2011 | JOHN RIDDLE ENTERPRISES, INC<br>28 FROST ROAD<br>DERRY, NH 03038 |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT DATED: 11/22/2006 | KASHI COMPANY<br>P.O. BOX 8557<br>LA JOLLA, CA 92038 |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANUFACTURING AGREEMENT DATED: 06/01/2002 | KASHI COMPANY<br>4250 EXECUTIVE SQUARE DRIVE<br>SUITE 600<br>LA JOLLA, CA 92037 |

Debtor    Hearthside Food Solutions, LLC
          Name                                              Case number (If known):   24-90587

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest — MANUFACTURING AGREEMENT DATED: 01/00/1900<br><br>State the term remaining<br><br>List the contract number of any government contract | KASHI COMPANY<br>P.O. BOX 8557<br>LA JOLLA, CA 92038 |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest — OFFICIAL FORMULA DATED: 01/00/1900<br><br>State the term remaining<br><br>List the contract number of any government contract | KASHI COMPANY<br>P.O. BOX 8557<br>LA JOLLA, CA 92038 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest — SALES SERVICE AGREEMENT DATED: 10/12/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | KEELVAR SYSTEMS LIMITED<br>RUBICON CENTRE BISHOPSTOWN<br>CORK, T12<br>IRELAND |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest — WAREHOUSE SERVICES AGREEMENT DATED: 07/01/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | KELLOGG SALES COMPANY<br>ATTN: MANAGER, CO-PACK OPERATIONS<br>KELLOGG USA LLC<br>67 W. MICHIGAN AVENUE<br>BATTLE CREEK, MI 49017 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest — MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 08/31/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | KELLOGG USA INC<br>ATTN: MANAGER, CO-PACK OPERATIONS<br>KELLOGG USA LLC<br>67 W. MICHIGAN AVENUE<br>BATTLE CREEK, MI 49017 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest — MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 09/09/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest — MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 09/20/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | MASTER MANUFACTURING AND SUPPLY AGREEMENT DATED: 01/01/2019 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | CO-PACKING AGREEMENT DATED: 04/01/2019 | KELLOGG USA INC ATTN: MANAGER, CO-PACK OPERATIONS KELLOGG USA LLC 67 W. MICHIGAN AVENUE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 08/31/2017 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | GRANOLA RFP AWARD OF BUSINESS DATED: 01/01/2019 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MANUFACTURING AND SUPPLY AGREEMENT DATED: 12/31/2016 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 10/01/2012 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT DATED: 07/01/2008 | KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC
_____
Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT MANUFACTURING AND CONTRACT PACKAGING QUALITY EXPECTATIONS MANUAL DATED: 02/19/2005 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AND SUPPLY MASTER AND OPERATING AGREEMENTS DATED: 11/17/2023 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DATED: 07/01/2023 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 08/31/2017 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-PACKING AGREEMENT DATED: 04/01/2019 | KELLOGG USA INC<br>ATTN CONTRACT MANUFACTURING PROCUREMENT<br>67 W. MICHIGAN AVENUE<br>BATTLE CREEK, MI 49017 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 02/01/2019 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MANUFACTURING AND SUPPLY AGREEMENTS DATED: 04/01/2012 | KELLOGG USA INC<br>ONE KELLOGG SQUARE<br>BATTLE CREEK, MI 49017 |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known):   24-90587
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 10/01/2018 <br><br> KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.462** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | FIRST AMENDMENT DATED: 06/01/2009 <br><br> KELLOGG USA INC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.463** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | LETTER OF INTENT DATED: 11/02/2011 <br><br> KELLOGG USA INC. ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.464** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 07/01/2008 <br><br> KELLOGG USA INC. ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.465** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MANUFACTURING AND SUPPLY OPERATING AGREEMENT DATED: 05/01/2009 <br><br> KELLOGG USA INC. ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.466** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER AGREEMENT DATED: 11/22/2006 <br><br> KELLOGG USA INC. ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |
| **2.467** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | WKK AMENDMENT DATED: 07/01/2019 <br><br> KELLOGG USA INC/ WK KELLOGG SALES LLC ONE KELLOGG SQUARE BATTLE CREEK, MI 49017 |

Debtor    Hearthside Food Solutions, LLC

Name                                                    Case number (If known):   24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.468** | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DATED: 01/18/2023 | KENT QUALITY FOODS 3426 QUINCY STREET HUDSONVILLE, MI 49426 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.469** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.1 TO MANUFACTURING AGREEMENT DATED: 06/30/2015 | KIND LLC 1372 BROADWAY 3RT FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.470** | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING AGREEMENT DATED: 11/01/2014 | KIND LLC 1372 BROADWAY 3RD FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.471** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.1 TO MANUFACTURING AGREEMENT DATED: 06/30/2015 | KIND LLC 1372 BROADWAY 3RT FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.472** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MANUFACTURING AGREEMENT DATED: 11/01/2014 | KIND LLC 1372 BROADWAY 3RT FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.473** | **State what the contract or lease is for and the nature of the debtor's interest** | REQUIREMENTS COVER DATED: 05/01/2019 | KIND OPERATIONS INC. 1372 BROADWAY 3RT FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.474** | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL POLICIES DATED: 06/12/2012 | KIWI DISTRIBUTING, INC 8457 A. SOUTH EASTERN AVENUE BELL GARDENS, CA 90807 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.475** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KLASS COCONUT 2024 CONTRACT DATED: 01/01/2024 | KLASSIC COCNUT<br>3333 FINLEY RD.<br>SUITE 800<br>DOWNERS GROVE, IL 60515 |
| **2.476** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AGREEMENT DATED: 08/11/2020 | KODIAK CAKES, LLC<br>ATTN: JOEL CLARK<br>P.O. BOX 980992<br>PARK CITY, UT 84098 |
| **2.477** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AGREEMENT DATED: 03/11/2023 | KODIAK CAKES, LLC<br>P.O. BOX 980992<br>PARK CITY, UT 84098 |
| **2.478** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MANUFACTURING AGREEMENT DATED: 06/25/2024 | KODIAK CAKES, LLC<br>ATTN CHIEF OPERATING OFFICER<br>8163 GORGOZA PINES ROAD<br>PARK CITY, UT 84098 |
| **2.479** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DATED: 04/24/2023 | KOLDRAS, LENA<br>3333 FINLEY ROAD, SUITE 800<br>DOWNERS GROVE, IL 60515 |
| **2.480** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE DATED: 01/01/2023 | KORE 3500 LACEY OWNER LLC<br>POBOX 776958<br>CHICAGO, IL 60677-6958 |
| **2.481** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT AGREEMENT DATED: 11/20/2019 | KORN FERRY<br>1900 AVENUE OF THE STARS<br>SUITE 2600<br>LOS ANGELES, CA 90067 |

---

Debtor   Hearthside Food Solutions, LLC

Name

Case number (If known):   24-90587

---

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE RENEWAL DATED: 05/12/2024 | KPI FIRE <br> 333 N. 300 W <br> SALT LAKE CITY, UT 84103 |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER EXTERNAL MANUFACTURING AGREEMENT DATED: 02/01/2006 | KRAFT FOODS GLOBAL, INC <br> THREE LAKES DRIVE <br> NORTHFIELD, IL 60093 |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO EXTERNAL MANUFACTURING PROJECT DATED: 08/05/2016 | KRAFT FOODS GROUP, INC <br> KRAFT HEINZ FOODS COMPANY <br> 200 E. RANDOLPH STREET <br> SUITE 7600 <br> CHICAGO, IL 60601 |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF INTENT DATED: 01/05/2017 | KRAFT FOODS GROUP, INC <br> KRAFT HEINZ FOODS COMPANY <br> 200 E. RANDOLPH STREET <br> SUITE 7600 <br> CHICAGO, IL 60601 |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXTERNAL MANUFACTURING AGREEMENT DATED: 01/01/2014 | KRAFT FOODS GROUP, INC <br> KRAFT HEINZ FOODS COMPANY <br> 200 E. RANDOLPH STREET <br> SUITE 7600 <br> CHICAGO, IL 60601 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXTERNAL MANUFATURING PROJECT AGREEMENT DATED: 03/02/2016 | KRAFT FOODS GROUP, INC <br> KRAFT HEINZ FOODS COMPANY <br> 200 E. RANDOLPH STREET <br> SUITE 7600 <br> CHICAGO, IL 60601 |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MATERIAL AND FINISHED GOOD POLICY DATED: 09/11/2002 | KRAFT FOODS GROUP, INC <br> KRAFT HEINZ FOODS COMPANY <br> 200 E. RANDOLPH STREET <br> SUITE 7600 <br> CHICAGO, IL 60601 |

Debtor  Hearthside Food Solutions, LLC                                    Case number (If known):  24-90587
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF INTENT DATED: 02/23/2017 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO EXTERNAL MANUFACTURING AGREEMENT DATED: 06/01/2016 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFATURING PROJECT AGREEMENT DATED: 07/01/2016 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFATURING PROJECT AGREEMENT DATED: 07/13/2018 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFATURING PROJECT AGREEMENT DATED: 01/01/2015 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROJECT AGREEMENT DATED AUGUST 18, 1999 DATED: 08/01/2000 | KRAFT FOODS GROUP, INC<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| **2.495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER PROCESSING AND PACKAGING AGREEMENT DATED: 08/18/1998 | KRAFT FOODS, INC.<br>THREE LAKES DRIVE<br>NORTHFIELD, IL 60093-2753 |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known)   24-90587
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT  DATED: 12/01/2020 | KRAFT HEINZ FOOD COMPANY<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTERNAL MANUFACTURING MASTER AGREEMENT DATED: 12/01/2020 | KRAFT HEINZ FOODS COMPANY<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTERNAL MANUFACTURING MASTER AGREEMENT DATED: 12/01/2020 | KRAFT HEINZ FOODS COMPANY<br>ATTN: NICHOLAS PETERSON<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET, SUITE 7600<br>CHICAGO, IL 60601 |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTERNAL MANUFACTURING MASTER AGREEMENT DATED: 12/01/2020 | KRAFT HEINZ FOODS COMPANY<br>KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTELLECTUAL PROPERTY ASSIGNMENT AND EXCLUSIVITY AGREEMENT DATED: 02/13/2017 | KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH STREET<br>SUITE 7600<br>CHICAGO, IL 60601 |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED: 08/20/2023 | KRAFT HEINZ FOODS COMPANY<br>200 E. RANDOLPH<br>FLOOR 76<br>CHICAGO, IL |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE LABEL AGREEMENT DATED: 07/20/2016 | KROGER CO.<br>1014 VINE ST<br>CINCINNATI, OH 45202 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.503** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TEMPORARY PERSONNEL DATED: 03/04/2021 | LABOR SOLUTIONS OF MINNESOTA, LLC<br>8575 LYNDALE AVE. S.<br>BLOOMINGTON, MN 55420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.504** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT AS AMENDED DATED: 07/26/2018 | LAS OLAS HOLDING COMPANY INC.<br>600 SAGAMORE RD.<br>FORT LAUDERDALE, FL 33301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.505** | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/18/2023 | LAVALEER SOLUTIONS<br>AFC TOWERS, 3343 PEACHTREE RD<br>STE 180-1142<br>ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.506** | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASING AND SERVICE AGREEMENT 02/01/2024 | LIBERTY PACKAGING<br>ATTN: GREG GOODNESS<br>12118 S. 150TH STREET<br>PAPILLION, NE 68138 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.507** | State what the contract or lease is for and the nature of the debtor's interest | BROKER AGREEMENT DATED: 07/01/2012 | LINDSTEN BROKERAGE<br>633 SOUTH ALLEN LANE<br>ARLINGTON HEIGHTS, IL 60005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.508** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED: 10/30/2024 | LINKEDIN CORPORATION<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.509** | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING SERVICES AGREEMENT DATED: 10/17/2019 | LUCAS GROUP<br>230 W MONROE<br>SUITE 850<br>CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LABEL AGREEMENT DATED: 03/02/2018 | LUCERN FOODS INC P.O. BOX 99 PLEASANTON, CA 94566 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED: 04/03/2023 | MANPOWERGROUP US INC. 100 MANPOWER PLACE MILWAUKEE, WI 53212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-PACK SALES AGREEMENT DATED: 04/10/2009 | MANUFACTURING LLC 7701 LEGACY DRIVE PLANO, TX 75024-4099 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CO-MANUFACTURING AGREEMENT DATED: 06/01/2024 | MAPLE LEAF FOODS INC. ATTN IAIN STEWART CHIEF SUPPLY CHAIN OFFICER ADDRESS 6897 FINANCIAL DRIVE MISSISSAUGA, ON L5N 0A8 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | BROKERAGE AGREEMENT DATED: 06/17/2013 | MARKETING MANAGEMENT, INC 4717 FLETCHER AVENUE FORT WORTH, TX 76107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-PACKING AGREEMENT DATED: 11/05/2010 | MARS PETCARE ATTN: CO-MANUFACTURING COMMERCIAL BUYER MARS PETCARE US, INC. 315 COOL SPRINGS BLVD. FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 DATED: 09/01/2015 | MARS PETCARE US, INC 315 COOL SPRINGS BLVD. FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Hearthside Food Solutions, LLC

Name    Case number (if known):   24-90587

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.517** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 3 DATED: 07/10/2013 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.518** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 7 DATED: 11/01/2015 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.519** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 5 DATED: 03/24/2014 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.520** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 9 DATED: 06/01/2016 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.521** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 7 DATED: 11/01/2015 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.522** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 10 DATED: 08/01/2017 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |
| **2.523** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT NO. 8 DATED: 02/01/2016 <br><br> MARS PETCARE US, INC <br> 315 COOL SPRINGS BLVD. <br> FRANKLIN, TN 37067 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | DISASTER RECOVERY PLAN SPECIFICATIONS DATED: 09/08/2008 | MARS SNACKFOOD US, LLC 800 HIGH STREET HACKETTSTOWN, NJ 07840 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 AS AMENDED DATED: 09/08/2008 | MARS SNACKFOOD US, LLC 800 HIGH STREET HACKETTSTOWN, NJ 07840 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF COMMITMENT: PURCHASE SUPPORT FOR STANDARD CANDY GENERAL ASSETS: DATED: 09/12/2008 | MARS SNACKFOOD US, LLC 800 HIGH STREET HACKETTSTOWN, NJ 07840 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | DEFINITIONS DATED: 01/00/1900 | MARS, INCORPORATED 6885 ELM ST MCLEAN, VA 22101 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | MARS SNACKFOOD'S DECLARATION OF TRADING VALUES DATED: 06/24/2009 | MARS, INCORPORATED 6885 ELM ST MCLEAN, VA 22101 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AGREEMENT 10 26 23 DATED: 10/26/2023 | MASON DIXIE FOODS 300 W PRATT ST SUITE 400 BALTIMORE, MD 21201 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE DATED: 08/22/2011 | MATRIX PACKAGING MACHINERY, INC ATTN PRESIDENT 650 NORTH DEKORA WOODS BLVD. SAUKVILLE, WI 53080 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC

Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 03/06/2013 | MCNEIL NUTRITIONALS, LLC<br>601 OFFICE CENTER DRIVE<br>FORT WASHINGTON, PA 19034 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | BROKER AGREEMENT DATED: 07/01/2012 | MD ENTERPRISES, INC<br>12351 WEST 96TH TERRACE<br>#203<br>LENEXA, KS 66215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 10/05/2017 | MEIJER DISTRIBUTION INC<br>2929 WALKER AVE NW<br>GRAND RAPIDS, MI 49544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | MASTER VENDOR AGREEMENT -DOMESTIC VENDORS DATED: 08/23/2010 | MEIJER DISTRIBUTION, INC<br>2929 WALKER AVE NW<br>GRAND RAPIDS, MI 49544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT PURCHASE ADDENDUM TO VENDOR AGREEMENT AS AMENDED DATED: 09/01/2010 | MEIJER DISTRIBUTION, INC<br>2929 WALKER AVENUE NW<br>GRAND RAPIDS, MI 49544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | REBATE AGREEMENT DATED: 12/01/2022 | MENASHA PACKAGING COMPANY LLC<br>PO BOX 856449<br>MINNEAPOLIS, MN 55485-6449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | MARKET UPDATE DATED: 02/05/2023 | MENNEL QUALITY UNIFORMITY SERVICE<br>319 SOUTH VINE STREET<br>FOSTORIA, OH 44830 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC
          Name                                                    Case number (if known):   24-90587

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AGREEMENT DATED: 01/16/2013 | MERLIN DEVELOPMENT 181 CHESHIRE LANE NORTH SUITE 500 PLYMOUTH, MN 55441-5465 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 3 TO THE PRODUCT SUPPLY AGREEMENT DATED: 11/23/2022 | MESSER LLC 312 RADAR RD. MCCOMB, OH 45858 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | TC1 (MPUS) DATED: 07/01/2023 | MICHAEL PAGE INTERNATIONAL, INC 622 THIRD AVENUE 29TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | MFI FRENCH TOAST & OMELET WRAPPING PROPOSAL R4 DATED: 08/03/2018 | MICHEAL FOODS 301 CARLSON PKWY SUITE 400 MINNETONKA, MN 55305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF UNDERSTANDING DATED: 07/10/2014 | MOM BRANDS COMPANY PO Box 1025 Lakeville, MN 55044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 01/29/2019 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 09/05/2018 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFACTURING STRATEGIC ALLIANCE AGREEMENT DATED: 01/01/2020 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFACTURING PROJECT AGREEMENT: BACK TO NATURE DATED: 10/26/2012 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFACTURING PURCHASE AGREEMENT AS AMENDED DATED: 2024 | MONDELEZ GLOBAL LLC<br>ATTN: FELIPE PINTINHA<br>MONDELĒZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.548** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER OF INTENT DATED: 03/11/2020 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.549** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTERNAL MANUFACTURING SNACKS MASTER AGREEMENT DATED: 02/03/2017 | MONDELEZ GLOBAL LLC<br>ATTN:ROBERT ANDERSEN<br>100 DEFOREST AVENUE<br>EAST HANOVER., NJ 07936 |
| **2.550** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER (GOODS) DATED: 08/02/2019 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.551** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 10/09/2015 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AUTHORIZATION (LOA) DATED: 03/08/2021 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF ASSIGNMENT OF CONTRACT DATED: 10/26/2012 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | MOT PROJECT AGREEMENT LONDON DATED: 10/03/2016 | MONDELEZ GLOBAL LLC ATTN:BOB ANDERSEN 100 DEFOREST AVE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 01/04/2019 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | EXTERNAL MANUFACTURING PROJECT AGREEMENT: BISCUIT DATED: 02/05/2017 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 06/26/2015 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | EXTERNAL MANUFACTURING PURCHASE AGREEMENT: 2020-2022 DATED: 02/28/2020 | MONDELEZ GLOBAL LLC 100 DEFOREST AVENUE EAST HANOVER, NJ 07936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         _____
         Name

Case number (If known):   24-90587

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.559** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>EXTERNAL MANUFACTURING STRATEGIC ALLIANCE AGREEMENT DATED: 01/01/2020 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.560** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>EXTERNAL MANUFACTURING PRODUCTS MASTER AGREEMENT DATED: 01/01/2020 | MONDELEZ GLOBAL LLC<br>100 DEFOREST AVENUE<br>EAST HANOVER, NJ 07936 |
| **2.561** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>EXTERNAL MANUFACTURING STRATEGIC ALLIANCE AGREEMENT DATED: 04/03/2018 | MONOGRAM FOOD SOLUTIONS LLC<br>P.O. BOX 71400<br>CHICAGO, IL 60694-1400 |
| **2.562** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>LETTER (TERMS AND CONDITIONS) DATED: 05/16/2011 | MONSANTO COMPANY<br>ATTN LAW DEPARTMENT<br>800 NORTH LINDBERGH BOULEVARD<br>ST. LOUIS, MO 63167 |
| **2.563** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>CONFIDENTIALITY AGREEMENT DATED: 03/15/2011 | MONSANTO COMPANY<br>ATTN LAW DEPARTMENT<br>800 NORTH LINDBERGH BOULEVARD<br>ST. LOUIS, MO 63167 |
| **2.564** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>INDUSTRIAL REAL ESTATE LEASE DATED: 08/11/2008 | NAPLES REAL PROPERTIES, LLC<br>21750 CEDAR AVENUE<br>LAKEVILLE, MN 55044 |
| **2.565** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>PRIVATE LABEL SUPPLY AGREEMENT DATED: 04/30/2010 | NASH FINCH COMPANY<br>ATTN DIRECTOR OF PRODUCT OPERATIONS<br>7600 FRANCE AVENUE SOUTH<br>EDINA, MN 55435 |

Debtor    Hearthside Food Solutions, LLC
          Name                                                          Case number (If known):   24-90587

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.566**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | LETTER AGREEMENT DATED: 04/26/2022 | NATIONAL SUGAR MARKETING LLC PO BOX 83257 CHICAGO, IL 60691-0257 |
| **2.567**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 10/24/2016 | NATURE'S BEST 6 POINTE DR BREA, CA 92821 |
| **2.568**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | PRODUCT DEVELOPMENT, MANUFACTURING AND SUPPLY AGREEMENT DATED: 02/03/2015 | NATURE'S PATH FOODS, INC. 715 MASSMAN DRIVE NASHVILLE, TN 37210 |
| **2.569**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | EQUIPMENT REAGENT AGREEMENT (US) DATED: 06/16/2020 | NEOGEN CORPORATION 620 LESHER PLACE LANSING, MI 48912 |
| **2.570**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | EQUIPMENT REAGENT AGREEMENT DATED: 02/01/2023 | NEOGEN CORPORATION 620 LESHER PLACE LANSING, MI 48912 |
| **2.571**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SUPPLY AGREEMENT DATED: 06/01/2020 | NEOGEN CORPORATION 620 LESHER PLACE LANSING, MI 48912 |
| **2.572**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | CO-PACKING AND CO-FILLING AGREEMENT DATED: 02/09/2016 | NESTLE PURINA PETCARE COMPANY ONE CHECKERBOARD SQUARE ST. LOUIS, MO 63164 |

Debtor   Hearthside Food Solutions, LLC
    Name

Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT MANUFACTURING AND PACKAGING AGREEMENT DATED: 12/01/2023 | NESTLE USA<br>ATTN: CONTRACT MANUFACTURING<br>GERBER PRODUCTS COMPANY<br>1812 NORTH MOORE STREET<br>ARLINGTON, VA 22201 |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NJ GS HEART OF NEW JERSEY 2024-2027 DATED: 05/05/2023 | NEW JERSEY DEPARTMENT OF HEALTH<br>P. O. BOX 360<br>TRENTON, NJ 08625-0360 |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKER AGREEMENT DATED: 02/22/2012 | NEXT PHASE ENTERPRISES, LLC<br>4020 N 20TH STREET<br>SUITE 305<br>PHOENIX, AZ |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKER AGREEMENT DATED: 08/22/2011 | NEXT PHASE ENTERPRISES, LLC<br>4020 N 20TH STREET<br>SUITE 305<br>PHOENIX, AZ |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BROKER AGREEMENT DATED: 04/21/2016 | NEXT PHASE ENTERPRISES, LLC<br>4020 N. 20 H. ST.<br>SUITE 305<br>(419) 293-4187<br>PHOENIX, AZ 85016 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ONE-TIME ORDERS DATED: 02/05/2015 | NIELSEN COMPANY (US), LLC<br>150 N. MARTINGALE ROAD<br>SCHAUMBURG, IL 60173-2076 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER CONFINNATION AND AGREEMENT FOR ON-GOING ORDERS DATED: 03/10/2014 | NIELSEN COMPANY (US), LLC<br>150 N. MARTINGALE ROAD<br>SCHAUMBURG, IL 60173-2076 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): | 24-90587 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ON-GOINA ORDERS | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ON-GOINA ORDERS AS AMENDED DATED: 03/01/2014 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ONE-TIME ORDERS DATED: 10/02/2015 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ONE-TIME ORDERS DATED: 01/01/2011 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ON-GOINA ORDERS AS AMENDED DATED: 03/01/2016 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ONE-TIME ORDERS DATED: 03/22/2016 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER CONFIRMATION AND AGREEMENT FOR ONE-TIME ORDERS DATED: 01/21/2012 | NIELSEN COMPANY (US), LLC <br> 150 N. MARTINGALE ROAD <br> SCHAUMBURG, IL 60173-2076 |

Debtor   Hearthside Food Solutions, LLC
         Name                                          Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** State what the contract or lease is for and the nature of the debtor's interest | ORDER CONFIRMATION AND AGREEMENT DATED: 01/01/2011 |
| | NIELSEN COMPANY (US), LLC 150 N. MARTINGALE ROAD SCHAUMBURG, IL 60173-2076 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest | ORDER CONFIRMATION AND AGREEMENT FOR ON-GOING ORDERS DATED: 03/17/2012 |
| | NIELSEN COMPANY (US), LLC 150 N. MARTINGALE ROAD SCHAUMBURG, IL 60173-2076 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES TERMS AND CONDITIONS DATED: 04/15/2021 |
| | NSF INTERNATIONAL FOOD SAFETY DEPT LOCKBOX # 771380 DETROIT, MI 48277-1380 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest | LEASE PROPOSAL DATED: 12/17/2020 |
| | OBL FINANCIAL SERVICES INCORPORATED 799 ROOSEVELT RD. SUITE 6-215 GLEN ELLYN, IL 60137 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT DATED: 06/22/2022 |
| | OCEAN SPRAY CRANBERRIES INC ATTN: GENERAL COUNSEL OCEAN SPRAY CRANBERRIES, INC. ONE OCEAN SPRAY DRIVE LAKEVILLE, MA 02349 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AMENDMENTS DATED: 01/15/2014 |
| | OCEAN SPRAY CRANBERRIES, INC ONE OCEAN SPRAY DRIVE LAKEVILLE-MIDDLEBORO, MA 02349 |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/01/2024 |
| | ONCE UPON A FARM ATTENTION: LARRY WALDMAN, PRESIDENT AND CHIEF OPERATING OFFICER ONCE UPON A FARM, PBC 2111 SAN PABLO AVENUE, SUITE 2216 BERKELEY, CA 94702 |
| State the term remaining | |
| List the contract number of any government contract | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): | 24-90587 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.594** | State what the contract or lease is for and the nature of the debtor's interest | CO-MANUFACTURING AGREEMENT DATED: 10/20/2010 | OOGIE'S SNACKS, LLC 1932 WEST 33RD AVE DENVER, CO 80211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.595** | State what the contract or lease is for and the nature of the debtor's interest | INVOICE FOR LICENSE DATED: 03/04/2024 | OPG-3 8030 OLD CEDAR AVE S #205 BLOOMINGTON, MN 55425-1215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.596** | State what the contract or lease is for and the nature of the debtor's interest | ORBIAN SUPPLIER ACCOUNT INFORMATION FORM DATED: 05/27/2010 | ORBIAN CORP AND ORBIAN FINANCIAL SERVICES III, LLC 200 CONNECTICUT AVENUE NORWALK, CT 06854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.597** | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE AGREEMENT DATED: 05/28/2009 | P.L. MARKETING, INC 625 EDEN PARK DRIVE SUITE 400 CINCINNATI, OH 45202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.598** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT PACKAGING CORP OF AMERICA 12.01.23 DATED: 12/01/2023 | PACKAGING CORPORATION OF AMERICA 1 N. FIELD COURT LAKE FOREST, IL 60045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.599** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AND PURCHASING AGREEMENT DATED: 12/01/2023 | PACKAGING CORPORATION OF AMERICA ATTN: DEPUTY GENERAL COUNSEL 1 N. FIELD COURT LAKE FORSET, IL 60045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.600** | State what the contract or lease is for and the nature of the debtor's interest | SANITATION SERVICES AGREEMENT DATED: 12/21/2020 | PACKERS SANITATION SERVICES, INC., LTD. 3681 PRISM LANE KEILER, WI 53812 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC                                                    Case number (If known):    24-90587
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECRUITING SERVICES AGREEMENT DATED: 04/18/2019 | PARKER AND LYNCH<br>200 S. MICHIGAN AVE<br>#700<br>CHICAGO, IL 60604 |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE PROVIDER SERVICES AGREEMENT DATED: 05/30/2023 | PARTNERSLATE INC.<br>564 Castro St<br>Ste 2268<br>San Francisco, CA 94114 |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-PACKAGING AGREEMENT DATED: 11/01/2017 | PCB POST CONSUMER BRANDS, LLC<br>20802 KENSINGTON BLVD<br>LAKEVILLE, MN 55044 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TO SUPPLY TEMPORARY STAFFING DATED: 04/26/2021 | PEOPLEREADY, INC<br>1015 A St<br>Tacoma, WA 98402 |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER PRODUCT DEVELOPMENT AGREEMENT DATED: 08/01/2010 | PEPPERIDGE FARM INC<br>595 WESTPORT AVENUE<br>NORWALK, CT 06851 |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO WAREHOUSE AGREEMENT DATED: 08/16/2017 | PEPPERIDGE FARM INC<br>595 WESTPORT AVE<br>NORWALK, CT 06851 |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WAREHOUSE & SERVICES AGREEMENT DATED: 07/01/2014 | PEPPERIDGE FARM INC<br>595 WESTPORT AVE<br>NORWALK, CT 06851 |

Debtor   Hearthside Food Solutions, LLC          Case number (If known):   24-90587
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO CONTRACT MANUFACTURING AGREEMENT DATED: 08/01/2011 | PEPPERIDGE FARM INC<br>595 WESTPORT AVENUE<br>NORWALK, CT 06851 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF COMPLETION AS AMENDED DATED: 04/10/2018 | PEPSICO<br>PO BOX 644943<br>PITTSBURGH, PA 15264-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018 | PEPSICO<br>PO BOX 644943<br>PITTSBURGH, PA 15264-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF COMPLETION AS AMENDED DATED: 08/21/2017 | PEPSICO<br>PO BOX 644943<br>PITTSBURGH, PA 15264-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF COMPLETION AS AMENDED DATED: 06/02/2020 | PEPSICO<br>PO BOX 644943<br>PITTSBURGH, PA 15264-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 03/01/2024 | PEPSICO<br>FRITO-LAY, INC., QUAKER MANUFACTURING, LLC, AND GOLDEN GRAIN COMPANY, SVC MANUFACTURING, INC.<br>ATTN: VP, CONTRACT MANUFACTURING<br>CC: LAW DEPARTMENT<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | CERTIFICATE OF COMPLETION AS AMENDED DATED: 09/27/2018 | PEPSICO<br>PO BOX 644943<br>PITTSBURGH, PA 15264-4926 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hearthside Food Solutions, LLC | | Case number (If known): 24-90587 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 10/04/2017 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT MANUFACTURING AGREEMENT DATED: 07/29/2015 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** SIXTH AMENDMENTTOCONTRACT MANUFACTURING AGREEMENT DATED: 11/30/2018 **State the term remaining** **List the contract number of any government contract** | PEPSICO CANADA ULC 555 WEST MONROE STREET CHICAGO, IL 60661 |

Debtor   Hearthside Food Solutions, LLC
         Name                                          Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 01/09/2018 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CO-PACK SALES AGREEMENT DATED: 09/11/2013 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION OF TERM DATED: 11/15/2018 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 05/02/2017 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT MANUFACTURING AGREEMENT DATED: 07/28/2015 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |

Debtor   Hearthside Food Solutions, LLC
         Name                                          Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.629** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING EXHIBIT A-1: PROJECT LUIGI DATED: 07/03/2023 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.630** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SEVENTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 05/15/2020 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.631** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH AMENDMENT DATED: 11/30/2018 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.632** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT DATED: 02/01/2018 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.633** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.634** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/19/2018 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.635** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | PEPSICO FOODS CANADA ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |

Debtor    Hearthside Food Solutions, LLC
_____    Case number (If known):    24-90587
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.636** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PIE MUTUAL CONFIDENTIALITY AND NON-USE AGREEMENT DATED: 10/09/2017 | PEPSICO MEXICO<br>BOSQUE DE DURAZNOS<br>NO. 67 BOSQUES DE LAS LOMAS<br>MIGUEL HIDALGO<br>CIUDAD DE MEXICO, 11700<br>MEXICO |
| **2.637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAPACITY OBLIGATION FOR PEPSICO MEXICO COOKIES DATED: 11/06/2017 | PEPSICO MEXICO<br>BOSQUE DE DURAZNOS<br>NO. 67 BOSQUES DE LAS LOMAS<br>MIGUEL HIDALGO<br>CIUDAD DE MEXICO, 11700<br>MEXICO |
| **2.638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POSSIBLE TRANSACTION= DATED: 10/06/2017 | PERICULUM CAPITAL COMPANY, LLC<br>4 CENTER GREEN<br>SUITE 200<br>CARMEL, IN 46032 |
| **2.639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PERRINO & ASSOCIATES BUSINESS PROPOSAL DATED: 03/01/2018 | PERRINO & ASSOCIATES, LTD.<br>328 ROYCE WOODS CT.<br>NAPERVILLE, IL 60565 |
| **2.640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STAFFING SERVICES AGREEMENT DATED: 09/20/2018 | PERSONNEL PLUS<br>3556 NICOLLET AVES<br>MINNEAPOLIS, MN 55408 |
| **2.641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 05/01/2017 | PGO VP BRAND AND PROD MGT PLC.<br>680 STH AVE<br>NEW YORK, NY 10019 |
| **2.642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED: 08/12/2014 | PHILTOWER LLC<br>427 S. BOSTON AVE., STE. 915<br>TULSA, OK 74103 |

Debtor   Hearthside Food Solutions, LLC
         Name                                          Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLIER AGREEMENT DATED: 12/18/2019 | PILOT CORPORATION 5508 LONAS DRIVE KNOXVILLE, TN 37909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLIER AGREEMENT DATED: 12/18/2019 | PILOT TRAVEL CENTERS LLC 5508 LONAS DRIVE KNOXVILLE, TN 37909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 12/06/2016 | PINNACLE FOODS GROUP LLC 399 JEFFERSON ROAD PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/07/2017 | PINNACLE FOODS GROUP LLC 399 JEFFERSON ROAD PARSIPPANY, NJ 07054-3707 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE CONTRACT DATED: 12/14/2012 | PJB PRIMELINE SALES & MARKETING 200-1580 BRIGANTINE DR. COQUITLAM, BC V3K7C1 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | POST PEBBLES BAR PROJECT DATED: 06/22/2010 | POST FOODS, LLC 1 UPPER POND ROAD PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MANUFACTURING AGREEMENT DATED: 05/15/2015 | POST HOLDINGS, INC 1222 67TH ST. SUITE 210 EMERYVILLE, CA 94608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC

Name    Case number (If known):  24-90587

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — CONTRACT PACKING COVER SHEET DATED: 10/01/2022 | POST HOLDINGS, INC 2600 S HANLEY ROAD ST. LOUIS, MO 63144 |
| **2.651** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — MANUFACTURING AGREEMENT DATED: 05/15/2015 | POST HOLDINGS, INC 2503 S. HANLEY RD ST. LOUIS, MO 63144 |
| **2.652** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — BROKERAGE CONTRACT DATED: 05/22/2012 | PREFERRED INGREDIENTS 4799 MANOR HILL DRIVE SYRACUSE, NY 13215 |
| **2.653** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — AMENDMENT TO MANUFACTURING AGREEMENT DATED: 06/16/2020 | PREMIER NUTRITION COMPANY, LLC 1222 67TH ST. SUITE 210 EMERYVILLE, CA 94608 |
| **2.654** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — AMENDMENT TO MANUFACTURING AGREEMENT DATED: 12/20/2019 | PREMIER NUTRITION COMPANY, LLC 1222 67TH ST. SUITE 210 EMERYVILLE, CA 94608 |
| **2.655** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — AMENDMENT TO MANUFACTURING AGREEMENT DATED: 12/15/2019 | PREMIER NUTRITION COMPANY, LLC 1222 67* ST. SUITE 210 EMERYVILLE, CA 94608 |
| **2.656** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** — AMENDMENT TO MANUFACTURING AGREEMENT DATED: 01/01/2017 | PREMIER NUTRITION CORPORATION 1222 67TH ST. SUITE 210 EMERYVILLE, CA 94608 |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSENT TO ASSIGNMENT OF MANUFACTURING AND SUPPLY AGREEMENT DATED: 09/28/2011 | PREMIER NUTRITION INC.<br>STANDARD FUNCTIONAL FOODS GROUP INC.<br>ATTN TOM DRUMMOND PRESIDENT<br>715 MASSMAN DRIVE<br>NASHVILLE, TN 37210 |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER DATED: 03/27/2017 | PRETZEL PERFECTION<br>MS. AMY HOJYK PRETZEL PERFECTION<br>215 EAST RESERVE STREET<br>VANCOUVER, WA 98661 |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEMPORARY SERVICES AGREEMENT DATED: 03/24/2021 | PRIMARY STAFFING INC.<br>4247 SOUTH KEDZIE AVENUE<br>CHICAGO, IL 60632 |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECRUITING SERVICES AGREEMENT DATED: 11/08/2019 | PROACTIVE HR SOLUTIONS, INC.<br>1018 N. CITADEL AVE<br>CLOVIS, CA 93611 |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BY-LAWS FOR THE PROCUREMENT OF PRODUCTS BY PROCUREMENT ADVISORS LLC DATED: 12/17/2014 | PROCUREMENT ADVISORS LLC<br>3101 TOWERCREEK PARKWAY<br>SUITE 250<br>ATLANTA, GA 30339 |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED: 04/22/2013 | PROLOGIS-ILLINOIS, LLC<br>8755 W. HIGGINS ROAD<br>SUITE 700<br>CHICAGO, IL 60631 |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT AMANUFACTURER AGREEMENT DATED: 05/31/2017 | Pure Growth Organic<br>208 E 51st St<br>Ste 181<br>New York, NY 10022-6557 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXHIBIT A-5 TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 08/15/2014 | QUAKER MANUFACTURING FRITO LAY R&D DOCK S 7701 LEGACY DRIVE PLANO, TX 75024 |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018 | QUAKER MANUFACTURING, LLC ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | QUAKER MANUFACTURING, LLC ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 01/09/2018 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 05/02/2017 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TESTING AND PRODUCT DEVELOPMENT PROJECT DETAILS DATED: 11/07/2013 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018 | QUAKER MANUFACTURING, LLC ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |

Debtor    Hearthside Food Solutions, LLC
          Name                                          Case number (If known):   24-90587

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | QUAKER MANUFACTURING, LLC<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION OF TERM DATED: 11/15/2018 | QUAKER MANUFACTURING, LLC<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 | QUAKER MANUFACTURING, LLC<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION OF TERM DATED: 08/31/2018 | QUAKER MANUFACTURING, LLC<br>ULC5550 EXPLORER DRIVE<br>8TH FLOOR<br>MISSISSAUGA, ON L4W 0C3<br>CANADA |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018 | QUAKER MANUFACTURING, LLC<br>ULC5550 EXPLORER DRIVE<br>8TH FLOOR<br>MISSISSAUGA, ON L4W 0C3<br>CANADA |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING DATED: 05/02/2017 | QUAKER MANUFACTURING, LLC<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVENTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 05/15/2020 | QUAKER MANUFACTURING, LLC<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known): 24-90587
_____

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.678** | **State what the contract or lease is for and the nature of the debtor's interest** SIXTH AMENDMENT DATED: 11/30/2018 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| **2.679** | **State what the contract or lease is for and the nature of the debtor's interest** THIRD AMENDMENT DATED: 02/01/2018 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| **2.680** | **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 10/04/2017 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC ULC5550 EXPLORER DRIVE 8TH FLOOR MISSISSAUGA, ON L4W 0C3 CANADA |
| **2.681** | **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO CO-PACK SALES AGREEMENT DATED: 09/11/2013 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| **2.682** | **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT MANUFACTURING AGREEMENT DATED: 07/28/2015 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| **2.683** | **State what the contract or lease is for and the nature of the debtor's interest** LETTER AGREEMENT REGARDING ""TESTING AND PRODUCT DEVELOPMENT"" DATED: 11/07/2013 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| **2.684** | **State what the contract or lease is for and the nature of the debtor's interest** SIXTH AMENDMENTTOCONTRACT MANUFACTURING AGREEMENT DATED: 11/30/2018 **State the term remaining** **List the contract number of any government contract** | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED: 01/01/2005 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 07/29/2015 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/19/2018 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT BRIEF FOR PROJECT PORTABLE BREAKFAST (THE ""PRODUCT BRIEF(S)"") DATED: 08/10/2017 | QUAKER MANUFACTURING, LLC 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING EXHIBIT A-1: PROJECT LUIGI DATED: 07/03/2023 | QUAKER MANUFACTURING, LLC ATTN VP CONTRACT MANUFACTURING 7701 LEGACY DRIVE PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT DATED: 12/31/2020 | QUEST NUTRITION, LLC 2221 PARK PLACE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT AS AMENDED DATED: 09/10/2021 | QUEST NUTRITION, LLC 2221 PARK PLACE EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hearthside Food Solutions, LLC

Name                                                                          Case number (If known):  24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.692** | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING AGREEMENT DATED: 01/00/1900 | QUEST NUTRITION, LLC 2221 PARK PLACE EL SEGUNDO, CA 90245 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.693** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AS AMENDED: 12/07/2017 | Radcliff Development, L.C. 4460 44th Street, S.E. Suite C-200 Grand Rapids, MI 49512 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.694** | **State what the contract or lease is for and the nature of the debtor's interest** | EXECUTIVE EMPLOYMENT AGREEMENT DATED: 01/03/2023 | RAFFETTO, BOBBI JO ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.695** | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT DATED: 10/05/2006 | Ralston foods 150 McCamly St S Battle Creek, MI 49017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.696** | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING AND SUPPLY MASTER AGREEMENT DATED: 02/02/2012 | RALSTON HOLDINGS, INC C 53A Este Panama, Provincia de Panama, |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.697** | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY STAFFING SERVLCES AGREEMENT DATED: 01/02/2019 | RANDSTAD GENERAL PARTNER (US), LLC ONE OVERTON PARK 3625 CUMBERLAND BLVD. SUITE 600 ATLANTA, GA 30339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.698** | **State what the contract or lease is for and the nature of the debtor's interest** | STAFFING SERVICES AGREEMENT DATED: 01/09/2024 | RANDSTAD NORTH AMERICA, INC. 3625 CUMBERLAND BLVD. ONE OVERTON PARK SUITE 600 ATLANTA, GA 30339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

---

Debtor   Hearthside Food Solutions, LLC
　　　　Name

Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | TRADE SECRET LICENSE AGREEMENT DATED: 06/24/2002 | RCD HOLDINGS INC. 300 RIVER PLACE DETROIT, MI 48207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | HSF LETTER AGREEMENT JAN-JUNE 2024 RED RIVER SUNFLOWER DATED: 01/01/2024 | RED RIVER GLOBAL INGREDIENTS 880 L-15th St Unit 4 Winkler, MB R6W OH5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED: 01/01/2023 | RED RIVER GLOBAL INGREDIENTS 880 L-15th St Unit 4 Winkler, MB R6W OH5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | HSF LETTER AGREEMENT JAN-JUNE 2024 RED RIVER PEPITAS DATED: 01/01/2024 | RED RIVER GLOBAL INGREDIENTS 880 L-15th St Unit 4 Winkler, MB R6W OH5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | HSF LETTER AGREEMENT JULY-DECEMBER 2024 RED RIVER SUNFLOWER TC SIGNED DATED: 07/01/2024 | RED RIVER GLOBAL INGREDIENTS 880 L-15th St Unit 4 Winkler, MB R6W OH5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | HSF LETTER AGREEMENT JULY-DECEMBER 2024 RED RIVER PEPITAS TC SIGNED DATED: 07/01/2024 | RED RIVER GLOBAL INGREDIENTS 880 L-15th St Unit 4 Winkler, MB R6W OH5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/19/2010 | REILY FOODS COMPANY 640 MAGAZINE STREET NEW ORLEANS, LA 70130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         Name                                                      Case number (If known):   24-90587

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT II AS AMENDED DATED: 08/03/2018 | REPUBLIC SERVICES 2608 S. DAMON AVE. CHICAGO., IL 60608 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT WOODRIDGE DATED: 11/01/2023 | REPUBLIC SERVICES #388 PO BOX 9001099 LOUISVILLE, KY 40290-1099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT WOLF RD DATED: 08/08/2023 | REPUBLIC SERVICES #388 PO BOX 9001099 LOUISVILLE, KY 40290-1099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE AGREEMENT DATED: 08/08/2023 | REPUBLIC SERVICES #388 PO BOX 9001099 LOUISVILLE, KY 40290-1099 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | RESOURCE EQUIPMENT COMPANY DATED: 09/23/2022 | RESOURCE EQUIPMENT COMPANY P.O. BOX 2695 CHINO, CA 91708 CHINO, CA 91708 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DATED: 01/24/2023 | RIO VALLEY CHILI, INC 111 St Elaine Rd Rincon, NM 87940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | RECRUITING SERVICES AGREEMENT DATED: 04/11/2019 | ROBERT HALF INTERNATIONAL INC. 333 BRIDGE STREET N.W. SUITE 1010A GRAND RAPIDS, MI 49504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
_____
Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HFS BROKER AGREEMENT DATED: 01/01/2011<br><br>ROGER SUNDAHL & ASSOCIATES<br>1300 UNIVERSITY DRIVE<br>SUITE 1B<br>MENLO PARK, CA 94025 |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CO-MANUFACTURING AGREEMENT DATED: 04/09/2009<br><br>ROSKAM BAKING COMPANY<br>P.O. BOX 202<br>GRAND RAPIDS, MI 49501 |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTICE OF ACCEPTANCE UNDER SECTION 8 DATED: 05/02/2018<br><br>ROYAL CREST<br>350 S Pearl St<br>Denver, CO 80209 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ROYAL INGREDIENTS GROUP USA INC. LETTER AGREEMENT DATED: 04/01/2024<br><br>ROYAL INGREDIENTS GROUP USA INC.<br>311 W. SUPERIOR ST., SUITE – 209 CHICAGO, IL 60654<br>ATTENTION: IAN NUXOLL<br>CHICAGO, IL 60654 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT DATED: 09/23/2016<br><br>RR DONNELLEY<br>7810 SOLUTION CENTER<br>CHICAGO, IL 60677-7008 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACK CERTIFICATION SERVICE AS AMENDED DATED: 07/09/2010<br><br>S. DEPARTMENT OF AGRICULTURE AGRICULTURAL MARKETING SERVICE FRUIT AND VEGETABLE PROGRAMS<br>4318 NORTH TECHNOLOGY DRIVE<br>SOUTH BEND, IN 46628 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER RELATIONSHIP AGREEMENT DATED: 09/09/2010<br><br>SARA LEE CORPORATION<br>3500 LACEY RD 1800 AVERILL ROAD<br>GENEVA, IL 60515-5424 |

Debtor  Hearthside Food Solutions, LLC

Name

Case number (If known): 24-90587



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT DATED: 07/01/2009<br><br>SARA LEE CORPORATION<br>3500 LACEY RD 1800 AVERILL ROAD<br>GENEVA, IL 60515-5424 |
| **2.721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHENCK PROCESS LLC_STANDARD TERMS AND CONDITIONS DATED: 06/27/2024<br><br>SCHENCK PROCESS LLC<br>PO BOX 19747<br>PALATINE, IL 60055-9747 |
| **2.722** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MUTUAL CONFIDENTIALITY AGREEMENT DATED: 07/18/2017<br><br>SCHREIBER FOODS, INC<br>400 N. WASHINGTON STREET<br>PO BOX 19010<br>54307-9010<br>GREEN BAY, WI 54301 |
| **2.723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKERAGE CONTRACT DATED: 05/01/2012<br><br>SELECT MARKETING, LLC<br>3240 POINTE PARKWAY<br>SUITE 500<br>NORCROSS, GA 30092 |
| **2.724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW ACCOUNT FORM DATED: 04/20/2009<br><br>SGS U.S. TESTING COMPANY INC.<br>1405 32ND AVE<br>BROOKINGS, SD 57006 |
| **2.725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NEW VENDOR AUTHORIZATIONDSD/W AREHOUSE DATED: 07/13/2012<br><br>SHAW'S SUPERMARKETS, INC.<br>750 W. CENTER STREET<br>WEST BRIDGEWATER, MA 02379 |
| **2.726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHEETZ, INC. SECOND EXTENSION OF INTERIM MATERIALS DATED: 08/21/2024<br><br>SHEETZ, INC.<br>5700 SIXTH AVE.<br>ALTOONA, PA 16602 |

Debtor    Hearthside Food Solutions, LLC
          Name                                                    Case number (If known):    24-90587

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.727** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKERAGE CONTRACT DATED: 12/12/2011 | SHORE GROUP<br>14500 MARTIN DRIVE<br>SUITE 400<br>EDEN PRAIRIE, MN 55344 |

Debtor    Hearthside Food Solutions, LLC
          Name                                                    Case number (If known):    24-90587

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.727** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKERAGE CONTRACT DATED: 12/12/2011<br><br>SHORE GROUP<br>14500 MARTIN DRIVE<br>SUITE 400<br>EDEN PRAIRIE, MN 55344 |
| **2.728** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BROKER APPOINTMENT NOTICE DATED: 03/07/2012<br><br>SHORE GROUP<br>14500 MARTIN DRIVE<br>SUITE 400<br>EDEN PRAIRIE, MN 55344 |
| **2.729** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DATED: 06/01/2024<br><br>SHORR PACKAGING CORPORATION<br>4000 FERRY ROAD<br>AURORA, IL 60502 |
| **2.730** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT DATED: 10/03/2022<br><br>SILLIKER, INC<br>401 N. MICHIGAN AVE.<br>SUITE 1400<br>CHICAGO, IL 60611 |
| **2.731** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT FOR ANALYTICAL SERVICES DATED: 01/15/2019<br><br>SILLIKER, INC.<br>111 E. WACKER DRIVE<br>SUITE 2300<br>CHICAGO, IL 60601 |
| **2.732** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT AGREEMENT NO . 2 - CRACKERS AS AMENDED DATED: 01/01/2022<br><br>SIMPLE MILLS, INC<br>435 NORTH LASALLE DRIVE<br>SECOND FLOOR<br>CHICAGO, IL 60654 |
| **2.733** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT BAILEE ADDENDUM DATED: 02/09/2021<br><br>SIMPLE MILLS, INC<br>435 N. LASALLE DR.<br>2ND FLOOR<br>CHICAGO, IL 60654 |

Debtor    Hearthside Food Solutions, LLC
          Name                                          Case number (if known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRODUCT AGREEMENT NO. 4 - POP MMMS DATED: 05/01/2023 <br><br> SIMPLE MILLS, INC <br> 435 NORTH LASALLE DRIVE <br> SECOND FLOOR <br> CHICAGO, IL 60654 |
| **2.735** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | FIRST AMENDMENT TO MASTER MANUFACTURING SUPPLY AGREEMENT DATED: 01/00/1900 <br><br> SIMPLE MILLS, INC <br> 435 NORTH LASALLE DRIVE <br> SECOND FLOOR <br> CHICAGO, IL 60654 |
| **2.736** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRODUCT AGREEMENT NO. 3 - CRACKERS DATED: 01/01/2023 <br><br> SIMPLE MILLS, INC <br> 435 NORTH LASALLE DRIVE <br> SECOND FLOOR <br> CHICAGO, IL 60654 |
| **2.737** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRODUCT AGREEMENT NO.1 - CRACKERS AS AMENDED DATED: 02/09/2021 <br><br> SIMPLE MILLS, INC <br> 435 NORTH LASALLE DRIVE <br> SECOND FLOOR <br> CHICAGO, IL 60654 |
| **2.738** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EQUIPMENT LETTER AGREEMENT DATED: 10/25/2018 <br><br> SMUCKER MANUFACTURING, INC. <br> ONE STRAWBERRY LANE <br> ORRVILLE, OH 44667 |
| **2.739** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | CERTIFICATE OF COMPLETION AS AMENDED DATED: 10/26/2018 <br><br> SMUCKER MANUFACTURING, INC. <br> ONE STRAWBERRY LANE <br> ORRVILLE, OH 44667 |
| **2.740** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SNACKS GENERATION CONTRACT MANUFACTURING SERVICE AND SUPPLY AGREEMENT DATED: 09/15/2023 <br><br> SNACKS GENERATION, LLC <br> 1000BRICKELL PLAZA <br> UNIT 3514 <br> MIAMI, FL 33131 |

Debtor  Hearthside Food Solutions, LLC
_____
        Name

Case number (If known):  24-90587
_____

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.741** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONTRACT MANUFACTURING SERVICE AND SUPPLY AGREEMENT DATED: 09/15/2023 | SNACKS GENERATION, LLC SNACKS GENERATION, LLC 1000 BRICKELL PLAZA UNIT 3514 MIAMI, FL 33131 |
| **2.742** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SNACKS HOLDING CORPORATION STANDARD VENDOR TERMS AND CONDITIONS DATED: 12/02/2013 | SNACKS HOLDING CORPORATION 380 ST. PETER STREET SUITE 1000 ST. PAUL, MN 55102 |
| **2.743** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT DATED: 03/03/2011 | SOLAE, LLC 4300 DUNCAN AVE. ST. LOUIS, MO 63110 |
| **2.744** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BROKER APPOINTMENT NOTICE DATED: 10/01/2011 | SOUTHERN PROFESSIONALS, INC. AL BLACKBURN 1568 HOLCOMB ROAD DAWSONVILLE, GA 30534 |
| **2.745** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BROKER APPOINTMENT NOTICE DATED: 10/01/2011 | SOUTHERN WHOLESALE 121 OIDE HERITAGE WAV WOODSTOCK, GA 30188 |
| **2.746** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED: 12/31/2020 | SPENDHQ, LLC 5555 TRIANGLE PARKWAY SUITE 250 NORCROSS, GA 30092 |
| **2.747** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRIVATE LABEL AGREEMENT DATED: 05/11/2016 | SPROUTS FARMERS MARKET 5455 E HIGH ST #111 PHOENIX, AZ 85054 |

Debtor   Hearthside Food Solutions, LLC
         Name                                                    Case number (If known):   24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 03/21/2017<br><br>SPROUTS FARMERS MARKETS<br>5455 E HIGH ST<br>#111<br>PHOENIX, AZ 85054 |
| **2.749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEMPORARY STAFFING AGREEMENT DATED: 03/15/2024<br><br>STAFF MANAGEMENT SOLUTIONS, LLC AND SMX, LLC D/B/A STAFF MANAGEMENT<br>433 W VAN BUREN, SUITE #400S-1,2A, CHICAGO, IL 60607<br>CHICAGO, IL 60607 |
| **2.750** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STAFFING SERVICES AGREEMENT DATED: 01/03/2019<br><br>STAFFWORKS GROUP<br>42855 Garfield Rd<br>Ste 117<br>Clinton Township, MI 48038 |
| **2.751** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING AGREEMENT DATED: 07/01/2010<br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.752** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO PACKAGING AGREEMENT DATED: 11/01/2016<br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.753** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING AGREEMENT DATED: 07/01/2010<br><br>STARBUCKS CORPORATION<br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS S-LA2<br>SEATTLE, WA 98134-1067 |
| **2.754** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING AGREEMENT DATED: 07/01/2010<br><br>STARBUCKS CORPORATION<br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134-1067 |

Debtor    Hearthside Food Solutions, LLC                                    Case number (if known)   24-90587

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH AMENDMENT TO PACKAGING AGREEMENT DATED: 01/17/2018 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE SCHEDULE DATED: 06/01/2012 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO PACKAGING AGREEMENT DATED: 08/11/2010 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE SCHEDULE A- BOSTON MARKET DATED: 09/01/2012 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO PACKAGING AGREEMENT DATED: 10/31/2013 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISCLOSURE AND RELEASE AGREEMENT DATED: 10/20/2011 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVENUE SOUTH<br>SEATTLE, WA 98134-1431 |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT TO PACKAGING AGREEMENT DATED: 07/05/2017 <br><br>STARBUCKS CORPORATION<br>2401 UTAH AVE. SOUTH<br>SUITE 800<br>MS SC4<br>SEATTLE, WA 98134 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.762** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE AGREEMENT DATED: 10/06/2023 | STORE MASTER FUNDING XXXII, LLC<br>8377 E. HARTFORD DRIVE<br>SUITE 100<br>SCOTTSDALE, 85255 |
| **2.763** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CANDY LICENSE AND DISTRIBUTION AGREEMENT DATED: 01/31/1991 | STUCKEY'S CORPORATION<br>1420 BEVERLY ROAD<br>SUITE 140<br>MCLEAN, VA 22101-3719 |
| **2.764** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER DATED: 07/15/2011 | SUAREZ CORPORATION INDUSTRIES<br>7800 Whipple Ave NW<br>North Canton, OH 44720 |
| **2.765** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DATED: 08/01/2022 | SUCROCAN CANADA<br>ATTENTION: ELI COHEN<br>560 FERGUSON AVE<br>HAMILTON, ON L8L 4Z9<br>CANADA |
| **2.766** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DATED: 06/13/2022 | SUGARIGHT LLC<br>33 RIVERSIDE AVE<br>WESTPORT, CT 06880 |
| **2.767** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERAL TERMS AND CONDITIONS FOR THE PURCHASE OF GOODS AND SERVICES DATED: 07/20/2022 | SUGARIGHT LLC<br>33 RIVERSIDE AVE<br>WESTPORT, CT 06880 |
| **2.768** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO CONFIDENTIALITY AGREEMENT DATED: 07/27/2021 | SUNOPTA FOODS, INC<br>7078 Shady Oak Rd<br>Eden Prairie, MN 55344 |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 03/15/2018 | SUPERVALU 11840 VALLEY VIEW RD EDEN PRAIRIE, MN 55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | SUPERVALU PRIVATE BRANDS PRODUCT ADDENDUM AS AMENDED DATED: 02/28/2017 | SUPERVALU 11840 VALLEY VIEW RD EDEN PRAIRIE, MN 55344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE BRANDS SUPPLIER TERMS AND CONDITIONS DATED: 06/26/2017 | SUPERVALU 11840 VALLEY VIEW ROAD EDEN PRAIRIE, MN 66344 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | STAFFING SERVICES AGREEMENT DATED: 09/04/2019 | SURE STAFF, INC 650 EAST DEVON UNIT 154 ITASCA, IL 60143 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT DATED: 02/01/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT MANUFACTURING AGREEMENT DATED: 07/28/2015 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
         _____      Case number (If known): 24-90587
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 10/04/2017 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | SIXTH AMENDMENT DATED: 11/30/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 07/19/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 05/15/2020 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 03/06/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF TERM DATED: 08/31/2018 | SVC MANUFACTURING, INC. 555 WEST MONROE STREET CHICAGO, IL 60661 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Hearthside Food Solutions, LLC
      Name

Case number (If known):  24-90587

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 <br><br>SVC MANUFACTURING, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT MANUFACTURING AGREEMENT DATED: 07/29/2015 <br><br>SVC MANUFACTURING, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SIXTH AMENDMENTTOCONTRACT MANUFACTURING AGREEMENT DATED: 11/30/2018 <br><br>SVC MANUFACTURING, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 06/30/2017 <br><br>SVC MANUFACTURING, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION OF TERM DATED: 11/15/2018 <br><br>SVC MANUFACTURING, INC.<br>555 WEST MONROE STREET<br>CHICAGO, IL 60661 |
| **2.788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT, TESTING AND MANUFACTURING EXHIBIT A-1: PROJECT LUIGI DATED: 07/03/2023 <br><br>SVC MANUFACTURING, INC.<br>LAW DEPARTMENT<br>7701 LEGACY DRIVE<br>PLANO, TX 75024 |
| **2.789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSPORTATION CONTRACT DATED: 03/13/2023 <br><br>TEAM JOHNSON LIMO SERVICE<br>BRANDON JOHNSON<br>4840 US 20A<br>DELTA, OH 43515 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION CONTRACT DATED: 03/13/2023 | TEAM JOHNSON LIMO SERVICE<br>4840 US 20A<br>DELTA, OH 43515 |
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUPPLY AGREEMENT - EXEUCTIVE SUMMARY DATED: 03/13/2023 | TEAM JOHNSON LIMO SERVICE<br>4840 US 20A<br>DELTA, OH 43515 |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CO-MANUFACTURING AGREEMENT DATED: 01/08/2020 | THE COCOA EXCHANGE<br>400 VALLEY ROAD<br>SUITE 200<br>MT. ARLINGTON, NJ 07856 |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AND RELEASE DATED: 08/31/2015 | THE HARTZ MOUNTAIN CORPORATION<br>400 PLAZA DRIVE<br>SECAUCUS, NJ 07094 |
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR SUPPLY AGREEMENT DATED: 10/01/2013 | THE HARTZ MOUNTAIN CORPORATION<br>400 PLAZA DRIVE<br>SECAUCUS, NJ 07094-3688 |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF INTENT DATED: 12/07/2016 | THE HERSHEY COMPANY<br>500 W. 5TH ST.<br>SUITE 900<br>AUSTIN, TX 78701 |
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECRECY AND PROPRIETARY RIGHTS AGREEMENT DATED: 12/20/2011 | THE HERSHEY COMPANY<br>100 CRYSTAL A DRIVE<br>HERSHEY, PA 17033 |

Debtor  Hearthside Food Solutions, LLC
        Name
                                                    Case number (If known):  24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF LETTER OF INTENT DATED: 01/13/2020 | THE HERSHEY COMPANY 500 W. 5TH ST. SUITE 900 AUSTIN, TX 78701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO BUSINESS SCHEDULE 2 TO MASTER SUPPLIER RELATIONSHIP AGREEMENT AS AMENDED DATED: 11/22/2017 | THE HILLSHIRE BRANDS COMPANY 400 S. JEFFERSON. CHICAGO, IL 60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SCHEDULE NO 2 TO MASTER SUPPLIER RELATIONSHIP AGREEMENT AS AMENDED DATED: 07/12/2013 | THE HILLSHIRE BRANDS COMPANY 400 S. JEFFERSON. CHICAGO, IL 60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 09/01/2010 | THE HILLSHIRE BRANDS COMPANY 400 S. JEFFERSON. CHICAGO, IL 60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SCHEDULE NO. 2 TO MASTER SUPPLIER RELATIONSHIP AGREEMENT DATED: 07/12/2013 | THE HILLSHIRE BRANDS COMPANY 400 S. JEFFERSON. CHICAGO, IL 60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT DEVELOPMENT, MANUFACTURING AND SUPPLYAGREEMENT DATED: 02/20/2014 | THE JUICE PLUS+ COMPANY, LLC 715 MASSMAN DRIVE NASHVILLE, TN 37210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD VENDOR AGREEMENT FOR MERCHANDISE (PRODUCTS ) DATED: 10/01/2008 | THE KROGER CO. KROGER CORPORATE BRANDS DEPARTMENT 1014 VINE STREET CINCINNATI, OH 45202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Hearthside Food Solutions, LLC
          Name

Case number (If known):   24-90587

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD VENDOR AGREEMENT DATED: 02/20/2018 | THE KROGER CO. 1014 VINE STREET CINCINNATI, OH 45202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION AND AGREEMENT FOR ON-GOINA ORDERS | THE NIELSEN COMPANY (US) LLC 150 N. MARTINGALE ROAD SCHAUMBURG, IL 60173-2076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | BROKER AGREEMENT DATED: 04/24/2017 | THE THOMAS GROUP 17974 RED OAKS DRIVE MACOMB, MI 48044 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A, THURNE TERMS AND CONDITIONS DATED: 01/00/1900 | THURNE USA 2567 GREENLEAF ELK GROVE VILLAGE, IL 60007 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | CONVERSION AND PACKAGING AGREEMENT DATED: 07/13/2018 | TILLAMOOK COUNTY CREAMERY ASSOCIATION 4185 HIGHWAY 101 TILLAMOOK, OR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | CONVERSION AND PACKAGING AGREEMENT DATED: 07/13/2018 | TILLAMOOK COUNTY CREAMERY ASSOCIATION 4185 HIGHWAY 101 TILLAMOOK, OR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT DATED: 01/01/2023 | TILLEY DISTRIBUTION PO BOX 24289 NEW YORK, NY 10087-4289 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Hearthside Food Solutions, LLC
         Name
                                                          Case number (If known):  24-90587

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT  DATED: 01/01/2024 | TILLEY DISTRIBUTION<br>PO BOX 24289<br>NEW YORK, NY 10087-4289 |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASE DATED: 05/01/2018 | TOLL PACKAGING SERVICES, LLC<br>ATTN: CHAIRMAN AND CEO<br>3500 LACEY ROAD<br>SUITE 300<br>DOWNERS GROVE, 60515 |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT MANUFACTURING AGREEMENT DATED: 11/06/2013 | TOOTSIE ROLL INDUSTRIES, LLC<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, IL 60629 |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE LABEL AGREEMENT DATED: 01/03/2017 | TOPCO ASSOCIATES LLC<br>150 NW POINT BLVD<br>ELK GROVE VILLAGE, MN 55344 |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SUPPLIER AGREEMENT DATED: 07/30/2012 | TOPCO ASSOCIATES LLC<br>7711 GROSS POINT ROAD<br>SKOKIE, IL 60077 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED: 04/23/2010 | TRADER JOE'S COMPANY<br>800 SOUTH SHAMROCK AVENUE<br>MONROVIA, CA 91016-6346 |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER VENDOR AGREEMENT DATED: 09/14/2012 | TRADER JOE'S COMPANY<br>800 SOUTH SHAMROCK AVENUE<br>MONROVIA, CA 91016-6346 |

Debtor  Hearthside Food Solutions, LLC
        Name

Case number (If known):  24-90587

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.818** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/01/2018<br><br>TROPICANA MANUFACTURING COMPANY, INC<br>1001 13TH AVENUE EAST<br>BRADENTON, FL 34208 |
| **2.819** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXTENSION OF TERM DATED: 08/31/2018<br><br>TROPICANA MANUFACTURING COMPANY, INC.<br>1001 13TH AVENUE EAST<br>BRADENTON, FL 34208 |
| **2.820** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXTENSION OF TERM DATED: 11/15/2018<br><br>TROPICANA MANUFACTURING COMPANY, INC.<br>1001 13TH AVENUE EAST<br>BRADENTON, FL 34208 |
| **2.821** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | THIRD AMENDMENT TO CONTRACT MANUFACTURING AGREEMENT DATED: 02/15/2018<br><br>TROPICANA MANUFACTURING COMPANY, INC.<br>1001 13TH AVENUE EAST<br>BRADENTON, FL 34208 |
| **2.822** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXECUTIVE EMPLOYMENT AGREEMENT DATED: 11/15/2022<br><br>TUCK, MICHAEL C<br>ADDRESS ON FILE |
| **2.823** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTRACT MANAFACTURING AGREEMENT DATED: 10/14/2021<br><br>TYSON FOODS, INC<br>2200 W. DON TYSON PARKWAY<br>SPRINGDALE, AR 72762 |
| **2.824** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | BUSINESS SCHEDULE NO. 4 TO CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 12/01/2021<br><br>TYSON FOODS, INC<br>2200 DON TYSON PARKWAY<br>AR058124<br>SPRINGDALE, AR 72762-6999 |

Debtor   Hearthside Food Solutions, LLC
_____   Case number (If known):   24-90587
Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS SCHEDULE NO. 3 TO CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 01/01/2022 | TYSON FOODS, INC<br>2200 DON TYSON PARKWAY<br>AR058124<br>SPRINGDALE, AR 72762-6999 |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENUM TO BUSINESS SCHEDULE 2 TO MASTER SUPPLIER RELATIONSHIP AGREEMENT AS AMENDED DATED: 11/22/2017 | TYSON FOODS, INC<br>2200 DON TYSON PARKWAY<br>AR058124<br>SPRINGDALE, AR 72762-6999 |
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPOSED ACQUISITION DATED: 11/12/2016 | TYSON FOODS, INC<br>2200 DON TYSON PARKWAY<br>AR058124<br>SPRINGDALE, AR 72762-6999 |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT MANUFACTURING AGREEMENT AS AMENDED DATED: 01/08/2023 | TYSON SALES & DISTRIBUTION INC.<br>ATTN: SENIOR MANAGER PRODUCTION PLANNING<br>TYSON SALES & DISTRIBUTION, INC.<br>2200 DON TYSON PARKWAY<br>SPRINGDALE, AR 72762 |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSPORTATION LOGISTICS MANAGEMENT SERVICE AGREEMENT DATED: 04/15/2020 | UBER FREIGHT<br>TRANSPLACE TEXAS, LP<br>3010 GAYLORD PARKWAY<br>SUITE 200<br>FRISCO, TX 75034 |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL TERMS CONTRACT AS AMENDED DATED: 09/01/2023 | UNILEVER NORTH AMERICA<br>700 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE LABEL AGREEMENT DATED: 03/20/2018 | UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>11 BROADWAY<br>NEW YORK, NY 10004 |

| Debtor | Hearthside Food Solutions, LLC | Case number (if known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.832** | State what the contract or lease is for and the nature of the debtor's interest | LETTER DATED: 03/22/2018 | UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>11 BROADWAY<br>NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.833** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL AGREEMENT DATED: 10/03/2018 | UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>220 CONTINUUM DRIVE<br>FLETCHER, NC 28732 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.834** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/01/2012 | UNITED AMERICAN INDUSTRIES, INC<br>1203 W. SAN PEDRO STREET<br>GILBERT, AZ 85233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.835** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PACKAGING SERVICE AND SUPPLY AGREEMENT DATED: 01/01/2012 | UNITED AMERICAN INDUSTRIES, INC.<br>1203 W. SAN PEDRO STREET<br>GILBERT, AZ 85233 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.836** | State what the contract or lease is for and the nature of the debtor's interest | COLLECTIVE BARGAINING AGREEMENT DATED: 11/2023 | United Food & Commercial Workers Union, Local 1529<br>8205 MACON RD<br>CORDOVA, TN 38018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.837** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL POLICIES DATED: 06/12/2012 | UNITED NATURAL FOODS, INC.<br>313 IRON HORSE WAY<br>PROVIDENCE, RI 02908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.838** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LABEL SUPPLIER AGREEMENT DATED: 02/01/2018 | UNITED NATURAL FOODS, INC.<br>313 IRON HORSE WAY<br>PROVIDENCE, RI 02908 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Hearthside Food Solutions, LLC
_____   Case number (If known):   24-90587
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.839** | **State what the contract or lease is for and the nature of the debtor's interest** | CARRIER AGREEMENT DATED: 04/11/2022 | UNITED PARCEL SERVICE INC<br>1550 HOLLAND RD<br>MAUMEE, OH 43537 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.840** | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AND DEVELOPMENT AGREEMENT AND RELEASE AND HOLD HARMLESS DATED: 12/20/2011 | UNREAL BRANDS, INC.<br>51 Melcher St<br>Boston, MA 02210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.841** | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AND DEVELOPMENT AGREEMENT AND RELEASE AND HOLD HARMLESS DATED: 12/21/2011 | UNREAL BRANDS, INC.<br>51 Melcher St<br>Boston, MA 02210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.842** | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER INCENTIVE AGREEMENT ("""AGREEMENT""") DATED: 09/04/2022 | US FOODS, INC<br>9399 West Higgins Rd<br>Ste 100<br>Rosemont, IL 60018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.843** | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER INCENTIVE AGREEMENT DATED: 09/04/2023 | US FOODS, INC<br>9399 West Higgins Rd<br>Ste 100<br>Rosemont, IL 60018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.844** | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DATED: 09/11/2023 | VAN DE BOVENKAMP, BRETT<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.845** | **State what the contract or lease is for and the nature of the debtor's interest** | RECRUITING SERVICES AGREEMENT DATED: 05/09/2019 | VET2TECH CORPORATION<br>P.O. BOX 23015<br>BELLEVILLE, IL 62223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.846** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXPIRATION NOTICE DATED: 03/18/2021 | VIDEOJET TECHNOLOGIES<br>12113 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 |
| **2.847** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXPIRATION NOTICE DATED: 06/01/2021 | VIDEOJET TECHNOLOGIES<br>12113 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 |
| **2.848** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED: 04/26/2022 | VROOZI, INC.<br>1212 BROADWAY PLAZA<br>SUITE 2100<br>WALNUT CREEK, CA 94521 |
| **2.849** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLY AGREEMENT DATED: 05/30/2012 | WALGREEN BRANDED MERCHANDISE<br>200 WILMOT ROAD<br>DEERFIELD, IL 60015 |
| **2.850** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER SERVICE AGREEMENT DATED: 01/01/2021 | WASTE CONNECTIONS OF TN<br>2400 CHIPMAN STREET<br>KNOXVILLE, TN 37917 |
| **2.851** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE SUMMARY DATED: 09/01/2023 | WASTE MANAGEMENT OF UTAH, INC<br>2555 MERIDIAN BLVD<br>SUITE 200<br>FRANKLIN, TN 37067 |
| **2.852** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE SUMMARY DATED: 11/08/2023 | WASTE MANAGEMENT, INC. OF TENNESSEE<br>2555 MERIDIAN BLVD<br>SUITE 200<br>FRANKLIN, TN 37067 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.853** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PRIVATE LABEL AGREEMENT DATED: 10/18/2017 | WHOLE FOODS<br>1200 N KIRK RD<br>BATAVIA, IL 60510 |

| | | |
|---|---|---|
| **2.854** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STAFFING SERVICES AGREEMENT DATED: 12/15/2021 | WISE STAFFING GROUP<br>10790_HWY 178<br>OLIVE BRANCH, MS 38654 |
| **2.855** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER EXTERNAL MANUFACTURING AGREEMENT DATED: 03/01/2011 | WRIGLEY MANUFACTURING COMPANY, LLC<br>410 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60611 |
| **2.856** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 05/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.857** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.858** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.859** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 07/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |

Debtor   Hearthside Food Solutions, LLC
         Name

Case number (If known):   24-90587

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.860** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.861** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.862** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 05/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.863** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 05/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.864** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 08/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.865** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 08/01/2023<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| **2.866** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT LEASE AGREEMENT DATED: 08/01/2022<br><br>XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): 24-90587 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
|---|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | EQUIPMENT LEASE AGREEMENT DATED: 06/01/2022 | XTRA LEASE<br>PO BOX 219562<br>KANSAS CITY, MO 64121-9562 |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name     Hearthside Food Solutions, LLC

United States Bankruptcy Court for the:   Southern District of Texas, Houston Division

Case number (If known):     24-90587

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Hearthside Finance Company, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.2 Hearthside Finance Company, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Hearthside Finance Company, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.4 Hearthside Holdco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.5 Hearthside Holdco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.6 Hearthside Holdco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor   Hearthside Food Solutions, LLC

Name

Case number (If known): 24-90587

---

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Hearthside USA - Corporate, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.8 | Hearthside USA - Corporate, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | Hearthside USA - Corporate, Inc. | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.10 | Hearthside USA – CPG Partners, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.11 | Hearthside USA – CPG Partners, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.12 | Hearthside USA – CPG Partners, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.13 | Hearthside USA – Produce & Foodservice, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.14 | Hearthside USA – Produce & Foodservice, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Hearthside Food Solutions, LLC          Case number (If known)   24-90587
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 | Hearthside USA – Produce & Foodservice, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.16 | Hearthside USA, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.17 | Hearthside USA, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | Hearthside USA, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.19 | H-Food Holdings, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.20 | H-Food Holdings, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | H-Food Holdings, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.22 | Interbake Foods, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): | 24-90587 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Interbake Foods, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | Interbake Foods, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.25 | Matterhorn Buyer, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.26 | Matterhorn Buyer, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | Matterhorn Buyer, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.28 | Oak State Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.29 | Oak State Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | Oak State Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

| | | Additional Page if Debtor Has More Codebtors | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Peacock Engineering Company II, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☒ D ☐ E/F ☐ G |
| 2.32 | Peacock Engineering Company II, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☒ D ☐ E/F ☐ G |
| 2.33 | Peacock Engineering Company II, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.34 | Peacock Foods LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☒ D ☐ E/F ☐ G |
| 2.35 | Peacock Foods LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☒ D ☐ E/F ☐ G |
| 2.36 | Peacock Foods LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.37 | Quality Bakery Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☒ D ☐ E/F ☐ G |
| 2.38 | Quality Bakery Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☒ D ☐ E/F ☐ G |

Debtor   Hearthside Food Solutions, LLC
Name

Case number (If known):   24-90587

| | Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
| | **Column 1:** Codebtor | | **Column 2:** Creditor | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Quality Bakery Products, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.40 | Ryt-way Industries, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.41 | Ryt-way Industries, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.42 | Ryt-way Industries, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.43 | Ryt-way Midco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.44 | Ryt-way Midco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.45 | Ryt-way Midco, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.46 | Standard Functional Foods Group, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |

| Debtor | Hearthside Food Solutions, LLC | Case number (If known): | 24-90587 |
| Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Standard Functional Foods Group, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.48 | Standard Functional Foods Group, LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.49 | Toll Packaging Services LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | ARES CAPITAL CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.50 | Toll Packaging Services LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | GOLDMAN SACHS LENDING PARTNERS, LLC | ☑ D ☐ E/F ☐ G |
| 2.51 | Toll Packaging Services LLC | 3333 Finley Rd. Suite 800 Downer's Grove, IL 60515 | U.S. BANK NATIONAL ASSOCIATION | ☐ D ☑ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Hearthside Food Solutions, LLC

United States Bankruptcy Court for the:  Southern District of Texas, Houston Division

Case number (If known)  24-90587

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/23/2024
　　　　　　　MM / DD / YYYY

X  /s/ Robert M. Caruso
Signature of individual signing on behalf of debtor

Robert M. Caruso
Printed name

Chief Restructuring Officer
Position or relationship to debtor