**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| | (Jointly Administered) |
| Debtors. | |

**STIPULATION REGARDING THE UNITED STATES**
**TRUSTEE'S AND CREDITORS' COMMITTEES' DEADLINES TO**
**OBJECT TO DEBTORS' APPLICATIONS TO EMPLOY PROFESSIONALS**
**(I) ROPES & GRAY LLP, (II) ALVAREZ & MARSAL NORTH AMERICA LLC,**
**<u>AND (III) EVERCORE GROUP L.L.C., AS APPLICABLE</u>**
[Relates to Objection Deadlines for the Professional Employment Applications Filed at Docket
Nos. 170, 171, and 172]

This *Stipulation Regarding the United States Trustee's and Creditors' Committee's Deadline to Object to Debtors' Applications to Employ Professionals (I) Ropes & Gray LLP, (II) Alvarez & Marsal North America LLC, and (III) Evercore Group L.L.C., as Applicable* (the "<u>Stipulation</u>") is entered by and between the above captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), the United States Trustee (the "<u>U.S. Trustee</u>"), and the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") (collectively, the "<u>Parties</u>").

WHEREAS, on December 11, 2024, the Debtors filed the following applications to retain certain professionals: (a) the *Debtors' Application for Entry of an Order Authorizing the Debtors*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

*to Employ and Retain Ropes & Gray LLP as Attorneys for Debtors and Debtors in Possession Effective as of Petition Date* [Docket No. 170] (the "Ropes & Gray Application"), (b) the *Debtors' Application for Entry of an Order Authorizing the (I) Retention and Employment of Alvarez & Marsal North America, LLC, (II) Designation of Robert M. Caruso as Chief Restructuring Officer, and (III) Provision of Additional Personnel for Debtors* [Docket No. 171] (the "A&M Application"), and (c) the *Application of Debtors for (I) Authority to Retain and Employ Evercore Group L.L.C. as Investment Banker Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 172] (the "Evercore Application", together with Ropes & Gray Application and A&M Application, the "Professional Retention Applications");

WHEREAS, the current deadline to file and serve any objection to the Professional Retention Applications is January 2, 2025 (the "Objection Deadline");

WHEREAS, the U.S. Trustee has requested an extension of the Objection Deadline with respect to Ropes & Gray Application and A&M Application;

WHEREAS, the Creditors' Committee has requested an extension of the Objection Deadline with respect to Evercore Application;

WHEREAS, the Debtors continue to negotiate certain outstanding issues related to Professional Retention Applications with the U.S. Trustee and the Creditors' Committee.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES AS FOLLOWS:**

1.     The Objection Deadline with respect to Ropes & Gray Application and A&M Application is extended to January 9, 2025 at 4:00 p.m. prevailing Central Time, solely with respect to the U.S. Trustee.

2.      The Objection Deadline with respect to Evercore Application is extended to January 9, 2025 at 4:00 p.m. prevailing Central Time, solely with respect to the Creditors' Committee.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  January 2, 2025

KEVIN M. EPSTEIN,
UNITED STATES TRUSTEE

*/s/ Susan B. Hersh*
Susan B. Hersh, Trial Attorney
SBOT No. 09543925
Susan.hersh@usdoj.gov
Cell: 202-702-3924
Jayson Ruff, Trial Attorney
Michigan Bar No. P69893
Jayson.B.Ruff@usdoj.gov
Telephone: 202-573-6960
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

*COUNSEL FOR THE UNITED STATES TRUSTEE*

*/s/ John F. Higgins*

| **PORTER HEDGES LLP** | **ROPES & GRAY LLP** |
|---|---|
| John F. Higgins (TX Bar No. 09597500) | Ryan Preston Dahl (admitted *pro hac vice*) |
| M. Shane Johnson (TX Bar No. 24083263) | Matthew M. Roose (admitted *pro hac vice*) |
| Jack M. Eiband (TX Bar No. 24135185) | Natasha S. Hwangpo (admitted *pro hac vice*) |
| 1000 Main St., 36th Floor | 1211 Avenue of the Americas |
| Houston, Texas 77002 | New York, New York 10036 |
| Telephone: (713) 226-6000 | Telephone: (212) 596-9000 |
| Facsimile:  (713) 228-1331 | Facsimile:  (212) 596-9090 |
| Email:      jhiggins@porterhedges.com | Email:      ryan.dahl@ropesgray.com |
|             sjohnson@porterhedges.com |             matthew.roose@ropesgray.com |
|             jeiband@porterhedges.com |             natasha.hwangpo@ropesgray.com |

*PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive
Chicago, Illinois 6060
Telephone: (312) 845-120
Facsimile:  (312) 845-5500

*[Signature Page to the Stipulation to Deadline to Object]*

Email:        stephen.iacovo@ropesgray.com

*PROPOSED CO-COUNSEL TO THE*
*DEBTORS AND DEBTORS IN POSSESSION*

*/s/ Charles R. Gibbs*
**MCDERMOTT WILL & EMERY LLP**          **LOWENSTEIN SANDLER LLP**
Charles R. Gibbs (TX Bar No. 07846300)          Jeffrey L. Cohen (admitted *pro hac vice*)
Grayson Williams (TX Bar No. 24124561)          David M. Posner (admitted *pro hac vice*)
1000 Main St., 36th Floor                        Bruce S. Nathan (admitted *pro hac vice*)
Houston, Texas 77002                             1251 Avenue of the Americas
Telephone: (713) 226-6000                        New York, NY 10020
Facsimile:  (713) 228-1331                       Telephone: (212) 262-6700
Email:      crgibbs@mwe.com                      Facsimile:  (212) 262-7402
            gwilliams@mwe.com                    Email:      jcohen@lowenstein.com
                                                             dposner@lowenstein.com
                                                             bnathan@lowenstein.com

*PROPOSED CO-COUNSEL TO THE*          *PROPOSED CO-COUNSEL TO THE*
*CREDITORS' COMMITTEE*                *CREDITORS' COMMITTEE*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 2, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
*John F. Higgins*