**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EXTENSION TO FILE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS PLAN RECOMMENDATION LETTER**

PLEASE TAKE NOTICE THAT on January 24, 2025, the United States Bankruptcy Court for the Southern District of Texas entered an order [ECF No. 395] (a) authorizing the above-captioned debtors and debtors-in-possession (collectively the "Debtors") to solicit votes on the *Second Amended Joint Chapter 11 Plan of Reorganization of H-Food Holdings, LLC and its Affiliated Debtors* [ECF No. 388] (the "Plan"); (b) approving the *Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Reorganization of H-Food Holdings, LLC and its Affiliated Debtors* [ECF No. 389]; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

PLEASE TAKE FURTHER NOTICE THAT the solicitation materials contained a letter from the Official Committee of Unsecured Creditors (the "Committee") that indicated that the Committee would provide an update on the results of its investigation and a recommendation to all unsecured creditors on whether to support the Plan on or before February 24, 2025 (the "Recommendation Report").

PLEASE TAKE FURTHER NOTICE THAT the Committee is finalizing its Recommendation Report and presently intends to file it on or before February 26, 2025, subject to further extensions. The Committee recommends that you not vote on the Plan until the Recommendation Report is filed with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: H-Food Holdings, LLC (6072); HFS Sub, LLC (8177); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA – Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Hearthside Food Solutions, LLC (8653); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Peacock Engineering Company II, LLC (N/A); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

Dated: February 24, 2025

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*

Charles R. Gibbs
Texas State Bar No. 7846300
Grayson Williams (admitted *pro hac vice*)
Texas State Bar No. 24124561
845 Texas Avenue, Suite 4000
Houston, TX 77002-1656
Telephone: (713) 653-1700
Facsimile: (713) 739-7592
Email: crgibbs@mwe.com
        gwilliams@mwe.com

-and-

**LOWENSTEIN SANDLER LLP**

Jeffrey L. Cohen (admitted *pro hac vice*)
David M. Posner (admitted *pro hac vice*)
Bruce S. Nathan
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email:  jcohen@lowenstein.com
        dposner@lowenstein.com
        bnathan@lowenstein.com

-and-

Michael A. Kaplan (admitted *pro hac vice*)
Colleen M. Restel
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
Email: mkaplan@lowenstein.com
        crestel@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs
