UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF (1) OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR ENTRY OF ORDER (I) AUTHORIZING AND APPROVING THE DEBTORS' (A) KEY EMPLOYEE RETENTION PLAN AND (B) KEY EMPLOYEE INCENTIVE PLAN, AND (II) GRANTING RELATED RELIEF [ECF NO. 455]; AND (2) MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE COMMITTEE TO FILE UNDER SEAL AND REDACT AND FILE THE OBJECTION TO THE DEBTORS' MOTION FOR APPROVAL OF KEY EMPLOYEE RETENTION PLAN AND KEY EMPLOYEE INCENTIVE PLAN AND THE KEARNS DECLARATION AND (II) GRANTING RELATED RELIEF [ECF NO. 456]**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby withdraws without prejudice the *Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of Order (I) Authorizing and Approving the Debtors' (A) Key Employee Retention Plan*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: H-Food Holdings, LLC (6072); HFS Sub, LLC (8177); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA – Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Hearthside Food Solutions, LLC (8653); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Peacock Engineering Company II, LLC (N/A); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

*and (B) Key Employee Incentive Plan, and (II) Granting Related Relief* [ECF No. 455], and the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Committee to File Under Seal and Redact and File the Objection to the Debtors' Motion for Approval of Key Employee Retention Plan and Key Employee Incentive Plan and the Kearns Declaration and (II) Granting Related Relief* [ECF No. 456].

[*Remainder of the page is intentionally left blank*]

| | |
|---|---|
| Dated: February 27, 2025 | Respectfully submitted, |
| | **MCDERMOTT WILL & EMERY LLP** |
| | */s/ Charles R. Gibbs* |
| | Charles R. Gibbs |
| | Texas State Bar No. 7846300 |
| | Grayson Williams (admitted *pro hac vice*) |
| | Texas State Bar No. 24124561 |
| | 845 Texas Avenue, Suite 4000 |
| | Houston, TX 77002-1656 |
| | Telephone: (713) 653-1700 |
| | Facsimile: (713) 739-7592 |
| | Email: crgibbs@mwe.com |
| |       gwilliams@mwe.com |
| | |
| | -and- |
| | |
| | **LOWENSTEIN SANDLER LLP** |
| | Jeffrey L. Cohen (admitted *pro hac vice*) |
| | David M. Posner (admitted *pro hac vice*) |
| | Bruce S. Nathan |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 262-6700 |
| | Facsimile: (212) 262-7402 |
| | Email: jcohen@lowenstein.com |
| |       dposner@lowenstein.com |
| |       bnathan@lowenstein.com |
| | |
| | -and- |
| | |
| | Michael A. Kaplan (admitted *pro hac vice*) |
| | Colleen M. Restel |
| | One Lowenstein Drive |
| | Roseland, NJ 07068 |
| | Telephone: (973) 597-2500 |
| | Facsimile:  (973) 597-2400 |
| | Email: mkaplan@lowenstein.com |
| |       crestel@lowenstein.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

## **CERTIFICATE OF SERVICE**

  I certify that on February 27, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

              */s/ Charles R. Gibbs*
              Charles R. Gibbs