UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

**STIPULATION REGARDING LA PALMA MILLER PHASE III'S
DEADLINE TO OBJECT TO DEBTORS' SECOND OMNIBUS
MOTION AUTHORIZING REJECTION OF CERTAIN UNEXPIRED
LEASES AND EXECUTORY CONTRACTS IN ANAHEIM, CALIFORNIA**
[Relates to Objection Deadline for the Motion Filed at Docket No. 556]

This *Stipulation Regarding La Palma Miller Phase III's Deadline to Object to Debtors' Second Omnibus Motion Authorizing Rejection of Certain Unexpired Leases and Executory Contracts Located in Anaheim, California* (the "Stipulation") is entered by and between the above captioned debtors and debtors in possession (collectively, the "Debtors") and La Palma Miller Phase III, the lessor of the Anaheim property (the "Lessor") (collectively, the "Parties").

WHEREAS, on February 28, 2025, the Debtors filed the *Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing (a) Rejection of Certain Unexpired Leases and Executory Contracts in Anaheim, California and (b) Abandonment of Certain Personal Property, if any, and (II) Granting Related Relief* [Docket No. 556] (the "Anaheim Rejection Motion");

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

WHEREAS, the current deadline to file and serve any objection to the Anaheim Rejection Motion is March 21, 2025 (the "Objection Deadline");

WHEREAS, the Lessor has requested an extension of the Objection Deadline with respect to the Anaheim Rejection Motion;

WHEREAS, the Debtors continue to negotiate certain outstanding issues related to Anaheim Rejection Motion with the Lessor.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES AS FOLLOWS:**

1. The Objection Deadline with respect to the Anaheim Rejection Motion is extended to March 28, 2025 at 4:00 p.m. prevailing Central Time, solely with respect to the Lessor.

[*Remainder of Page Intentionally Left Blank*]

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  March 21, 2025

M. RYAN PINKSTON,


*/s/ M.Ryan Pinkston*
M. Ryan Pinkston, Partner
RPinkston@seyfarth.com
Cell: 415-544-1013
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, California 94105

*COUNSEL FOR THE LESSOR*

*/s/ John F. Higgins*

| **PORTER HEDGES LLP** | **ROPES & GRAY LLP** |
|---|---|
| John F. Higgins (TX Bar No. 09597500) | Ryan Preston Dahl (admitted *pro hac vice*) |
| M. Shane Johnson (TX Bar No. 24083263) | Matthew M. Roose (admitted *pro hac vice*) |
| Jack M. Eiband (TX Bar No. 24135185) | Natasha S. Hwangpo (admitted *pro hac vice*) |
| 1000 Main St., 36th Floor | 1211 Avenue of the Americas |
| Houston, Texas 77002 | New York, New York 10036 |
| Telephone: (713) 226-6000 | Telephone: (212) 596-9000 |
| Facsimile:  (713) 228-1331 | Facsimile:  (212) 596-9090 |
| Email:       jhiggins@porterhedges.com | Email:       ryan.dahl@ropesgray.com |
|                    sjohnson@porterhedges.com |                    matthew.roose@ropesgray.com |
|                    jeiband@porterhedges.com |                    natasha.hwangpo@ropesgray.com |

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive
Chicago, Illinois 6060
Telephone: (312) 845-120
Facsimile:  (312) 845-5500
 Email:       stephen.iacovo@ropesgray.com

*CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION*


[*Signature Page to the Stipulation to Deadline to Object*]

**CERTIFICATE OF SERVICE**

      I certify that on March 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ John F. Higgins*
      *John F. Higgins*