**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.,* [1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Reese Campanalonga, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On March 10, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Master First Class Mail Service List attached hereto as **Exhibit A**:

- Notice of Filing of Third Amended Plan Supplement [Docket No. 583] (the "**_Notice of Third Amended Plan Filing_**")

- Notice of Filing of Redline of the Third Amended Plan of Reorganization [Docket No. 589]

- Notice of Revised Proposed Order Confirming Third Amended Joint Chapter 11 Plan of Reorganization of H-Food Holdings, LLC and its Affiliated Debtors [Docket No. 590]

- Order (A) Extending the Time to File Notices of Removal of Civil Actions and (B) Granting Related Relief [Docket No. 594] (the "**_Extension Order Regarding Removal of Civil Actions_**")

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783).  The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

- Notice of Filing of Fourth Amended Plan Supplement [Docket No. 598] (the "***Fourth Amended Plan***")

- Debtors' Motion for Entry of Order (I) Authorizing the Debtors to Redact and File the Fourth Amended Plan Supplement and (II) Granting Related Relief [Docket No. 601] (the "***Motion to Seal Fourth Amended Plan Supplement***")

On March 10, 2025, at my direction and under my supervision, employees of Kroll caused the Extension Order Regarding Removal of Civil Actions, Fourth Amended Plan, Motion to Seal Fourth Amended Plan Supplement, and the following document to be served via email on the Master Email Service List attached hereto as **Exhibit B**:

- Debtors' Amended Agenda of Matters Set for Confirmation Hearing on March 10, 2025 at 1:00 p.m. (prevailing Central Time) [Docket No. 600]

On March 10, 2025, at my direction and under my supervision, employees of Kroll caused the Notice of Third Amended Plan Filing to be served via overnight mail on the Contract Counterparties Service List attached hereto as **Exhibit C**.

On March 10, 2025, at my direction and under my supervision, employees of Kroll caused the Extension Order Regarding Removal of Civil Actions to be served by the method set forth on the Litigation Notice Parties Service List attached hereto as **Exhibit D**.

Dated: March 19, 2025

/s/ *Reese Campanalonga*
Reese Campanalonga

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 19, 2025, by Reese Campanalonga, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86711

**<u>Exhibit A</u>**

Exhibit A
Master First Class Mail Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AMCOR FLEXIBLES NORTH AMERICA INC | ATTN: PETER KONIECZNY, CHIEF EXECUTIVE OFFICER | 2200 BADGER AVE | | OSHKOSH | WI | 54904 |
| APPLIED PRODUCTS, INC. | ATTN: JOHN FERIANECK, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 12000 PRODUCT DRIVE | | MACHESNEY PARK | IL | 61115 |
| ARDENT MILLS | ATTN: SHERYL WALLACE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1875 LAWRENCE STREET | SUITE 1200 | DENVER | CO | 80202 |
| ARES CAPITAL CORPORATION | ATTN: RAY WRIGHT | 245 PARK AVENUE, 44TH FLOOR | | NEW YORK | NY | 10167 |
| BARRY CALLEBAUT U.S.A. LLC | ATTN: BEN DE SCHRYVER, PRESIDENT NORTH AMERICA | 600 WEST CHICAGO AVENUE | SUITE 860 | CHICAGO | IL | 60654 |
| CARGILL, INCORPORATED | ATTN: LAW DEPARTMENT, WILL BRUNNQUELL | 300 W 1ST ST N | | WICHITA | KS | 67202 |
| FAIR LABOR STANDARDS | ATTN: SUSIE REYNOLDS, DIVISION MANAGER, JANE FLANAGAN | 160 N LA SALLE DR | | CHICAGO | IL | 60601 |
| GENERAL MILLS, INC | ATTN: JEFF HARMENING, CHIEF EXECUTIVE OFFICER | NUMBER ONE GENERAL MILLS BOULEVARD | | MINNEAPOLIS | MN | 55426 |
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: ANNA ASHUROV | 200 WEST STREET | | NEW YORK | NY | 10282 |
| GRAPHIC PACKAGING INTERNATIONAL INC | ATTN: LAURA LYNN CHURCH | 1500 RIVEREDGE PARKWAY | SUITE 100 | ATLANTA | GA | 30328 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20004-2541 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| KERRY INGREDIENTS NA | ATTN: OLIVER KELLY, PRESIDENT AND CEO KERRY NORTH AMERICA | 3400 MILLINGTON RD | | BELOIT | WI | 53511-9554 |
| KING MILLING COMPANY | ATTN: BRIAN DOYLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 222 WEST MAIN STREET | | LOWELL | MI | 49331 |
| KIRKLAND & ELLIS | ATTN: PATRICIA LOUREIRO, SARAH MELANSON, BRIAN SCHARTZ, TREVOR ECK, HANNAH KUPSKY | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 |
| KRAFT HEINZ FOODS COMPANY | ATTN: ANDRE MACIEL, CHIEF FINANCIAL OFFICER | 200 E RANDOLPH ST | SUITE 7600 | CHICAGO | IL | 60601 |
| LACTALIS HERITAGE DAIRY, INC. | ATTN: KATHRYN WYCKLENDT | 540 WEST MADISON STREET | | CHICAGO | IL | 60661 |
| MANPOWER | ATTN: JONAS PRISING , CHIEF EXECUTIVE OFFICER | 100 MANPOWER PLACE | | MILWAUKEE | WI | 53212 |
| MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES GIBBS | 2401 N. HARWOOD STREET | SUITE 1900 | DALLAS | TX | 75201 |
| MICROSOFT CORPORATION | ATTN: SATYA NADELLA, CHIEF EXECUTIVE OFFICER | ONE MICROSOFT WAY | | REDMOND | WA | 98052 |
| MILBANK LLP | ATTN: MICHAEL PRICE, SMAUEL KHALIL | 55 HUDSON YARDS | | NEW YORK | NY | 10001 |
| MONDELEZ GLOBAL LLC | ATTN: ED MORRIN, DIRECTOR BUSINESS DEVELOPMENT | 905 WEST FULTON MARKET | SUITE 200 | CHICAGO | IL | 60607 |
| PACKAGING CORP. OF AMERICA | ATTN: PAMELA BARNES, SENIOR VICE PRESIDENT, FINANCE AND CONTROLLER | 1 NORTH FIELD COURT | | LAKE FOREST | IL | 60045 |
| PAPERWORKS INDUSTRIES, INC. | ATTN: BRIAN JANKI, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 40 MONUMENT ROAD | SUITE 200 | FORT WASHINGTON | PA | 19004-1735 |
| PAUL HASTINGS, LLP | ATTN: JASON PIERCE, SAL PERROTTO, KRIS HANSEN, JON CANFIELD | 4655 EXECUTIVE DRIVE | SUITE 350 | SAN DIEGO | CA | 92121 |
| PEPSICO | ATTN: STEVEN WILLIAMS, CHIEF EXECUTIVE OFFICER | 700 ANDERSON HILL ROAD | | PURCHASE | NY | 10577 |
| PHILLIPS LYTLE LLP | ATTN: ANGELA Z. MILLER ESQ. | 125 MAIN STREET | | BUFFALO | NY | 14203 |
| PROSKAUER ROSE | ATTN: VINCENT INDELICATO, MATTHEW R. KOCH | ELEVEN TIMES SQUARE | EIGHTH AVENUE & 41ST STREET | NEW YORK | NY | 10036-8299 |
| SADDLE CREEK CORP. | ATTN: LEGAL DEPARTMENT | 3010 SADDLE CREEK ROAD | | LAKELAND | FL | 33801 |
| SARA LEE FROZEN BAKERY LLC | ATTN: CRAIG BAHNER, CHIEF EXECUTIVE OFFICER | 1 TOWER LN | SUITE 600 | OAKBROOK TERRACE | IL | 60181 |
| SHORR PACKAGING CORPORATION | ATTN: ROB ONORATO, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 4000 FERRY ROAD | | AURORA | IL | 60502 |
| SONOCO PRODUCTS COMPANY | ATTN: HOWARD COKER, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1 NORTH 2ND ST. | | HARTSVILLE | SC | 29550 |

Exhibit A
Master First Class Mail Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH | 302 W. WASHINGTON ST., 5TH FLOOR | INDIANAPOLIS | IN | 46204 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST. P.O. BOX 30212 | LANSING | MI | 48909-0212 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200 P.O. BOX 220 | JACKSON | MS | 39201 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE VIRGINIA ATTORNEY | GENERAL FINANCIAL RECOVERY SECTION | PO BOX 610 | RICHMOND | VA | 23218-0610 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL, ROOM 114 EAST P. O. BOX 7857 | MADISON | WI | 53707-7857 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: PRESIDENT OR GENERAL COUNSEL | LYNDON B. JOHNSON STATE OFFICE BUILDIN | 111 EAST 17TH STREET | AUSTIN | TX | 78774 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN: PRESIDENT OR GENERAL COUNSEL | PO BOX 13528, CAPITOL STATION | | AUSTIN | TX | 78711 |
| TEXAS SECRETARY OF STATE | ATTN: PRESIDENT OR GENERAL COUNSEL | PO BOX 12887 | | AUSTIN | TX | 78711 |
| TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: JONATHAN SKRMETTI, STEPHEN R. BUTLER | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| TYSON FOODS INC. | ATTN: CURT CALAWAY, CHIEF FINANCIAL OFFICER | 2200 W. DON TYSON PARKWAY | | SPRINGDALE | AR | 72762 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST, WEST CORPORATION | RICK PROKOSCH, MOLLIE YETTER | WEST SIDE FLATS, 60 LIVINGSTON AVE, EP-MN-WS | SAINT PAUL | MN | 55107 |
| UBER FREIGHT US LLC | ATTN: LEIGH ROBINSON, CHIEF PEOPLE OFFICER | 433 W VAN BUREN ST | | CHICAGO | IL | 60607 |
| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF TEXAS | UNITED STATES COURTHOUSE | 515 RUSK AVENUE | | HOUSTON | TX | 77002 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: DONALD G MACPHERSON, CHIEF EXECUTIVE OFFICER | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| W. W. GRAINGER, INC. | | 100 GRAINGER PARKWAY | | LAKE FOREST | IL | 60045 |
| WESTROCK COMPANY | ATTN: DAVID SEWELL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1000 ABERNATHY ROAD NE | | ATLANTA | GA | 30328 |
| WK KELLOGG CO | ATTN: DAVE MCKINSTRAY, CHIEF FINANCIAL OFFICER | ONE KELLOGG SQUARE | | BATTLE CREEK | MI | 49017 |
| WORKPLACE RIGHTS BUREAU | ATTN: ALVAR AYALA, JACK CRAMER, KWAME RAOUL | 115 S. LA SALLE STREET | | CHICAGO | IL | 60603 |
| WSI - WORKFORCE STRATEGIES, INC | ATTN: JEFFREY O'BRIEN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | 1960 28TH ST SE | | GRAND RAPIDS | MI | 49508 |
| WYANDOT USA LLC | ATTN: CATHRYN CARTER, CHIEF FINANCIAL OFFICER | 135 WYANDOT AVE | | MARION | OH | 43302 |

**<u>Exhibit B</u>**

Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AMCOR FLEXIBLES NORTH AMERICA INC | ATTN: PETER KONIECZNY, CHIEF EXECUTIVE OFFICER | PETER.KONIECZNY@AMCOR.COM |
| APPLIED PRODUCTS, INC. | ATTN: JOHN FERIANCEK, PRESIDENT AND CHIEF EXECUTIVE OFFICER | JOHN.D.FERIANCEK@GMAIL.COM |
| APPLIED PRODUCTS, INC. | ATTN: LANCE KNAPP | LKNAPP@APPLIEDPRODUCTS.COM |
| ARCHER DANIELS MIDLAND CO. | ATTN: MARK SPEISER | MARK.SPEISER@ADM.COM |
| ARDENT MILLS | ATTN: SHERYL WALLACE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | SHERYL_WALLACE@CARGILL.COM |
| ARENTFOX SCHIFF LLP | ATTN: ANNIE Y. STOOPS | ANNIE.STOOPS@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JEFFERY R. GLEIT, ESQ., BRETT D. GOODMAN, ESQ. | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY, ESQ. | MATTHEW.BENTLEY@AFSLAW.COM |
| ARES CAPITAL CORPORATION | ATTN: RAY WRIGHT | AGENCY@ARESMGMT.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: MATTHEW J. MICHELI | MATTHEW.MICHELI@ARNOLDPORTER.COM |
| BALLARD SPAHR LLP | ATTN: CRAIG SOLOMON GANZ, ESQ., JOEL F. NEWELL, ESQ. | GANZC@BALLARDSPAHR.COM; NEWELLJ@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP | ATTN: THOMAS G. HASKINS, JR. | THOMAS.HASKINS@BTLAW.COM |
| BARNES & THORNBURG LLP | ATTN: CONNIE A. LAHN, ESQ. | CONNIE.LAHN@BTLAW.COM |
| BARRY CALLEBAUT U.S.A. LLC | ATTN: BEN DE SCHRYVER, PRESIDENT NORTH AMERICA | BEN_DE_SCHRYVER@BARRY-CALLEBAUT.COM |
| BASS, BERRY & SIMS PLC | ATTN: PAUL G. JENNINGS, ELAINA AL-NIMRI | PJENNINGS@BASSBERRY.COM; EAL-NIMRI@BASSBERRY.COM |
| BUNGE NORTH AMERICA | ATTN: GREGORY ZEMAITIS, BEVERLY GARNER | GREG.ZEMAITIS@BUNGE.COM; BEVERLY.GARNER@BUNGE.COM |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C. | ATTN: JOSEPH D. FRANK, JEREMY C. KLEINMAN | JFRANK@BURKELAW.COM; JKLEINMAN@BURKELAW.COM |
| CARGILL, INCORPORATED | ATTN: LAW DEPARTMENT, WILL BRUNNQUELL | WILL_BRUNNQUELL@GARGILL.COM |
| CENTRAL STATES LAW DEPARTMENT | ATTN: ANTHONY E. NAPOLI | TNAPOLI@CENTRALSTATES.ORG |
| CHAFFETZ LINDSEY LLP | ATTN: ALAN LIPKIN | A.LIPKIN@CHAFFETZLINDSEY.COM |
| CLARK HILL PLC | ATTN: AUDREY L. HORNISHER | AHORNISHER@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: SCOTT N. SCHREIBER | SSCHREIBER@CLARKHILL.COM |
| EPSTEIN BECKER & GREEN, P.C. | ATTN: WENDY G. MARCARI | WMARCARI@EBGLAW.COM |
| ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO | BMOLDO@ECJLAW.COM |
| FROST BROWN TODD LLP | ATTN: MARK A. PLATT | MPLATT@FBTLAW.COM |
| GENERAL MILLS, INC | ATTN: JEFF HARMENING, CHIEF EXECUTIVE OFFICER | JEFF.HARMENING@GENERALMILLS.COM |
| GIBBONS P.C. | ATTN: JOHN S. MAIRO, DAVID N. CRAPO | JMAIRO@GIBBONSLAW.COM; DCRAPO@GIBBONSLAW.COM |

Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| GIBSON DUNN & CRUTCHER | ATTN: TOMMY SCHEFFER, MATTHEW J. WILLIAMS, SCOTT GREENBERG, JOSHUA BRODY, YIFAN (SUE) SU | TSCHEFFER@GIBSONDUNN.COM; MJWILLIAMS@GIBSONDUNN.COM; SGREENBERG@GIBSONDUNN.COM; JBRODY@GIBSONDUNN.COM; SSU@GOBSONDUNN.COM |
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: ANNA ASHUROV | GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM |
| GRAPHIC PACKAGING INTERNATIONAL INC | ATTN: LAURA LYNN CHURCH | LAURALYNN.CHURCH@GRAPHICPKG.COM |
| GRAY REED | ATTN: JASON S. BROOKNER | JBROOKNER@GRAYREED.COM |
| GREENBERG TRAURIG, LLP | ATTN: DAVID R. EASTLAKE | DAVID.EASTLAKE@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: MICHAEL B. FISCO, ERIC HOWE, PETER D. KIESELBACH, CARLOS A. ALONSO GAYON | FISCOM@GTLAW.COM; HOWEE@GTLAW.COM; KIESELBACHP@GTLAW.COM; CARLOS.ALONSOGAYON@GTLAW.COM |
| HEARTHSIDE FOOD SOLUTIONS, LLC | ATTN: ROGER HARRIS, CHIEF LEGAL OFFICER | RHARRIS@HEARTHSIDEFOODS.COM |
| HOGAN LOVELLS US LLP | ATTN: RONALD J. SILVERMAN | RONALD.SILVERMAN@HOGANLOVELLS.COM |
| HOGAN LOVELLS US LLP | ATTN: S. LEE WHITESELL | LEE.WHITESELL@HOGANLOVELLS.COM |
| HOGAN LOVELLS US LLP | ATTN: EDWARD J. MCNEILLY | EDWARD.MCNEILLY@HOGANLOVELLS.COM |
| HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY, ERIC TERRY | TOM@HOWLEY-LAW.COM; ERIC@HOWLEY-LAW.COM |
| JACKSON WALKER LLP | ATTN: ZACHARY MCKAY | ZMCKAY@JW.COM |
| JONES MURRAY LLP | ATTN: MATTHEW W. BOURDA | MATTHEW@JONESMURRAY.COM |
| KERRY INGREDIENTS NA | ATTN: OLIVER KELLY, PRESIDENT AND CEO KERRY NORTH AMERICA | OLIVER.KELLY@KERRY.COM |
| KING MILLING COMPANY | ATTN: BRIAN DOYLE, PRESIDENT AND CHIEF EXECUTIVE OFFICER | BDOYLE@KINGFLOUR.COM |
| KIRKLAND & ELLIS | ATTN: PATRICIA LOUREIRO, SARAH MELANSON, BRIAN SCHARTZ, TREVOR ECK, HANNAH KUPSKY | PATRICIA.LOUREIRO@KIRKLAND.COM; SARAH.MELANSON@KIRKLAND.COM; BRIAN.SCHARTZ@KIRKLAND.COM; TREVOR.ECK@KIRKLAND.COM; HANNAH.KUPSKY@KIRKLAND.COM; BSCHARTZ@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: BRIAN SCHARTZ, P.C. | BRIAN.SCHARTZ@KIRKLAND.COM |
| KRAFT HEINZ FOODS COMPANY | ATTN: ANDRE MACIEL, CHIEF FINANCIAL OFFICER | ANDRE.MACIEL@KRAFTHEINZCOMPANY.COM |
| LACTALIS HERITAGE DAIRY, INC. | ATTN: KATHRYN WYCKLENDT | KATHRYN.WYCKLENDT@US.LACTALIS.COM |
| LOCKE LORD LLP | ATTN: STEPHEN J. HUMENIUK | STEPHEN.HUMENIUK@LOCKELORD.COM |
| LOWENSTEIN SANDLER LLP | ATTN: JEFFREY L. COHEN, DAVID M. POSNER, BRUCE S. NATHAN | JCOHEN@LOWENSTEIN.COM; DPOSNER@LOWENSTEIN.COM; BNATHAN@LOWENSTEIN.COM |
| LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN, MICHAEL A. KAPLAN | ABEHLMANN@LOWENSTEIN.COM; MKAPLAN@LOWENSTEIN.COM |
| MANPOWER | ATTN: JONAS PRISING , CHIEF EXECUTIVE OFFICER | JONAS.PRISING@MANPOWERGROUP.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES R. GIBBS, GRAYSON WILLIAMS | CRGIBBS@MWE.COM; GWILLIAMS@MWE.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: CHARLES GIBBS | CRGIBBS@MWE.COM |

Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MELMED LAW GROUP, PC | ATTN: BENJAMIN MATHES, JONATHAN MELMED | B12133108@GMAIL.COM; JM@MELMEDLAW.COM; MD@DUNDON.COM; LMS@MELMEDLAW.COM; JYOUNG@SOMMERSPC.COM |
| MILBANK LLP | ATTN: MICHAEL PRICE, SMAUEL KHALIL | MPRICE@MILBANK.COM; SKHALIL@MILBANK.COM |
| MITBY PACHOLDER JOHNSON PLLC | ATTN: STEVEN J. MITBY, MICHAEL K. BARNHART | SMITBY@MITBYLAW.COM; MBARNHART@MITBYLAW.COM |
| MONDELEZ GLOBAL LLC | ATTN: ED MORRIN, DIRECTOR BUSINESS DEVELOPMENT | ED.MORRIN@MDLZ.COM |
| NATIONAL SUGAR MARKETING LLC | ATTN: CHRIS SIMONS, CHIEF EXECUTIVE OFFICER, SARA CROWDER | CSIMONS@NATSUGAR.COM; SCROWDER@NATSUGAR.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAYSON B. RUFF, SUSAN B. HERSH | JAYSON.B.RUFF@USDOJ.GOV; BRIAN.R.HENAULT@USDOJ.GOV; SUSAN.HERSH@USDOJ.GOV |
| PAPERWORKS INDUSTRIES, INC. | ATTN: BRIAN JANKI, PRESIDENT AND CHIEF EXECUTIVE OFFICER | BRIAN.JANKI@ONEPAPERWORKS.COM |
| PAUL HASTINGS LLP | ATTN: CHARLES PERSONS | CHARLESPERSONS@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | ATTN: JONATHAN D. CANFIELD | JONCANFIELD@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | ATTN: JASON M. PIERCE | JASONPIERCE@PAULHASTINGS.COM |
| PAUL HASTINGS, LLP | ATTN: JASON PIERCE, SAL PERROTTO, KRIS HANSEN, JON CANFIELD | JASONPIERCE@PAULHASTINGS.COM; SALPERROTTO@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; JONCANFIELD@PAULHASTINGS.COM |
| PEPSICO | ATTN: STEVEN WILLIAMS, CHIEF EXECUTIVE OFFICER | STEVEN.WILLIAMS@PEPSICO.COM |
| PEPSICO, INC. | ATTN: MATTHEW NEIBART | MATTHEW.NEIBART@PEPSICO.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | MVALDEZ@PBFCM.COM |
| PHILLIPS LYTLE LLP | ATTN: ANGELA Z. MILLER ESQ. | AMILLER@PHILLIPSLYTLE.COM |
| POLSINELLI PC | ATTN: ELISA HYDER | EHYDER@POLSINELLI.COM |
| PORTER HEDGES LLP | ATTN: JOHN F HIGGINS, M. SHANE JOHNSON, GRECIA V. SARDA, JACK M. EIBAND | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; GSARDA@PORTERHEDGES.COM; JEIBAND@PORTERHEDGES.COM |
| PROSKAUER ROSE | ATTN: VINCENT INDELICATO, MATTHEW R. KOCH | VINDELICATO@PROSKAUER.COM; MKOCH@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: DAVID M. HILLMAN, VINCENT INDELICATO, MATTHEW R. KOCH | DHILLMAN@PROSKAUER.COM; VINDELICATO@PROSKAUER.COM; MKOCH@PROSKAUER.COM |

Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| REED SMITH, L.L.P. | ATTN: PAUL D. MOAK | PMOAK@REEDSMITH.COM |
| ROPES & GRAY LLP | ATTN: RYAN PRESTON DAHL, MATTHEW M. ROOSE, NATASHA S. HWANGPO | RYAN.DAHL@ROPESGRAY.COM; MATTHEW.ROOSE@ROPESGRAY.COM; NATASHA.HWANGPO@ROPESGRAY.COM |
| ROPES & GRAY LLP | ATTN: STEPHEN L. IACOVO | STEPHEN.IACOVO@ROPESGRAY.COM |
| SADDLE CREEK CORP. | ATTN: LEGAL DEPARTMENT | JEN.SAFFER@SCLOGISTICS.COM; RACHEL.SUTER@SCLOGISTICS.COM |
| SARA LEE FROZEN BAKERY LLC | ATTN: CRAIG BAHNER, CHIEF EXECUTIVE OFFICER | CBAHNER@SARALEEFB.COM |
| SHORR PACKAGING CORPORATION | ATTN: ROB ONORATO, PRESIDENT AND CHIEF EXECUTIVE OFFICER | ROBONORATO@SHORR.COM |
| SINGER & LEVICK, P.C. | ATTN: PRESIDENT OR GENERAL COUNSEL | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |
| SONOCO PRODUCTS COMPANY | ATTN: HOWARD COKER, PRESIDENT AND CHIEF EXECUTIVE OFFICER | HOWARD.COKER@SONOCO.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: GREG R. WEHRER | GREG.WEHRER@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG | MARK.SALZBERG@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP | ATTN: SARAH J. CONLEY | SARAH.CONLEY@SQUIREPB.COM |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCY@COAG.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INFO@ATG.IN.GOV |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | MIAG@MICHIGAN.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | UAG@UTAH.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| TALG, LTD. | ATTN: ISMAIL AMIN | IAMIN@TALGLAW.COM |
| TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: JONATHAN SKRMETTI, STEPHEN R. BUTLER | STEVE.BUTLER@AG.TN.GOV |
| TYSON FOODS INC. | ATTN: CURT CALAWAY, CHIEF FINANCIAL OFFICER | CURT.CALAWAY@TYSON.COM |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: CORPORATE TRUST, WEST CORPORATION | MOLLIE.YETTER@USBANK.COM |

Exhibit B
Master Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| U.S. BANK TRUST CO., INDENTURE TRUSTEE | ATTN: DONNA L. WILLIAMS | DONNA.WILLIAMS5@USBANK.COM |
| UBER FREIGHT US LLC | ATTN: LEIGH ROBINSON, CHIEF PEOPLE OFFICER | LEIGH.ROBINSON@UBERFREIGHT.COM |
| VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, LAUREN R. KANZER | DMEYER@VELAW.COM; LKANZER@VELAW.COM |
| VINSON & ELKINS LLP | ATTN: MATTHEW W. MORAN, JEFFREY S. JOHNSTON, KIRAN VAKAMUDI, MICHAEL C. LEE | MMORAN@VELAW.COM; JJOHNSTON@VELAW.COM; KVAKAMUDI@VELAW.COM; MLEE@VELAW.COM |
| WARD AND SMITH, P.A. | ATTN: J. MICHAEL FIELDS, ESQ. | JMF@WARDANDSMITH.COM |
| WESTROCK COMPANY | ATTN: DAVID SEWELL, PRESIDENT AND CHIEF EXECUTIVE OFFICER | DAVID.SEWELL@WESTROCK.COM |
| WK KELLOGG CO | ATTN: DAVE MCKINSTRAY, CHIEF FINANCIAL OFFICER | DAVE.MCKINSTRAY@WKKELLOGG.COM |
| WORKPLACE RIGHTS BUREAU | ATTN: ALVAR AYALA, JACK CRAMER, KWAME RAOUL | JACK.CRAMER@ILAG.GOV |
| WSI - WORKFORCE STRATEGIES, INC | ATTN: JEFFREY O'BRIEN, PRESIDENT AND CHIEF EXECUTIVE OFFICER | JOBRIEN@WSITALENT.COM |

**Exhibit C**

Exhibit C
Contract Counterparties Service List
Served via overnight mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29787285 | 4SIGHT FOCUS LLC | ATTN GENERAL COUNSEL | 8 MAYHEW AVE | | LARCHMONT | NY | 10538 |
| 29787291 | ADHEZION INC | ATTN GENERAL COUNSEL | 7730 CHILDSDALE AVE NE | | ROCKFORD | MI | 49341 |
| 29787311 | ARAMARK | ATTN GENERAL COUNSEL | 2400 MARKET ST | | PHILADELPHIA | PA | 19103 |
| 29788790 | CROWN EQUIPMENT CORPORAT | PO BOX 641173 | | | CINCINNATI | OH | 45264-1173 |
| 29684755 | CROWN EQUIPMENT CORPORATION | PO BOX 641322 | | | CINCINNATI | OH | 45264-1322 |
| 29787414 | DOLE | ATTN GENERAL COUNSEL | 200 S TYRON ST | STE 600 | CHARLOTTE | NC | 28202 |
| 29787417 | DOLE FRESH VEGETABLES INC | ATTN GENERAL COUNSEL | 2959 MONTEREY SALINAS HIGHWAY | | MONTEREY | CA | 93940 |
| 29787416 | DOLE FRESH VEGETABLES, INC. | P.O. BOX 2018 | | | MONTEREY | CA | 93942-2018 |
| 29685823 | DUKE REALTY LIMITED PARTNERSHIP | ATTN GENERAL COUNSEL | 1800 WAZEE STREET | SUITE 500 | DENVER | CO | 80202 |
| 29787449 | FLOUR POWER MULTI LLC | ATTN LEGAL TRANSACTIONS DEPARTMENT | WP CAREY INC 1 MANHATTAN W | 395 9TH AVENUE 58TH FLOOR | NEW YORK | NY | 10001 |
| 29703190 | GENERAL MILLS INC | ATTN GENERAL COUNSEL | 1 GENERAL MILLS BLVD | | MINNEAPOLIS | MN | 55426 |
| 29788945 | KELLANOVA | ATTN GENERAL COUNSEL | 412 M WELLS STREET | | CHICAGO | IL | 60654 |
| 29787738 | KELLOGG USA INC | ATTN CONTRACT MFG PROCUREMENT | 67 W MICHIGAN AVENUE | | BATTLE CREEK | MI | 49017 |
| 29787737 | KELLOGG USA INC | ATTN GENERAL COUNSEL | ONE KELLOGG SQUARE | | BATTLE CREEK | MI | 49017 |
| 29787740 | KELLOGG USA INC | ATTN MANAGER CO-PACK OPERATIONS | KELLOGG USA LLC | 67 W MICHIGAN AVENUE | BATTLE CREEK | MI | 49017 |
| 29787745 | KELLOGG USA INC WK KELLOGG SALES | ATTN GENERAL COUNSEL | ONE KELLOGG SQUARE | | BATTLE CREEK | MI | 49017 |
| 29707870 | MENASHA PACKAGING COMPANY LLC | PO BOX 856449 | | | MINNEAPOLIS | MN | 55485-6449 |
| 29787830 | MONDELEZ GLOBAL LLC | ATTN BOB ANDERSEN FELIPE PINTINHA | 100 DEFOREST AVE | | EAST HANOVER | NJ | 07936- |
| 29693699 | MONDELEZ GLOBAL LLC | ATTN GENERAL COUNSEL | 25988 NETWORK PLACE | | CHICAGO | IL | 60673 |
| 29693698 | MONDELEZ GLOBAL LLC | ATTN GENERAL COUNSEL | TOLEDO FLOUR MILL | 2221 FRONT ST | TOLEDO | OH | 43605 |
| 30227612 | PALMTREE ACQUISITION CORPORATION | ATTN MARKET OFFICER | CO PROLOGIS | 6250 NORTH RIVER RD SUITE 1100 | ROSEMONT | IL | 60018 |
| 29787887 | PEPSICO | ATTN VP CONTRACT MANUFACTURING | FRITO LAY QUAKER & GOLDEN GRAIN COM | 7701 LEGACY DRIVE | PLANO | TX | 75024 |
| 29788161 | PROGRESS REALTY IN LLC | I3 INVESTORS | 1075 BROAD RIPPLE AVE | SUITE 309 | INDIANAPOLIS | IN | 46220 |
| 29788298 | R WILLIAM GEORGE COMPANY INC | ATTN JIM DRIKAKIS | 353 HELMER RD NORTH | | SPRINGFIELD | MI | 49037 |
| 29787975 | RANDSTAD GENERAL PARTNER US LLC | ATTN GENERAL COUNSEL | 3625 CUMBERLAND BLVD | 1 OVERTON PARK STE 600 | ATLANTA | GA | 30339 |
| 29787976 | RANDSTAD NORTH AMERICA INC | ATTN GENERAL COUNSEL | 3625 CUMBERLAND BLVD | 1 OVERTON PARK STE 600 | ATLANTA | GA | 30339 |
| 29708570 | RANDSTAD NORTH AMERICAN, INC | P.O. BOX 742689 | | | ATLANTA | GA | 30374-2689 |
| 29788104 | TYSON FOODS INC | ATTN GENERAL COUNSEL | 2200 DON TYSON PARKWAY | AR058124 | SPRINGDALE | AR | 72762-6999 |
| 29701114 | TYSON FOODS INC. | P.O.BOX 915143 | | | DALLAS | TX | 75391-5143 |
| 29788110 | UNION ORTHODOX JEWISH CONGREGATIONS | ATTN GENERAL COUNSEL | 11 BROADWAY | | NEW YORK | NY | 10004 |
| 29788111 | UNION ORTHODOX JEWISH CONGREGATIONS | ATTN GENERAL COUNSEL | 220 CONTINUUM DRIVE | | FLETCHER | NC | 28732 |
| 29701157 | UNION ORTHODOX JEWISH CONGREGATIONS | ATTN GENERAL COUNSEL | 40 RECTOR ST 4TH FLOOR | | NEW YORK | NY | 10006 |
| 29703150 | WELLS FARGO BANK NA | ATTN GENERAL COUNSEL | 420 MONTGOMERY STREET | | SAN FRANCISCO | CA | 94104 |
| 29788709 | WELLS FARGO BANK NA | ATTN GENERAL COUNSEL | 800 WALNUT STREET | F0005-044 | DES MOINES | IA | 50309 |
| 29702166 | WELLS FARGO BANK, NA | PO BOX 77101 | | | MINNEAPOLIS | MN | 55480-7101 |
| 29702167 | WELLS FARGO EQUIPMENT FINANCE | POBOX 858178 | | | MINNEAPOLIS | MN | 55485-8178 |
| 29788710 | WELLS FARGO EQUIPMENT FINANCE INC | ATTN GENERAL COUNSEL | 600 SOUTH 4TH STREET | MAC N9300-100 | MINNEAPOLIS | MN | 55415 |
| 29702168 | WELLS FARGO VENDOR | FINANCIAL SERVICES, LLC | PO BOX 650016 | | DALLAS | TX | 75265-0016 |
| 29702170 | WELLS FARGO VENDOR FINANCIAL SERVIC | PO BOX 740541 | | | ATLANTA | GA | 30374-0541 |

**<u>Exhibit D</u>**

# Exhibit D

Litigation Notice Parties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 29788919 | ALSTON JR., PHILIP | ADDRESS ON FILE | | | | | | | FIRST CLASS MAIL |
| 29788763 | BAUER II, ALAN T | ADDRESS ON FILE | | | | | | | FIRST CLASS MAIL |
| 29899770 | Benjamin Mathes as FLSA Rep | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899771 | Benjamin Mathes as FLSA Rep | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788911 | CALDWELL III, THOMAS | ADDRESS ON FILE | | | | | | | FIRST CLASS MAIL |
| 29788843 | DOMINGUEZ, RAUL ORTIZ | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788610 | ESPINOZA, LESLIE QUINONEZ | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788825 | GARCIA, ELIDA JAIMES | ADDRESS ON FILE | | | | | | | FIRST CLASS MAIL |
| 29967237 | Hernandez Moreno, Jose Andres | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29706986 | ILLINOIS DEPARTMENT OF LABOR | 524 S. 2ND STREET, SUITE 400 | | | SPRINGFIELD | IL | 62701 | | FIRST CLASS MAIL |
| 29788846 | JUAREZ, MARIA GUADALUPE | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788762 | MAISONNEUVE, RUDY | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899768 | Mathes, Benjamin | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788768 | MATHES, BENJAMIN | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899769 | Mathes, Benjamin | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29966095 | Mendez, Reyna | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29695074 | OFFICE OF ILLINOIS ATTORNEY GENERAL | 500 SOUTH SECOND STREET | | | SPRINGFIELD | IL | 62701 | | FIRST CLASS MAIL |
| 29901978 | Ortiz Dominguez, Raul | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788655 | PARK, AMY | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788903 | POMPY, TIMOTHY | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899682 | Pompy, Timothy | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29696705 | PROCZEK, PATRICK JOSEPH | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788725 | REYNOLDS, NATHANIEL | C/O SULAIMAN LAW GROUP, LTD. | ATTN: MOHAMMED OMAR BADWAN | 2500 S. HIGHLAND AVENUE, SUITE 200 | LOMBARED | IL | 60148-7103 | MBADWAN@SULAIMANLAW.COM | EMAIL AND FIRST CLASS MAIL |
| 30159388 | Reynolds, Nathaniel | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899752 | Rico, Victor | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788727 | RICO, VICTOR | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899753 | Rico, Victor | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788909 | SEGHBROECK, JILLIAN VAN | ADDRESS ON FILE | | | | | | | FIRST CLASS MAIL |
| 29762512 | Smith, Terrence C | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29788739 | STAPLES, RASHION | C/O THE FRIEDMANN FIRM, LLC | ATTN: RACHEL SABO FRIEDMANN | 3740 RIDGE MILL DRIVE | HILLIARD | OH | 43026 | RACHEL@THEFRIEDMANNFIRM.COM | EMAIL AND FIRST CLASS MAIL |
| 29703358 | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: HONORABLE KWAME RAOUL | 115 S. LASALLE STREET | | CHICAGO | IL | 60603 | | FIRST CLASS MAIL |
| 29788736 | THE MRS. FIELDS BRANDS, INC. | 2855 EAST COTTONWOOD PARKWAY | SUITE 400 | | SALT LAKE CITY | UT | 84121-1050 | | FIRST CLASS MAIL |
| 29694078 | U.S. DEPARTMENT OF HOMELAND SECURITY | 1880 2ND STREET SW | | | WASHINGTON | DC | 20024 | | FIRST CLASS MAIL |
| 29694079 | U.S. DEPARTMENT OF LABOR | 200 CONSTITUTION AVE NW | | | WASHINGTON | DC | 20210 | | FIRST CLASS MAIL |
| 29788764 | VANGESSEL, CHRISTOPHER | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899754 | VICTOR RICO as Class Rep | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899755 | VICTOR RICO as Class Rep | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899762 | Victor Rico as Paga | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |
| 29899763 | Victor Rico as Paga | ADDRESS ON FILE | | | | | | EMAIL ADDRESS ON FILE | EMAIL AND FIRST CLASS MAIL |