United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 13, 2025

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| H-Food Holdings, LLC, *et al.*,[1] | Case No. 24-90586 (ARP) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING REORGANIZED DEBTORS' FIRST OMNIBUS OBJECTION TO**
**CERTAIN PROOFS OF CLAIM (AMENDED CLAIMS AND DUPLICATE CLAIMS)**
(Relates to Docket No. 690)

Upon the objection (the "Objection")[2] of the Reorganized Debtors for entry of an Order

(this "Order") sustaining the *Reorganized Debtors' First Omnibus Objection to Certain Proofs of*

*Claim (Amended Claims and Duplicate Claims)*, all as more fully set forth in the Objection; and

the Court having reviewed the Declaration; and the Court having jurisdiction over this matter

pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and it appearing that the Court may enter a final order consistent with Article III of

the United States Constitution; and it appearing that venue of this proceeding and the Objection in

this district is proper pursuant to 28 U.S.C. § 1408; and it appearing that the relief requested in the

Objection is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: HFS Sub, LLC (8177); H-Food Holdings, LLC (6072); Hearthside Food Solutions, LLC (8653); Peacock Engineering Company II, LLC (N/A); HFS Matterhorn Topco, Inc. (0765); Matterhorn Parent, LLC (4445); Matterhorn Intermediate, LLC (1574); Matterhorn Buyer, LLC (0335); Hearthside USA - Corporate, Inc. (3174); Hearthside Holdco, LLC (6206); Hearthside Finance Company, Inc. (8294); Interbake Foods, LLC (7640); Ryt-way Midco, LLC (4388); Hearthside USA, LLC (7655); Hearthside USA – CPG Partners, LLC (2282); Oak State Products, LLC (1822); Standard Functional Foods Group, LLC (4160); Quality Bakery Products, LLC (0528); Toll Packaging Services LLC (5955); Ryt-way Industries, LLC (0783); Matterhorn Sub, LLC (N/A); Peacock Foods LLC (N/A); and Hearthside USA – Produce & Foodservice, LLC (0783). The Debtors' service address is 3333 Finley Road, Suite 800, Downers Grove, IL 60515.

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Objection.

and other parties in interest; and it appearing that the Reorganized Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Objection; and the Court having held a hearing on the Objection; and all objections, if any, to the Objection have been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      Each of the Amended Claims identified on **<u>Schedule 1</u>** attached to this Order are disallowed in their entirety; *provided*, *further*, that the Reorganized Debtors reserve all rights to object to any proof of claim identified in the "Surviving Claim" column of **<u>Schedule 1</u>** attached to this Order on any additional applicable grounds.

2.      Each of the Duplicate Claims identified on **<u>Schedule 2</u>** attached to this Order are disallowed in their entirety; *provided*, *further*, that the Reorganized Debtors reserve all rights to object to any proof of claim identified in the "Surviving Claim" column of **<u>Schedule 2</u>** attached to this Order on any additional applicable grounds.

3.      Kroll Restructuring Administration LLC, as claims and noticing agent, is authorized and directed to update the claims register maintained in these Chapter 11 Cases to reflect the relief granted in this Order.

4.      With respect to any response filed regarding any Objected Claim, each such Objected Claim, and the Objection as it pertains to such Objected Claim, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Objected Claim.

5.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor or Reorganized Debtor; (b) a waiver of the Reorganized Debtors' rights to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Objection or any order granting the relief requested by the Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Reorganized Debtors' rights under the Bankruptcy Code or any other applicable law.

6.      Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7.      The Reorganized Debtors are authorized to take such action necessary to effectuate the relief granted in this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: May 13, 2025

Alfredo R Pérez
United States Bankruptcy Judge

## **SCHEDULE 1**

**Amended Claims**

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1  AATEX<br>Tom Von Ahn, President<br>5000 S Main St<br>Winston-Salem, NC 27107 | 12/13/24 | 24-90586<br>H-Food Holdings, LLC | 84 | $34,305.00 | AATEX, Inc.<br>5000 S Main St<br>optional<br>Winston-Salem, NC 27107 | 12/20/24 | 24-90586<br>H-Food Holdings, LLC | 162 | $34,305.00 |
| Reason:  Claim #84 is amended and superseded by claim #162. | | | | | | | | | |
| 2  Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | 12/05/24 | 24-90587<br>Hearthside Food Solutions, LLC | 6 | $2,821.67 | Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | 12/13/24 | 24-90587<br>Hearthside Food Solutions, LLC | 77 | $3,448.53 |
| Reason:  Claim #6 is amended and superseded by claim #77. | | | | | | | | | |
| 3  Applied Industrial Technologies, Inc.<br>C/o: Matthew J. Kerschner, Esq.<br>One Applied Plaza<br>East 36th & Euclid Avenue<br>Cleveland, OH 44115 | 01/24/25 | 24-90602<br>Hearthside USA – CPG Partners, LLC | 788 | $48,773.69 | Applied Industrial Technologies, Inc.<br>Care of: Matthew J. Kerschner, Esq.<br>One Applied Plaza<br>East 36th & Euclid Avenue<br>Cleveland, OH 44115 | 02/03/25 | 24-90602<br>Hearthside USA – CPG Partners, LLC | 1089 | $48,773.69 |
| Reason:  Claim #788 is amended and superseded by claim #1089. | | | | | | | | | |
| 4  Applied Industrial Technologies, Inc.<br>Care of: Matthew J. Kerschner, Esq.<br>One Applied Plaza<br>East 36th & Euclid Avenue<br>Cleveland, OH 44115 | 01/24/25 | 24-90587<br>Hearthside Food Solutions, LLC | 798 | $289,639.47 | Applied Industrial Technologies, Inc.<br>Attn: Matthew J. Kerschner, Esq.<br>One Applied Plaza<br>East 36th & Euclid Avenue<br>Cleveland, OH 44115 | 02/04/25 | 24-90587<br>Hearthside Food Solutions, LLC | 1118 | $290,567.60 |
| Reason:  Claim #798 is amended and superseded by claim #1118. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 Barilla America Inc. c/o ArentFox Schiff LLP Attn: Beth M. Brownstein 1301 Avenue of the Americas, 42nd Floor New York, NY 10019 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 667 | $0.00 | Barilla America Inc. c/o ArentFox Schiff LLP Attn: Beth M. Brownstein 1301 Avenue of the Americas, 42nd Floor New York, NY 10019 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 908 | $0.00 |
| Reason:  Claim #667 is amended and superseded by claim #908. | | | | | | | | | |
| 6 Benstar Packaging & Distribution 3100 Line Dr Sioux City, IA 51106 | 12/23/24 | 24-90596 Interbake Foods, LLC | 174 | $21,089.85 | Benstar Packaging & Distribution 3100 Line Dr Sioux City, IA 51106 | 01/10/25 | 24-90596 Interbake Foods, LLC | 331 | $35,031.78 |
| Reason:  Claim #174 is amended and superseded by claim #331. | | | | | | | | | |
| 7 Beyond Meat, Inc. 888 N. Douglas Street, Suite 100 El Segundo, CA 90245 | 01/21/25 | 24-90587 Hearthside Food Solutions, LLC | 542 | $56,676.47 | Beyond Meat, Inc. 888 N. Douglas Street, Suite 100 El Segundo, CA 90245 | 01/21/25 | 24-90587 Hearthside Food Solutions, LLC | 558 | $14,922.69 |
| Reason:  Claim #542 is amended and superseded by claim #558. | | | | | | | | | |
| 8 Carl's Truck & Trailer Repair, Inc 148E US Highway 20 Chesterton, IN 46304 | 12/26/24 | 24-90586 H-Food Holdings, LLC | 183 | $7,212.20 | Carl's Truck & Trailer Repair, Inc 148E US Highway 20 Chesterton, IN 46304 | 12/26/24 | 24-90586 H-Food Holdings, LLC | 186 | $7,212.20 |
| Reason:  Claim #183 is amended and superseded by claim #186. | | | | | | | | | |
| 9 Carroll, J. Ryan ADDRESS ON FILE | 01/24/25 | 24-90589 HFS Matterhorn Topco, Inc. | 917 | Undetermined* | Carroll, J. Ryan ADDRESS ON FILE | 01/27/25 | 24-90589 HFS Matterhorn Topco, Inc. | 950 | Undetermined* |
| Reason:  Claim #917 is amended and superseded by claim #950. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | Chicago Coding Systems PO Box 3730 St. Charles, IL 60174 | 01/24/25 | 24-90586 H-Food Holdings, LLC | 886 | $13,504.41 | Chicago Coding Systems PO Box 3730 St.Charles, IL 60174 | 02/03/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 1111 | $11,404.41 |
| | | | | | | Transferred to: CRG Financial LLC as Transferee of Chicago Coding Systems Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 02/03/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 1111 | $2,100.00 |
| | Reason:  Claim #886 is amended and superseded by claim #1111. | | | | | | | | | |
| 11 | Collins Pallet Recycling 1584 Blaine Street Gary, IN 46406 | 12/09/24 | 24-90586 H-Food Holdings, LLC | 29 | $64,880.00 | Collins Pallet Recycling 1584 Blaine Street Gary, IN 46406 | 12/12/24 | 24-90587 Hearthside Food Solutions, LLC | 61 | $64,880.00 |
| | Reason:  Claim #29 is amended and superseded by claim #61. | | | | | | | | | |

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | CRG Financial LLC as Transferee of Genesis Energy International Attn: Lauren Lamendola 84 Herbert Ave., Building B -- Suite 202 Closter, NJ 07624 | 12/10/24 | 24-90587 Hearthside Food Solutions, LLC | 43 | $6,279.00 | CRG Financial LLC (As Assignee of Genesis Energy international) 84 Herbert Avenue, Buiding B-suite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 907 | $6,279.00 |
| | Reason:  Claim #43 is amended and superseded by claim #907. | | | | | | | | | |
| 13 | CRG Financial LLC as Transferee of Laurel Grocery Company, LLC Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 12/16/24 | 24-90587 Hearthside Food Solutions, LLC | 99 | $11,774.10 | CRG Financial LLC (As Assignee of Laurel Grocery Company LLC) 84 Herbert Avenue Building B- Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 931 | $11,774.10 |
| | Reason:  Claim #99 is amended and superseded by claim #931. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | CRG Financial LLC as Transferee of Pallet World Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 12/13/24 | 24-90587 Hearthside Food Solutions, LLC | 79 | $72,072.00 | Transferred to: CRG Financial LLC as Transferee of Pallet World Attn: Lauren Lamendola 84 Herbert Ave. Building uite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 883 | $51,597.00 |
| | | | | | | Pallet World 8292 Fremont Pike Perrysburg, OH 43551 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 883 | $20,475.00 |
| | Reason:  Claim #79 is amended and superseded by claim #883. | | | | | | | | |
| 15 | CRG Financial LLC as Transferee of Van Amerongen & Son Inc. Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/16/25 | 24-90607 Hearthside USA – Produce & Foodservice, LLC | 455 | $2,380.00 | CRG Financial LLC as Transferee of Van Amerongen & Son Inc. Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90607 Hearthside USA – Produce & Foodservice, LLC | 868 | $2,380.00 |
| | Reason:  Claim #455 is amended and superseded by claim #868. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | CS Pallet Inc 13901 Woodlawn Hills Dr Cedar Springs, MI 49319 | 01/14/25 | 24-90587 Hearthside Food Solutions, LLC | 390 | $25,280.00 | CS Pallet Inc 13901 Woodlawn Hills Dr Cedar Springs, MI 49319 | 03/03/25 | 24-90587 Hearthside Food Solutions, LLC | 1208 | $25,280.00 |

Reason:  Claim #390 is amended and superseded by claim #1208.

*Indicates claim contains unliquidated and/or undetermined amounts

6

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | ESM Products LLC Dennis M. Sbertoli 2501 Des Plaines Avenue North Riverside, IL 60546 | 12/27/24 | 24-90586 H-Food Holdings, LLC | 213 | $239,435.05 | Transferred to: CRG Financial LLC as Transferee of ESM Products LLC Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 922 | $44,795.80 |
| | | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90607 Hearthside USA – Produce & Foodservice, LLC | 867 | $3,091.84 |
| | | | | | | Transferred to: CRG Financial LLC as Transferee of ESM Products LLC Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 925 | $70,896.05 |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 (continued) | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 925 | $54,619.32 |
| | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 922 | $65,252.04 |
| | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90601 Hearthside USA, LLC | 926 | $780.00 |

Reason:  Claim #213 is amended and superseded by claim #867., Claim #213 is amended and superseded by claim #922., Claim #213 is amended and superseded by claim #925., Claim #213 is amended and superseded by claim #926.

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | ESM Products LLC Dennis M. Sbertoli 2501 Des Plaines Avenue North Riverside, IL 60546 | 12/27/24 | 24-90586 H-Food Holdings, LLC | 382 | $239,435.05 | Transferred to: CRG Financial LLC as Transferee of ESM Products LLC Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 922 | $44,795.80 |
| | | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90607 Hearthside USA – Produce & Foodservice, LLC | 867 | $3,091.84 |
| | | | | | | Transferred to: CRG Financial LLC as Transferee of ESM Products LLC Attn: Lauren Lamendola 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 925 | $70,896.05 |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 (continued) | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 925 | $54,619.32 |
| | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 922 | $65,252.04 |
| | | | | | ESM Products LLC 0N043 Pleasant Hill Road Wheaton, IL 60187 | 01/24/25 | 24-90601 Hearthside USA, LLC | 926 | $780.00 |

Reason:  Claim #382 is amended and superseded by claim #867., Claim #382 is amended and superseded by claim #922., Claim #382 is amended and superseded by claim #925., Claim #382 is amended and superseded by claim #926.

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | EXIM ENGINEERING INC. 2200 E WINSTON ROAD ANAHEIM, CA 92806 | 01/17/25 | 24-90587 Hearthside Food Solutions, LLC | 492 | $7,218.08 | EXIM ENGINEERING INC. 2200 E WINSTON ROAD ANAHEIM, CA 92806 | 01/22/25 | 24-90587 Hearthside Food Solutions, LLC | 625 | $5,999.75 |
| | Reason:  Claim #492 is amended and superseded by claim #625. | | | | | | | | | |
| 20 | Grain Millers Inc 10400 Viking Drive Suite 301 Eden Prairie, MN 55344 | 01/13/25 | 24-90587 Hearthside Food Solutions, LLC | 371 | $380,901.00 | GRAIN MILLERS INC 605 GRAIN MILLERS DRIVE ST ANSGAR, IA 50472 | 01/17/25 | 24-90587 Hearthside Food Solutions, LLC | 487 | $380,901.00 |
| | Reason:  Claim #371 is amended and superseded by claim #487. | | | | | | | | | |
| 21 | Grain Millers Inc 10400 Viking Drive Suite 301 Eden Prairie, MN 55344 | 01/13/25 | 24-90586 H-Food Holdings, LLC | 372 | $380,901.00 | GRAIN MILLERS INC 605 GRAIN MILLERS DRIVE ST ANSGAR, IA 50472 | 01/17/25 | 24-90586 H-Food Holdings, LLC | 485 | $380,901.00 |
| | Reason:  Claim #372 is amended and superseded by claim #485. | | | | | | | | | |
| 22 | GRAIN MILLERS INC 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 | 01/13/25 | 24-90587 Hearthside Food Solutions, LLC | 373 | $103,573.00 | GRAIN MILLERS INC 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 | 01/17/25 | 24-90587 Hearthside Food Solutions, LLC | 483 | $103,573.00 |
| | Reason:  Claim #373 is amended and superseded by claim #483. | | | | | | | | | |
| 23 | GRAIN MILLERS INC 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 | 01/13/25 | 24-90586 H-Food Holdings, LLC | 375 | $103,573.00 | GRAIN MILLERS INC 10400 VIKING DRIVE SUITE 301 EDEN PRAIRIE, MN 55344 | 01/17/25 | 24-90586 H-Food Holdings, LLC | 484 | $103,573.00 |
| | Reason:  Claim #375 is amended and superseded by claim #484. | | | | | | | | | |

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | Hoogwegt US Inc Attn: 100 S. Saunders Rd Suite 200 Lake Forest, IL 60045 | 12/16/24 | 24-90587 Hearthside Food Solutions, LLC | 132 | $79,152.08 | Hoogwegt US Inc Attn: 100 S. Saunders Rd Suite 200 Lake Forest, IL 60045 | 12/16/24 | 24-90587 Hearthside Food Solutions, LLC | 131 | $2,000.00 |
| | Reason:  Claim #132 is amended and superseded by claim #131. | | | | | | | | | |
| 25 | John R White Co Inc 200 Citation Ct Ste 100 Birmingham, AL 35209 | 01/06/25 | 24-90587 Hearthside Food Solutions, LLC | 269 | $23,864.39 | John R White Co Inc 200 Citation Ct Ste 100 Birmingham, AL 35209 | 01/16/25 | 24-90601 Hearthside USA, LLC | 446 | $23,864.39 |
| | Reason:  Claim #269 is amended and superseded by claim #446. | | | | | | | | | |
| 26 | KB Fabrication, LLC PO Box 155 Arcadia, OH 44804 | 12/28/24 | 24-90587 Hearthside Food Solutions, LLC | 206 | $8,365.46 | KB Fabrication, LLC PO Box 155 Arcadia, OH 44804 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 705 | $8,365.46 |
| | Reason:  Claim #206 is amended and superseded by claim #705. | | | | | | | | | |
| 27 | POC For Wells Fargo Bank, N.A. 800 Walnut Street MAC F0006-51 Des Moines, IA 50309 | 12/19/24 | 24-90586 H-Food Holdings, LLC | 167 | $102,851.98 | Wells Fargo Bank, N.A. 800 Walnut Street MAC F0006-51 Des Moines, IA 50309 | 01/07/25 | 24-90586 H-Food Holdings, LLC | 298 | $102,851.98 |
| | Reason:  Claim #167 is amended and superseded by claim #298. | | | | | | | | | |
| 28 | POLARPAK COMANY 26 VICTORIA CRES BRAMPTON, ON L6T 1E5 | 01/27/25 | 24-90596 Interbake Foods, LLC | 953 | $45,200.00* | POLARPAK COMPANY 26 VICTORIA CRES BRAMPTON, ON L6T 1E5 | 01/27/25 | 24-90596 Interbake Foods, LLC | 952 | $45,200.00* |
| | Reason:  Claim #953 is amended and superseded by claim #952. | | | | | | | | | |

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | Rabine Doors and Docks LLC c/o Avendano Law LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 702 | $1,280.55 | Rabine Doors and Docks LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 897 | $1,280.55 |
| | Reason:  Claim #702 is amended and superseded by claim #897. | | | | | | | | | |
| 30 | Rabine Doors and Docks LLC c/o Avendano Law LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 714 | $455.00 | Rabine Doors and Docks LLC c/o Avendano Law LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/24/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 893 | $455.00 |
| | Reason:  Claim #714 is amended and superseded by claim #893. | | | | | | | | | |
| 31 | Rabine Doors and Docks LLC c/o Avendano Law LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 717 | $283.00 | Rabine Doors and Docks LLC 332 S. Michigan Ave Suite 900 Chicago, IL 60604 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 905 | $283.00 |
| | Reason:  Claim #717 is amended and superseded by claim #905. | | | | | | | | | |
| 32 | Robertson Heating Supply Co PO Box 2448 Alliance, OH 44601 | 01/13/25 | 24-90587 Hearthside Food Solutions, LLC | 376 | $1,126.68 | Robertson Heating Supply Co PO Box 2448 Alliance, OH 44601 | 01/27/25 | 24-90587 Hearthside Food Solutions, LLC | 961 | $563.04 |
| | Reason:  Claim #376 is amended and superseded by claim #961. | | | | | | | | | |
| 33 | Scenic Fruit Company 7510 SE Altman Rd Gresham, OR 97080 | 01/14/25 | 24-90587 Hearthside Food Solutions, LLC | 402 | $32,050.50 | Scenic Fruit Company 7510 SE Altman Rd Gresham, OR 97080 | 01/14/25 | 24-90587 Hearthside Food Solutions, LLC | 403 | $16,602.75 |
| | Reason:  Claim #402 is amended and superseded by claim #403. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | Select Metals P.O. Box 1245 Elmhurst, IL 60106 | 12/17/24 | 24-90602 Hearthside USA – CPG Partners, LLC | 95 | $59,540.02 | Select Metals P.O. BOX 1245 Elmhurst, IL 60126 | 01/08/25 | 24-90602 Hearthside USA – CPG Partners, LLC | 324 | $37,520.02 |
| | Reason:  Claim #95 is amended and superseded by claim #324. | | | | | | | | | |
| 35 | Solvay USA LLC Attn. Jana Muduc, Senior Legal Counsel 4500 McGinnis Ferry Road Alpharetta, GA 30005 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 915 | $17,240.50 | Solvay USA LLC Attn. Jana Muduc, Senior Legal Counsel 4500 McGinnis Ferry Road Alpharetta, GA 30005 | 02/26/25 | 24-90587 Hearthside Food Solutions, LLC | 1195 | $17,240.50 |
| | Reason:  Claim #915 is amended and superseded by claim #1195. | | | | | | | | | |
| 36 | Spectrum 1600 Dublin Rd Columbus, OH 43215 | 01/16/25 | 24-90601 Hearthside USA, LLC | 453 | $2,930.51 | Spectrum Kyla M Lehman 1600 Dublin Rd Columbus, OH 43215 | 01/24/25 | 24-90601 Hearthside USA, LLC | 884 | $2,930.51 |
| | Reason:  Claim #453 is amended and superseded by claim #884. | | | | | | | | | |
| 37 | T. Hasegawa USA Inc. c/o Ryan Coy, Esq., Saul Ewing LLP 1888 Century Park East, Suite 1500 Los Angeles, CA 90067 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 870 | $173,609.74* | T. Hasegawa USA Inc. Saul Ewing LLP c/o Ryan Coy, Esq. 1888 Century Park East Suite 1500 Los Angeles, CA 90067 | 02/03/25 | 24-90587 Hearthside Food Solutions, LLC | 1097 | $46,501.11 |
| | Reason:  Claim #870 is amended and superseded by claim #1097. | | | | | | | | | |

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | Van Amerongen & Son Inc. 14 Boswell Street Simcoe, ON N3Y 4K2 | 01/16/25 | 24-90587 Hearthside Food Solutions, LLC | 457 | $20,466.00 | Transferred to: CRG Financial LLC as Transferee of Van Amerongen & Son Inc. Attn: Robert Axenrod 84 Herbert Ave. Building B Suite 202 Closter, NJ 07624 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 881 | $17,830.00 |
| | | | | | | Van Amerongen & Son Inc. 14 Boswell Street Simcoe, ON N3Y 4K2 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 881 | $2,636.00 |
| | Reason:  Claim #457 is amended and superseded by claim #881. | | | | | | | | | |
| 39 | Weinrich Truck Line Inc PO Box 1022 Hinton, IA 51024 | 12/09/24 | 24-90586 H-Food Holdings, LLC | 30 | $32,647.03 | Weinrich Truck Line PO Box 1022 Hinton, IA 51024 | 12/23/24 | 24-90586 H-Food Holdings, LLC | 182 | $49,810.89 |
| | Reason:  Claim #30 is amended and superseded by claim #182. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40 | Westburne Ontario, A Division of Rexel Canada Electrical Inc. Attention To: Rusty Ezard 5600 Keaton Crescent Mississauga, ON L5R 3G3 | 01/24/25 | 24-90587 Hearthside Food Solutions, LLC | 841 | $1,597.15 | Westburne Ontario, A Division of Rexel Canada Electrical Inc. Attn: Rusty Ezard 5600 Keaton Crescent Mississauga, ON L5R 3G3 | 02/03/25 | 24-90587 Hearthside Food Solutions, LLC | 1088 | $754.44 |
| | Reason:  Claim #841 is amended and superseded by claim #1088. | | | | | | | | | |
| 41 | WINCHESTER EQUIPMENT CO 121 INDIAN HOLLOW ROAD WINCHESTER, VA 22603 | 01/22/25 | 24-90596 Interbake Foods, LLC | 580 | $28,162.70 | WINCHESTER EQUIPMENT CO 121 INDIAN HOLLOW ROAD WINCHESTER, VA 22603 | 02/28/25 | 24-90596 Interbake Foods, LLC | 1205 | $14,421.97 |
| | Reason:  Claim #580 is amended and superseded by claim #1205. | | | | | | | | | |
| | | | **TOTAL** | | **$2,742,547.33*** | | | **TOTAL** | | **$2,475,360.46*** |

*Indicates claim contains unliquidated and/or undetermined amounts

# **SCHEDULE 2**

**Exact Duplicate Claims**

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 2 - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | Barry Callebaut U.S.A. LLC UB Greensfelder LLP Attn: Stuart A. Laven Jr. 1660 W. 2nd Street Suite 1100 Cleveland, OH 44113 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 658 | $1,381,004.29 | Barry Callebaut U.S.A. LLC UB Greensfelder LLP Attn: Stuart A. Laven Jr. 1660 W. 2nd Street Suite 1100 Cleveland, OH 44113 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 687 | $1,381,004.29 |
| | Reason:  Claim #658 is an exact duplicate of claim #687. | | | | | | | | | |
| 2 | Bunge North America, Inc. Melanie Fisher Credit Manager 1391 Timberlake Manor Parkway Chesterfield, MO 63017 | 01/22/25 | 24-90587 Hearthside Food Solutions, LLC | 697 | $115,104.87 | Bunge North America, Inc. 1391 Timberlake Manor Parkway Chesterfield, MO 63017 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 709 | $115,104.87 |
| | Reason:  Claim #697 is an exact duplicate of claim #709. | | | | | | | | | |
| 3 | FR Environment LLC 5157 Taylorsville Rd P.O. Box 56 Finchville, KY 40022 | 01/28/25 | 24-90586 H-Food Holdings, LLC | 972 | $35,638.26 | FR Environment LLC P.O.Box 56 Finchville, KY 40022 | 12/12/24 | 24-90586 H-Food Holdings, LLC | 72 | $35,638.26 |
| | Reason:  Claim #972 is an exact duplicate of claim #72. | | | | | | | | | |
| 4 | Pace Analytical Services, LLC Attn: Pam Krank P.O. Box 4621 St. Paul, MN 55101 | 12/09/24 | 24-90587 Hearthside Food Solutions, LLC | 33 | $241.09 | Pace Analytical Services, LLC Attn: Pam Krank P.O. Box 4621 St. Paul, MN 55101 | 12/09/24 | 24-90587 Hearthside Food Solutions, LLC | 32 | $241.09 |
| | Reason:  Claim #33 is an exact duplicate of claim #32. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 2 - Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | Pace Analytical Services, LLC Attn: Pam Krank P.O. Box 4621 St. Paul, MN 55101 | 12/13/24 | 24-90587 Hearthside Food Solutions, LLC | 93 | $241.09 | Pace Analytical Services, LLC Attn: Pam Krank P.O. Box 4621 St. Paul, MN 55101 | 12/09/24 | 24-90587 Hearthside Food Solutions, LLC | 32 | $241.09 |
| | Reason:  Claim #93 is an exact duplicate of claim #32. | | | | | | | | | |
| 6 | Questar Gas Company DBA Enbridge Gas Utah 1140 W. 200 S. Bankruptcy DNR 132 P.O. Box 3194 Salt Lake City, UT 84110 | 01/16/25 | 24-90586 H-Food Holdings, LLC | 482 | $6,490.13 | Questar Gas Company DBA Enbridge Gas Utah 1140 W. 200 S. Bankruptcy DNR 132 P.O. Box 3194 Salt Lake City, UT 84110 | 01/16/25 | 24-90586 H-Food Holdings, LLC | 481 | $6,490.13 |
| | Reason:  Claim #482 is an exact duplicate of claim #481. | | | | | | | | | |
| 7 | QUINCY FARM PRODUCTS JENNIFER WHITE 535 MAINE STE 6 QUINCY, IL 62301 | 01/23/25 | 24-90587 Hearthside Food Solutions, LLC | 749 | $725.00 | Quincy Farm Products 535 Maine St STE 6 Quincy, IL 62301 | 12/24/24 | 24-90587 Hearthside Food Solutions, LLC | 179 | $725.00 |
| | Reason:  Claim #749 is an exact duplicate of claim #179. | | | | | | | | | |
| 8 | Sanchez, Nohemi ADDRESS ON FILE | 01/16/25 | 24-90596 Interbake Foods, LLC | 473 | $1,112,606.13* | Sanchez, Nohemi ADDRESS ON FILE | 01/16/25 | 24-90596 Interbake Foods, LLC | 471 | $1,112,606.13* |
| | Reason:  Claim #473 is an exact duplicate of claim #471. | | | | | | | | | |
| 9 | Thompson Solutions Group 2300 7th Street Sioux City, IA 51105 | 01/13/25 | 24-90586 H-Food Holdings, LLC | 383 | $249,114.55 | Thompson Solutions Group 2300 7th Street Sioux City, IA 51105 | 12/18/24 | 24-90586 H-Food Holdings, LLC | 153 | $249,114.55 |
| | Reason:  Claim #383 is an exact duplicate of claim #153. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

H-Food Holdings, LLC Case No. 24-90586
First Omnibus Objection (Non-Substantive)
Schedule 2 - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| | | **TOTAL** | | **$2,901,165.41*** | | | **TOTAL** | | **$2,901,165.41*** |

*Indicates claim contains unliquidated and/or undetermined amounts

3