

| | Jeffrey L. Cohen<br>Partner<br>Chair, Bankruptcy &<br>Restructuring Department | 1251 Avenue of the Americas<br>New York, New York 10020<br><br>T: (212) 419-5868<br>M: (646) 483-5499<br>E: jcohen@lowenstein.com |

November 4, 2025

*United States Courts*
*Southern District of Texas*
*F I L E D*

*NOV 10 2025*

*Nathan Ochsner, Clerk of Court*

<u>**VIA FIRST CLASS MAIL**</u>
United States Bankruptcy Court for the Southern District of Texas
Clerk of Court
P.O. Box 61010
Houston, TX 77208

  Re: In re Hearthside Food Solutions, LLC (Case No. 24-90587);
     In re H-Food Holdings, LLC, *et al.* (collectively, the "Debtors") (Case No. 24-90586)
     Compliance with Texas Rule of Professional Conduct Rule 1.12(c)(1) and (2)

To Whom it May Concern:

  Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>"), formerly co-counsel to the Official Committee of Unsecured Creditors in the above-referenced cases, is now counsel to the General Unsecured Claims Representative appointed under the confirmed *Third Amended Joint Chapter 11 Plan of Reorganization of H-Food Holdings, LLC and its Affiliated Debtors* [Case No. 24-90586; Dkt. No. 553]. The Hearthside Food Solutions, LLC case is currently pending before the Honorable Alfredo Rey Pérez.[1]

  Benjamin Schoenkin, a former Judicial Law Clerk to Judge Alfredo R. Pérez from September 2024 to September 2025, joined the New York office of Lowenstein Sandler as an associate on September 29, 2025.

  In keeping with the relevant rules of professional conduct, as well as court policy, for a period of two years from the end of his clerkship, Lowenstein Sandler is screening Mr. Schoenkin from participating in or discussing any matter before Judge Pérez with any Lowenstein personnel. In any cases where Mr. Schoenkin has knowledge of the case from his time as a law clerk, Mr. Schoenkin will be restricted from disclosing any and all relevant information to Lowenstein Sandler.

  I attest that Lowenstein Sandler's attorneys are aware of this screening restriction. Further, Lowenstein Sandler will apportion Mr. Schoenkin no part of the fee from this matter.

      Sincerely,

      */s/ Jeffrey L. Cohen*
      Jeffrey L. Cohen, Esq.

---

[1] The chapter 11 cases of the Debtors, other than Hearthside Food Solutions, LLC, were closed as of June 18, 2025. *See* Case No. 24-90586; Dkt. No. 803.